**B1 (Official Form 1)(04/13)**

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TLO, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**90-0477398** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4530 Conference Way South**<br>**Boca Raton, FL**<br>ZIP Code **33431** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)  (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>■ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**TLO, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Greencook Services LLC** | Case Number:<br>**13-20846-PGH** | Date Filed:<br>**5/09/13** |
|---|---|---|
| District:<br>**Southern District of Florida** | Relationship:<br>**affiliate** | Judge:<br>**Paul G. Hyman** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>　Signature of Attorney for Debtor(s)　　　　(Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                              Page 3

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**TLO, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Robert C. Furr**
Signature of Attorney for Debtor(s)

**Robert C. Furr 210854**
Printed Name of Attorney for Debtor(s)

**Furr & Cohen**
Firm Name

**2255 Glades Rd.**
**Suite 337W**
**Boca Raton, FL 33431**
Address

**561-395-0500  Fax: 561-338-7532**
Telephone Number

**May  9, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ E. Desiree Asher**
Signature of Authorized Individual

**E. Desiree Asher**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**May  9, 2013**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **TLO, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Accutrend Data Corp.**<br>P.O. Box 6615<br>Greenwood Village, CO 80155-6615 | **Accutrend Data Corp.**<br>P.O. Box 6615<br>Greenwood Village, CO 80155-6615 | **Data License agreement** | | **30,000.00** |
| **BRE Boca Corporate Center, LLC (Ptrship)**<br>39174 Treasury Center<br>Chicago, IL 60694-9100 | **BRE Boca Corporate Center, LLC (Ptrship)**<br>39174 Treasury Center<br>Chicago, IL 60694-9100 | **Office Lease, BRE/Boca Corporate Center and TLO/CB Corporation** | | **505,332.46** |
| **Corelogic Information Solutions, Inc.**<br>P.O. Box 847239<br>Dallas, TX 75284-7239 | **Corelogic Information Solutions, Inc.**<br>P.O. Box 847239<br>Dallas, TX 75284-7239 | **master license agreement** | | **697,083.32** |
| **CoreLogic Teletrack, Inc.**<br>P.O. Box 847075<br>Dallas, TX 75284-7075 | **CoreLogic Teletrack, Inc.**<br>P.O. Box 847075<br>Dallas, TX 75284-7075 | **Master Lease Agreement, use of Corelogic Teletrack services** | | **281,250.00** |
| **Dell Financial Services (Lease Contr)**<br>Payment Processing Center<br>P.O. Box 6549<br>Carol Stream, IL 60197-6549 | **Dell Financial Services (Lease Contr)**<br>Payment Processing Center<br>P.O. Box 6549<br>Carol Stream, IL 60197-6549 | **all computer equipment, pursuant to Master Lease Agreement** | | **4,640,939.02**<br><br>**(1,250,000.00 secured)** |
| **DTE Boca Raton, LLC (Corp.)**<br>414 S. Main St., #600<br>Ann Arbor, MI 48104 | **DTE Boca Raton, LLC (Corp.)**<br>414 S. Main St., #600<br>Ann Arbor, MI 48104 | | | **69,205.40** |
| **Dun &  Bradstreet Inc.**<br>P.O. Box 75434<br>Chicago, IL 60675-5434 | **Dun &  Bradstreet Inc.**<br>P.O. Box 75434<br>Chicago, IL 60675-5434 | | | **498,508.84** |
| **Equifax Credit Mktg. Services (LLC/Corp)**<br>P.O. Box 945510<br>Atlanta, GA 30394 | **Equifax Credit Mktg. Services (LLC/Corp)**<br>P.O. Box 945510<br>Atlanta, GA 30394 | **Inv #151490** | | **11,973,125.00** |
| **Experian - 2983**<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | **Experian - 2983**<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | | | **1,258,936.64** |

B4 (Official Form 4) (12/07) - Cont.

In re   **TLO, LLC**                                                                                     Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Experian - 3664**<br>**P.O. Box 881971**<br>**Los Angeles, CA 90088-1971** | **Experian - 3664**<br>**P.O. Box 881971**<br>**Los Angeles, CA 90088-1971** | **Inv CD#1** | | **50,833.33** |
| **Experian - 3812**<br>**P.O. Box 886133**<br>**Los Angeles, CA 90088-6133** | **Experian - 3812**<br>**P.O. Box 886133**<br>**Los Angeles, CA 90088-6133** | **CD13120** | | **79,340.16** |
| **Experian - 7485 (Inc.)**<br>**P.O. Box 886133**<br>**Los Angeles, CA 90088-6133** | **Experian - 7485 (Inc.)**<br>**P.O. Box 886133**<br>**Los Angeles, CA 90088-6133** | **Inv #CD13120** | | **441,666.67** |
| **Experian - 9430**<br>**P.O. Box 886133**<br>**Los Angeles, CA 90088-6133** | **Experian - 9430**<br>**P.O. Box 886133**<br>**Los Angeles, CA 90088-6133** | **#CD1310014016** | | **37,500.00** |
| **Factiva Inc.**<br>**P.O. Box 300**<br>**Princeton, NJ 08543-0300** | **Factiva Inc.**<br>**P.O. Box 300**<br>**Princeton, NJ 08543-0300** | | | **50,000.00** |
| **Infutor Data Solutions, Inc.**<br>**15129 S. Route 59**<br>**Plainfield, IL 60544** | **Infutor Data Solutions, Inc.**<br>**15129 S. Route 59**<br>**Plainfield, IL 60544** | **Data License Agreement** | | **150,000.00** |
| **LSSiData Corp.**<br>**P.O. Box 730401**<br>**Dallas, TX 75373-0401** | **LSSiData Corp.**<br>**P.O. Box 730401**<br>**Dallas, TX 75373-0401** | **Inv #L0018914** | | **77,000.00** |
| **SMA Communications, LLC**<br>**6901 S.W. 18th St. #E-202**<br>**Boca Raton, FL 33433** | **SMA Communications, LLC**<br>**6901 S.W. 18th St. #E-202**<br>**Boca Raton, FL 33433** | | | **70,000.00** |
| **Sunera LLC**<br>**201 E. Kennedy Blvd.**<br>**Suite #415**<br>**Tampa, FL 33602** | **Sunera LLC**<br>**201 E. Kennedy Blvd.**<br>**Suite #415**<br>**Tampa, FL 33602** | **ASV S** | | **61,262.30** |
| **Tracers Information Specialists, Inc.**<br>**15470 Flight Path Drive**<br>**Brooksville, FL 34604** | **Tracers Information Specialists, Inc.**<br>**15470 Flight Path Drive**<br>**Brooksville, FL 34604** | **data breach** | **Unliquidated Disputed** | **48,171.95** |
| **TransUnion, LLC**<br>**P.O. Box 99506**<br>**Chicago, IL 60693-9506** | **TransUnion, LLC**<br>**P.O. Box 99506**<br>**Chicago, IL 60693-9506** | **Cust IDxxxx900** | | **52,522.73** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **TLO, LLC**                                              Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the CEO of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 9, 2013**                  Signature   **/s/ E. Desiree Asher**
                                                   **E. Desiree Asher**
                                                   **CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **TLO, LLC**
,

