UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:
TLO, LLC,

CASE NO. 12-20853-PGH
CHAPTER 11

_____Debtor_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Administrative Order 05-1, the Debtor-in-Possession, TLO, LLC, ("Debtor") files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): __May 9, 2013__

2. Names, case numbers and dates of filing of related debtors:

   __Greencook Services, LLC, Case No. 13-20846-PGH__

3. Description of debtor's business: __provider of data solutions specializing in custom, scalable investigative and risk management tools__

4. Locations of debtor's operations and whether the business premises are leased or owned:

   __4530 Conference Way, South, Boca Raton, FL 33431__

   Leased __X *__          Owned _____
   *Office Lease BRE/Boca Corporate Center and TLO/CB Corporation

5. Reasons for filing chapter 11:
   __Financial restructuring following untimely death of founder and majority owner earlier this year__

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

| OFFICER/DIRECTOR: | MO. SALARY: | AMT SALARY/BENEFITS PAST YEAR: |
|---|---|---|
| E. Desiree Asher Sole Manager and CEO | $-0- | $-0- |

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

| GROSS INCOME - YEAR TO DATE: | GROSS INCOME PRIOR YEAR |
|---|---|
| $7,846,016.30 | $11,477,079.81 |

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   IRS: $-0-

   SALES TAX: $-0-

   PAYROLL TAX: $-0-

   PROPERTY TAX: $-0-
   OTHER TAXES: $-0-

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

| CREDITOR: | AMT CLAIM | COLLATERAL VALUE |
|---|---|---|
| 1. Technology Investors, Inc. | $88,740,000.00 | $46,000,000.00 All Assets |
| 2. Dell Financial | $ 4,640,939.00 | $1,250,000.00 Computer equipment |

   c. Amount of unsecured claims: $ 16,544,609.49

9. General description and approximate value of the debtor's assets:
Receivables - $2,269,860.33; furniture, computer equipment, network equipment, UPS system, telephone system, security system - $2,600,000; contingent, unliquidated claims - $unknown.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

    See attachment outlining insurance policies

11. Number of employees and amounts of wages owed as of petition date:
    No. Employees: _____125_____
    Prepetition Wages Owed: ___$389,120.68___

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A);
    Are payroll taxes current? _yes_    If not, amount outstanding, time period outstanding;

13. Anticipated emergency relief to be requested within 14 days from the petition date:

TLO, LLC,

Signature _____

(Name of Corporate Officer or Authorized Representative)

**CERTIFICATE OF SERVICE**

I certify that a true copy of this summary was served on all parties of record on in the manner and on the date reflected in the service list which accompanied the filing of this document.

> FURR AND COHEN, P.A.
> Attorney for Chapter 11 debtor
> 2255 Glades Road #337W
> Boca Raton, FL 33431
> (561) 395-0500/(561)338-7532-fax
>
> By _    /s/ Robert C. Furr
>    ROBERT C. FURR, ESQ.
>    Florida Bar No. 210854
>    EMAIL rfurr@furrcohen.com

**SERVED VIA U.S. MAIL: (MAY 13, 2013)**
The Debtor, all creditors and appearances on the attached matrix, serviced by BK Attorney Services, LLC.

**SERVED VIA ECF NOTICE (MAY 13, 2013)**

- Alan R Barbee    ecf@marcumllp.com
- Robert C Furr    bnasralla@furrcohen.com
- Alvin S. Goldstein    mmitchell@furrcohen.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John R Thomas    jthomas@smithhulsey.com
- Scott A. Underwood    scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com

H:\LIBRARY\BANKRUPTCY\TLO LLC 13-083\PLD\Chapter 11 Case Management Summary.doc-BJN

# TLO, LLC and Subsidiaries
# Insurance Summary

March 15, 2013

Policy Type:   General Liability w/Hired & Non-Owned Auto Liability,
Umbrella Commercial Property Coverage, Crime, Technology &
Professional Liability Coverage,

**General Liability w/Hired & Non-Owned Auto Liability - American Zurich Insurance Co.**

$1M Occurrence
$2M General Aggregate
$2M Products & Completed Operations Aggregate
$1M Personal Injury & Advertising Injury
$300K Damage to Premises Rented to You
$10K Medical Expenses
$1M Each Claim/ $2M Aggregate - Employee Benefits Liability
$1M Hired Auto Liability
$1M Non-Owned Auto Liability

**Premise & Operations Liability** – Coverage is provided for damages arising out of ownership or occupancy of the insured premises when maintained in a reasonable manner. This also covers damages arising out of operations performed by the insured business.

