UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                              Case No.  13-20853-PGH
                                                                                                                          Chapter 11

TLO, LLC,

        Debtor.
_____/

**DEBTOR'S MOTION TO REJECT UNEXPIRED EXECUTORY CONTRACTS**
(EQUIFAX INFORMATION SERVICES LLC)

TLO, LLC, the Debtor and Debtor-in-Possession, (the "Debtor") by and through undersigned counsel, moves the Court for the entry of an Order authorizing it to reject the executory contracts described herein, and in support thereof states as follows:

1. On May 9, 2013 (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since that time, the Debtor has operated as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. As of the date hereof, no creditors' committee has been appointed in this case. In addition, no trustee or examiner has been appointed.

3. The Debtor is a Florida limited liability company which is based in Boca Raton and was formed in March, 2009 to provide risk management, due diligence and fraud prevention information and investigative technology products and solutions to public and private sector industries. The Debtor offers information products and services to many of the nation's investigators, collection agencies, attorneys, financial institutions, corporate security departments, insurance companies, governmental agencies and law enforcement agencies.

4. This Court has jurisdiction over this case pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A). Venue is proper in this Court pursuant to 28 U.S.C. §1408.

5. Pre-petition, on or about February 1, 2012, the Debtor executed a Data License Agreement ("Agreement A") with Equifax Information Services LLC, a Georgia limited liability company, 1550 Peachtree Street, Atlanta, GA 30309 ("Equifax"), granting the Debtor a non-exclusive license to use the Equifax Furnished Data as described in Agreement A, subject to the terms of Agreement A for a three year term automatically renewing for additional one year periods. A copy of Agreement A is attached to the original of this Motion on file with the Bankruptcy Court and available from undersigned counsel upon request.

6. Pre-petition, on or about March 23, 2012, the Debtor executed a Data License Agreement ("Agreement B") with Equifax, granting the Debtor a non-exclusive license to use the Equifax Furnished Data as described in Agreement B, subject to the terms of Agreement B for a term expiring on June 29, 2013. A copy of Agreement B is attached to the original of this Motion on file with the Bankruptcy Court and available from undersigned counsel upon request.

7. Pre-petition, on or about June 29, 2010, the Debtor executed a Data License Agreement ("Agreement C") with Equifax, granting the Debtor a non-exclusive license to use the Equifax Furnished Data as described in Agreement C, subject to the terms of Agreement C for a three year term automatically renewing for additional one year periods. A copy of Agreement C is attached to the original of this Motion on file with the Bankruptcy Court and available from undersigned counsel upon request.

8. Pre-petition, on or about June 29, 2010, the Debtor executed a Data License Agreement ("the Archive Agreement") with Equifax, which terminated and superseded the

- 3 -

Initial Archive Agreement dated September 16, 2009, granting the Debtor a non-exclusive license to use the Equifax Furnished Data as described in the Archive Agreement, subject to the terms of the Archive Agreement for a three year term automatically renewing for additional one year periods. A copy of the Archive Agreement is attached to the original of this Motion on file with the Bankruptcy Court and available from undersigned counsel upon request.

9. The Debtor has determined that the Agreements are not beneficial to the estate. The information and data provided pursuant to the three agreements which the Debtor seeks to reject are either not essential to the continued operation of the Debtor's business or can be obtained from other sources at lesser amounts. In addition, there are specific issues with regard to the utilities contract. In any event, the monthly amounts due to Equifax under the four agreements exceed the amounts available under the Debtor's approved budget.

10. By this Motion, the Debtor seeks an Order deeming the above executory contracts rejected as of the date of this Motion.

11. Pursuant to 11 U.S.C. §365, the Debtor may reject unexpired leases and executory contracts.

12. The Debtor respectfully submits that rejection of executory contracts listed above is in the best interest of the Debtor, the estate and its creditors.

WHEREFORE, the Debtor respectfully requests the entry of an Order authorizing it to reject the above-described executory contracts as of the date of this Motion, as well as granting any other and further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing will be furnished to the 20 largest unsecured creditors and parties filing appearances with the Notice of Hearing on this Motion.

- 4 -

                                  FURR AND COHEN, P.A.
                                  Attorneys for the Debtor
                                  2255 Glades Road, Suite 337W
                                  Boca Raton, FL 33431
                                  (561) 395-0500/(561)338-7532-fax

                                  By  */s/ Alvin S. Goldstein*
                                      ALVIN S. GOLDSTEIN
                                      Florida Bar No. 993621
                                      E-Mail:  agoldstein@furrcohen.com

H:\LIBRARY\BANKRUPTCY\TLO LLC 13-083\PLD\Motion to Reject Executory Contracts - Equifax.doc