UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:  Case No.  13-20853-PGH
Chapter 11

TLO, LLC,

      Debtor.
_____/

### DEBTOR'S MOTION TO REJECT UNEXPIRED EXECUTORY CONTRACTS
(JEFFREY GOLDBERG)

TLO, LLC, the Debtor and Debtor-in-Possession, (the "Debtor") by and through undersigned counsel, moves the Court for an entry of an Order authorizing it to reject the executory contract described herein, and in support thereof states as follows:

1.  This Court has jurisdiction over this case pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).  Venue is proper in this Court pursuant to 28 U.S.C. §1408.

2.  On May 9, 2013 (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since that time, the Debtor has operated as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3.  As of the date hereof, no creditors' committee has been appointed in this case.  In addition, no trustee or examiner has been appointed.

4.  The Debtor is a Florida limited liability company which is based in Boca Raton and was formed in March, 2009 to provide risk management, due diligence and fraud prevention information and investigative technology products and solutions to public and private sector

- 1 -

industries. The Debtor offers information products and services to many of the nation's investigators, collection agencies, attorneys, financial institutions, corporate security departments, insurance companies, governmental agencies and law enforcement agencies.

5. Pre-petition, on or about December 27, 2012 Paul Fitchnan, Marco Plovesan and John Schaeffer ("Tenants") executed an Apartment Lease (the "Lease") with Jeffrey Goldberg, JAG 25 Enterprises, Inc., 11031 Springfield Place, Cooper City, Florida 33026, ("Goldberg"), granting the Tenants a lease on the property known as 114 S.E. 7th Avenue, Unit No. 3, Delray Beach, Florida 33483 (the "Leased Premises") for a one year term ending December 31, 2013. The Lease was assigned to the Debtor by Addendum One to the Lease, dated April 12, 2013. The Lease and Addendum One are attached to the original of this Motion on file with the Bankruptcy Court and available from undersigned counsel upon request.

6. The Debtor does not utilize the Leased Premises and has no need for the Leased Premises either in its on-going business operations or in connection with its reorganization efforts. Accordingly, the monthly payments due are unnecessary and burdensome to the Debtor.

7. By this Motion, the Debtor seeks an Order deeming the above Lease, as assigned, rejected as of the date of this Motion.

8. Pursuant to 11 U.S.C. §365, the Debtor may reject unexpired leases and executory contracts.

9. The Debtor respectfully submits that rejection of executory contract listed above is in the best interest of the Debtor, the estate and its creditors.

WHEREFORE, the Debtor respectfully requests the entry of an Order authorizing it to reject the above-described Lease, as assigned, as of the date of this Motion, as well as granting any other and further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing will be furnished to the 20 largest unsecured creditors, parties filing appearances and the party listed below with the Notice of Hearing on this Motion.

FURR AND COHEN, P.A.
Attorneys for the Debtor
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax

By */s/ Alvin S. Goldstein*
   ALVIN S. GOLDSTEIN
   Florida Bar No. 993621
   E-Mail: agoldstein@furrcohen.com

By U.S. Mail:

Jeffrey Goldberg
JAG 25 Enterprises, Inc.
11031 Springfield Place
Cooper City, Florida 33026


H:\LIBRARY\BANKRUPTCY\TLO LLC 13-083\PLD\M2 Reject Executory Contract - Lease 114 SE 7th.doc