UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

                                                CASE NO. 13-20853-PGH

TLO, LLC,                                   CHAPTER 11

       **Debtor**
_____/

**NOTICE OF RULE 2004 EXAMINATION (PRODUCTION OF DOCUMENTS ONLY)**

      WILLIAM H. PRICE AND GREENCOOK MANAGEMENT, LLC, by the undersigned attorneys and pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, request the Debtor, TLC, LLC, to produce all of the documents described on the attached schedule by bringing the originals (by appointment) to be inspected and copied or by mailing or delivering true copies (electronic copies are acceptable) of same to the offices of Barry S. Balmuth, P.A., 1601 Forum Place, Suite 1101, West Palm Beach, Florida 33401 on or before **June 3, 2013.**

                                          **Barry S. Balmuth, P.A.**
                                          **Counsel for Price and Greencook**
                                          **1601 Forum Place, Suite 1101**
                                          **West Palm Beach, FL  33401**
                                          **Ph: (561)242-9400**
                                          **Fx: (561) 478-2433**

                            BY:   __/s/ Barry S. Balmuth__
                                          **Barry S. Balmuth, B.C.S.**
                                          **Florida Bar No. 868991**
                                          **balmuthlaw@alum.emory.edu**

I hereby certify that the undersigned attorneys are appearing pro hac vice in this matter pursuant to court order dated May 14, 2013.

                                        **E. Cole FitzGerald III, Esq.**
                                        **Steven A. Mayans, Esq.**
                                        **FitzGerald, Mayans & Cook, P.A.**
                                        **515 N. Flagler Drive, Suite 900**
                                        **Ph: (561) 832-8655**
                                        **Fx: (561) 832-8678**
                                        **Florida Bar No. 177789 (E. Cole FitzGerald)**
                                        **Florida Bar No. 492663 (Steven A. Mayans)**
                                        **Fitzgerald@fmc-lawfirm.com**
                                        **Mayans@fmc-lawfirm.com**

**BY:**    */s/ E. Cole FitzGerald III*
**BY:**    */s/ Steven A. Mayans*

**Definitions and Instructions**

A. The term "Debtor" means TLO, LLC their employees, representatives, agents, servants, subsidiaries, parent company, affiliated companies, and other persons acting or purporting to act on their behalf.

B. The terms "Document", "Documents", "Communication" and "Communications," as used in this request, mean any written or graphic matter or other means of preserving thought or expression, and all tangible things from which information can be processed or transcribed, including the originals and all non-identical copies, whether they are different from the originals by reason or any notation made on such copy or otherwise, including, but not limited to: correspondence, memoranda, notes, messages, letter, telegrams, teletypes, telecopies, facsimile transmissions ("faxes"), electronic mail ("e-mail"), text messages whether by computer or mobile telephone, picture messages whether by computer or mobile telephone, bulletins, meetings or other communications, inter-office and intra-office telephone calls, diaries, chronological data, minutes, books, studies, reports, charts, ledgers, invoices, worksheets, receipts, returns, computer print-outs, prospectuses, financial statements, schedules, affidavits, contracts, cancelled checks, transcripts, statistics, surveys, magazine or newspaper articles, releases (any and all drafts, alterations and modifications, changes and amendments of any other of the foregoing), graphic or oral records or representations of any kind, including without limitation, photographs, charts, graphic, microfiche, microfilm, video tape recordings, motion pictures and electronic, mechanical or electrical recordings or representations of any kind (including without limitations tapes, cassettes, discs and recordings).

C. The term "all Documents" or "each and every Document" as used in this request means all Documents of the class requested, and includes all Documents in Debtors' possession or control, and that can be obtained from persons, entities, or departments subject to Petitioner's direction and control.

D. "Refer", "regarding", "relate," or "relating" shall mean to make a statement about, discuss, describe, reflect, constitute, identify, deal with, consist of, establish, comprise, list, evidence, substantiate or in any way pertain, in whole or in part, to the subject.

E. The words "and" and "or" shall be construed conjunctively or disjunctively as necessary to make a request inclusive rather than exclusive.

F. More than one paragraph of this request may ask for the same Document. The presence of such duplication is not be considered as narrowing or limiting the normal interpretation placed upon each individual request.

G. If there is an objection to the production of any Document or part thereof under the claim of privilege or work product, then please identify the Document in a manner sufficient to enable the Court to rule upon the claim of privilege or work product by stating, as to each such Document, the Date of the Documents, its sender(s) or preparer(s), its addressee(s), the person(s) to whom the Document was shown or to whom copies were furnished, the subject matter of the Document and the person in whose custody the Document is presently located.

