UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:  CHAPTER 11

TLO, LLC,  CASE NO.: 13-20853-PGH

_____Debtor(s)._____/

APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 29th day of May, 2013.

GUY G. GEBHARDT
Acting United States Trustee
Region 21

By:  /s/
Heidi A. Feinman
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130
Tele:  (305) 536-7285
Fax:  (305) 536-7360
heidi.a.feinman@usdoj.gov

**EXHIBIT A**

*James Griggs, Vice-President-Finance  
Equifax Information Services LLC  
1550Peachtree Street  
Atlanta, GA 30309  
Tele:  404-885-8964  
Fax:  404-885-8800                          EMAIL – jimgriggs@equifax.com

Christopher Cavalier  
Experian North America  
475 Anton Blvd.  
Costa Mesa, CA 92629  
Tele:  714-830-5840  
Fax:  972-370-5721                          EMAIL – christopher.cavalier@experian.com

Terry Kilburn, Chief Operation Officer  
Tracers Information Specialists, Inc.  
15470 Flight Path Drive  
Brooksville, FL 34604  
Tele:  877-723-2689  
Fax:  877-723-2691                          EMAIL – terry@tracersinfo.com

Steven D. Sass  
Dun & Bradstreet  
307 International Circle, Suite 270  
Hunt Valley, MD 21030  
Tele:  410-773-4040  
Fax:  410-773-4057                          EMAIL – steven.sass@rms-igor.com

Charles Simpson, Bankruptcy Manager  
Dell Financial Services, LLC  
2300 Greenlawn Blvd., MS RR3-52  
Round Rock, Texas 78682  
Tele: 512-728-7855  
Fax: 512-723-6859                           EMAIL – charles_simpson@dell.com

Gary Steck
LSSiDATA
One Sentry Parkway, Suite 7000
Blue Bell, PA 19422
Tele:  610-276-4327
Fax:  NA                                               EMAIL – gsteck@lssidata.com

Daniel Merchant
SMA Communications
6901 S.W. 18th Street, Suite E202
Boca Raton, FL 33433
Tele:  561-367-5129 x 106
Fax:  561-910-1530                                     EMAIL – dmerchant@smacomm.com


* Indicates the temporary chairperson of the committee


## SERVICE LIST

| | |
|---|---|
| Barry S Balmuth | balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com |
| Alan R Barbee | ecf@marcumllp.com |
| Alexandra D Blye | ablye@carltonfields.com,kdemar@carltonfields.com;wpbecf@cfdom.net |
| John D Emmanuel | emmanuel@fowlerwhite.com,sstorno@fowlerwhite.com |
| Joseph D Frank | jfrank@fgllp.com,ccarpenter@fgllp.com;rheiligman@fgllp.com |
| Robert C Furr | bnasralla@furrcohen.com |
| Robert N Gilbert | rgilbert@carltonfields.com; kdemar@carltonfields.com; wpbecf@cfdom.net |
| Alvin S. Goldstein | mmitchell@furrcohen.com |
| Anthony Kang | akang@arnstein.com |
| Philip J Landau | plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com; vchapkin@sfl-pa.com; pdorsey@sfl-pa.com |
| Corali Lopez-Castro | clc@kttlaw.com; rcp@kttlaw.com |
| Todd C Meyers | tmeyers@kilpatricktownsend.com, rrahman@kilpatricktownsend.com; lcanty@kilpatricktownsend.com;mlangford@kilpatricktownsend.com; mwilliams@kilpatricktownsend.com;rosenblatt@kilpatricktownsend.com |
| Luis Salazar | salazar@salazarjackson.com;jackson@salazarjackson.com; aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com |
| Sabrina L Streusand | streusand@slollp.com, prentice@slollp.com |
| John R Thomas | jthomas@smithhulsey.com |
| Scott A. Underwood | scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com |
| Henry S Wulf | hwulf@carltonfields.com, kvickers@carltonfields.com |
| Linda J Zhou | linda.zhou@fowlerwhite.com, sstorno@fowlerwhite.com |

Terry and Nancy Kilburn
5037 Willow Oak Lane
Weeki Wachee, FL 34067