UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                                    CHAPTER 11

TLO, LLC,                                                          CASE NO.:  13-20853-PGH

_____Debtor(s)._____/

AMENDED[1] APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the AMENDED APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to:  All parties on the attached service list on this the 31st day of May, 2013.

GUY G. GEBHARDT
Acting United States Trustee
Region 21

By:        /s/

Heidi A. Feinman
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130
Tele:  (305) 536-7285
Fax:  (305) 536-7360
heidi.a.feinman@usdoj.gov

---

[1]  Amended to correct email addresses only

**EXHIBIT A**

*James Griggs, Vice-President-Finance
Equifax Information Services LLC
1550Peachtree Street
Atlanta, GA 30309
Tele:  404-885-8964
Fax:  404-885-8800                    EMAIL – jim.griggs@equifax.com

Christopher Cavalier
Experian North America
475 Anton Blvd.
Costa Mesa, CA 92629
Tele:  714-830-5840
Fax:  972-370-5721                    EMAIL – christopher.cavalier@experian.com

Terry Kilburn, Chief Operation Officer
Tracers Information Specialists, Inc.
15470 Flight Path Drive
Brooksville, FL 34604
Tele:  877-723-2689
Fax:  877-723-2691                    EMAIL – terry@tracersinfo.com

Steven D. Sass
Dun & Bradstreet
307 International Circle, Suite 270
Hunt Valley, MD 21030
Tele:  410-773-4040
Fax:  410-773-4057                    EMAIL – steven.sass@rms-iqor.com

Charles Simpson, Bankruptcy Manager
Dell Financial Services, LLC
2300 Greenlawn Blvd., MS RR3-52
Round Rock, Texas 78682
Tele:  512-728-7855
Fax:  512-723-6859                    EMAIL – charles_simpson@dell.com

Gary Steck
LSSiDATA
One Sentry Parkway, Suite 7000
Blue Bell, PA 19422
Tele:  610-276-4327
Fax:  NA                                        EMAIL – gsteck@lssidata.com

Daniel Merchant
SMA Communications
6901 S.W. 18th Street, Suite E202
Boca Raton, FL 33433
Tele:  561-367-5129 x 106
Fax:  561-910-1530                              EMAIL – dmerchant@smacomm.com

* Indicates the temporary chairperson of the committee

### SERVICE LIST

| | |
|---|---|
| Barry S Balmuth | balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com |
| Alan R Barbee | ecf@marcumllp.com |
| Alexandra D Blye | ablye@carltonfields.com,kdemar@carltonfields.com;wpbecf@cfdom.net |
| John D Emmanuel | emmanuel@fowlerwhite.com,sstorno@fowlerwhite.com |
| Joseph D Frank | jfrank@fgllp.com,ccarpenter@fgllp.com;rheiligman@fgllp.com |
| Robert C Furr | bnasralla@furrcohen.com |
| Robert N Gilbert | rgilbert@carltonfields.com; kdemar@carltonfields.com; wpbecf@cfdom.net |
| Alvin S. Goldstein | mmitchell@furrcohen.com |
| Anthony Kang | akang@arnstein.com |
| Philip J Landau | plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com; vchapkin@sfl-pa.com; pdorsey@sfl-pa.com |
| Corali Lopez-Castro | clc@kttlaw.com; rcp@kttlaw.com |
| Todd C Meyers | tmeyers@kilpatricktownsend.com;rrahman@kilpatricktownsend.com; lcanty@kilpatricktownsend.com;mlangford@kilpatricktownsend.com; mwilliams@kilpatricktownsend.com;prosenblatt@kilpatricktownsend.com |
| Luis Salazar | salazar@salazarjackson.com;jackson@salazarjackson.com; aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com |
| Sabrina L Streusand | streusand@slollp.com, prentice@slollp.com |
| John R Thomas | jthomas@smithhulsey.com |
| Scott A. Underwood | scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com |
| Henry S Wulf | hwulf@carltonfields.com, kvickers@carltonfields.com |
| Linda J Zhou | linda.zhou@fowlerwhite.com, sstorno@fowlerwhite.com |

Terry and Nancy Kilburn
5037 Willow Oak Lane
Weeki Wachee, FL 34067