**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

CHAPTER 11

TLO, LLC,

CASE NO. 13-20853-PGH

      Debtor.

_____/

<u>**MOTION TO SET BAR DATE TO CONTEST THE VALIDITY, PRIORITY OR**</u>
<u>**ENFORCEABILITY OF THE TECHNOLOGY INVESTORS, INC. LIENS**</u>

TECHNOLOGY INVESTORS, INC. ("Tech Inc."), hereby moves the Court to enter an order fixing a deadline to contest the validity, priority, or enforceability of the Tech Inc. liens and security interests (the "Motion") and in support thereof states as follows:

1.      The Debtor TLO, LLC (the "Debtor" or "TLO") filed its voluntary petition under Chapter 11 of the Bankruptcy Code on May 9, 2013 (the "Petition Date").

2.      Tech Inc. is a secured creditor of the Debtor pursuant to a Revolving Promissory Note in the amount of One Hundred Twenty-Five Million Dollars ($125,000,000.00), dated January 31, 2011, and related Security Agreement and UCC-1 Financing Statement as filed with the Florida Secured Transaction Registry.

3.      TLO concedes that it is indebted to Tech Inc. under the above loan, without defense, counterclaim, or offset of any kind. (*See* Order Granting Use of Cash Collateral, Dkt. No. 89). TLO has further admitted that, as of the Petition Date, its liability to Tech Inc. is in the aggregate amount of not less than $89,052,000.00. (*See* Order Granting Use of Cash Collateral, Dkt. No. 89). Additionally, TLO has admitted that Tech Inc. possesses valid, properly perfected, and enforceable liens and security interests upon all of TLO's pre-petition collateral, and that such liens are senior to any other security interests in the pre-petition collateral, with the

1

exception of the accounts specified in the cash collateral order. (*See* Order Granting Use of Cash Collateral, Dkt. No. 89)

4.      Although the Debtor concedes Tech Inc.'s secured claim and lien priority, Tech Inc. anticipates challenges from others including, but not limited to, the Unsecured Creditors' Committee.

5.      The fixing of a bar date to contest the validity, priority, or enforceability of the Tech Inc. claims will be beneficial to the reorganization process and is necessary to permit the expeditious reorganization of the Debtor's financial affairs.

6.      A fixed Bar Date will permit all parties in interest to ascertain the amount and nature of the Tech Inc. claim and will help avoid further delay in advancing the Debtor's plan confirmation efforts.   Considering the Debtor's ongoing unprofitability and high operating expenses, the plan confirmation process will need to move forward quickly.   There are significant economic pressures forcing the case to advance rapidly and it would be in the best interests of the Estate and all creditors to promptly reach a resolution on the Tech Inc. claims. Accordingly, the establishment of a Bar Date serves the dual interest of finality and debtor rehabilitation.

7.      Tech Inc. seeks a Bar Date during the third week of September.  Counsel for the Unsecured Creditors' Committee has consented to this timeframe.

8.      Tech Inc. will furnish a copy of the executed order setting the Bar Date to all creditors and parties in interest pursuant to the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Tech Inc. respectfully requests the entry of an order establishing a

deadline to contest the validity, priority, or enforceability of the Tech Inc. liens and security interests and for such other relief as the Court deems just and proper.

Dated:  August 14, 2013.

Respectfully Submitted,

/s/ Scott A. Underwood
Scott A. Underwood
Florida Bar No: 0730041
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL  33601
Tel: (813) 228-7411
Fax: (813) 229-8313
Email: scott.underwood@fowlerwhite.com
Attorneys for Technology Investors, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished to those parties registered to receive service via CM/ECF, and by U.S. Mail to the parties in interest listed on the Local Rule 1007-2 matrix attached hereto, this 14th day of August, 2013.

