

**ORDERED in the Southern District of Florida on October 25, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                        Case No. 13-20853-PGH
                                                              Chapter 11

TLO, LLC,

     Debtor.
_____/

**EX PARTE ORDER GRANTING DEBTOR'S EX PARTE MOTION TO AMEND ORDER (I) APPROVING PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (II) AUTHORIZING THE PAYMENT OF BREAKUP FEE AND EXPENSE REIMBURSEMENT, (III) SETTING BID DEADLINE, AUCTION AND SALE APPROVAL HEARING DATES, (IV) ESTABLISHING NOTICE PROCEDURES AND APPROVING FORMS OF NOTICE, AND (V) APPROVING PROCEDURES RELATED TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES [ECF #351] TO CORRECT SCRIVENER'S ERROR AND CORRECTING EXHIBIT 2, THE BIDDING PROCEDURES**

THIS MATTER came before the Court without a hearing upon the Debtor, TLO, LLC's *Ex Parte Motion to Amend Order (i) Approving Procedures In Connection With The Sale Of Substantially All Of The Debtor's Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests, (ii) Authorizing The Payment Of Breakup Fee And Expense Reimbursement,*

- 1 -

*(iii) Setting Bid Deadline, Auction And Sale Approval Hearing Dates, (iv) Establishing Notice Procedures And Approving Forms Of Notice, And (v) Approving Procedures Related To Assumption And Assignment Of Executory Contracts And Unexpired Leases [ECF #351] to Correct Scrivener's Error and Correcting Exhibit 2, The Bidding Procedures* (the "Motion") and the Court having reviewed the matter and being otherwise fully advised, thereupon

ORDERS AND ADJUDGES as follows:

1. The Motion is **GRANTED**.

2. Paragraph of this Court's *Order (i) Approving Procedures In Connection With The Sale Of Substantially All Of The Debtor's Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests, (ii) Authorizing The Payment Of Breakup Fee And Expense Reimbursement, (iii) Setting Bid Deadline, Auction And Sale Approval Hearing Dates, (iv) Establishing Notice Procedures And Approving Forms Of Notice, And (v) Approving Procedures Related To Assumption And Assignment Of Executory Contracts And Unexpired Leases [ECF #351]* is hereby amended to reflect that the Debtor may cause the Sale Notice to be served upon its existing clients who are parties to executory contracts either by U.S. Mail postage prepaid or by E-mail, with a link to the Sale Notice and other required documents.

3. The Bidding Procedures attached to the Motion shall be deemed the Bidding Procedures and shall replace Exhibit 2 attached to the Bidding Procedures Order [ECF #351, Ex. 2].

4. The Debtor is authorized to serve this version of the Bidding Procedures on all parties and in the manner indicated in the Bidding Procedures Order, or as set forth herein.

###

<u>Submitted By</u>:
Jason S. Rigoli, Esquire
Furr and Cohen, P.A.
Attorneys for the Debtor
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, FL 33431
Telephone:  561-395-0500; Facsimile:  561-338-7532
Email:  jrigoli@furrcohen.com

Attorney Jason S. Rigoli is directed to serve a copy of this Order on the relevant parties and file a Certificate of Service with the Court.