UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 13-20853-PGH |
| TLFO, LLC, | ) | Chapter 11 |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Supplement to Third and Final Application of Wells Fargo Bank, N.A. for Payment of Administrative Expense Claim dated April 28, 2014 [ECF No. 998] was furnished (i) on April 28, 2014 by CM/ECF electronic notice to all parties identified on the attached Electronic Mail Notice; and (ii) on April 29, 2014 by U.S. Mail to TLFO, LLC, 4530 Conference Way South, Boca Raton, FL 33431 (Debtor); Robert C Furr, Esq. 2255 Glades Rd #337W, Boca Raton, FL 33431 (Attorney for Debtor); Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130 (U.S. Trustee); Creditor Committee, c/o Paul J Battista, Esq., 100 SE 2nd St., Miami, FL 33131 (Creditor Committee); Mariaelena Gayo-Guitian, Esq., 200 E. Broward Blvd # 1110, Ft Lauderdale, FL 33301 (Attorney for Creditor Committee), and all other parties identified on the attached mailing matrix.

Dated: April 29, 2014.

        SMITH HULSEY AND BUSEY


By   */s/ John R. Thomas*
    Michael E. Demont
    John R. Thomas

Florida Bar Number: 364088
Florida Bar Number:  77107
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

mdemont@smithhulsey.com
jthomas@smithhulsey.com

Attorneys for Wells Fargo Bank, N.A.

## Mailing Information for Case 13-20853-PGH

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Vincent F Alexander    vfa@kttlaw.com, lf@kttlaw.com
- Philip D. Anker    philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com
- Barry S Balmuth    balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com
- David E Bane    dbane@hunton.com, aflynn@hunton.com
- Alan R Barbee    ecf@marcumllp.com
- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com
- Alexandra D Blye    ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- James M Brako    LegalServices@pbctax.com
- Nancy B Colman    ncolman@baritzcolman.com, mizzo@baritzcolman.com
- Catherine E Douglas    catherine.douglas@akerman.com, jeanette.martinez@akerman.com
- Brett A Elam    belam@brettelamlaw.com, info@brettelamlaw.com
- C Craig Eller    celler@broadandcassel.com
- John D Emmanuel    emmanuel@fowlerwhite.com, sstorno@fowlerwhite.com
- Darren D. Farfante    dfarfante@fowlerwhite.com, Denise.Strand@bipc.com
- Keith W. Fendrick    keith.fendrick@hklaw.com, andrea.olson@hklaw.com
- Eric B Fisher    , nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com
- Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Brian K Gart    bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Mariaelena Gayo-Guitian    mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
- Robert N Gilbert    rgilbert@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Daniel L. Gold    dgold@ecccounsel.com, bankruptcy@ecclegal.com,nsocorro@ecclegal.com
- Alvin S. Goldstein    mmitchell@furrcohen.com, atty_furrcohen@bluestylus.com
- Linda W Jackson    jackson@salazarjackson.com, aguilar@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarjackson.com
- Anthony Kang    akang@arnstein.com
- Philip J Landau    plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com
- Bernice C. Lee    blee@sfl-pa.com, vchapkin@sfl-pa.com
- Sharon L Levine    slevine@lowenstein.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com
- Etan Mark    emark@bergersingerman.com, lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com
- Jerry M Markowitz    jmarkowitz@mrthlaw.com, rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com
- Adam D. Marshall    AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com
- Thomas M. Messana    tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com
- Todd C Meyers    tmeyers@kilpatricktownsend.com, rrahman@kilpatricktownsend.com;lcanty@kilpatricktownsend.com;mlangford@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com;prosenblatt@kilpatrickto
- Raymond V Miller    rmiller@gunster.com, vyon@gunster.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jason S Rigoli    jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com
- Mark S. Roher    mroher@conradscherer.com, markroher@gmail.com;vpupo@conradscherer.com
- Luis Salazar    salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com
- David Samole    das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- Kevin G. Schneider    kschneider@ngelaw.com
- Esperanza Segarra    esegarra@hinshawlaw.com, clucas@hinshawlaw.com
- Paul Steven Singerman    singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Steven B Smith    smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com
- Steven J. Solomon    steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- Sabrina L Streusand    streusand@slollp.com, prentice@slollp.com
- TR Capital Management (TRoss)    tross@trcmllc.com
- Charles M Tatelbaum    cmt@trippscott.com, ksb@trippscott.com
- John R Thomas    jthomas@smithhulsey.com, aadams@smithhulsey.com
- Scott A. Underwood    scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com
- Aaron A Wernick    awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com
- Henry S Wulf    hwulf@cfjblaw.com, kdesroches@cfjblaw.com
- Stuart A Young    syoung@ybplaw.com
- Linda J Zhou    linda.zhou@bipc.com, sabrina.storno@bipc.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Marc M. Allon
7 World Trade Center
250 Greenwich St
New York, NY 10007

