UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

TLO, LLC,                                    CASE NO. 13-20853-BKC-PGH
                                             Chapter 11

        Debtor.
_____/

## SUPPLEMENT TO FINAL FEE APPLICATION OF FURR AND COHEN, P.A.

COMES NOW FURR AND COHEN, P.A., Counsel to TLO, LLC, the Chapter 11 Debtor (the "Debtor"), and supplements its Final Fee Application [D.E.#871], and states:

1.     On May 9, 2013, (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2.     On April 7, 2014, Furr and Cohen, P.A. filed its Final Fee Application which sought total fees of $1,199,294.00 and total costs of $37,655.56 [D.E. #871].

3.     Since the final fee application was filed, undersigned counsel has spent additional time on the file and incurred additional costs in connection with:

        (a)     the evidentiary hearing on the Gary Myhre claim;

        (b)     the objection to the GCA Savvian claim;

        (c)     confirmation issues including preparation for the confirmation hearing; and

        (d)     responding to and addressing claims objections.

4.     Through April 28, 2014, Furr and Cohen P.A. has expended additional time of 345.5 hours resulting in additional fees of $138,514.50 and additional costs of $3,538.51. Attached are the time records of undersigned counsel for the period following the filing of the final fee application through April 28, 2014. In addition, pursuant to Order Granting Debtor's Motion for Order Establishing Procedures for Monthly and Interim Compensation and

1

Reimbursement of Expenses for Professionals (DE#127) (DE#169), Furr and Cohen, P.A. received an additional $86,999.60 in fees and $1,918.53 in costs in respect of its March, 2014 fees and expenses.

WHEREFORE, the applicant seeks an order awarding to Furr and Cohen, P.A. additional fees of $138,514.50 and additional costs of $3,538.51 and requests that the Debtor be authorized to immediately disburse payment of the additional fees and costs.

I HEREBY CERTIFY that a true copy of this Supplement to Final Fee Application of Furr & Cohen, P.A., will be served on the parties listed below, in the manner stated:

SERVED VIA US. MAIL

Marc M. Allon
7 World Trade Center
250 Greenwich St
New York, NY 10007

James F Carroll
633 S Federal Hwy, 8 Fl
Ft Lauderdale, FL 33301

R. Alexander Clark
620 8th Ave
New York, NY 10018

Dianne Coffino
620 8th Ave
New York, NY 10018

Robert L. Eisenbach
Cooley Godward Kronish LLP
101 California St 5 Fl
San Francisco, CA 94111-5800

E Cole Fitzgerald III
515 N Flagler Dr #900
West Palm Beach, FL 33401

Matthew A Foreman
20 S Broad St
Brooksville, FL 34601

Internal Revenue Service
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

Frank E. Jaumot
Ahearn Jasco & Company
190 SE 19th Avenue
Pompano Beach, FL 33060

Dennis L. Jenkins
60 State St
Boston, MA 02109

Mitchell A. Karlan
200 Park Avenue
New York, NY 10166

Andrew Keats
200 Park Avenue
New York, NY 10166

Jeremy C Kleinman
325 N LaSalle St #625
Chicago, IL 60654

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134

R Lumpkin
100 SE 2nd St, 30 Fl
Miami, FL 33131

Aileen Ma
200 Park Avenue
New York, NY 10166

Steven A Mayans
515 N Flagler Dr #900
West Palm Beach, FL 33401

Kathrine A. McLendon
425 Lexington Ave
New York, NY 10017

Gary Myhre
6008 LeLac Rd
Boca Raton, FL 33496

Justin F. Paget
951 E Byrd St
Riverfront Plaza, East Tower
Richmond, VA 23219

Paul M Rosenblatt
1100 Peachtree St #2800
Atlanta, GA 30309

Ronald L. Rowland
307 International Cir #270
Hunt Valley, MD 21030

Thomas Santoro
1101 Brickell Ave #S-503
Miami, FL 33131

Jim Schober
1611 Nueces St
Austin, TX 78701

Steven E. Siesser
1251 Avenue of the Americas 17th Floor
New York, NY 10020

Sonar Credit Partners II LLC
200 Business Pk Dr #201
Armonk, NY 10504

Technical Electric Systems Inc
87 S Hwy 17-92 Unit B
DeBary, FL 32713

Joshua P Weisser
200 Park Avenue
New York, NY 10166

Matthew J Williams
200 Park Avenue
New York, NY 10166


tw telecom inc
c/o Linda Boyle
10475 Park Meadows Dr #400
Littleton, CO 80124


## SERVED VIA ECF NOTICE


- Vincent F Alexander vfa@kttlaw.com, lf@kttlaw.com
- Philip D. Anker philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com
- Barry S Balmuth balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com
- David E Bane dbane@hunton.com, aflynn@hunton.com
- Alan R Barbee ecf@marcumllp.com
- Paul J. Battista pbattista@gjb-law.com, gjbecf@gjb-law.com
- Alexandra D Blye ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- James M Brako LegalServices@pbctax.com
- Nancy B Colman ncolman@baritzcolman.com, mizzo@baritzcolman.com
- Catherine E Douglas catherine.douglas@akerman.com, jeanette.martinez@akerman.com
- Brett A Elam belam@brettelamlaw.com, info@brettelamlaw.com
- C Craig Eller celler@broadandcassel.com
- John D Emmanuel emmanuel@fowlerwhite.com, sstorno@fowlerwhite.com
- Darren D. Farfante dfarfante@fowlerwhite.com, Denise.Strand@bipc.com
- Keith W. Fendrick keith.fendrick@hklaw.com, andrea.olson@hklaw.com
- Eric B Fisher ,
  nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com
- Joseph D Frank jfrank@fgllp.com,
  ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
- Robert C Furr bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Brian K Gart bgart@bergersingerman.com,
  clamb@bergersingerman.com;efile@bergersingerman.com
- Mariaelena Gayo-Guitian mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
- Robert N Gilbert rgilbert@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Daniel L. Gold dgold@ecccounsel.com,
  bankruptcy@ecclegal.com,nsocorro@ecclegal.com
- Alvin S. Goldstein mmitchell@furrcohen.com, atty_furrcohen@bluestylus.com
- Linda W Jackson jackson@salazarjackson.com, aguilar@salazarjackson.com;leesin@salazarjackson.com;pacetti@salazarjackson.com
- Anthony Kang akang@arnstein.com

- Philip J Landau plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com
- Bernice C. Lee blee@sfl-pa.com, vchapkin@sfl-pa.com
- Sharon L Levine slevine@lowenstein.com
- Corali Lopez-Castro clc@kttlaw.com, rcp@kttlaw.com
- Etan Mark emark@bergersingerman.com, lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com
- Jerry M Markowitz jmarkowitz@mrthlaw.com, rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com
- Adam D. Marshall AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com
- Thomas M. Messana tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com
- Todd C Meyers tmeyers@kilpatricktownsend.com, rrahman@kilpatricktownsend.com;lcanty@kilpatricktownsend.com;mlangford@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com;prosenblatt@kilpatricktownsend.com
- Raymond V Miller rmiller@gunster.com, vyon@gunster.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Jason S Rigoli jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com
- Mark S. Roher mroher@conradscherer.com, markroher@gmail.com;vpupo@conradscherer.com
- Luis Salazar salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com
- David Samole das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- Kevin G. Schneider kschneider@ngelaw.com
- Esperanza Segarra esegarra@hinshawlaw.com, clucas@hinshawlaw.com
- Paul Steven Singerman singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com
- Steven B Smith smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com
- Steven J. Solomon steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

6

- Sabrina L Streusand streusand@slollp.com, prentice@slollp.com
- TR Capital Management (TRoss) tross@trcmllc.com
- Charles M Tatelbaum cmt@trippscott.com, ksb@trippscott.com
- John R Thomas jthomas@smithhulsey.com, aadams@smithhulsey.com
- Scott A. Underwood scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com
- Aaron A Wernick awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com
- Henry S Wulf hwulf@cfjblaw.com, kdesroches@cfjblaw.com
- Stuart A Young syoung@ybplaw.com
- Linda J Zhou linda.zhou@bipc.com, sabrina.storno@bipc.com

