

**ORDERED in the Southern District of Florida on April 28, 2014.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

TLFO, LLC                                      CASE NO.  13-20853-PGH
                                               CHAPTER 11

         Debtor.
_____/

### ORDER SUSTAINING [DE#805] DEBTOR'S SUPPLEMENTAL OBJECTION TO CLAIM NO. 30 FILED BY INFUTOR DATA SOLUTIONS INC.

THIS CAUSE came before the Court upon [DE#805] the Debtor's Supplemental Objection to Claim No. 30 filed by **INFUTOR DATA SOLUTIONS, INC.** (the "Claim Objection") and the Certificate of No Response and Settlement [DE#984]. The Court, having reviewed the Claim Objection and the Court file, having found that proper notice of the Claims Objection has been given and having been advised that no responses to or requests for hearing on the Claim Objection have been timely received by counsel or filed with the Court, finds it appropriate to sustain the Claim Objection. Accordingly, it is

ORDERED AND ADJUDGED as follows:

- 2 -

| Claim No. | Name of Claimant | Amount of Claim | Disposition |
|---|---|---|---|
| 30 | Infutor Data Solutions, Inc. Acct #6001 | $75,000.00 | The Supplemental Objection to Claim No. 30 filed by Infutor Data Solutions, Inc. is sustained and said claim is stricken in its entirety as being paid. |

# # #

**SUBMITTED BY:**

Alvin S. Goldstein, Esq.
Furr and Cohen, P.A.
Atty for Debtor
2255 Glades Road #337W
Boca Raton, FL 33431
(561)395-0500/(561)338-7432 fax
**e-mail: agoldstein@furrcohen.com**
**Fla Bar No. 993621**

Attorney Alvin S. Goldstein is directed to serve a copy of this Order on the parties listed below and to file a certificate of service

Infutor Data Solutions
c/o Kevin G. Schneider
Neal Gerber & Eisenberg LLP
Two North LaSalle St #1700
Chicago, IL  60602-3801

Infutor Data Solutions
15129 South Route 59
Plainfield  IL  60544

Stuart A. Young, Esq.
Atty for Infutor
1800 Forest Hill Blvd #201
W Palm Beach, FL  33406

TLFO, LLC
c/o Carly Yoost
c/o Desiree Asher

H:\LIBRARY\BANKRUPTCY\TLO LLC 13-083\PLD\Order Sustaining #675 Obj Clailm No. 20 of Accutrend.doc-bjn