                Debtor

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 46,613,363.60 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 93,380,939.02 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 16,544,609.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 46,613,363.60 | | |
| Total Liabilities | | | | 109,925,548.51 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **TLO, LLC** _____ ,

                      Debtor

Case No. _____

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **TLO, LLC**                            ,     Case No. _____
                                     Debtor

# SCHEDULE A - REAL PROPERTY

     Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **TLO, LLC**                                                    ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Hand** | - | 0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Receivables Account #xxxxx5103** | - | 331,128.49 |
| | | **Wells Fargo Payables Account XXXX5116** | - | 96,106.43 |
| | | **Wells Fargo Payroll Account  xxxxx9512** | - | 47,296.26 |
| | | **Wells Fargo ACH Account #xxxx8454** | - | 39,964.29 |
| | | **Wells Fargo     Acct #xxxx5307** | - | 770,448.64 |
| | | **Wells Fargo checking account#5093** | - | 440,809.16 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **JAG 25 Enterprises, Inc.** | - | 2,750.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance Policy of Hank Asher, TLO is beneficiary  $40,000,000.** | - | 40,000,000.00 |

Sub-Total >      **41,728,503.27**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **TLO, LLC**                                             ,   Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Greencook Services, LLC** | - | **Unknown** |
| | | **Interactive Data, LLC** | - | **Unknown** |
| | | **Global Data Company PTY Ltd.** | - | **Unknown** |
| | | **TLO/CB, LLC   no value** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Linbarger Analytics & Investigative Services** | - | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Trade Receivables** | - | **2,269,860.33** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

| | Sub-Total >    **2,269,860.33** |
|---|---|
| | (Total of this page) |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **TLO, LLC**
_____,   Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **William H. Price and Greencook Management LLC, Deceptive and unfair trade practices, fraudulent misrepresentation, conversion, breach of contract, damages ($30,000,000)** | - | Unknown |
| | | **claim against customer Allen & Withrow for attorney fees** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **TLOxp, third-generation data fusion engine that uses public record data and proprietary information in combination with proprietory algorithms on a supercomputing platform, value unknown** | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Owned Public Record Data** | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Offices Furnishings** | - | 20,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Computer Equipment** | - | 2,000,000.00 |
| | | **Network Equipment** | - | 400,000.00 |
| | | **UPS Systems** | - | 130,000.00 |
| | | **Telephone System** | - | 10,000.00 |
| | | **Security System** | - | 55,000.00 |

Sub-Total >    **2,615,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **TLO, LLC**          ,       Case No. _____
                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **NEC IT 45c6 system SN#AOP2011018578; NECIT45c6 system SN#2011016560; NEC IT28c6 system SN#AOED012019920, copiers, subject to equipment lease of Leaf Capital** | **-** | **0.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)
Total >    **46,613,363.60**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **TLO, LLC**
_____,                    Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxxxx #xxx-xxxxxxx-xx0   Inv.**<br><br>**Dell Financial Services (Lease Contr)**<br>**Payment Processing Center**<br>**P.O. Box 6549**<br>**Carol Stream, IL 60197-6549** | | - | | | 3/15/2012<br><br>UCC 201206357078<br><br>all computer equipment, pursuant to Master Lease Agreement | | | | | |
| | | | | | Value $          **1,250,000.00** | | | | 4,640,939.02 | 3,390,939.02 |
| Account No.<br><br>**Technology Investors Inc**<br>**c/o Ahearn Jasco and Co**<br>**Attn Mike Kuzy**<br>**190 SE 19 Ave**<br>**Pompano Beach, FL 33060** | | - | | | 2/4/2011<br><br>UCC1 201104019777<br><br>Member loan, revolving Promissory Note,int 3.25%,  lien on all assets, | | | | | |
| | | | | | Value $          **46,600,000.00** | | | | 88,740,000.00 | 42,140,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal<br>(Total of this page) | 93,380,939.02 | 45,530,939.02 |
| | Total<br>(Report on Summary of Schedules) | 93,380,939.02 | 45,530,939.02 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re    **TLO, LLC**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **TLO, LLC**                                                          ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Dept. of Revenue Bankruptcy Section P.O. Box 6668 Tallahassee, FL 32314-6668** | - | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346** | - | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Palm Beach County Tax Collector P.O. Box 3715 West Palm Beach, FL 33402-3715** | - | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  __1__  of  __1__   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **TLO, LLC**                                                                      ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx6357**<br><br>**Accutrend Data Corp.**<br>**P.O. Box 6615**<br>**Greenwood Village, CO 80155-6615** | | - | | | **Data License agreement** | | | | **30,000.00** |
| Account No. **Professional Services February**<br><br>**BDO USA, LLP**<br>**1601 Forum Place**<br>**#904 Centurion Plaza**<br>**West Palm Beach, FL 33401** | | - | | | 2/2013<br>**professional services, accounting** | | | | **27,871.11** |
| Account No.<br><br>**Bob Davis**<br>**3941 S. Bristol St #D**<br>**Santa Ana, CA 92704** | | - | | | 4/9/2013<br>**claim of breach of contract** | | | X | **10,000.00** |
| Account No. **xxxxxxxx1075**<br><br>**BRE Boca Corporate Center, LLC**<br>**(Ptrship)**<br>**39174 Treasury Center**<br>**Chicago, IL 60694-9100** | X | - | | | 3/2013<br>**Office Lease, BRE/Boca Corporate Center and TLO/CB Corporation** | | | | **505,332.46** |