**Products & Completed Operations Liability** – Products coverage is provided for damages arising out of products manufactured, sold, handled or distributed by the insured. Completed Operations covers damages occurring after operations have been completed or abandoned, or after an item is installed or built and released for its intended purpose.

**Personal Injury** – Personal Injury means injury other than bodily injury. Coverage is provided for injury resulting from offenses such as false arrest, malicious prosecution, detention or imprisonment, the wrongful entry into, wrongful eviction from and other acts of invasion or rights of private occupancy of a room. Coverage for libel and slander is also provided in the policy.

**Advertising Injury** – This coverage pays for damages done in the course or oral or written advertisement that disparages, libels or slanders a person's or organization's goods, products or services. Coverage for these offenses is provided under advertising injury coverage only if they occur during the course of advertising the named insured's own goods, products or services.

**Medical Payments** – Medical Payments coverage pays medical expenses resulting from bodily injury caused by an accident on premises owned or rented by the insured, or locations next to such property, or when caused by the insured's operations. These payments are made without regard to the liability of the insured.

**Damage to Premises Leased/Rented to You** – This damage limit provides coverage for fire damage caused by negligence on the part of the insured to premises rented to the named insured. If a fire occurs because of negligence of the insured and causes damage to property not rented to the insured, coverage would be provided under the occurrence limit.

**Contractual Liability** – Extends your coverage to liability assumed under contract, applies to both oral and written agreements relating to the named insured's business.


#10

**Host Liquor Liability** – Covers your exposure for serving liquor to clients or employees at company parties. Applies only to firms not engaged in business of selling or serving alcoholic beverages.

**Broad Form Property Damage Coverage** – Intended for firms, which perform work or services, rather than sell or produce products.

**Additional Insured as Required by Written Contract** –The person(s) or organization(s) are additional insures when you have agreed in a written contract, written agreement or because of a permit issued by a state or political subdivision, that such person or organization be added as an additional insured on your policy, provided the injury or damage occurs subsequent to the execution of the contract or agreement or the issuance of the permit.

**Hired Auto Liability** – Covers the liability for the use of hired automobiles in your business.

**Non-Owned Auto Liability** – Covers the liability for the use on non-owned automobiles in your business. An example would be an employee using his/her own car on an errand for you.

### Umbrella – American Guarantee & Liability Insurance Co.

$10M Each Occurrence
$10M General Aggregate
$10M Products/Completed Operations Aggregate

**Insuring Agreement** – We will pay those sums that the "insured" becomes legally obligated to pay as "damages" in excess of the "underlying insurance" or of the "self-insured retention" when no "underlying insurance" applies because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies caused by an "occurrence".

### Commercial Property – Zurich American Insurance Co.

Real and Personal Property - $25,332,523
Business Income - $7,659,991
Extra Expense - $1,000,000

**Real Property means** – buildings, permanent structures, equipment and apparatus used to maintain or service the buildings, structures, or their premises or reported unscheduled premises and materials, equipment, supplies and temporary structures used for making additions, alterations, or repairs to the buildings or permanent structures.

**Personal Property means** – your personal property, your employees personal property, personal property of others in your care, custody or control, the value of labor, materials or services furnished or arranged by you on personal property of others, your interest in improvements and betterments to buildings or structures and glass which, as a tenant, you are required to insure.

### Crime

Employee Theft - $1,000,000
Forgery or Alteration - $1,000,000
On Premises (Inside Money or Securities) - $1,000,000
In Transit (Outside Money or Securities) - $1,000,000
Computer Fraud - $1,000,000
Funds Transfer Fraud - $1,000,000
Money Orders and Counterfeit Money - $1,000,000

**Employee Theft** – Coverage is provided for dishonest acts of employees of the named insured only. Coverage insures against loss of money, securities and property other than money and securities.

**Forgery or Alteration** – Coverage for loss by forgery or alteration of checks, drafts and promissory notes that are made or drawn by the insured or his agent.

## Workers Comp – The Hartford

Workers Comp and Employers' Liability - $1,000,000

## Technology & Professional Liability Coverage - Travelers Insurance Co.

| | |
|---|---|
| General Aggregate | $10,000,000 |
| Each Wrongful Act | $10,000,000 |
| Security Breach Notification Expense Limit | $1,000,000 |
| Crisis Management Services Expense Limit | $250,000 |
| Business Interruption & Add'l Expenses | $250,000 |
| Extortion Expense Limit | $1,000,000 |

**Errors and Omissions Liability Protection** – coverage not limited to specific products or work. Covers loss arising out of your products provided to others or your work provided or preformed for others that is caused by an error, omission or negligent act.