H. If any Document requested was, but is no longer, in the possession, custody or control of Debtors, then please state whether the Document is missing or lost, has been destroyed, has been transferred to another person or otherwise been disposed of. For each such Document, please explain the circumstances surrounding its disposition and describe the subject matter of the Document.

**Schedule of Documents to be Produced**

Please produce the following Documents **including any amendments**:

1. Monthly profit and loss statements for October, 2012 through April, 2013.

2. All balance sheets relating to Debtor.

3. All income statements relating to Debtor.

4. All Documents evidencing or relating to capital contributions to Debtor.

5. Federal, state and local Returns for 2012.

6. Any audit papers and communications between Debtor or any subsidiaries and the Internal Revenue Services since January 1, 2011.

7. Most recent state unemployment tax rate notice.

8. Most recent loss reports from workers' compensation carrier.

9. Most recent workers' compensation audit.

10. Schedule of owners' and officers' expenses in financial statements since January 1, 2013.

11. List of 30 largest debtors owing accounts receivable to Debtor as of May 15, 2013.

12. Accounts receivable aging schedule as of May 15, 2013.

13. Invoice Registers for the most recent four weekly periods.

14. List of 30 largest accounts payable creditors.

15. Accounts payable aging schedule as of May 15, 2013.

16. Cash disbursement registers for January, 2013 through April, 2013.

17. All daily revenue reports by product type for February 1, 2013 through May 15, 2013.

18. Elasticity report (this is a report that is particularly prepared by Debtor) for October 1, 2012 through May 16, 2013.

19. Super report (this is a report that is particularly prepared by Debtor) as of May 15, 2013.

20. Current operating agreement of company.

21. Lists of officers and directors as of May 15, 2013.

22. Organization chart as of May 15, 2013.

23. Member (shareholder) list as of May 15, 2013 including listing of all shareholders and their respective ownership percentages.

24. Current shareholder list for Technology Investors, Inc.

25. Cap Table as of May 15, 2013.

26. Credit Agreements, indentures and other debt agreements or instruments.

27. Loans and guarantees of third party obligations.

28. Debt agreement compliance calculations, compliance certificates and reports from independent public accountants indicating debt agreement compliance.

29. Correspondence with lenders and other debt security holders and indenture trustees.

30. Consents from lenders for borrowing by the Debtor.

31. List of all financing contracts and commitments under which a default has occurred

or is claimed to have occurred setting forth the nature of default and other material information.

32. List of all customers gained since February 1, 2013.

33. List of all customers lost since February 1, 2013.

34. List of top 20 customers for February – April 2013 and corresponding revenues for each customer.

35. List or disclosure of litigation and claims threatened or pending against the Company or any of its directors or officers and all complaints.

36. List or disclosure of Litigation and claims settled or concluded.

37. Consent decrees and injunctions.

38. All pleadings, orders, and other court papers relating to pending litigation.

39. Notices received from government agencies.

40. Any Documents relating to pending investigations and proceeding by government agencies.

41. All permits, licenses and approvals applied for by or granted to Debtor or any subsidiaries.

42. Reports and correspondence with government agencies.

43. Any employment contracts entered into since February 1, 2013.

44. Any consulting agreements entered into since February 1, 2013.

45. Any changes to any pension profit sharing or employee benefit plans for Debtor or any subsidiary since February 1, 2013.

46. Loans and guarantees to directors, officers, members or employees, together with promissory notes evidencing same.

47. All Documents reflecting changes to Employee stock option plans and option

agreements, performance bonus plans and all other employee benefit plans since February 1, 2013, and copies of grants thereunder.

48. All Documents stating compensation breakdown information for all officers and all other employees who's compensation is in excess of $100,000 annually.

49. List of all current employees and consultants of Debtor and any Document(s) indicating their roles, salaries, fees and or bonuses as applicable.

50. Listing of any Independent Contractors, fees being paid and copy of most recent calendar year-end 1099 forms.

51. List of any changes to insurance coverage (e.g. Health, dental, 401k etc…) for any employees or officers or directors of Debtor since February 1, 2013.

52. List of employees on disability, leave, or the Family Medical Leave Act (long term or short term, including maternity).  Debtor may redact any medical or health information.

53. List of pending COBRA cases.

54. List of pending workers compensation cases.

55. All Documents evidencing communications with any prospective post-petition lender including, but not limited to, Birchtree Capital, LLC.