/s/ Scott A Underwood
Scott A. Underwood
Florida Bar No: 0730041

Label Matrix for local noticing
113C-9
Case 13-20853-PGH
Southern District of Florida
West Palm Beach
Wed Aug 14 08:33:36 EDT 2013

BRE/BOCA Corporate Center L.L.C.
c/o Carlton Fields PA
525 Okeechobee Blvd #1200
West Palm Beach, FL 33401-6350

CoreLogic, Inc.
Hunton & Williams LLP
c/o David Bane
1111 Brickell Avenue
Suite 2500
Miami, FL 33131-3155

Creditor Committee
c/o Paul J Battista, Esq
100 SE 2nd St
Miami, FL 33131-2100

Data Acquisition Group, LLC
c/o Luis Salazar
Salazar Jackson, LLP
2 South Biscayne Blvd
Suite 3760
Miami, Fl 33131-1815

Dell Financial Services, LLC
c/o Streusand, Landon & Ozburn, LLP
Sabrina L. Streusand
811 Barton Springs Rd., Ste. 811
Austin, TX 78704-1166

Equifax Information Services, LLC
c/o Corali Lopez-Castro, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Miami, FL 33134-6039

Equifax Information Services, LLC
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530

Greencook Management LLC
26801 Hickory Blvd
Bonita Springs, FL 34134-8304

MDG Advertising, Inc
1075 Broken Sound Parkway NW
Boca Raton, FL 33487-3530

Receivable Management Services
Authorized Agent for Dun & Bradstreet
c/o Ronald Rowland Esq
307 International Cir #270
Hunt Valley, MD 21030-1322

TLO, LLC
4530 Conference Way South
Boca Raton, FL 33431-4489

Tracers Information Specialists
c/o Philip J. Landau, Esq.
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, # 3
Boca Raton, FL 33431-8579

Triax Data, Inc.
c/o Shraiberg, Ferrara & Landau, P.A.
Philip J. Landau, Esq.
2385 NW Executive Center Drive, # 3
Boca Raton, FL 33431-8579

Wells Fargo Bank, N.A.
c/o John R. Thomas, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202-4494

tw telecom inc
c/o Linda Boyle
10475 Park Meadows Dr #400
Littleton, CO 80124-5454

Accutrend Data Corp
7860 East Berry PL #200
Englewood, CO 80111-2303

Accutrend Data Corp.
P.O. Box 6615
Greenwood Village, CO 80155-6615

BDO USA LLP
Attn: Laurence W Goldberg
4035 Premier Dr #333
High Point NC 27265-8312

BDO USA, LLP
1601 Forum Place
#904 Centurion Plaza
West Palm Beach, FL 33401

BRE Boca Corporate Center, LLC (Ptrship)
39174 Treasury Center
Chicago, IL 60694-9100

Bob Davis
3941 S. Bristol St #D
Santa Ana, CA 92704-7496

CDW, LLC
200 N Milwaukee Ave
Vernon Hills, IL 60061-1577
Attn: Vida Krug

Charles Simpson, B'cy Mgr
Dell Financial Svcs LLC
2300 Greenlawn Blvd, MS RR3-52
Round Rock TX 78682-0001

Compact Information Systems Inc
7120  185th Ave NE
Redmond, WA 98052-0575

Compass Marketing Solutions LLC
808 P Street #300
Lincoln, NE 68508-1383

CoreLogic Information Solutions Inc
Corelogic Solutions I LC
40 Pacifica #900
Irvine, CA 92618-7487

CoreLogic Teletrack, Inc.
P.O. Box 847075
Dallas, TX 75284-7075

Corelogic Information Solutions, Inc.
P.O. Box 847239
Dallas, TX 75284-7239

Corelogic Teletrack Inc
Teletrack LLC
5550-A Peachtree Pkyw #600
Norcross, GA 30092

Corelogic Teletrack, Inc
f/ka/ First American Corelogic
PO Box 847075
Dallas, TX 75284-7075

DTE Boca Raton, LLC (Corp.)
414 S. Main St., #600
Ann Arbor, MI 48104-2398

Data Acquisition Group, LLC
c/o Salazar Jackson, LLP
Two South Biscayne Boulevard
Suite 3760
Miami, Florida 33131-1815

DataOne Software
150 Granby St
Norfolk, VA 23510-1604

DataQuick
File 50261
Los Angeles, CA 90074-0261

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dell Financial Services
PO Box 99355
Chicago, IL 60693-9355

Dell Financial Services (Lease Contr)
Payment Processing Center
P.O. Box 6549
Carol Stream, IL 60197-6549

Dell Marketing L.P. - 9389
C/O Dell USA L.P.
P.O. Box 534118
Atlanta, GA 30353-4118