Katherine Bartnik
,

James F Carroll
633 S Federal Hwy, 8 Fl
Ft Lauderdale, FL 33301

R. Alexander Clark

620 8th Ave
New York, NY 10018

**Dianne Coffino**
620 8th Ave
New York, NY 10018

**Robert L. Eisenbach**
Cooley Godward Kronish LLP
101 California St 5 Fl
San Francisco, CA 94111-5800

**Equifax Information Services, LLC**
,

**E Cole Fitzgerald III**
515 N Flagler Dr #900
West Palm Beach, FL 33401

**Matthew A Foreman**
20 S Broad St
Brooksville, FL 34601

**Internal Revenue Service**
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

**Frank E. Jaumot**
Ahearn Jasco & Company
190 SE 19th Avenue
Pompano Beach, FL 33060

**Dennis L. Jenkins**
60 State St
Boston, MA 02109

**Mitchell A. Karlan**
200 Park Avenue
New York, NY 10166

**Andrew Keats**
200 Park Avenue
New York, NY 10166

**Jeremy C Kleinman**
325 N LaSalle St #625
Chicago, IL 60654

**Kozyak Tropin & Throckmorton, P.A.**
2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134

**R Lumpkin**
100 SE 2nd St, 30 Fl
Miami, FL 33131

**Aileen Ma**
200 Park Avenue
New York, NY 10166

**Ana Massetti**
,

**Steven A Mayans**
515 N Flagler Dr #900
West Palm Beach, FL 33401

**Kathrine A. McLendon**
425 Lexington Ave
New York, NY 10017

**Gary Myhre**
6008 LeLac Rd
Boca Raton, FL 33496

**Justin F. Paget**
951 E Byrd St
Riverfront Plaza, East Tower
Richmond, VA 23219

Paul M Rosenblatt
1100 Peachtree St #2800
Atlanta, GA 30309

Ronald L. Rowland
307 International Cir #270
Hunt Valley, MD 21030

Thomas Santoro
1101 Brickell Ave #S-503
Miami, FL 33131

Jim Schober
1611 Nueces St
Austin, TX 78701

Steven E. Siesser
1251 Avenue of the Americas 17th Floor
New York, NY 10020

Sonar Credit Partners II LLC
200 Business Pk Dr #201
Armonk, NY 10504

Technical Electric Systems Inc
87 S Hwy 17-92 Unit B
DeBary, FL 32713

Michael Turner
,

John Walsh
,

Joshua P Weisser
200 Park Avenue
New York, NY 10166

Matthew J Williams
200 Park Avenue
New York, NY 10166

Leroy Wilson
,

Walter Tomal Yoost
,

tw telecom inc
c/o Linda Boyle
10475 Park Meadows Dr #400
Littleton, CO 80124

### Creditor List

Click the link above to produce a complete list of **creditors** only.