FURR AND COHEN, P.A.
Attorneys for Chapter 11 Debtor
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
(561) 395-0500 T
(561) 338-7532 F

By
ALVIN S. GOLDSTEIN, ESQ.
Florida Bar No. 993621
Email: agoldstein@furrcohen.com

FURR AND COHEN, P.A.
ONE BOCA PLACE, SUITE 337W
2255 GLADES ROAD
BOCA RATON, FL 33431
www.furrcohen.com

(561) 395-0500

April 29, 2014

TLO, LLC
4530 Conference Way South
Boca Raton, FL 33431

IN REFERENCE TO:    RCF/B11/4-15-2013/13-083

Carly Yoost      carly@tlo.com
Desiree Asher    desiree@tlo.com
Derek Dubner     derek@tlo.com

PROFESSIONAL SERVICES

|  |  |  | HOURS | Total |
|---|---|---|---|---|
| **ASSET ANALY/REC** | | | | |
| 4/1/2014 | RCF | ASSET ANALYSIS AND RECOVERY:   Telephone conference with Brenton Ver Ploeg, Desiree and Carly re:  insurance case | 1.00 | |
| | RCF | ASSET ANALYSIS AND RECOVERY:   Preparation of email to Brenton Ver Ploeg re:  discovery | 0.20 | |
| 4/2/2014 | RCF | ASSET ANALYSIS AND RECOVERY:   Telephone conference with Brenton Ver Ploeg re:  insurance litigation strategy | 0.40 | |
| | RCF | ASSET ANALYSIS AND RECOVERY:   Telephone conference with Brenton Ver Ploeg, et al. | 1.00 | |
| | ASG | ASSET ANALYSIS AND RECOVERY:  Work on insurance litigation issues and review emails re same | 0.70 | |
| 4/9/2014 | ASG | PLAN/DISCLOSURE STATEMENT:  Conference with C. Yoost and D. Asher re status | 1.00 | |
| 4/11/2014 | RCF | ASSET ANALYSIS AND RECOVERY:   Review correspondence from Conrad & Scherer; Telephone conference with Brenton Ver Ploeg | 1.00 | |
| | ASG | ASSET ANALYSIS AND RECOVERY:   Analysis of issues relating to Pruco policy | 1.20 | |
| 4/15/2014 | RCF | ASSET ANALYSIS AND RECOVERY:   Telephone conference with in counsel re:  documents requested by PruCo; Telephone conference with Derek Dubner | 1.00 | |
| 4/16/2014 | RCF | ASSET ANALYSIS AND RECOVERY:   Review life insurance policy and personal file for PruCo suit; Preparation of email re: documents | 1.00 | |
| 4/17/2014 | RCF | ASSET ANALYSIS AND RECOVERY:    Prepare production to Arya Attari; Review documents re:  insurance claim | 1.00 | |
| 4/22/2014 | RCF | ASSET ANALYSIS AND RECOVERY:   Review and respond to email from Brenton Ver Ploeg re:  life insurance case -discovery | 0.50 | |
| 4/28/2014 | RCF | ASSET ANALYSIS AND RECOVERY:    Telephone conference with Ben Hasslebrook re:  issues in litigation | 0.20 | |
| | SUBTOTAL: | | [  10.20 | 5,721.00] |
| **CASE ADMIN.** | | | | |
| 4/1/2014 | RCF | CASE ADMINISTRATION:    Preparation of email to Bernice re: 9019 motion | 0.10 | |
| | RCF | CASE ADMINISTRATION:    Review Motion to Extend Time to File Administrative Claim | 0.10 | |
| | JSR | CASE ADMINISTRATION:  Reviewing and Revising Affidavits for Pretermitted Spouse Litigation; Reviewing Motion | 0.40 | |
| | JSR | CASE ADMINISTRATION:  Document Review; Appearance at Hearings, Meeting with Carly and Desiree; | 8.80 | |
| | BN | CASE ADMINISTRATION:    Preparation of Certificate of Service (DE#844) Order Granting Motion for Protective Order re:  Myhre subpoena | 0.10 | |

TLO, LLC                                                                                                    Page    2

| | | | HOURS | Total |
|---|---|---|---|---|
| 4/1/2014 | RCF | CASE ADMINISTRATION:    Preparation of Certificate of No Response or Settlement and Request for Entry of Order Regarding (DE#804) as to Objection to Claim No. 25 filed by Equifax | 0.20 | |
| | RCF | CASE ADMINISTRATION:    Preparation of email to Phil Anker | 0.20 | |
| | ASG | CASE ADMINISTRATION:    Emails and telephone conferences re Pruco insurance litigation | 0.50 | |
| 4/2/2014 | RCF | CASE ADMINISTRATION:    Preparation of email to B. Lee; Review 9019 | 1.00 | |
| | RCF | CASE ADMINISTRATION:    Telephone conference with Alan Barbee re:  K-1's | 0.20 | |
| | RCF | CASE ADMINISTRATION:    Review return of utility wiring and confirmation | 1.00 | |
| | ASG | CASE ADMINISTRATION:  Emails re utility deposits | 0.40 | |
| 4/3/2014 | ARC | CASE ADMINISTRATION: Conference with Jason re: TLO's possible intervention into objection to claim based upon recharacterization of a secured debt. | 1.00 | |
| | BN | CASE ADMINISTRATION:    Prepare Certificate of Service No. 857 - Notice of Hearing - DE#811 | 0.10 | |
| | RCF | CASE ADMINISTRATION:    Telephone conference with P. Singerman re:  suit | 0.70 | |
| | RCF | CASE ADMINISTRATION:    Telephone conference with Carly re: issues | 0.20 | |
| 4/4/2014 | RCF | CASE ADMINISTRATION:  Review and respond to email from  Jim S. | 0.20 | |
| | RCF | CASE ADMINISTRATION:  Preparation of email to Carly and Desiree re:  meeting | 0.10 | |
| | JSR | CASE ADMINISTRATION:  E-mail communication with Jim Schober re: Linebarger JV; Telephone conference with  Jim Schober re: Same | 0.50 | |
| | JSR | CASE ADMINISTRATION:  Document Review re: Glocer/ Kroll RFP | 4.60 | |
| | ASG | CASE ADMINISTRATION:  Emails and telephone conferences with client and R. Furr re status of matters and strategy | 1.00 | |
| 4/5/2014 | JSR | CASE ADMINISTRATION:  Revising responses to GCA Savvian First RFP; Reviewing Letter from Dickstein Shapiro; Drafting Letter to Dickstein shapiro; Reviewing RFP to GCA Savvian and Drafting Letter to Cooley LLP re: Discovery issues | 3.70 | |
| 4/7/2014 | RCF | CASE ADMINISTRATION:    Preparation of email to Jim Carroll; Preparation of email to Brenton Ver Ploeg | 0.50 | |
| | RCF | CASE ADMINISTRATION:    Review and revis letter to Dickenson and Shapiro re:  Discovery | 1.00 | |
| | JSR | CASE ADMINISTRATION:  Document review re: GCA Savvian RFP | 3.40 | |
| | JSR | CASE ADMINISTRATION:  Telephone conference with Ben Hassebrock re: Database search; e-mail communication with Lesley Dancel re: new search; E-mail communication with Ben re: completion of search and number of documents in search | 0.40 | |
| | JSR | CASE ADMINISTRATION:  Conference with Alvin and Robert re: Letters to Cooley and Dickstein;  Finalizing Letters and Initial disclosures; E-mail communications (multiple) with Sasha re: Letter to Dickstein; E-mail communication with Robert Eisenbach, et al re: Letter and Initial Disclosures | 1.10 | |
| | JSR | CASE ADMINISTRATION:  Conference with Alvin and Robert re: Intervention as Amicus; Research re: Same | 0.90 | |
| | RCF | CASE ADMINISTRATION:    Review email from Ristaino to Dan re: reconciliation | 0.20 | |
| | RCF | CASE ADMINISTRATION:    Review Gary Myhre's Request for Issuance of Subpoenas and Myhre's Motion Requesting Continued Discovery and Handwriting and Computer Analysis | 0.30 | |
| 4/8/2014 | JSR | CASE ADMINISTRATION:  e-Merges/ Revising Motion to Compel and for Sanctions | 0.40 | |
| | JSR | CASE ADMINISTRATION:  Research re: intervening as Amici Curiae; Drafting Motion to Intervene as Amici Curiae in Glocer | 2.40 | |
| | JSR | CASE ADMINISTRATION:  Preparing for Telephone conference on Plan comments; Telephone conference with  Robert, Alvin, Steve Smith, David Samole, Vince Alexander, Paul Battista, Scott Underwood | 2.00 | |
| | JSR | CASE ADMINISTRATION:  Telephone conference with Ben Hassebrock re: Searching database | 0.20 | |
| | RCF | CASE ADMINISTRATION:    Review email from Jim Schober, Attorney for Linebarger Goggan & Sampson, LLP; Discuss internally and instruct to move forward | 0.30 | |