|  |  |
|---|---|
| __7__ continuation sheets attached | Subtotal<br>(Total of this page) |

|  |
|---|
| **573,203.57** |

B6F (Official Form 6F) (12/07) - Cont.

In re __TLO, LLC__ , Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Corelogic Information Solutions, Inc.** <br> **P.O. Box 847239** <br> **Dallas, TX 75284-7239** | - | | **3/2013** <br> **master license agreement** | | | | 697,083.32 |
| Account No. **x9325** <br><br> **CoreLogic Teletrack, Inc.** <br> **P.O. Box 847075** <br> **Dallas, TX 75284-7075** | - | | **3/2013** <br> **Master Lease Agreement, use of Corelogic Teletrack services** | | | | 281,250.00 |
| Account No. **xxxx4418** <br><br> **DataQuick** <br> **File 50261** <br> **Los Angeles, CA 90074-0261** | - | | **Inv #B1-21** | | | | 14,166.66 |
| Account No. **xxxxx9389** <br><br> **Dell Marketing L.P. - 9389** <br> **C/O Dell USA L.P.** <br> **P.O. Box 534118** <br> **Atlanta, GA 30353-4118** | - | | **Inv xxxxxPNJ4** | | | | 12,615.19 |
| Account No. **xxxxxx1075** <br><br> **DTE Boca Raton, LLC (Corp.)** <br> **414 S. Main St., #600** <br> **Ann Arbor, MI 48104** | - | | **3/2013** | | | | 69,205.40 |

Sheet no. __1__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,074,320.57

B6F (Official Form 6F) (12/07) - Cont.

In re   **TLO, LLC**                                                            ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx22-05** | | | | 4/2013 | | | | |
| Dun &  Bradstreet Inc. P.O. Box 75434 Chicago, IL 60675-5434 | - | | | | | | | |
| | | | | | | | | 498,508.84 |
| Account No. **xxxxxx2134** | | | | 1/2/2013 Inv #151490 | | | | |
| Equifax Credit Mktg. Services (LLC/Corp) P.O. Box 945510 Atlanta, GA 30394 | - | | | | | | | |
| | | | | | | | | 11,973,125.00 |
| Account No. **xxxxxx8058** | | | | 3/2013 | | | | |
| Experian - 2983 P.O. Box 886133 Los Angeles, CA 90088-6133 | - | | | | | | | |
| | | | | | | | | 1,258,936.64 |
| Account No. **xxxx-xxx3664** | | | | Inv CD#1 | | | | |
| Experian - 3664 P.O. Box 881971 Los Angeles, CA 90088-1971 | - | | | | | | | |
| | | | | | | | | 50,833.33 |
| Account No. **xxxx-xxx3812** | | | | CD13120 | | | | |
| Experian - 3812 P.O. Box 886133 Los Angeles, CA 90088-6133 | - | | | | | | | |
| | | | | | | | | 79,340.16 |

Sheet no. __2__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,860,743.97

B6F (Official Form 6F) (12/07) - Cont.