Damages means any sums any insured is legally obligated to pay as compensatory damages imposed by law or consequential damages for breach of a contract or agreement to provide your products to others or to provide or perform your work for others.

**Network and Security Liability Protection** – Coverage for the following wrongful acts committed by or on behalf of an insured in the conduct of your business.
Failure to prevent the transmission of a computer virus.
Failure to provide any authorized user of your website or your computer or communications network with access to such websites or such computer or communication network.
Failure to prevent unauthorized access to, or use of, electronic data containing private or confidential information of others.

**Communications and Media Liability Protection** - Coverage for the following wrongful acts committed by or on behalf of an insured in the conduct of your business.
Unauthorized use of any advertising material, or any slogan, or title, of others in the advertising of the business, premises, products, services, work, or completed work of others.
Infringement of copyright, title, slogan, trademark, trade name, trade dress, service mark, or service name in your covered material.
Plagiarism or unauthorized use of a literary or artistic format, character, or performance in your covered material.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 13-20853-PGH<br>Southern District of Florida<br>West Palm Beach<br>Mon May 13 15:53:30 EDT 2013 | TLO, LLC<br>4530 Conference Way South<br>Boca Raton, FL 33431-4489 | Technology Investors, Inc.<br>c/o Scott Underwood<br>POB 1438<br>Tampa, FL 33601-1438 |
| Wells Fargo Bank, N.A.<br>c/o John R. Thomas, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202-4494 | Accutrend Data Corp<br>7860 East Berry PL #200<br>Englewood, CO 80111-2303 | Accutrend Data Corp.<br>P.O. Box 6615<br>Greenwood Village, CO 80155-6615 |
| BDO USA, LLP<br>1601 Forum Place<br>#904 Centurion Plaza<br>West Palm Beach, FL 33401 | BRE Boca Corporate Center, LLC (Ptrship)<br>39174 Treasury Center<br>Chicago, IL 60694-9100 | Bob Davis<br>3941 S. Bristol St #D<br>Santa Ana, CA 92704-7496 |
| Compact Information Systems Inc<br>7120 185th Ave NE<br>Redmond, WA 98052-0575 | Compass Marketing Solutions LLC<br>808 P Street #300<br>Lincoln, NE 68508-1383 | CoreLogic Information Solutions Inc<br>Corelogic Solutions I LC<br>40 Pacifica #900<br>Irvine, CA 92618-7487 |
| CoreLogic Teletrack, Inc.<br>P.O. Box 847075<br>Dallas, TX 75284-7075 | Corelogic Information Solutions, Inc.<br>P.O. Box 847239<br>Dallas, TX 75284-7239 | Corelogic Teletrack Inc<br>Teletrack LLC<br>5550-A Peachtree Pkyw #600<br>Norcross, GA 30092 |
| Corelogic Teletrack, Inc<br>f/ka/ First American Corelogic<br>PO Box 847075<br>Dallas, TX 75284-7075 | DTE Boca Raton, LLC (Corp.)<br>414 S. Main St., #600<br>Ann Arbor, MI 48104-2398 | DataOne Software<br>150 Granby St<br>Norfolk, VA 23510-1604 |
| DataQuick<br>File 50261<br>Los Angeles, CA 90074-0261 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dell Financial Services<br>PO Box 99355<br>Chicago, IL 60693-9355 |
| Dell Financial Services (Lease Contr)<br>Payment Processing Center<br>P.O. Box 6549<br>Carol Stream, IL 60197-6549 | Dell Marketing L.P. - 9389<br>C/O Dell USA L.P.<br>P.O. Box 534118<br>Atlanta, GA 30353-4118 | Department of Highway Safety<br>and Motor Vehicle<br>2900 Apalachee Pkwy<br>Tallahassee, FL 32399-0500 |
| Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Dun & Bradstreet Inc.<br>P.O. Box 75434<br>Chicago, IL 60675-5434 | Dun and Bradstreet Inc<br>3 Sylvan Way<br>Attn Electronic Licensing<br>Parsippany, NJ 07054-3822 |
| Equifax Credit Mktg. Services (LLC/Corp)<br>P.O. Box 945510<br>Atlanta, GA 30394-5510 | Equifax Information Services<br>1550 Peachtree St<br>Atlanta, GA 30309-2468 | Experian - 2983<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 |