Department of Highway Safety
and Motor Vehicle
2900 Apalachee Pkwy
Tallahassee, FL 32399-0500

Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Dun & Bradstreet Inc.
P.O. Box 75434
Chicago, IL 60675-5434

Dun & Bradstreet
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

Dun and Bradstreet Inc
3 Sylvan Way
Attn Electronic Licensing
Parsippany, NJ 07054-3822

Equifax Credit Mktg. Services (LLC/Corp)
P.O. Box 945510
Atlanta, GA 30394-5510

Equifax Information Services
1550 Peachtree St
Atlanta, GA 30309-2468

Experian - 2983
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 3664
P.O. Box 881971
Los Angeles, CA 90088-1971

Experian - 3812
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 7485 (Inc.)
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 7690
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 9430
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian Information Solutions Inc
475 Anton Blvd
Costa Mesa, CA 92626-7037

FACTIVA Inc, a Dow Jones Co
Attn: Credit Dept
POB 300
Princeton NJ 08543-0300

Factiva Inc.
P.O. Box 300
Princeton, NJ 08543-0300

(p)FEDERAL TRADE COMMISSION
ASSOCIATE DIRECTOR
DIVISION OF ENFORCEMENT
600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122
WASHINGTON DC 20580-0001

Gary Steck
LSSiDATA
1 Sentry Pkwy #7000
Blue Bell PA 19422-2310

Green Cook Management, LLC
c/o William H. Myers, Esquire
Porter Wright et. al.
9132 Strada Place
Bonita Springs, FL 34108-2942

Infutor Data Solutions Corp
111 Zapata Lane
Minooka, IL 60447-9355

Infutor Data Solutions, Inc.
15129 S. Route 59
Plainfield, IL 60544-2772

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

JAG 25 Enterprises
11031 Springfield Place
Hollywood, FL 33026-4855

JAG 25 Enterprises, Inc.
11031 Springfield Place
Cooper City, FL 33026-4855

John O. Schaeffer
3057 Peachtree Industrial Blvd
Suite 100
Duluth, GA 30097-8619

Jules Kroll
845 Third Ave, 4th Floor
New York, NY 10022-6647

Katherine Bartnik
c/o C Larmoyeux and B Bone
550 S Quadrille Blvd #200
West Palm Beach FL 33401-5855

LEAF
POB 644006
Cincinnati, OH 45264-0309

LSSi Data Corp
One Sentry Pkwy #6000
Blue Bell, PA 19422-2310

LSSiData Corp.
P.O. Box 730401
Dallas, TX 75373-0401

Leaf Capital
1720 A Crete St
Moberly, MO 65270-3681

MDG Advertising Inc.
3500 NW Boca Raton Boulevard
Suite 601
Boca Raton, FL 33431-5852

Mary N. Price as PR of the Estate of W. H. P
c/o William H. Myers, Esquire
Porter Wright et. al.
9132 Strada Place
Bonita Springs, FL 34108-2942

Matthew A. Foreman Esq
Atty for Tracers Info
11031 Spring Hill Dr
Spring Hill, FL 34608-5049

Monster, Inc.
P.O. Box 90364
Chicago, IL 60696-0364

NominoData LLC
PO Box 3340
Incline Village, NV 89450-3340

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715

Paul Fichtman
146 Country Club Drive
Lansdale, PA 19446-1456

SMA Communications, LLC
6901 S.W. 18th St. #E-202
Boca Raton, FL 33433-7037

Scott Wagner
8668 Breezy Hill Dr
Boynton Beach, FL 33473-4899

Steven D. Sass
Dun & Bradstreet
307 International Cir #270
Hunt Valley MD 21030-1322

Sunera LLC
201 E. Kennedy Blvd.
Suite #415
Tampa, FL 33602-5823

Syncapes Corp
PO Box 347870
Pittsburgh, PA 15251

Technical Electric Systems Inc
87 S Highway 17-92, #B
Debary, FL 32713-3364

Technical Electric Systems, Inc.
87-B S. US Highway 17-92
DeBary, FL 32713-3364

Technology Investors Inc
4530 Conference Way South
Boca Raton, FL 33431-4489

Technology Investors Inc
c/o Ahearn Jasco and Co
Attn Mike Kuzy
190 SE 19 Ave
Pompano Beach, FL 33060-7549