### List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 13-20853-PGH<br>Southern District of Florida<br>West Palm Beach<br>Tue Apr 29 08:49:01 EDT 2014 | BJ4M&M, LLC<br>c/o C. Craig Eller, Esquire<br>Broad and Cassel<br>One North Clematis Street, Suite 500<br>West Palm Beach, FL 33401-5537 | BRE/BOCA Corporate Center L.L.C.<br>c/o Carlton Fields PA<br>525 Okeechobee Blvd #1200<br>West Palm Beach, FL 33401-6350 |
| CoreLogic, Inc.<br>Hunton & Williams LLP<br>c/o David Bane<br>1111 Brickell Avenue<br>Suite 2500<br>Miami, FL 33131-3155 | Creditor Committee<br>c/o Paul J Battista, Esq<br>100 SE 2nd St<br>Miami, FL 33131-2100 | Data Acquisition Group, LLC<br>c/o Luis Salazar<br>Salazar Jackson, LLP<br>2 South Biscayne Blvd<br>Suite 3760<br>Miami, Fl 33131-1815 |
| Dell Financial Services, LLC<br>c/o Streusand, Landon & Ozburn, LLP<br>811 Barton Springs Rd #811<br>Autsin, TX 78704-1166 | Equifax Information Services, LLC<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309-4530 | GCA Savvian Advisors, LLC<br>c/o Messana, P.A.<br>401 East Las Olas Blvd.<br>Suite 1400<br>Fort Lauderdale, FL 33301-2218 |
| Greencook Management LLC<br>26801 Hickory Blvd<br>Bonita Springs, FL 34134-8304 | Hunter Creek LLC<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1618 | Infutor Data Solutions Corporation<br>c/o Stuart A Young, Esq<br>1860 Forest Hill Blvd. #201<br>West Palm Beach, FL 33406-6086 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 | JHBTLO, LLC<br>c/o Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce de Leon Boulevard<br>9th Floor<br>Miami, FL 33134-6039 | Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce de Leon Blvd.<br>9th Floor<br>Miami, FL 33134-6039 |
| Linebarger Groggan Blair & Sampson, LLP<br>c/o Jim Schober, Esq.<br>Barlett & Schober, P.C.<br>1611 Nueces St.<br>Austin, TX 78701-1105 | MDG Advertising, Inc<br>1075 Broken Sound Parkway NW<br>Boca Raton, FL 33487-3530 | Palm Beach County Tax Collector<br>c/o James M. Brako, General Counsel<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 |
| Receivable Management Services<br>Authorized Agent for Dun & Bradstreet<br>c/o Ronald Rowland Esq<br>307 International Cir #270<br>Hunt Valley, MD 21030-1322 | Sonar Credit Partners II LLC<br>200 Business Pk Dr #201<br>Armonk, NY 10504-1751 | TLFO, LLC<br>4530 Conference Way South<br>Boca Raton, FL 33431-4489 |
| TR Capital Management (TRoss)<br>336 Atlantic Ave # 302<br>East Rockaway, NY 11518-1124 | Technical Electric Systems Inc<br>87 S Hwy 17-92 Unit B<br>DeBary, FL 32713-3364 | Technology Investors, Inc.<br>c/o Marshall Socarras Grant, P.L.<br>197 South Federal Highway #300<br>Boca Raton, FL 33432-4946 |
| Tracers Information Specialists<br>c/o Philip J. Landau, Esq.<br>Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive, # 3<br>Boca Raton, FL 33431-8579 | Triax Data, Inc.<br>c/o Shraiberg, Ferrara & Landau, P.A.<br>Philip J. Landau, Esq.<br>2385 NW Executive Center Drive, # 3<br>Boca Raton, FL 33431-8579 | Wells Fargo Bank, N.A.<br>c/o John R. Thomas, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202-4494 |
| e-Merges.com, Inc.<br>105 S. Narcissus Avenue<br>Suite 802<br>West Palm Beach, FL 33401-5530 | tw telecom inc<br>c/o Linda Boyle<br>10475 Park Meadows Dr #400<br>Littleton, CO 80124-5433 | Accutrend Data Corp<br>7860 East Berry Pl #200<br>Englewood, CO 80111-2303 |