TLO, LLC                                                                                      Page    3

|            |     |                                                                                                                                                                                                                                                                                        | HOURS | Total |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-------|
| 4/8/2014   | RCF | CASE ADMINISTRATION:  Telephone conference with Brenton Ver Ploeg re:  insurance case                                                                                                                                                                                                                   | 0.50  |       |
|            | RCF | CASE ADMINISTRATION:   Telephone conference with client                                                                                                                                                                                                                                                 | 0.10  |       |
|            | JSR | CASE ADMINISTRATION:   E-mail communications (multiple) with Jim Schober re: Linebarger and JV dissolution                                                                                                                                                                                              | 0.20  |       |
|            | JSR | CASE ADMINISTRATION: Document review for RFPs                                                                                                                                                                                                                                                           | 1.20  |       |
| 4/9/2014   | RCF | CASE ADMINISTRATION:   Review and respond to email from Derek Dubner re:  Corelogic                                                                                                                                                                                                                     | 0.50  |       |
|            | RCF | CASE ADMINISTRATION:   Review pleadings to change name and Amended Schedule of Equity Interest Holders                                                                                                                                                                                                  | 0.50  |       |
|            | BN  | CASE ADMINISTRATION:  Prepare Certificate of Service #885 - Notice of Hearing and #884 Motion to Compel E-Merges; Instruct BK Attorney Services to serve                                                                                                                                                 | 0.20  |       |
|            | JSR | CASE ADMINISTRATION:  Meeting with Robert, Alvin, Carly and Desiree re: Status on all proceedings and strategy                                                                                                                                                                                          | 2.40  |       |
| 4/10/2014  | JSR | CASE ADMINISTRATION:  Telephone conference with Etan Mark re: Gary Myhre Trial Preparation of; Telephone conference with Sasha Funk Granai re: Discovery production                                                                                                                                      | 0.80  |       |
|            | JSR | CASE ADMINISTRATION:  Telephone conference with Alvin and Phil Anker re: e-Merges update and language for the confirmation order                                                                                                                                                                        | 0.50  |       |
|            | JSR | CASE ADMINISTRATION:  Revising Motion for Leave to intervene as Amici Curiae in Glocer; Drafting Motion for leave to intervene as Amici Curiae in Bernstein; Conference with Robert and Alvin re: Same; E-mail communication with Scott, Paul, etan and Sasha re: Motions to Intervene as Amici Curiae    | 1.60  |       |
|            | JSR | CASE ADMINISTRATION:  Telephone conference with Arnelle (VPL) re: document searches                                                                                                                                                                                                                     | 0.30  |       |
|            | JSR | CASE ADMINISTRATION:   Document review for Glocer and GCA RFPs                                                                                                                                                                                                                                          | 3.40  |       |
|            | RCF | CASE ADMINISTRATION:   Review Conrad and Scherer letter; Telephone conference with client                                                                                                                                                                                                               | 1.00  |       |
|            | BN  | CASE ADMINISTRATION:   Instruct BK Attorney Services to serve DE#896; Prepare Certificate of Service (DE#896) and Notice of Hearing on Final Fee Applications; Review maxtrix                                                                                                                             | 0.30  |       |
| 4/11/2014  | JSR | CASE ADMINISTRATION:  Reviewing and Revising Confirmation Order; Telephone conference with Robert, Alvin, Paul, Etan, Robbie and Scott re: Confirmation Order and Intervention                                                                                                                           | 1.30  |       |
|            | JSR | CASE ADMINISTRATION:  Telephone conference with Sasha Funk Granai re: Loan Documents, Intervention, and Balloting; Reviewing Redden and Asher Trusts' Ballots; E-mail communication with Ray Miller re: Amending the Ballots                                                                              | 0.60  |       |
|            | JSR | CASE ADMINISTRATION:  Research re: Intervention as of Right FRCP 24 and 1109(b); Drafting Motion to Intervene in Glocer; Drafting Motion to Intervene in Bernstein; Conference with Robert and Alvin for review; Revisingthe Motion to Intervene in Glocer; Revising the Motion to Intervene in Bernstein | 2.80  |       |
|            | JSR | CASE ADMINISTRATION:  E-mail communications with VerPloeg re: Assignment; Telephone conference with  Anelle re: Relativity issues; E-mail communication with Lesley re: Same; Telephone conference with Lesley re: Same;  E-mail communication with Lesley re: Tech, Inc Access; E-mail communication with David Ristaino re: Tech, Inc access to "Akerman Disk" | 1.40  |       |
| 4/14/2014  | RCF | CASE ADMINISTRATION:   Review GCA Savvian pleadings; Meeting - confirm responsibilities                                                                                                                                                                                                                 | 0.50  |       |
|            | JSR | CASE ADMINISTRATION:   Review Initial Disclosures - JHBTLO, LLC, Peter Ripp, Brian Bachman, Jay Bernstein, Barbara Ripp, Hunter Creek, Technology Investors, Gene Bernstein (Bernstein v Tech Investors); Preparation of email to client re:  same                                                        | 0.60  |       |
|            | JSR | CASE ADMINISTRATION:   Review Initial Disclosures - Technology Investors, J Kroll (Glocer v Tech Investors) Preparation of email to client re:  same                                                                                                                                                    | 0.30  |       |
|            | JSR | CASE ADMINISTRATION:   E-mail communications (multiple) with Brett Elam re: Supplement responses to discovery requests by Debtor                                                                                                                                                                         | 0.20  |       |
|            | JSR | CASE ADMINISTRATION:  Document review;  E-mail communication with Ver Ploeg & Lumpkin, Capsicum re: document searches                                                                                                                                                                                   | 3.70  |       |