In re    **TLO, LLC**
_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxx7485**<br><br>**Experian - 7485 (Inc.)**<br>**P.O. Box 886133**<br>**Los Angeles, CA 90088-6133** | - | | | **Inv #CD13120** | | | | 441,666.67 |
| Account No. **xxxx-xxx7690**<br><br>**Experian - 7690**<br>**P.O. Box 886133**<br>**Los Angeles, CA 90088-6133** | - | | | **Inv #CD 121** | | | | 4,999.98 |
| Account No. **#xxxxxx0  Inv.**<br><br>**Experian - 9430**<br>**P.O. Box 886133**<br>**Los Angeles, CA 90088-6133** | - | | | **#CD1310014016** | | | | 37,500.00 |
| Account No. **#xxxx1368**<br><br>**Factiva Inc.**<br>**P.O. Box 300**<br>**Princeton, NJ 08543-0300** | - | | | | | | | 50,000.00 |
| Account No.<br><br>**Federal Trade Commission**<br>**8600 Pennsylvania Ave NW**<br>**Washington, DC 20580** | - | | | **Notice Purposes only** | | | | 0.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    534,166.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **TLO, LLC**                                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Greencook Management LLC** <br> **26801 Hickory Blvd** <br> **Bonita Springs, FL 34134** | - | | | 3/1/2013 | X | X | X | 0.00 |
| Account No. **xxxx851** <br><br> **Infutor Data Solutions, Inc.** <br> **15129 S. Route 59** <br> **Plainfield, IL 60544** | - | | | 1/1/2013 <br> **Data License Agreement** | | | | 150,000.00 |
| Account No. <br><br> **JAG 25 Enterprises, Inc.** <br> **11031 Springfield Place** <br> **Cooper City, FL 33026** | - | | | **Rent 114 SE 7 Avenue, Delray, pursuant to terms of residential lease,  lease expires 12/31/2013** | | | | 5,000.00 |
| Account No. <br><br> **John O. Schaeffer** <br> **3057  Peachtree Industrial Blvd** <br> **Suite 100** <br> **Duluth, GA 30097** | - | | | | | X | X | 0.00 |
| Account No. **#xxx3830** <br><br> **LSSiData Corp.** <br> **P.O. Box 730401** <br> **Dallas, TX 75373-0401** | - | | | Inv #L0018914 | | | | 77,000.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **232,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **TLO, LLC**                                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx5297**<br><br>**MDG Advertising Inc.**<br>**3500 NW Boca Raton Boulevard**<br>**Suite 601**<br>**Boca Raton, FL 33431** | - | | 2/2103 | | | | 12,500.00 |
| Account No. **xxxxx83-10**<br><br>**Monster, Inc.**<br>**P.O. Box 90364**<br>**Chicago, IL 60696-0364** | - | | 10 of 24 | | | | 10,666.68 |
| Account No.<br><br>**Paul Fichtman**<br>**146 Country Club Drive**<br>**Lansdale, PA 19446** | - | | | | | X | 0.00 |
| Account No. **xxx #x3604**<br><br>**SMA Communications, LLC**<br>**6901 S.W. 18th St. #E-202**<br>**Boca Raton, FL 33433** | - | | 11/2012 | | | | 70,000.00 |
| Account No. **xxx #6244**<br><br>**Sunera LLC**<br>**201 E. Kennedy Blvd.**<br>**Suite #415**<br>**Tampa, FL 33602** | - | | 1/2013<br>ASV S | | | | 61,262.30 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          154,428.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **TLO, LLC**                                  ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Syncapes Corp**<br>**PO Box 347870**<br>**Pittsburgh, PA 15251** | - | | | | | | | **1,799.00** |
| Account No. <br><br>**Technical Electric Systems Inc**<br>**87 S Highway 17-92, #B**<br>**Debary, FL 32713** | - | | | | | | | **12,300.00** |
| Account No. **#xxxxx1027**<br><br>**Tracers Information Specialists, Inc.**<br>**15470 Flight Path Drive**<br>**Brooksville, FL 34604** | | | | 2/2013<br>data breach | | X | X | **48,171.95** |
| Account No. **xxxxxxxxx-x Cust**<br><br>**TransUnion, LLC**<br>**P.O. Box 99506**<br>**Chicago, IL 60693-9506** | - | | | Cust IDxxxx900 | | | | **52,522.73** |
| Account No. **xxxxxx3003**<br><br>**West Payment Center (Corp)**<br>**P.O. Box 6292**<br>**Carol Stream, IL 60197-6292** | - | | | Inv xxxx82696 | | | | **952.07** |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**115,745.75**

B6F (Official Form 6F) (12/07) - Cont.

In re   **TLO, LLC** _____,      Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **William Price 26891 Hickory Blvd Bonita Springs, FL 34134** | | - | 3/1/2013 breach of fiduciary duties, misappropriation, damages | X | X | X | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **7** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
| | Total (Report on Summary of Schedules) | 16,544,609.49 |

B6G (Official Form 6G) (12/07)

.

In re    **TLO, LLC**                                                                                        Case No. _____