| | | |
|---|---|---|
| Experian - 3664<br>P.O. Box 881971<br>Los Angeles, CA 90088-1971 | Experian - 3812<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian - 7485 (Inc.)<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 |
| Experian - 7690<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian - 9430<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian Information Solutions Inc<br>475 Anton Blvd<br>Costa Mesa, CA 92626-7037 |
| Factiva Inc.<br>P.O. Box 300<br>Princeton, NJ 08543-0300 | (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 | Greencook Management LLC<br>26801 Hickory Blvd<br>Bonita Springs, FL 34134-8304 |
| Infutor Data Solutions Corp<br>111 Zapata Lane<br>Minooka, IL 60447-9355 | Infutor Data Solutions, Inc.<br>15129 S. Route 59<br>Plainfield, IL 60544-2772 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| JAG 25 Enterprises<br>11031 Springfield Place<br>Hollywood, FL 33026-4855 | JAG 25 Enterprises, Inc.<br>11031 Springfield Place<br>Cooper City, FL 33026-4855 | John O. Schaeffer<br>3057 Peachtree Industrial Blvd<br>Suite 100<br>Duluth, GA 30097-8619 |
| LSSi Data Corp<br>One Sentry Pkwy #6000<br>Blue Bell, PA 19422-2310 | LSSiData Corp.<br>P.O. Box 730401<br>Dallas, TX 75373-0401 | Leaf Capital<br>1720 A Crete St<br>Moberly, MO 65270-3681 |
| MDG Advertising Inc.<br>3500 NW Boca Raton Boulevard<br>Suite 601<br>Boca Raton, FL 33431-5852 | Matthew A. Foreman Esq<br>Atty for Tracers Info<br>11031 Spring Hill Dr<br>Spring Hill, FL 34608-5049 | Monster, Inc.<br>P.O. Box 90364<br>Chicago, IL 60696-0364 |
| NominoData LLC<br>PO Box 3340<br>Incline Village, NV 89450-3340 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach County Tax Collector<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 |
| Paul Fichtman<br>146 Country Club Drive<br>Lansdale, PA 19446-1456 | SMA Communications, LLC<br>6901 S.W. 18th St. #E-202<br>Boca Raton, FL 33433-7037 | Scott Wagner<br>8668 Breezy Hill Dr<br>Boynton Beach, FL 33473-4899 |
| Sunera LLC<br>201 E. Kennedy Blvd.<br>Suite #415<br>Tampa, FL 33602-5823 | Syncapes Corp<br>PO Box 347870<br>Pittsburgh, PA 15251 | Technical Electric Systems Inc<br>87 S Highway 17-92, #B<br>Debary, FL 32713-3364 |

Technology Investors Inc
4530 Conference Way South
Boca Raton, FL 33431-4489

Technology Investors Inc
c/o Ahearn Jasco and Co
Attn Mike Kuzy
190 SE 19 Ave
Pompano Beach, FL 33060-7549

Tracers Information Specialists, Inc.
15470 Flight Path Drive
Brooksville, FL 34604-6823

TransUnion, LLC
P.O. Box 99506
Chicago, IL 60693-9506

West Payment Center (Corp)
P.O. Box 6292
Carol Stream, IL 60197-6292

William H. Price
26891 Hickory Blvd
Bonita Springs, FL 34134-8304

William Price
26891 Hickory Blvd
Bonita Springs, FL 34134-8304

Alan R Barbee
Marcum LLP
525 Okeechobee Blvd # 750
West Palm Beach, FL 33401-6329

Alvin S. Goldstein Esq
2255 Glades Rd #337W
Boca Raton, FL 33431-7379

Robert C Furr Esq
2255 Glades Rd #337W
Boca Raton, FL 33431-7379

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services
MAIL STOP PS2DF-23
One Dell Way
Round Rock, TX 78682

Federal Trade Commission
8600 Pennsylvania Ave NW
Washington, DC 20580

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Corelogic Information Solutions
CoreLogic Solutions, I LC
40 Pacifica #900
Irvine, CA 92618-7487

(d)Equifax Information Services LLC
1550 Peachtree St
Atlanta, GA 30309-2468

(u)Various Members

End of Label Matrix
Mailable recipients   69
Bypassed recipients    4
Total                 73