Thomas Glocer
60 East 96th Street, PHB
New York, NY 10128-0757

Tracers Information Specialists, Inc.
15470 Flight Path Drive
Brooksville, FL 34604-6823

TransUnion, LLC
P.O. Box 99506
Chicago, IL 60693-9506

```
Triax Data, Inc.                      West Payment Center (Corp)        William H. Price
c/o Philip J. Landau, Esq.            P.O. Box 6292                      26891 Hickory Blvd
Shraiberg, Ferrara & Landau, P.A.     Carol Stream, IL 60197-6292        Bonita Springs, FL 34134-8304
2385 NW Executive Center Drive, Suite 30
Boca Raton, Florida 33431-8579


William Price                         Alan R Barbee                     Alvin S. Goldstein Esq
26891 Hickory Blvd                    Marcum LLP                         2255 Glades Rd #337W
Bonita Springs, FL 34134-8304         525 Okeechobee Blvd # 750          Boca Raton, FL 33431-7379
                                      West Palm Beach, FL 33401-6329


Caroline Asher Yoost, as Co-Trustee of the C   Caroline Asher Yoost, as Co-Trustee of the E   David Ristaino
c/o Raymond V. Miller                 c/o Raymond V. Miller              350 E Las Olas Blvd #1600
2 South Biscayne Boulevard            2 South Biscayne Boulevard         Ft Lauderdale, FL 33301-4247
One Biscayne Tower                    One Biscayne Tower
Suite 3400                            Suite 3400
Miami, FL 33131-1807                  Miami, FL 33131-1807

Eliza Desiree Asher, as Co-Trustee of the Ca   Eliza Desiree Asher, as Co-Trustee of the El   Frank E. Jaumot
c/o Raymond V. Miller                 c/o Raymond V. Miller              Ahearn Jasco & Company
2 S. Biscayne Boulevard               2 South Biscayne Boulevard         190 SE 19th Avenue
One Biscayne Tower                    One Biscayne Tower                 Pompano Beach, FL 33060-7549
Suite 3400                            Suite 3400
Miami, FL 33131-1807                  Miami, FL 33131-1807

James F Carroll                       Mary N. Price                      Nancy Kilburn
633 S Federal Hwy, 8 Fl               c/o Barry S Balmuth                c/o Philip J. Landau, Esq.
Ft Lauderdale, FL 33301-3164          1601 Forum Pl #1101                Shraiberg, Ferrara & Landau, P.A.
                                      West Palm Beach, FL 33401-8104     2385 NW Executive Center Drive, # 3
                                                                         Boca Raton, FL 33431-8579


R Lumpkin                             Robert C Furr Esq                  Terry Kilburn
100 SE 2nd St, 30 Fl                  2255 Glades Rd #337W               c/o Philip J. Landau, Esq.
Miami, FL 33131-2194                  Boca Raton, FL 33431-7379          Shraiberg, Ferrara & Landau, P.A.
                                                                         2385 NW Executive Center Drive, # 3
                                                                         Boca Raton, FL 33431-8579


Thomas Santoro
1101 Brickell Ave #S-503
Miami, FL 33131-3110
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Dell Financial Services               Federal Trade Commission
MAIL STOP PS2DF-23                    8600 Pennsylvania Ave NW
One Dell Way                          Washington, DC 20580
Round Rock, TX 78682
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Experian Information Solutions, Inc.        (u)Technology Investors, Inc.        (u)West Palm Beach


(d)Corelogic Information Solutions        (d)Equifax Information Services LLC        (d)Greencook Management LLC
CoreLogic Solutions, I LC                 1550 Peachtree St                         26801 Hickory Blvd
40 Pacifica #900                          Atlanta, GA 30309-2468                    Bonita Springs, FL 34134-8304
Irvine, CA 92618-7487


(u)Various Members                        (u)Michael Turner                         (d)William H Price
                                                                                    26891 HIckory Blvd
                                                                                    Bonita Springs, FL 34134-8304


End of Label Matrix
Mailable recipients   108
Bypassed recipients     9
Total                 117