| | | |
|---|---|---|
| Accutrend Data Corp.<br>P.O. Box 6615<br>Greenwood Village, CO 80155-6615 | Apache Corporation<br>Attn: Andrew Friedberg<br>2000 Post Oak Blvd #100<br>Houston, TX 77056-4400 | BDO USA LLP<br>Attn: Laurence W Goldberg<br>4035 Premier Dr #333<br>High Point NC 27265-8312 |
| BDO USA, LLP<br>1601 Forum Place<br>#904 Centurion Plaza<br>West Palm Beach, FL 33401 | BRE Boca Corporate Center, LLC (Ptrship)<br>39174 Treasury Center<br>Chicago, IL 60694-9100 | BRE/Boca Corporate Center, LLC<br>Equity Office Management, LLC<br>Attn:  Brian Vaas<br>5000 T Rex Avenue, Suite 100<br>Boca Raton, FL 33431-4492 |
| Bob Davis<br>3941 S. Bristol St #D<br>Santa Ana, CA 92704-7496 | CDW, LLC<br>200 N Milwaukee Ave<br>Vernon Hills, IL 60061-1577<br>Attn: Vida Krug | Charles Simpson, B'cy Mgr<br>Dell Financial Svcs LLC<br>2300 Greenlawn Blvd, MS RR3-52<br>Round Rock TX 78682-0001 |
| Christopher Cavalier<br>Experian North America<br>475 Anton Blvd<br>Coasta Mesa CA 92626-7037 | Compact Information Systems Inc<br>7120  185th Ave NE<br>Redmond, WA 98052-0575 | Compass Marketing Solutions LLC<br>808 P Street #300<br>Lincoln, NE 68508-1383 |
| Cookie Schwartz Diaz<br>POB 221643<br>Newhall CA 91322-1643 | CoreLogic Information Solutions Inc<br>Corelogic Solutions I LC<br>40 Pacifica #900<br>Irvine, CA 92618-7487 | CoreLogic Teletrack, Inc.<br>P.O. Box 847075<br>Dallas, TX 75284-7075 |
| Corelogic Information Solutions, Inc.<br>P.O. Box 847239<br>Dallas, TX 75284-7239 | Corelogic Teletrack Inc<br>Teletrack LLC<br>5550-A Peachtree Pkyw #600<br>Norcross, GA 30092 | Corelogic Teletrack, Inc<br>f/ka/ First American Corelogic<br>PO Box 847075<br>Dallas, TX 75284-7075 |
| DTE Boca Raton, LLC (Corp.)<br>414 S. Main St., #600<br>Ann Arbor, MI 48104-2398 | Daniel Merchant<br>SMA Communications<br>6901 SW 18 St #E202<br>Boca Raton FL 33433-7037 | Data Acquisition Group, LLC<br>c/o Salazar Jackson, LLP<br>Two South Biscayne Boulevard<br>Suite 3760<br>Miami, Florida 33131-1815 |
| DataOne Software<br>150 Granby St<br>Norfolk, VA 23510-1604 | DataQuick<br>File 50261<br>Los Angeles, CA 90074-0261 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dell Financial Services<br>PO Box 99355<br>Chicago, IL 60693-9355 | Dell Financial Services (Lease Contr)<br>Payment Processing Center<br>P.O. Box 6549<br>Carol Stream, IL 60197-6549 | Dell Financial Services, LLC<br>c/o Streusand, Landon & Ozburn, LLP<br>811 Barton Springs Rd., Ste. 811<br>Austin, Texas 78704-1166 |
| Dell Marketing L.P. - 9389<br>C/O Dell USA L.P.<br>P.O. Box 534118<br>Atlanta, GA 30353-4118 | Dell Marketing, L.P.<br>c/o Sabrina Streusand<br>Streusand, Landon & Ozburn, LLP<br>811 Barton Springs Rd., Ste. 811<br>Austin, TX 78704-1166 | Department of Highway Safety<br>and Motor Vehicle<br>2900 Apalachee Pkwy<br>Tallahassee, FL 32399-0500 |