TLO, LLC                                                                                    Page    4

|            |     |                                                                                                                                                                                                                                                                                          | HOURS | Total |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-------|
| 4/15/2014  | JSR | CASE ADMINISTRATION:  Preparing for witness preparation meeting' Witness preparation meeting with Robert, Alvin, Etan, Carly, Desiree, and Scott Wagner; Preparing Ballots; Conference Call with Ray Miller re: Ballots for Carl, Desiree and Judith's Trusts; Conference with Robert re: Linebarger; Telephone conference with Jim Schober re: Linebarger Wind up | 4.80 |       |
|            | JSR | CASE ADMINISTRATION:  Preparing Ballots; Conference Call with Ray Miller re: Ballots for Carl, Desiree and Judith's Trusts; Conference with Robert re: Linebarger; Telephone conference with Jim Schober re: Linebarger Wind up; Telephone conference with Carly re: John Walsh; E-mail communication with John Walsh's Assistant re: Ballot; Telephone conference with  Sasha Funk Granai re: Tech Inc Ballots | 2.70 |       |
| 4/16/2014  | JSR | CASE ADMINISTRATION:   Review BJ4M&M's Initial Disclosures; Preparation of email to client re:  same (BERNSTEIN V TECH INVESTORS) | 0.10 |       |
|            | JSR | CASE ADMINISTRATION:   Review Notices of Hearing on Debtor's Motions to Intervene; Prepare Certificates of Service (Glocer v Tech Investors & Bernstein v Tech Investors) | 0.40 |       |
|            | RCF | CASE ADMINISTRATION:   Review Myhre motion | 0.20 |       |
| 4/17/2014  | JSR | CASE ADMINISTRATION:  Appearance at Evidentiary Hearing on Gary Myhre Objection to Claim | 3.20 |       |
|            | JSR | CASE ADMINISTRATION:  E-mail communication with Brett Elam re: Withdrawal of Motion to Compel and Request for Deposition Dates | 0.20 |       |
| 4/18/2014  | JSR | CASE ADMINISTRATION:  Telephone conference with Carly and Desiree re: Pruco's Third Request for Production; Telephone conference with Alan Barbee re: Same; E-mail communication with Susan Smith, Alan Barbee, Robert and Alvin re: Same; Telephone conference with Heather Gorin re: Same; E-mail communication with Ben Hassebrock, et al re: Status of Document Search; Searching for responsive documents | 0.80 |       |
|            | JSR | CASE ADMINISTRATION:  Research on Confirmation Issues; Drafting Memorandum of Law in support of Confirmation | 3.50 |       |
|            | RCF | CASE ADMINISTRATION:   Preparation of email to Susan Smith re: 401K | 0.10 |       |
|            | RCF | CASE ADMINISTRATION:   Review Dan M.'s email re:  Triax; Review docket; Preparation of email to Dan | 0.50 |       |
| 4/19/2014  | JSR | CASE ADMINISTRATION:  Reviewing Objections and E-mail communications and Proposed Confirmation Order; Preparing Conference Call agenda; E-mail communication with Robert and Alvin re: Same | 1.70 |       |
| 4/21/2014  | RCF | CASE ADMINISTRATION:   Review and respond to email from Derek Dubner re:  Linebarger | 0.10 |       |
|            | RCF | CASE ADMINISTRATION:   Review email from Desiree re:  DAG claim | 0.20 |       |
| 4/22/2014  | JSR | CASE ADMINISTRATION: E-mail communication with Client re: Confirmation Hearing; Telephone conference with Arya Attari, Annel, Susan Smith re: Database; E-mail communication with Lesley Dancel re: Status Update; E-mail communications with Chris Lohnes re: scheduling Call re new discovery requests | 0.60 |       |
|            | RCF | CASE ADMINISTRATION:   Review and respond to email from Derek re:  Linebarger | 0.10 |       |
| 4/23/2014  | RCF | CASE ADMINISTRATION:   Review and respond to email from Derek Dubner re:  Linebarger | 0.10 |       |
|            | RCF | CASE ADMINISTRATION:    Preparation of email to Mick Forde of TLO re:  reconciliation of accounts | 0.20 |       |
|            | RCF | CASE ADMINISTRATION:    Preparation of email re:  checks from TLO - Child Rescue Coalition | 0.30 |       |
|            | RCF | CASE ADMINISTRATION:    Review and respond to email from Connie Meyer of LSSI re:  Executory Contracts | 0.20 |       |
|            | RCF | CASE ADMINISTRATION:    Preparation of email to Phil Anker re: EMerges Deposition | 0.10 |       |
| 4/24/2014  | RCF | CASE ADMINISTRATION:    Review voting for fee application | 0.20 |       |
|            | JSR | CASE ADMINISTRATION:  E-mail communications (multiple) with Phil Anker re: LSSI Contracts Assignment | 0.40 |       |
| 4/25/2014  | JSR | CASE ADMINISTRATION:  E-mail communication with Phil Anker re: e-merges; Telephone conference with Jim Schober re: JV Agreement with Linebarger | 0.40 |       |

TLO, LLC                                                                              Page    5

|  |  |  | HOURS | Total |
|---|---|---|---|---|

4/25/2014 RCF    CASE ADMINISTRATION:    Preparation of email to Linda Jacobson        0.50
                 re:  early payment to Tech; Preparation of email to Brenton Ver
                 Ploeg
4/28/2014 JSR    CASE ADMINISTRATION:  Telephone conference with Phil Anker re:         0.30
                 Emerges/Corelogic; Telephone conference with  Susan Smith re:
                 Chain of custody of original documents

        SUBTOTAL:                                                             [   85.00    26,034.00]

        CLAIMS ADMIN.

4/1/2014 RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:    Review results of             0.20
                 hearing on Gary Myhre's claim
         RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:     TRIAX/Prepare email to        0.10
                 John Page re:  9019
         ASG     CLAIMS ADMINISTRATION AND OBJECTIONS:  Emails and telephone            0.70
                 conferences re pending claims objections;  Preparation of
                 orders re same
4/2/2014 RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:     Review Second Motion          0.20
                 to Extend the Bar Date for the Official Committee of Unsecured
                 Creditors to Contest the Validity, Priority and Enforceability
                 of the Technology Investors, Inc. Claims and/or Liens (DE#853)
         RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:     Supervision conference        1.00
                 re:  GCA Savvian
         RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:    Review invoice                 0.10
         RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:    Review and revise 9019         1.00
         ASG     CLAIMS ADMINISTRATION AND OBJECTIONS:  Review and comment on           0.60
                 motion to approve settlement with Triax
         ASG     CLAIMS ADMINISTRATION AND OBJECTIONS:  Work on GCA Savvian             0.70
                 litigation issues
4/3/2014 RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:    Review revised                 1.00
                 Confirmation Agreement and Pretrial Scheduling
         ASG     CLAIMS ADMINISTRATION AND OBJECTIONS:  Work on pending claims          0.90
                 objections
         ASG     CLAIMS ADMINISTRATION AND OBJECTIONS:  Begin preparation for           0.60
                 Gary Myhre claim objection evidentiary hearing
4/4/2014 RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:    Review and file Tracers        1.00
                 9019
4/7/2014 RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:    Review and revise             1.00
                 responses to Discovery re:  GCA Savvian
         ASG     CLAIMS ADMINISTRATION AND OBJECTIONS:  Preparation for trial of        1.90
                 Gary Myhre claim
         ASG     CLAIMS ADMINISTRATION AND OBJECTIONS:  Work on GCA Savvian             0.90
                 issues
4/8/2014 RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:    Review issue related to        0.20
                 Corelogic Information Solution Claim No. 28 and Corelogic
                 Teletrack Inc Claim No. 29
         RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:    Review and revise             0.50
                 Motion for Sanctions
         BN      CLAIMS ADMINISTRATION AND OBJECTIONS:     Preparation of email          0.10
                 to Justin Paget - Proposed Order Resolving Objection to Claims
                 No. 28 & 29 of Corelogic
         RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:    Review Order Allowing         0.10
                 Joinder of Technology In Debtor's Objection to Claim No. 31 of
                 Myhre (DE#872)
         RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:    Review email from Reed        0.30
                 Heligman re:  interest
         ASG     CLAIMS ADMINISTRATION AND OBJECTIONS:  Work on GCA Savvian             0.90
                 claim objection
         ASG     CLAIMS ADMINISTRATION AND OBJECTIONS:  Preparation for trial of        1.30
                 Gary Myhre claim objection
         ASG     CLAIMS ADMINISTRATION AND OBJECTIONS:  Work on Experian claims         0.70
4/9/2014 RCF     CLAIMS ADMINISTRATION AND OBJECTIONS:    Review Agreed Order           0.10
                 Resolving #804 Objection to Claim - Equifax (DE#886)
         ASG     CLAIMS ADMINISTRATION AND OBJECTIONS:  Preparation for               1.90
                 evidentiary hearing on Gary Myhre claim
         ASG     CLAIMS ADMINISTRATION AND OBJECTIONS:  Work on remaining claims        1.20
                 objections including Experian