                                                                   ,
                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Accutrend Data Corp**<br>**7860 East Berry PL #200**<br>**Englewood, CO 80111** | **Data License Agreement  12/1/2010,**<br>**non-exclusive, non-transferable license to use the**<br>**Data of ADC for permitted Uses, term ends 8/31/14** |
| **Compact Information Systems Inc**<br>**7120  185th Ave NE**<br>**Redmond, WA 98052** | **National Install File Agreement 1/1/2013 to**<br>**12/31/2018, CIS grantis non-exclusive license to**<br>**one copy of database$135,000 annually** |
| **Compass Marketing Solutions LLC**<br>**808 P Street #300**<br>**Lincoln, NE 68508** | **Data License Agreement, 4/20/2010, Second**<br>**Amendments 7/10/2012 to 10/31/2013,** |
| **CoreLogic Information Solutions Inc**<br>**Corelogic Solutions I LC**<br>**40 Pacifica #900**<br>**Irvine, CA 92618** | **Master License Agreement, 8/10/2009, grants a**<br>**non-exclusive, nontransferable, limited license**<br>**Under CoreLogic's intellactual property rights to**<br>**use services set forth in each Statement of Work** |
| **Corelogic Teletrack, Inc**<br>**f/ka/ First American Corelogic**<br>**PO Box 847075**<br>**Dallas, TX 75284-7075** | **Master Lease Agreement,  Amendment 3 to**<br>**Statement of Work 2, 4/25/13, non--exclusive,**<br>**non-transferable, limited license to use, process**<br>**and maintain CoreLogic Teletrack services.** |
| **DataOne Software**<br>**150 Granby St**<br>**Norfolk, VA 23510** | **Data License Agreement 11/11/10, furnished dtata**<br>**consisting of VINBasic Autos and light duty**<br>**commercial vehicles in standard CSV file,**<br>**updated weeily.** |
| **Dell Financial Services**<br>**PO Box 99355**<br>**Chicago, IL 60693** | **Master Lease Agreement #6593252-500, 3/13/2012**<br>**for 60 months. Equipment lease payment**<br>**$80,016.19 per month, $1 buyout** |
| **Department of Highway Safety**<br>**and Motor Vehicle**<br>**2900 Apalachee Pkwy**<br>**Tallahassee, FL 32399-0500** | **Drivers License or Motor Vehicle Record Data**<br>**Exchange contract #HSMV 0510-13, 2/15/2013**<br>**provides technical specifications required to**<br>**access driver license, motor vehicle or traffic**<br>**crash information, weekly updates $20,000 month** |
| **Dun and Bradstreet Inc**<br>**3 Sylvan Way**<br>**Attn Electronic Licensing**<br>**Parsippany, NJ 07054** | **Internet Business Directory Data License**<br>**Agreement (02-06), effective 6-30-2010, 42**<br>**months, non-exclusive license to use the licensed**<br>**data for permitted users, including relicensing the**<br>**Licensed Data through redistributors, #26391106** |
| **Equifax Information Services**<br>**1550 Peachtree St**<br>**Atlanta, GA 30309** | **Data License Agreement  3/23/2012 to 6/29/2013,**<br>**license certain credit header data** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **TLO, LLC**
                                                                        ,   Case No. _____
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Equifax Information Services**<br>**1550 Peachtree St**<br>**Atlanta, GA 30309** | **Data License Agreement dated 6/29/10 to**<br>**6/30/2013,** |
| **Equifax Information Services LLC**<br>**1550 Peachtree St**<br>**Atlanta, GA 30309** | **Data Lease Agreement dated 2/1/2013 to**<br>**2/1/2015, furnish data** |
| **Experian Information Solutions Inc**<br>**475 Anton Blvd**<br>**Costa Mesa, CA 92626** | **Experian Master Reseller License Agreement**<br>**1/20/2010, Experian grants license to TLO,**<br>**non-exclusive for use of Experian Data to**<br>**enhance TLO's databases,** |
| **Infutor Data Solutions Corp**<br>**111 Zapata Lane**<br>**Minooka, IL 60447** | **Data License Agreement effective 1/1/2013,**<br>**Amendment, provides TLO non-exclusive license**<br>**to use the Data** |
| **JAG 25 Enterprises**<br>**11031 Springfield Place**<br>**Hollywood, FL 33026** | **corporate housing residental lease for apartment**<br>**at 114 SE 7 Ave #3, Delray Beach, FL  12 month**<br>**lease ending 12/31/2013., $$2750 per month** |
| **Leaf Capital**<br>**1720 A Crete St**<br>**Moberly, MO 65270** | **Equipment Lease (copier) NECIT45c6 system SN**<br>**AOP1201018578 begin 3/21/12  48 Months, $365**<br>**mo; equipment lease (copier) NECIT28c6 System**<br>**SN#AOED012019920, begin 3/21/12 48 most at**<br>**$172 mo; Equipment Lease NECIT45c6 system**<br>**(copier) SN#AOP2011016560 begin 3/21/2012 48**<br>**mos at $284 mo.** |
| **LSSi Data Corp**<br>**One Sentry Pkwy #6000**<br>**Blue Bell, PA 19422** | **Data Services Agreement, Amendment No. 3**<br>**dated 2/15/2013 to 10/31/15. Indivisible,**<br>**non-exclusive, non-transferrable, non-assignable,**<br>**non-sublicensable license to unlimited access to**<br>**data,  and equipment lease.  A** |
| **NominoData LLC**<br>**PO Box 3340**<br>**Incline Village, NV 89450** | **Data License Agreement, 2/1/2013 for 2 years,**<br>**non-exclusive, nontransferable license to use**<br>**data** |
| **Scott Wagner**<br>**8668 Breezy Hill Dr**<br>**Boynton Beach, FL 33473** | **Two Year Non-Termination Agreement, 11/3/2011**<br>**to November 2, 2013, agreement to pay current**<br>**annual salary of $250,000.** |
| **Various Members** | **Membership Interest Contribution Agreement** |
| **Various Members** | **Amended and Restated Operating Agreement**<br>**effective 11/21/2012** |
| **William H. Price**<br>**26891 Hickory Blvd**<br>**Bonita Springs, FL 34134** | **Employment Agreement dated 10/22/2012,** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **TLO, LLC**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TLO/CB Corporation** | **BRE Boca Corporate Center, LLC (Ptrship)**<br>**39174 Treasury Center**<br>**Chicago, IL 60694-9100** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **TLO, LLC**
                                                        Case No.
                        Debtor(s)                       Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**21**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May  9, 2013**                      Signature    **/s/ E. Desiree Asher**

                                                          **E. Desiree Asher**
                                                          **CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    **TLO, LLC**                                                Case No.

                                            Debtor(s)                Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| **$7,846,016.30** | 2013 | **1-1-2013 to 4-30-2013 - receipts** |
| **$11,477,079.81** | 2012 | **receipts** |
| **$2,569,279.00** | 2011 | **receipts** |

---

**2. Income other than from employment or operation of business**

None

■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

             AMOUNT                        SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **TLO, LLC vs William H. Price and Greencook Management, LLC, Case No. _____** | **breach of fiduciary duties** | **In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL** | **pending** |
| **Tracers Information Specialists Inc vs TLO LLC, Case No. 2013-CA-832** | **injunctive relief, unjust enrichment** | **In the Circuit Court of the Fifth Judicial Circuit In and For Hernando County, FL** | **pending** |
| **Bob Davis vs TLO, LLC, case No. 30-2013-00647013-SC-SC-CJC** | **breach of contract** | **Superior Court of California, Country of Orange** | **pending** |
| **Jennifer Briscuso vs TLO, LLC, Case No. 9:13 CV-80072-KAM** | **violations of WARN act** | **U.S. District Court, Southern District of Florida** | **dismissed** |
| **Derek Lind vs Allen & Withrow, Attorneys at Law; TLO, LLC, Case No. 4:12-CV-588KGB** | **Violation of FCRA** | **U.S. District Court, Eastern Dist of Arkansas** | **dismissed** |