| | | |
|---|---|---|
| Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Dun & Bradstreet Inc.<br>P.O. Box 75434<br>Chicago, IL 60675-5434 | Dun & Bradstreet<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 |
| Dun and Bradstreet Inc<br>3 Sylvan Way<br>Attn Electronic Licensing<br>Parsippany, NJ 07054-3822 | Equifax Credit Mktg. Services (LLC/Corp)<br>P.O. Box 945510<br>Atlanta, GA 30394-5510 | Equifax Information Services<br>1550 Peachtree St<br>Atlanta, GA 30309-2468 |
| Equifax Information Services, LLC<br>c/o Paul M. Rosenblatt, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309-4530 | Experian - 2983<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian - 3664<br>P.O. Box 881971<br>Los Angeles, CA 90088-1971 |
| Experian - 3812<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian - 7485 (Inc.)<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian - 7690<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 |
| Experian - 9430<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian Information Solutions Inc<br>475 Anton Blvd<br>Costa Mesa, CA 92626-7037 | Experian Information Solutions, Inc.<br>c/o Joseph D. Frank<br>FrankGecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654-6465 |
| FACTIVA Inc, a Dow Jones Co<br>Attn: Credit Dept<br>POB 300<br>Princeton NJ 08543-0300 | Factiva Inc.<br>P.O. Box 300<br>Princeton, NJ 08543-0300 | (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 |
| GCA Savvian Advisors, LLC<br>c/o Robert L. Eisenbach III<br>Cooley LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 | Gary Myhre<br>6008 Lelac Rd<br>Boca Raton, FL 33496-2302 | Gary Schultheis, c/o E.Segarra, Hinshaw & Cu |
| Gary Steck<br>LSSiDATA<br>1 Sentry Pkwy #7000<br>Blue Bell PA 19422-2310 | Green Cook Management, LLC<br>c/o William H. Myers, Esquire<br>Porter Wright et. al.<br>9132 Strada Place<br>Bonita Springs, FL 34108-2942 | Infutor Data Solutions Corp<br>111 Zapata Lane<br>Minooka, IL 60447-9355 |
| Infutor Data Solutions Inc<br>c/o Kevin G Schneider<br>2 N LaSalle St #1700<br>Chicago IL 60602-4000 | Infutor Data Solutions, Inc.<br>15129 S. Route 59<br>Plainfield, IL 60544-2772 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| JAG 25 Enterprises<br>11031 Springfield Place<br>Hollywood, FL 33026-4855 | JAG 25 Enterprises, Inc.<br>11031 Springfield Place<br>Cooper City, FL 33026-4855 | Joseph D. Frank<br>FrankGecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654-6465 |

| | | |
|---|---|---|
| Jules Kroll<br>845 Third Ave, 4th Floor<br>New York, NY 10022-6647 | Katherine Bartnik<br>c/o C Larmoyeux and B Bone<br>550 S Quadrille Blvd #200<br>West Palm Beach FL 33401-5855 | LEAF<br>POB 644006<br>Cincinnati, OH 45264-4006 |
| LSSi Data Corp<br>One Sentry Pkwy #6000<br>Blue Bell, PA 19422-2310 | LSSiData Corp.<br>P.O. Box 730401<br>Dallas, TX 75373-0401 | Leaf Capital<br>1720 A Crete St<br>Moberly, MO 65270-3681 |
| Lssidata<br>Volt Delta Resources<br>1600 Stewart Ave #305<br>Westbury NY 11590-6611 | (c)MDG ADVERTISING INC.<br>3500 NW 2ND AVE STE 601<br>BOCA RATON FL 33431-5867 | Mary N. Price as PR of the Estate of W. H. P<br>c/o William H. Myers, Esquire<br>Porter Wright et. al.<br>9132 Strada Place<br>Bonita Springs, FL 34108-2942 |
| Matthew A. Foreman Esq<br>Atty for Tracers Info<br>11031 Spring Hill Dr<br>Spring Hill, FL 34608-5049 | Monster Worldwide Inc.<br>7800 West Brown Deer Road<br>Suite 200<br>Milwaukee, WI 53223-1915 | Monster, Inc.<br>P.O. Box 90364<br>Chicago, IL 60696-0364 |
| NominoData LLC<br>PO Box 3340<br>Incline Village, NV 89450-3340 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ole Poulsen<br>18800 Bull Springs Rd<br>Bend OR 97701-9487 |
| Palm Beach County Tax Collector<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 | SMA Communications, LLC<br>6901 S.W. 18th St. #E-202<br>Boca Raton, FL 33433-7037 | Scott Wagner<br>8668 Breezy Hill Dr<br>Boynton Beach, FL 33473-4899 |
| Steven D. Sass<br>Dun & Bradstreet<br>307 International Cir #270<br>Hunt Valley MD 21030-1322 | Sunera LLC<br>201 E. Kennedy Blvd.<br>Suite #415<br>Tampa, FL 33602-5823 | Syncapes Corp<br>PO Box 347870<br>Pittsburgh, PA 15251-4870 |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598-0633 | Technical Electric Systems Inc<br>87 S Highway 17-92, #B<br>Debary, FL 32713-3364 | Technical Electric Systems Inc<br>87-B S. US Highway 17-92<br>DeBary, FL 32713-3364 |
| Technology Investors Inc<br>4530 Conference Way South<br>Boca Raton, FL 33431-4489 | Technology Investors Inc<br>c/o Ahearn Jasco and Co<br>Attn Mike Kuzy<br>190 SE 19 Ave<br>Pompano Beach, FL 33060-7549 | Technology Investors, Inc.<br>c/o Scott A. Underwood<br>Fowler White Boggs P.A.<br>P.O. Box 1438<br>Tampa, FL 33601-1438 |
| Terry Kilburn, Chief Op Officer<br>Tracers Information Spec Inc<br>15470 Flight Path Dr<br>Brooksville FL 34604-6823 | Thomas Glocer<br>60 East 96th Street, PHB<br>New York, NY 10128-0757 | Tracers Information Specialists, Inc.<br>15470 Flight Path Drive<br>Brooksville, FL 34604-6823 |