TLO, LLC                                                                            Page    6

| | | | HOURS | Total |
|---|---|---|---|---|
| 4/10/2014 | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    DAG CLAIM/Review claims with client; Preparation of email to Luis Salazar | 1.00 | |
| | ASG | CLAIMS ADMINISTRATION AND OBJECTIONS:  Work on claims objections including Experian claim, Dell claim, Corelogic and Teletrak claims and Glocer and Kroll claims | 1.60 | |
| | ASG | CLAIMS ADMINISTRATION AND OBJECTIONS:  Preparation for trial of Gary Myhre $25 million claim | 1.30 | |
| 4/11/2014 | JSR | CLAIMS ADMINISTRATION AND OBJECTIONS:  Reviewing First ESI Production Request; Preparing Initial Draft of Objections to GCA Savvian's First ESI Request | 1.40 | |
| | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Review and respond to email from client re:  Myhre | 0.10 | |
| | ASG | CLAIMS ADMINISTRATION AND OBJECTIONS:  Preparation for Gary Myhre evidentiary hearing | 1.20 | |
| 4/12/2014 | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Conference with Ray Miller; Court Appearance re:  Motion to Extend Time to File Administrative Claim | 2.00 | |
| 4/14/2014 | ASG | CLAIMS ADMINISTRATION AND OBJECTIONS:  Preparation for Gary Myhre evidentiary hearing;  Work on GCA Savvian claim objection issues | 1.90 | |
| 4/15/2014 | ARC | CLAIMS ADMINISTRATION AND OBJECTIONS: Conference with Jason re: litigation strategy | 1.00 | |
| | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Conference with clients to prepare for Myhre | 3.00 | |
| | ASG | CLAIMS ADMINISTRATION AND OBJECTIONS:  Preparation for evidentiary hearing on objection to G. Myhre claim | 5.50 | |
| | ASG | CLAIMS ADMINISTRATION AND OBJECTIONS:  Work on resolving remaining claims objections, including Experian | 1.50 | |
| 4/16/2014 | ARC | CLAIMS ADMINISTRATION AND OBJECTIONS: Conference with Jason re: trial strategy on objection to claim | 0.50 | |
| | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Review Amended Proof of Claim - Dell Financial Claim No. 32 | 0.20 | |
| | ASG | CLAIMS ADMINISTRATION AND OBJECTIONS:  Preparation for Gary Myhre evidentiary hearing | 2.70 | |
| | ASG | CLAIMS ADMINISTRATION AND OBJECTIONS:  Work on remaining claims objections including Experian, CoreLogic and Teletrak | 1.10 | |
| 4/17/2014 | JSR | CLAIMS ADMINISTRATION AND OBJECTIONS:  Drafting Letter to Michael Klein re: Follow up to meet and confer re Debtor's objections to ESI Requests | 1.20 | |
| | ASG | CLAIMS ADMINISTRATION AND OBJECTIONS:  Prepare for and appear at evidentiary hearing on objection to Gary Myhre claim; Preparation of orders on prehearing motions;  Preparation of order striking and disallowing Gary Myhre claim | 4.00 | |
| | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Preparation of email to Lou Salazar | 0.10 | |
| | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Redraft Order on administrative claim | 0.10 | |
| | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Court Appearance re: Myhre claim | 3.00 | |
| 4/22/2014 | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Review Response of Experian to Objection to Claim No. 42 (DE#979) | 0.10 | |
| | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Review Order Extending Deadline to File Administrative Claim - Carly & Desiree (DE#980) | 0.10 | |
| | BN | CLAIMS ADMINISTRATION AND OBJECTIONS:    Review docket; Prepare CNR re:  #805 Objection to Claim No. 30; Prepare proposed order | 0.30 | |
| | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Review response by Experian and Objection to Claim No. 42 | 0.50 | |
| 4/23/2014 | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Review letter from Experian's attorney Joseph Frank and Experian's Response to Objection to Claim; Conference with Alvin Goldstein | 1.00 | |
| | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Review and revis Triax order; Review emails; Review and respond to various emails with B. Lee | 1.00 | |
| | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Preparation of email re:  DAG claim | 0.20 | |
| 4/24/2014 | ASG | CLAIMS ADMINISTRATION AND OBJECTIONS:  Work on resolution of Experian, Corelogic, Teletrak and Dell claims objections | 1.50 | |

TLO, LLC                                                                                    Page    7

|  |  | HOURS | Total |
|---|---|---|---|

| 4/25/2014 | ASG | CLAIMS ADMINISTRATION AND OBJECTIONS:  Work on resolving remaining claims objections | 0.50 | |
| | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Review Withdrawal of Claim No. 32 filed by Dell Financial (DE#985) | 0.10 | |
| | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Review Order Granting Motion in Part Temporarily Allow Claim Nos. 35 & 36 of Technology for voting purposes (DE#989) | 0.10 | |
| | RCF | CLAIMS ADMINISTRATION AND OBJECTIONS:    Review and respond to email from Alvin Goldstein re:  GCA claim | 0.20 | |
| 4/28/2014 | BN | CLAIMS ADMINISTRATION AND OBJECTIONS:    Review file on Objection to Claim of LSSI; Prepare Certificate of No Response and proposed order; Preparation of email to Connie Meyer re: proposed order | 0.30 | |
| | BN | CLAIMS ADMINISTRATION AND OBJECTIONS:    Review email from Experian; Prepare draft Order Resolving Claim No. 42 – Experian; Prepare CNR/Settlement | 0.30 | |

| | SUBTOTAL: | | [    59.80 | 29,834.50] |

CONTEST MOTIONS

| 4/1/2014 | RCF | CONTESTED MOTIONS:    Review Supplement/Corrected Supplement to Verified Statement of Salazar Jackson re:   representation – multiple creditors (DE#550) | 0.10 | |
| | RCF | CONTESTED MOTIONS:    Review Gary Myhre's Motion Requesting Continued Discovery and Handwriting and Computer Analysis (DE#851) | 0.30 | |
| | RCF | CONTESTED MOTIONS:    Review Order Granting Emergency Motion for Protective Order with Respect to Subpoena from Gary Myhre (DE#826) (DE#844) | 0.10 | |
| | RCF | CONTESTED MOTIONS:    Review Report of Mediator re:  Objection to Claim No. 15 – Triax (DE#846) | 0.10 | |
| | RCF | CONTESTED MOTIONS:    Review Motion of Carly and Desiree to Enlarge Time to File Administrative Claim (DE#848) | 0.10 | |
| | RCF | CONTESTED MOTIONS:    Review Supplemental Verified Statement of Salazar Jackson re:  representation of multiple creditors (DE#849) | 0.10 | |
| 4/2/2014 | RCF | CONTESTED MOTIONS:    Review Notice of Hearing re:  Motion to Extend Time to File Administrative Claim – Asher & Yoost (DE#855) | 0.10 | |
| | RCF | CONTESTED MOTIONS:    Review Order Denying Motion to Extend Time to Extend Discovery (DE#859) | 0.10 | |
| 4/8/2014 | RCF | CONTESTED MOTIONS:    Review Order Granting in Part and Denying in Part Technology Investors Motion for Sanctions against Myhre (DE#874) | 0.10 | |
| | RCF | CONTESTED MOTIONS:    Review Order Denying Motion to Seal Transcript of 7030 Examination of Gary Myhre (DE#873) | 0.10 | |
| 4/11/2014 | RCF | CONTESTED MOTIONS:    Prepare Motion to Intervene on two (2) adversaries | 3.00 | |
| | RCF | CONTESTED MOTIONS:    Review Notice of Filing Transcript of Gary Myhre 2004 Examination (DE#899) | 0.10 | |
| 4/14/2014 | JSR | CONTESTED MOTIONS:  E-mail communication with Robert Eisenbach et al re: "meet and confer" in connection with discovery schedule; E-mail communication with Michael Klein re: "meet and confer" in connection with discovery schedule | 0.20 | |
| | JSR | CONTESTED MOTIONS:  Preparing for Trial; Preparing Documents for Witness Preparation; Conference with Alvin re: Same | 1.50 | |
| 4/16/2014 | RCF | CONTESTED MOTIONS:    Review Myhre's Emergency Motion to Reschedule Evidentiary Hearing (DE#957) | 0.10 | |
| | RCF | CONTESTED MOTIONS:    Review Myhre's Motion to Reconsider Computer and Handwriting Analysis | 0.30 | |
| | JSR | CONTESTED MOTIONS:  Telephone conference with Frank Cosmen re: Representing TU Employees, Subpoenas; Drafting Subpoenas for James Riley and Scott Wagner | 1.40 | |
| | JSR | CONTESTED MOTIONS:  Telephone conference with Robert Furr and Michael Klein re: Discovery Meet and Confer on GCA Savvian | 1.00 | |