**None**
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    * Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Robert C. Furr Esq<br>Furr and Cohen P.A.<br>2255 Glades Rd #337W<br>Boca Raton, FL 33431** | **4/18/2013  $72,930.25 financial advice<br>prior to bankruptcy<br>4/18/2013   $27,069.75 - Chapter 11 fees** | **$100,000.00** |

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **TLO, LLC** | 90-0466398 | **4530 Conference Way South** <br> **Boca Raton, FL 33431** | **Provides risk management, due diligence and fraud prevention information and investigative technology products and solutions to public and private sector industries** | 3/20/2009 |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED
**Michael J. Kuzy, CPA**
**Ahearn, Jasco & Company PA**
**190 SE 19 Ave**
**Pompano Beach, FL 33060-7541**

None ☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **BDO USA, LLP** | **1601 Forum Place #904 Centurion Plaza**<br>**West Palm Beach, FL 33401** | |

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| | |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| | |

---

**20. Inventories**

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **No Official Inventory, maintain an asset schedule updated as assets purchased or disposed of** | | |

None ☐   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **No Official Inventory, maintain an asset schedule updated as assets purchased or disposed of** | **TLO, LLC** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| | | |

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Technology Investors Inc**<br>**4530 Conference Way S**<br>**Boca Raton, FL 33431** | **Managing Member** | **31.7955% interest** |
| **Ole Poulsen**<br>**2633 South Ocean Blvd**<br>**Boca Raton, FL 33487** | | **9.6953%** |
| **William Price**<br>**26891 Hickory Blvd**<br>**Bonita Springs, FL 34134** | **shareholder** | **13.8195%** |
| **Jules Kroll**<br>**18 Parsonage Point**<br>**Rye, NY 10580** | **shareholder** | **5.67%** |

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Thomas Glocer**<br>**60 East 96 St PHB**<br>**New York, NY 10128** | **shareholder** | **5.67%** |

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **William H. Price** | **Managing Director** | **3/1/2013** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| **Gary Schultheis**<br>**6030 Le Lac Rd**<br>**Boca Raton, FL 33496**<br>    **shareholder** | **past year** | **$29,543.78** |
| **Ole Poulsen**<br>**2633 South Ocean Blvd**<br>**Boca Raton, FL 33487**<br>    **shareholder** | **past year** | **$337,884.17** |
| **William H. Price**<br>**26891 Hickory Blvd**<br>**Bonita Springs, FL 34134**<br>    **shareholder** | **past year** | **$81,730.82** |
| **John Schaeffer**<br>**c/o Interactive Data LLC**<br>**3057 Peachtree Industrial Blvd #100**<br>**Duluth, GA 30097**<br>    **shareholder** | **past year** | **$19,230.78** |

---

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
9

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■     employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.


Date   **May  9, 2013**                          Signature   **/s/ E. Desiree Asher**
                                                             **E. Desiree Asher**
                                                             **CEO**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re    **TLO, LLC**

_____,
Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ana Massetti**<br>**19887 Court of the Myrtles**<br>**Boca Raton, FL 33433** | | **25,000** | **0.0145%** |
| **Asher Trust UAD 12-31-12**<br>**Kenneth J Hunter Trustee**<br>**4540 Conference Way So**<br>**Boca Raton, FL 33431** | | **375,000** | **0.2182%** |
| **BJ4M&M LLC**<br>**c/o Proskauer Attn Sandi Rogacki**<br>**2255 Glades Rd #421A**<br>**Boca Raton, FL 33431** | | **2,800,000** | **1.6288%** |
| **Brian Bachman**<br>**40 Parkside Dr**<br>**Jericho, NY 11753** | | **250,000** | **0.1454%** |
| **Caaminiti-Asher Trust UAC 12-31-12**<br>**Kenneth J Hunter Trustee**<br>**4530 Conference Way So**<br>**Boca Raton, FL 33431** | | **250,000** | **0.1454%** |
| **Caja Cohesive Company Pty Ltd**<br>**495 Auburn Rd,**<br>**Hawthorn East VIC 3123**<br>**Australia** | | **644,311** | **0.3748%** |
| **Caroline J. Asher Trust (Carly**<br>**Wells Fargo Trust Operations CHOPS**<br>**Trust Cct 65845xxxxx**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-7595** | | **6,668,000** | **3.8790%** |
| **Colleen Carol Howell**<br>**2177 Triple Tree Rd**<br>**Bozeman, MT 59715** | | **1,673,119** | **0.9733%** |
| **Darville Trust UAD 12-31-12**<br>**Kenneth J Hunter Trustee**<br>**4530 Conference Way So**<br>**Boca Raton, FL 33431** | | **450,000** | **0.2618%** |