| | | |
|---|---|---|
| TransUnion LLC<br>Attn: Accounts Receivable<br>555 W Adams St<br>Chicago IL 60661-3631 | TransUnion, LLC<br>P.O. Box 99506<br>Chicago, IL 60693-9506 | Triax Data, Inc.<br>c/o Philip J. Landau, Esq.<br>Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive, Suite 30<br>Boca Raton, Florida 33431-8579 |
| Wells Fargo Bank, N.A.<br>c/o John R. Thomas, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202-4494 | West Payment Center (Corp)<br>P.O. Box 6292<br>Carol Stream, IL 60197-6292 | Aaron A Wernick<br>2255 Glades Rd # 337W<br>Boca Raton, FL 33431-7379 |
| Alan R Barbee<br>Marcum LLP<br>525 Okeechobee Blvd # 750<br>West Palm Beach, FL 33401-6329 | Alvin S. Goldstein Esq<br>2255 Glades Rd #337W<br>Boca Raton, FL 33431-7379 | Barbara Ripp<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 |
| Brian Bachman<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 | Caroline Asher Yoost<br>c/o Raymond V Miller, Esq<br>2 S Biscayne Blvd #3400<br>Miami, FL 33131-1807 | Caroline Asher Yoost, as Co-Trustee of the C<br>c/o Raymond V. Miller<br>2 South Biscayne Boulevard<br>One Biscayne Tower<br>Suite 3400<br>Miami, FL 33131-1807 |
| Caroline Asher Yoost, as Co-Trustee of the E<br>c/o Raymond V. Miller<br>2 South Biscayne Boulevard<br>One Biscayne Tower<br>Suite 3400<br>Miami, FL 33131-1807 | Dan MacLachlan<br>c/o Salazar Jackson, LLP<br>Two South Biscayne, Suite 3760<br>Attn: Luis Salazar<br>Miami, FL 33131-1815 | David Ristaino<br>350 E Las Olas Blvd #1600<br>Ft Lauderdale, FL 33301-4247 |
| Derek Dubner<br>c/o Salazar Jackson, LLP<br>Two South Biscayne, Suite 3760<br>Miami, FL 33131-1815 | Eliza Desiree Asher<br>c/o Raymond V Miller, Esq<br>2 S Biscayne Blvd #3400<br>Miami, FL 33131-1807 | Eliza Desiree Asher, as Co-Trustee of the Ca<br>c/o Raymond V. Miller<br>2 S. Biscayne Boulevard<br>One Biscayne Tower<br>Suite 3400<br>Miami, FL 33131-1807 |
| Eliza Desiree Asher, as Co-Trustee of the El<br>c/o Raymond V. Miller<br>2 South Biscayne Boulevard<br>One Biscayne Tower<br>Suite 3400<br>Miami, FL 33131-1807 | Frank E. Jaumot<br>Ahearn Jasco & Company<br>190 SE 19th Avenue<br>Pompano Beach, FL 33060-7549 | Gene Bernstein<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 |
| James F Carroll<br>633 S Federal Hwy, 8 Fl<br>Ft Lauderdale, FL 33301-3164 | Jason S Rigoli Esq.<br>2255 Glades Rd # 337W<br>Boca Raton, FL 33431-7379 | Jay H Bernstein<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 |
| Jerry M. Markowitz<br>9130 S Dadeland Blvd<br>Two Datran Ctr #1800<br>Miami, FL 33156-7849 | Jim Schober<br>1611 Nueces St<br>Austin, TX 78701-1105 | Judith W. Redden Trust<br>c/o Raymond V. Miller, Esq.<br>Gunster Yoakley & Stewart PA<br>2 South Biscayne Blvd.<br>Suite 3400<br>Miami, FL 33131-1807 |
| Jules B. Kroll<br>c/o Luis Salazar<br>Salazar Jackson, LLP<br>2 South Biscayne Blvd. Suite 3760<br>Miami, FL 33131-1815 | Mark S. Roher<br>633 S Federal Hwy<br>8 FL<br>Ft. Lauderdale, FL 33301 | Mary N. Price<br>c/o Barry S Balmuth<br>1601 Forum Pl #1101<br>West Palm Beach, FL 33401-8104 |