TLO, LLC                                                                                    Page    8

|  |  |  | HOURS | Total |
|---|---|---|---|---|

| 4/21/2014 RCF | CONTESTED MOTIONS:   Review Technology Notice of filing Proposed Exhibits/Motion Temporarily Allowing Claim for Voting Purposes (DE#978) | 0.10 |
| 4/28/2014 MM | CONTESTED MOTIONS:   Preparation of hearing folders for the Confirmation Hearing and Hearing on Fee Applications | 7.50 |

SUBTOTAL:                                                                           [   16.40      5,118.50]

FEE EMP. APP

| 4/7/2014 ASG | FEE/EMPLOYMENT APPLICATIONS:   Finalize and e-file Final Fee Application | 3.00 |
| | RCF | FEE/EMPLOYMENT APPLICATIONS:   Review Fee Application of Special Counsel Conrad and Scherer | 0.40 |
| | RCF | FEE/EMPLOYMENT APPLICATIONS:   Review Fee Application of James Carroll (DE#866) | 0.20 |
| 4/8/2014 RCF | FEE/EMPLOYMENT APPLICATIONS:   Review Final Fee Application by Glass Ratner as Financial Advisors to Trustee | 0.30 |
| | RCF | FEE/EMPLOYMENT APPLICATIONS:   Review Final Fee Application - Genovese Joblove, Attorney for Creditors' Committee (DE#877) | 0.30 |
| | BN | FEE/EMPLOYMENT APPLICATIONS:   Preparation of Certificate of Service (DE#871) - Furr and Cohen, P.A. Final Fee | 0.20 |
| 4/9/2014 RCF | FEE/EMPLOYMENT APPLICATIONS:   Review Final Application for Compensation of Marcum LLP, Accountant to DIP (DE#879) | 0.30 |
| | RCF | FEE/EMPLOYMENT APPLICATIONS:   Review Summary of Third and Final Application of Wells Fargo Bank, NA for Payment of Administrative Expense Claim (DE#880) | 0.30 |
| | RCF | FEE/EMPLOYMENT APPLICATIONS:   Review Final Application by David Ristaino - Special Counsel to DIP (DE#881) | 0.30 |
| 4/21/2014 RCF | FEE/EMPLOYMENT APPLICATIONS:   Review Supplemented Application for Fees (DE#975) Conrad Scherer | 0.30 |
| 4/28/2014 RCF | FEE/EMPLOYMENT APPLICATIONS:   Review Akerman's Supplemental Fee Application (DE#994) | 0.20 |

SUBTOTAL:                                                                           [    5.80      3,007.00]

LIT/ADV. PROC.

| 4/1/2014 ASG | LITIGATION/ADVERSARY PROCEEDINGS:   Prepare for and attend pretrial hearing on Gary Myhre claim objection, motion for sanctions against Gary Myhre, evidentiary hearing on motion to seal and other motions | 3.80 |
| 4/2/2014 ASG | LITIGATION/ADVERSARY PROCEEDING:   Preparation of and upload Order on Myhre's Request For Issuance of Subpoenas; e-mail proposed order to Myhre and Berger Singerman | 1.20 |
| | ASG | LITIGATION/ADVERSARY PROCEEDING:   Preparation of and upload Order Setting Evidentiary Hearing on Objection to Myhre Claim; e-mail to Myhre and Berger Singerman | 1.00 |
| | RCF | LITIGATION/ADVERSARY PROCEEDING:   Telephone conference with Paul Singerman; Preparation of email to Paul Singerman | 0.40 |
| 4/4/2014 ASG | LITIGATION/ADVERSARY PROCEEDING:   Review and serve Order Setting Evidentiary Hearing and Order Denying as Moot Gary Myhre's Request for Issuance of Subpoenas in TLO Bankruptcy case | 0.20 |
| 4/5/2014 ASG | LITIGATION/ADVERSARY PROCEEDING:   Review status of recharacterization lawsuits and recent pleadings | 0.70 |
| 4/8/2014 MM | LITIGATION/ADVERSARY PROCEEDING:   Update Gary Myhre file and index | 1.00 |
| | ASG | LITIGATION/ADVERSARY PROCEEDING:   Numerous conferences and meetings re intervention in recharacterization lawsuit | 1.20 |
| 4/9/2014 JSR | LITIGATION/ADVERSARY PROCEEDING:   Review Orders Granting Tech Investors Motion to Extend Time to File Counterclaim (Glocer v Tech Investors & Bernstein v Tech Investors) | 0.20 |
| 4/10/2014 RCF | LITIGATION/ADVERSARY PROCEEDING:   Review and revise pleadings re:  intervention in Glocer | 1.00 |
| | ASG | LITIGATION/ADVERSARY PROCEEDING:   Work on intervention issues | 0.80 |
| | ASG | LITIGATION/ADVERSARY PROCEEDING:   Work on discovery issues for pending adversary proceedings | 0.90 |

TLO, LLC

|  |  |  | HOURS | Total |
|---|---|---|---|---|
| 4/11/2014 ASG | | LITIGATION/ADVERSARY PROCEEDING: Analysis of issues relating to intervention in recharacterization lawsuits | 1.20 | |
| 4/14/2014 JSR | | LITIGATION/ADVERSARY PROCEEDING: Review Initial Disclosure - Gary Schultheis and Shawn Smith; Review Initial Disclosures - BJ4M&M (GLOCER V TECH INVESTORS); Prepare email to client | 0.40 | |
| 4/15/2014 MM | | LITIGATION/ADVERSARY PROCEEDING: Preparation of Exhibit Registers for Gary Myhre evidentiary hearing | 3.50 | |
| 4/16/2014 RCF | | LITIGATION/ADVERSARY PROCEEDING: KROLL/GLOCER/Review initial discovery disclosures | 0.50 | |
| | RCF | LITIGATION/ADVERSARY PROCEEDING: Discovery Meeting; Conference Call with GCA Savvian attorney | 1.00 | |
| | JSR | LITIGATION/ADVERSARY PROCEEDING: Preparation for Trial on Gary Myhre Objection to Claim No. 31 (i.e. drafting opening statement, preparing objections, reviewing previous court orders on sanctions and GM pleadings); Conference with Alvin Goldstein re: Strategy;; e-mail communications (multiple) with Etan re: Trial Strategy | 5.10 | |
| 4/18/2014 RCF | | LITIGATION/ADVERSARY PROCEEDING: Review and revise letter on discovery protocols to Michael Klein | 0.40 | |
| 4/28/2014 JSR | | LITIGATION/ADVERSARY PROCEEDING: GLOCER V TECH INVESTORS/Review Amended Answer and Affirmative Defenses; Preparation of email to clients re: same | 0.40 | |
| | JSR | LITIGATION/ADVERSARY PROCEEDING: BERNSTEIN V TECH INVESTORS/Review Amended Answer and Affirmative Defenses; Preparation of email to clients re: same | 0.40 | |
| | SUBTOTAL: | | [ 25.30 | 9,556.00] |