___**3**___ continuation sheets attached to List of Equity Security Holders

In re   **TLO, LLC** _____,   Case No. _____

                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Debra Mae Kershner**<br>**2570 Halle Parkway**<br>**Collierville, TN 38017** | | **250,000** | **0.1454%** |
| **Gardner Trust UAD 12-31-12**<br>**Kenneth J Hunter Trustee**<br>**4530 Conference Way So**<br>**Boca Raton, FL 33431** | | **375,000** | **0.2182%** |
| **Gary Schulthesis**<br>**6030 Le Lac Rd**<br>**Boca Raton, FL 33496** | | **2,784,756** | **1.6200%** |
| **Gene M Bernstein**<br>**170 East End Ave #9A**<br>**New York, NY 10128** | | **250,000** | **0.1454%** |
| **Greencook Management LLC**<br>**26891 Hickory Blvd**<br>**Bonita Springs, FL 34134** | | **5,047,564** | **2.9364%** |
| **Hunter Creek LLC**<br>**c/o NIC Holding Corp**<br>**25 Melville Park Rd #210**<br>**Melville, NY 11747** | | **750,000** | **0.4363%** |
| **Jay H. Bernstein**<br>**c/o NIC Holding Corp**<br>**25 Melville Park Rd**<br>**Melville, NY 11747** | | **5,000,000** | **2.9087%** |
| **JHBTLO LLC**<br>**c/o Godfrey Kahn**<br>**Attn Peter M Sommerhauser**<br>**780 N Water St**<br>**Milwaukee, WI 53202** | | **5,000,000** | **2.9087%** |
| **John O Schaeffer**<br>**c/o Interactive Data LLC**<br>**3057 Peachtree Industrial Blvd #100**<br>**Duluth, GA 30097** | | **3,365,043** | **1.9576%** |
| **John Walsh**<br>**c/o PBSM (attn: Tiffany Miller**<br>**16030 Ventura Blvd #380**<br>**Encino, CA 91436** | | **8,333,000** | **4.8476%** |
| **Judith W. Redden Trust**<br>**Wells Fargo Trust Operation CHOPS**<br>**Trust Acct 658452xxxx**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-7595** | | **3,334,000** | **1.9395%** |

Sheet __1__ of __3__ continuation sheets attached to the List of Equity Security Holders

In re   **TLO, LLC**                                                    ,        Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jules Kroll**<br>**18 Parsonage Point**<br>**Rye, NY 10580** | | **9,746,646** | **5.6700%** |
| **Katherine Bartnik**<br>**101 Plaza Real South #808**<br>**Boca Raton, FL 33432** | | **550,000** | **0.3200%** |
| **Leroy Wilson**<br>**2100 NE 39 St #20**<br>**Pompano Beach, FL 33064** | | **25,000** | **0.0145%** |
| **Marco Piovesan**<br>**855 Loridans Cir NE**<br>**Atlanta, GA 30342** | | **1,289,239** | **0.7500%** |
| **Ole Poulsen**<br>**2633 South Ocean Blvd**<br>**Boca Raton, FL 33487** | | **16,666,000** | **9.6953%** |
| **Paul Fichtman**<br>**146 Country Club Dr**<br>**Lansdale, PA 19446** | | **1,289,239** | **0.7500%** |
| **Peter and Barbara Ripp**<br>**11 Cobb Island Dr**<br>**Greenwich, CT 06830** | | **125,000** | **0.0727%** |
| **Sedgley Cohensive Company Pty Ltd**<br>**26 Cressy St**<br>**Malvern VIC 3144**<br>**Australia** | | **644,311** | **0.3748%** |
| **Seneca Mallar**<br>**201 Adam Perry Rd**<br>**Rocky Mount, VA 24151** | | **125,000** | **0.0727%** |
| **Sharon Dawn Cass**<br>**236 Fair Sailing Rd**<br>**Mount Pleasant, SC 29466** | | **250,000** | **0.1454%** |
| **Shawn Smith**<br>**2021 Las Positas Ct, #101**<br>**Livermore, CA 94551** | | **2,784,754** | **1.6200%** |
| **Susan Lynn Wheelon**<br>**715 S Battery Dr**<br>**Roanoke, VA 24019** | | **250,000** | **0.1454%** |

Sheet   **2**   of   **3**   continuation sheets attached to the List of Equity Security Holders

In re    **TLO, LLC**
_____,    Case No. _____
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Technoloby Investors, Inc (Hank Asher)**<br>**c/o Ahearn Jasco & Co**<br>**Attn Mike Kuzy**<br>**190 Southeast 19 Ave**<br>**Pompano Beach, FL 33060** | | **54,656,000** | **31.7955%** |
| **The Eliza Desiree Asher Trust**<br>**Wells Fargo Trust Operations CHOPS**<br>**Trust Acct 65845xxx**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-7595** | | **6,668,000** | **3.8790%** |
| **Thomas Glocer**<br>**60 East 96 St  PHB**<br>**New York, NY 10128** | | **9,746,646** | **5.6700%** |
| **Walter Tomal Yoost**<br>**381 Wst Mallory Cir**<br>**Delray Beach, FL 33483** | | **500,000** | **0.2909%** |
| **Wheelon Trust UAD 12-31-12**<br>**Kenneth J Hunter Trustee**<br>**4530 Conference Way So**<br>**Boca Raton, FL 33431** | | **250,000** | **0.1454%** |
| **William H. Price**<br>**26891 Hickory Blvd**<br>**Bonita Springs, FL 34134** | | **18,707,894** | **10.8831%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May  9, 2013**_____        Signature  **/s/ E. Desiree Asher**_____
**E. Desiree Asher**
**CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet  **3**  of  **3**  continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re   **TLO, LLC** _____   Case No. _____

                                                    Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:    **May  9, 2013** _____        **/s/ E. Desiree Asher** _____

                                                    **E. Desiree Asher**/**CEO**
                                                    Signer/Title

Accutrend Data Corp
7860 East Berry PL #200
Englewood, CO 80111


Accutrend Data Corp.
P.O. Box 6615
Greenwood Village, CO 80155-6615


BDO USA, LLP
1601 Forum Place
#904 Centurion Plaza
West Palm Beach, FL 33401


Bob Davis
3941 S. Bristol St #D
Santa Ana, CA 92704


BRE Boca Corporate Center, LLC (Ptrship)
39174 Treasury Center
Chicago, IL 60694-9100