| | | |
|---|---|---|
| Matthew A Foreman<br>20 S Broad St<br>Brooksville, FL 34601-2829 | Nancy Kilburn<br>c/o Philip J. Landau, Esq.<br>Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive, # 3<br>Boca Raton, FL 33431-8579 | Ole Poulsen<br>Salazar Jackson, LLP<br>2 South Biscayne Blvd. Suite 3760<br>Miami, FL 33131-1815 |
| Peter Ripp<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 | R Lumpkin<br>100 SE 2nd St, 30 Fl<br>Miami, FL 33131-2194 | Robert C Furr Esq<br>2255 Glades Rd #337W<br>Boca Raton, FL 33431-7379 |
| Shawn Smith<br>c/o Esperanza Segana Esq<br>2525 Ponce de Leon Blvd #400<br>Coral Gables, FL 33134-6044 | Terry Kilburn<br>c/o Philip J. Landau, Esq.<br>Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive, # 3<br>Boca Raton, FL 33431-8579 | Thomas Santoro<br>1101 Brickell Ave #S-503<br>Miami, FL 33131-3110 |
| Thomas H. Glocer<br>c/o Luis Salazar<br>Salazar Jackson, LLP<br>2 South Biscayne Blvd. Suite 3760<br>Miami, FL 33131-1815 | William H Price<br>26891 HIckory Blvd<br>Bonita Springs, FL 34134-8304 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Dell Financial Services<br>MAIL STOP PS2DF-23<br>One Dell Way<br>Round Rock, TX 78682 | Federal Trade Commission<br>8600 Pennsylvania Ave NW<br>Washington, DC 20580 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| MDG Advertising Inc.<br>3500 NW Boca Raton Boulevard<br>Suite 601<br>Boca Raton, FL 33431 | (d)MDG Advertising Inc.<br>3500 NW Boca Raton Boulevard Suite 601<br>Boca Raton, FL  33431 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Applied Data Sciences | (u)Dun & Bradstreet | (u)Equifax Information Services, LLC |

(u)Experian Information Solutions, Inc.

(u)LexisNexis Risk Solutions FL, Inc.

(u)Teletrack LLC


(u)TransUnion Holding Company, Inc.

(u)TransUnion LLC

(u)Warburg Pincus LLC


(u)West Palm Beach

(d)Corelogic Information Solutions
CoreLogic Solutions, I LC
40 Pacifica #900
Irvine, CA 92618-7487

(d)Equifax Information Services LLC
1550 Peachtree St
Atlanta, GA 30309-2468


(u)Gary J. Schultheis c/o E. Segarra, Hinshaw

(u)Gary J. Schultheis, c/o Hinshaw & Culberts

(d)Greencook Management LLC
26801 Hickory Blvd
Bonita Springs, FL 34134-8304


(u)John O. Schaeffer
**DELETED PER DE#775**

(u)Paul Fichtman
**DELETED PER DE#775**

(d)SMA Communications, LLC
6901 S.W. 18th St. #E-202
Boca Raton, FL 33433-7037


(d)Sonar Credit Partners II LLC
200 Business Pk Dr #201
Armonk NY 10504-1751

(d)Technical Electric Systems, Inc.
87-B S. US Highway 17-92
DeBary, FL 32713-3364

(u)Various Members


(u)William H. Price
**DELETED PER DE#775**

(u)William Price
**DELETED PER DE#775**

(u)Ana Massetti


(u)Andrew Prozes

(d)Gary Myhre
6008 LeLac Rd
Boca Raton, FL 33496-2302

(u)Gary J. Schultheis
c/o Esperanza Segarra, Esq.
2525 Ponce de Leon Blvd, 4th floor
Coral Gables


(u)John Walsh

(u)Katherine Bartnik

(u)Leroy Wilson


(u)Michael Turner

(u)Walter Tomal Yoost

End of Label Matrix
Mailable recipients    160
Bypassed recipients     32
Total                  192