PLAN/DISC. STMT

| 4/1/2014 ASG | | PLAN/DISCLOSURE STATEMENT: Emails and telephone conferences re plan revisions and modifications; Work on plan revisions and modifications | 2.50 | |
|---|---|---|---|---|
| 4/2/2014 ASG | | PLAN/DISCLOSURE STATEMENT: Analysis of plan issues and work on plan modifications re same | 1.80 | |
| 4/3/2014 BN | | PLAN/DISCLOSURE STATEMENT: Prepare revisions to confirmation order | 0.20 | |
| | BN | PLAN/DISCLOSURE STATEMENT: Prepare draft of Confirmation Affidavit | 1.00 | |
| | RCF | PLAN/DISCLOSURE STATEMENT: Review and revise comments to Plan and issues | 1.00 | |
| | ASG | PLAN/DISCLOSURE STATEMENT: Work on plan revisions and confirmation order; Emails, telephone conferences and office conferences re same | 2.10 | |
| 4/4/2014 BN | | PLAN/DISCLOSURE STATEMENT: Prepare draft of Confirmation Affidavit; Review Plan and Disclosure Statement; Review Bio | 2.50 | |
| | BN | PLAN/DISCLOSURE STATEMENT: Prepare draft of Confirmation Order | 1.50 | |
| | JSR | PLAN/DISCLOSURE STATEMENT: E-mail communications (multiple) with Steven Smith, Robert Furr, Alvin Goldstein, Paul Battista, Scott Underwood, et al re: Scheduling conference call on plan comments | 0.40 | |
| 4/6/2014 ASG | | PLAN/DISCLOSURE STATEMENT: Work on confirmation order; Emails re same | 1.50 | |
| 4/7/2014 ASG | | PLAN/DISCLOSURE STATEMENT: Analysis of plan comments; Work on confirmation order; Analysis of balloting; Preparation for confirmation | 2.30 | |
| 4/8/2014 MM | | PLAN/DISCLOSURE STATEMENT: Work on draft of Confirmation Order | 1.50 | |
| | RCF | PLAN/DISCLOSURE STATEMENT: Conference Call with all parties re: Plan issues; Redraft of Parts of Plan | 3.00 | |
| | ASG | PLAN/DISCLOSURE STATEMENT: Prepare for and attend conference call re plan comments | 1.50 | |
| | ASG | PLAN/DISCLOSURE STATEMENT: Work on plan modifications and confirmation order; Preparation for confirmation | 1.30 | |
| 4/9/2014 MM | | PLAN/DISCLOSURE STATEMENT: Revisions to Confirmation Order as directed by ASG | 2.00 | |
| | RCF | PLAN/DISCLOSURE STATEMENT: Draft and revise Confirmation Order | 1.00 | |
| | RCF | PLAN/DISCLOSURE STATEMENT: Conference with client re: confirmation | 1.00 | |

TLO, LLC

Page    10

|  |  |  | HOURS | Total |
|---|---|---|---|---|
| 4/9/2014 ASG | PLAN/DISCLOSURE STATEMENT: Preparation for confirmation; Respond to inquiries re plan provisions; Preparation of confirmation affidavit; Work on confirmation report; Draft plan modifications | | 1.90 | |
| 4/10/2014 RCF | PLAN/DISCLOSURE STATEMENT: Review and discuss Class 5 & 6 balloting | | 0.30 | |
| RCF | PLAN/DISCLOSURE STATEMENT: Telephone conference with Scott Underwood re: Plan comments; Conference with Jason Rigoli re: comments | | 0.50 | |
| RCF | PLAN/DISCLOSURE STATEMENT: Review Plan issues re: control; Preparation of email to Scott Underwood; Conference with clients | | 1.00 | |
| BN | PLAN/DISCLOSURE STATEMENT: Review Ballots; Draft confirmation report; Conference with Alvin Goldstein re: Ballot for rejection damages to be determined | | 0.30 | |
| ASG | PLAN/DISCLOSURE STATEMENT: Telephone conference with J. Rigoli and P. Anker re eMerges | | 0.50 | |
| ASG | PLAN/DISCLOSURE STATEMENT: Preparation for confirmation and analysis of potential plan objections | | 1.40 | |
| 4/11/2014 RCF | PLAN/DISCLOSURE STATEMENT: Review Ballots | | 0.50 | |
| RCF | PLAN/DISCLOSURE STATEMENT: Telephone conference with Tech Inc attorneys re: Plan and Confirmation Order | | 1.00 | |
| RCF | PLAN/DISCLOSURE STATEMENT: Review email from Attorney David Samole; Discussion with Jason Rigoli to form a response | | 1.00 | |
| ASG | PLAN/DISCLOSURE STATEMENT: Prepare for and attend conference call re confirmation issues | | 1.50 | |
| ASG | PLAN/DISCLOSURE STATEMENT: Preparation for confirmation | | 1.30 | |
| 4/12/2014 RCF | PLAN/DISCLOSURE STATEMENT: Review Ballots; Prepare email to Tech's lawyers | | 1.00 | |
| 4/13/2014 RCF | PLAN/DISCLOSURE STATEMENT: Review Objection to Confirmation and Balloting | | 1.50 | |
| 4/14/2014 RCF | PLAN/DISCLOSURE STATEMENT: Review Tech Inc comments to Plan Confirmation Order | | 0.50 | |
| RCF | PLAN/DISCLOSURE STATEMENT: Review Tech Inc comments to Plan Confirmation Order | | 0.50 | |
| JSR | PLAN/DISCLOSURE STATEMENT: E-mail communications (multiple) with Tech, Inc re: Filing of ballots; E-mail communications multiple with Ray Miller re: Redden, Asher, and Yoost Trust Ballots; E-mail communication with Clients re: Remaining Security Interest holders; Reviewing Trust Agreement to determine Trustee issue; Conference with Alvin re: Balloting issues and Trust issues | | 1.70 | |
| ASG | PLAN/DISCLOSURE STATEMENT: Preparation for confirmation; Analysis of balloting issues; Emails and telephone conferences re same; Work on plan modifications and confirmation order; Preparation of confirmation affidavit; Preparation of confirmation report | | 3.10 | |
| ASG | PLAN/DISCLOSURE STATEMENT: Analysis of issues relating to Pruco litigation | | 0.60 | |
| 4/15/2014 RCF | PLAN/DISCLOSURE STATEMENT: Review Objection to Confirmation by Kroll, Glocer, Poulsen (DE#916) | | 0.20 | |
| RCF | PLAN/DISCLOSURE STATEMENT: Review Joinder Objection to Confirmation (DE#930) by Schultheis and Shawn Smith | | 0.10 | |
| JSR | PLAN/DISCLOSURE STATEMENT: E-file ballots for shareholders | | 1.00 | |
| BN | PLAN/DISCLOSURE STATEMENT: Preparation of Balloting Report | | 1.50 | |
| RCF | PLAN/DISCLOSURE STATEMENT: Conference with clients re: Confirming Balloting; Research on confirmation issues; Memo Outline; Report Outline; Conference | | 3.00 | |
| ASG | PLAN/DISCLOSURE STATEMENT: Preparation for confirmation; Attend to balloting issues | | 2.50 | |
| 4/16/2014 BN | PLAN/DISCLOSURE STATEMENT: Prepare draft of Confirmation Report | | 2.00 | |
| RCF | PLAN/DISCLOSURE STATEMENT: Review Technology's Motion to Allow Claim Nos. 35 & 36 for Voting Purposes (DE#916) | | 0.10 | |
| RCF | PLAN/DISCLOSURE STATEMENT: Review Objection to Amended Plan by Bernstein, Ripp, Bachman, Hunter Creek JHBTLO (DE#934) | | 0.20 | |
| RCF | PLAN/DISCLOSURE STATEMENT: Review Joinder by Smith, Schultheis re: Objection to Confirmation (DE#955) | | 0.10 | |