Compact Information Systems Inc
7120  185th Ave NE
Redmond, WA 98052


Compass Marketing Solutions LLC
808 P Street #300
Lincoln, NE 68508


Corelogic Information Solutions
CoreLogic Solutions, I LC
40 Pacifica #900
Irvine, CA 92618


CoreLogic Information Solutions Inc
Corelogic Solutions I LC
40 Pacifica #900
Irvine, CA 92618


Corelogic Information Solutions, Inc.
P.O. Box 847239
Dallas, TX 75284-7239

Corelogic Teletrack Inc
Teletrack LLC
5550-A Peachtree Pkyw #600
Norcross, GA 30092


Corelogic Teletrack, Inc
f/ka/ First American Corelogic
PO Box 847075
Dallas, TX 75284-7075


CoreLogic Teletrack, Inc.
P.O. Box 847075
Dallas, TX 75284-7075


DataOne Software
150 Granby St
Norfolk, VA 23510


DataQuick
File 50261
Los Angeles, CA 90074-0261


Dell Financial Services
MAIL STOP PS2DF-23
One Dell Way
Round Rock, TX 78682


Dell Financial Services
PO Box 99355
Chicago, IL 60693


Dell Financial Services (Lease Contr)
Payment Processing Center
P.O. Box 6549
Carol Stream, IL 60197-6549


Dell Marketing L.P. - 9389
C/O Dell USA L.P.
P.O. Box 534118
Atlanta, GA 30353-4118


Department of Highway Safety
and Motor Vehicle
2900 Apalachee Pkwy
Tallahassee, FL 32399-0500

```
Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668


DTE Boca Raton, LLC (Corp.)
414 S. Main St., #600
Ann Arbor, MI 48104


Dun &  Bradstreet Inc.
P.O. Box 75434
Chicago, IL 60675-5434


Dun and Bradstreet Inc
3 Sylvan Way
Attn Electronic Licensing
Parsippany, NJ 07054


Equifax Credit Mktg. Services (LLC/Corp)
P.O. Box 945510
Atlanta, GA 30394


Equifax Information Services
1550 Peachtree St
Atlanta, GA 30309


Equifax Information Services LLC
1550 Peachtree St
Atlanta, GA 30309


Experian - 2983
P.O. Box 886133
Los Angeles, CA 90088-6133


Experian - 3664
P.O. Box 881971
Los Angeles, CA 90088-1971


Experian - 3812
P.O. Box 886133
Los Angeles, CA 90088-6133


Experian - 7485 (Inc.)
P.O. Box 886133
Los Angeles, CA 90088-6133
```

Experian - 7690
P.O. Box 886133
Los Angeles, CA 90088-6133


Experian - 9430
P.O. Box 886133
Los Angeles, CA 90088-6133


Experian Information Solutions Inc
475 Anton Blvd
Costa Mesa, CA 92626


Factiva Inc.
P.O. Box 300
Princeton, NJ 08543-0300


Federal Trade Commission
8600 Pennsylvania Ave NW
Washington, DC 20580


Greencook Management LLC
26801 Hickory Blvd
Bonita Springs, FL 34134


Infutor Data Solutions Corp
111 Zapata Lane
Minooka, IL 60447


Infutor Data Solutions, Inc.
15129 S. Route 59
Plainfield, IL 60544


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


JAG 25 Enterprises
11031 Springfield Place
Hollywood, FL 33026


JAG 25 Enterprises, Inc.
11031 Springfield Place
Cooper City, FL 33026

John O. Schaeffer
3057 Peachtree Industrial Blvd
Suite 100
Duluth, GA 30097


Leaf Capital
1720 A Crete St
Moberly, MO 65270


LSSi Data Corp
One Sentry Pkwy #6000
Blue Bell, PA 19422


LSSiData Corp.
P.O. Box 730401
Dallas, TX 75373-0401


Matthew A. Foreman Esq
Atty for Tracers Info
11031 Spring Hill Dr
Spring Hill, FL 34608


MDG Advertising Inc.
3500 NW Boca Raton Boulevard
Suite 601
Boca Raton, FL 33431


Monster, Inc.
P.O. Box 90364
Chicago, IL 60696-0364


NominoData LLC
PO Box 3340
Incline Village, NV 89450


Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715


Paul Fichtman
146 Country Club Drive
Lansdale, PA 19446

Scott Wagner
8668 Breezy Hill Dr
Boynton Beach, FL 33473


SMA Communications, LLC
6901 S.W. 18th St. #E-202
Boca Raton, FL 33433


Sunera LLC
201 E. Kennedy Blvd.
Suite #415
Tampa, FL 33602


Syncapes Corp
PO Box 347870
Pittsburgh, PA 15251


Technical Electric Systems Inc
87 S Highway 17-92, #B
Debary, FL 32713


Technology Investors Inc
c/o Ahearn Jasco and Co
Attn Mike Kuzy
190 SE 19 Ave
Pompano Beach, FL 33060


Technology Investors Inc
4530 Conference Way South
Boca Raton, FL 33431


Tracers Information Specialists, Inc.
15470 Flight Path Drive
Brooksville, FL 34604


TransUnion, LLC
P.O. Box 99506
Chicago, IL 60693-9506


Various Members


West Payment Center (Corp)
P.O. Box 6292
Carol Stream, IL 60197-6292

```
William H. Price
26891 Hickory Blvd
Bonita Springs, FL 34134


William Price
26891 Hickory Blvd
Bonita Springs, FL 34134
```