| | | HOURS |
|---|---|---|
| 4/16/2014 ASG | PLAN/DISCLOSURE STATEMENT:   Work on plan issues and preparation for confirmation | 1.20 |
| 4/17/2014 BN | PLAN/DISCLOSURE STATEMENT:      Prepare revisions to Confirmation Report | 1.00 |
| JSR | PLAN/DISCLOSURE STATEMENT:   Conference with Robert and Alvin re: confirmation issues; Telephone conference with  Robert, Alvin and Scott Underwood re: Confirmation; E-mail communication with Steven Smith and David Samole re: Confirmation and scheduling a conference call for Monday, April 21 | 1.00 |
| JSR | PLAN/DISCLOSURE STATEMENT:   Research on Confirmation Issues; Beginning initial draft of Memorandum of Law in support of Confirmation | 1.40 |
| ASG | PLAN/DISCLOSURE STATEMENT:   Preparation for confirmation; Preparation of confirmation affidavit and confirmation report; Analysis of balloting;  Work on confirmation order and plan amendments | 2.20 |
| 4/18/2014 JSR | PLAN/DISCLOSURE STATEMENT:   E-mail communications (Multiple) with Robert, Alvin, David and Linda re: Conference call re Plan Comments; Telephone conference with Robert, David and Linda re: plan Comments and Objections | 0.80 |
| RCF | PLAN/DISCLOSURE STATEMENT:   Conference Call with Linda Jackson and David Samole | 1.00 |
| 4/19/2014 JSR | PLAN/DISCLOSURE STATEMENT:   Research re: Postpetition Interest to GUCs | 0.60 |
| 4/21/2014 JSR | PLAN/DISCLOSURE STATEMENT:   Drafting Memorandum of Law in Support of Confirmation of Plan; conference call with Robert, Scott and Alvin re: Plan comments and objections | 8.20 |
| ASG | PLAN/DISCLOSURE STATEMENT:   Conference call re plan issues; Work on confirmation affidavit;  Work on confirmation report | 3.50 |
| RCF | PLAN/DISCLOSURE STATEMENT:   Review Objection to Plan; Telephone conference with Tech Inc professionals | 2.00 |
| RCF | PLAN/DISCLOSURE STATEMENT:    Conference with Staff re: Confirmation; Research issue related to Equity | 2.00 |
| 4/22/2014 JSR | PLAN/DISCLOSURE STATEMENT:   Drafting Memorandum of Law in Support of Confirmation | 3.60 |
| JSR | PLAN/DISCLOSURE STATEMENT:    Preparing Proponents Report | 3.40 |
| BN | PLAN/DISCLOSURE STATEMENT:     Prepare Confirmation Report | 2.00 |
| RCF | PLAN/DISCLOSURE STATEMENT:    Review and revise confirmation memo; Review draft of Confirmation Report | 2.00 |
| 4/23/2014 MM | PLAN/DISCLOSURE STATEMENT:   Review redline changes by Ms. Asher; Finalize Confirmation Affidavit and convert to pdf file in preparation for filing | 0.50 |
| ASG | PLAN/DISCLOSURE STATEMENT:   Preparation for confirmation;  Work on confirmation report and memorandum in support of confirmation;  Respond to various emails re status of certain matters;  Finalize confirmation affidavit;  Analysis of confirmation objections and balloting; | 6.20 |
| RCF | PLAN/DISCLOSURE STATEMENT:    Review email from John T. re: confirmation order; Preparation of email to staff to forward | 0.20 |
| RCF | PLAN/DISCLOSURE STATEMENT:    Redraft Confirmation Memorandum and Confirmation Report | 2.00 |
| 4/24/2014 ASG | PLAN/DISCLOSURE STATEMENT:   Preparation for confirmation;  Work on confirmation report and confirmation memorandum;  Attend to balloting issues;  Attend to distribution issues;  Telephone conference re plan issues | 4.50 |
| JSR | PLAN/DISCLOSURE STATEMENT:   Reviewing and revising Memorandum of Law in Support of Confirmation; Reviewing and revising Confirmation Report; Finalizing Memorandum for filing; finalizing Confirmation report for filing | 3.80 |
| JSR | PLAN/DISCLOSURE STATEMENT:   Preparing for conference call on confirmation; Appearing on Conference  call re confirmation; Conference with Alvin re: Confirmation issue | 2.00 |
| RCF | PLAN/DISCLOSURE STATEMENT:    Conference with all creditors re: confirmation issue; Telephone conference with Staff to prepare for Conference Call; Review Agenda and revise; Review affidavit | 3.00 |

TLO, LLC

|  |  | HOURS | Total |
|---|---|---|---|

4/25/2014 ASG    PLAN/DISCLOSURE STATEMENT:  Preparation for confirmation;  Work          5.50
                 on plan modifications;  Numerous telephone conferences and
                 emails re position of different constituencies;  Analysis of
                 claims and ability to pay allowed general unsecured claims
         JSR     PLAN/DISCLOSURE STATEMENT:  Confirmation Preparation; Research          3.80
                 re: Post-confirmation liquidation vehicles; post-confirmation
                 substantial contribution claims; e-mail communications with
                 Phil Anker re: revised Confirmation Order; Conference with
                 Alvin re: Confirmation Issues, strategy and preparation
         RCF     PLAN/DISCLOSURE STATEMENT:    Preparation of email to Scott             0.50
                 Underwood re:  confirmation issues; Preparation of email to
                 Alvin Goldstein
         RCF     PLAN/DISCLOSURE STATEMENT:    Review Confirmation Brief of Tech         1.00
                 Inc.
         RCF     PLAN/DISCLOSURE STATEMENT:    Review and Revise Confirmation            1.00
                 Order
         RCF     PLAN/DISCLOSURE STATEMENT:    Review issues re:  Confirmation;          2.00
                 Preparation of email to Alan Barbee and Brenton Ver Ploeg
4/28/2014 RCF    PLAN/DISCLOSURE STATEMENT:   Review Technology, Inc.'s Response         0.30
                 in Opposition to Equity Holders Objection to Confirmation and
                 Memorandum of Law (DE#992)
         JSR     PLAN/DISCLOSURE STATEMENT:  Preparation for Confirmation Hearing        6.60
         RCF     PLAN/DISCLOSURE STATEMENT:    Telephone conference with Ray             0.30
                 Miller re:  Confirmation Hearing
         RCF     PLAN/DISCLOSURE STATEMENT:    Preparation for Confirmation -            5.00
                 notes; Review pleadings; Conference with Staff; Various emails
                 to Thomas, Ristaino, Barbee, et al.

SUBTOTAL:                                                              [   143.00       59,243.50]

FOR PROFESSIONAL SERVICES RENDERED                                        345.50     $138,514.50

ADDITIONAL CHARGES:

APHOTOCOPY

4/22/2014 PHOTOCOPIES @ $.15:                                                                1.35

SUBTOTAL:                                                                          [        1.35]

Copying

4/4/2014 Copying                                                                          169.65

SUBTOTAL:                                                                          [      169.65]

LONG DIST. TEL

4/7/2014 LONG DISTANCE TELEPHONE CHARGES:    CONFERENCE CALL 10023235 ON 3/5/2014          236.40

         LONG DISTANCE TELEPHONE CHARGES:    CONFERENCE CALL 19915832 ON MARCH 24, 2014     41.87

SUBTOTAL:                                                                          [      278.27]

PHOTOCOPY SERV

4/8/2014 BK ATTORNEY SERVICES LLC - DOCUMENTS                                            2,122.25

SUBTOTAL:                                                                          [    2,122.25]

POSTAGE

4/9/2014 POSTAGE:    DE#886 EQUIFAX ORDER ON CLAIM 25                                         2.40

TLO, LLC                                                                      Page    13

                                                                                    Total

4/22/2014 POSTAGE:  Orders                                                           0.69

          SUBTOTAL:                                      ·                      [       3.09]

          Printing

4/1/2014 Printing                                                                   918.90

          SUBTOTAL:                                                             [     918.90]

          Scanning

4/1/2014 Scanned documents.                                                          45.00

          SUBTOTAL:                                                             [      45.00]

          TOTAL COSTS                                                             $3,538.51

          TOTAL AMOUNT OF THIS BILL                                            $142,053.01