

**ORDERED in the Southern District of Florida on May 8, 2014.**

**Paul G. Hyman, Chief Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                    Case No. 13-20853-PGH

TLFO, LLC                                          Chapter 11

      Debtor.

_____/

**AGREED ORDER ON DEBTORS' OBJECTION TO**
**CLAIM #42 FILED BY EXPERIAN INFORMATION SOLUTIONS, INC.**

THIS MATTER HAVING COME TO BE HEARD upon TLFO, LLC's (the "Debtor")

Objection to Claim #42 Filed by Experian Information Solutions, Inc. [Docket No. 815] (the "Claim

Objection") and the Response (the "Response") of Experian Information Solutions, Inc. ("Experian,"

and with the Debtor, the "Parties") to the Claim Objection [Docket No. 979], seeking allowance of

Experian's claim for rejection damages (the "Rejection Damages Claim") against the Debtor's estate

totaling $9,848,416.37, the Court having reviewed the Claim Objection and the Response, and the Court

{EXPERIAN/058/00038507.DOCX/}

being fully advised that: (i) the Parties agree, through compromise, that the amount of Experian's

Rejection Damages Claim shall be $9,808,416.37; (ii) the Parties seek to correct a typographical error in

the Agreed Order Sustaining Debtor's Objection To Claim No. 27 Filed By Experian Information

Solutions, Inc. [Docket No. 707], which should read that Experian shall have an allowed pre-petition

general unsecured claim in the amount of $1,933,662.24; and (iii) the Parties have fully reconciled

Experian's post-petition administrative claim and agree that Experian is entitled to immediate and full

payment on the $80,217.30 remaining disputed balance of Experian's administrative claim; due and

adequate notice having been given; and it appearing that this Court has jurisdiction over these core

matters; and after due deliberation and sufficient good cause appearing therefor;

    **IT IS HEREBY ORDERED** that:

1. Experian's Rejection Damages Claim is reduced and allowed in the amount of $9,808,416.37 under 11 U.S.C. §§ 365(g) and 502(g);

2. Experian's pre-petition general unsecured claim is allowed in the amount of $1,933,662.24.  To the extent that this order conflicts with the Agreed Order Sustaining [DE#553] Debtor's Objection to Claim No. 27 Filed By Experian Information Solutions Inc., this order shall control;

3. The Debtor is authorized and directed to pay Experian $80,217.30, which represents the remaining balance of Experian's post-petition administrative claim under 11 U.S.C. § 503(b), as soon as reasonably practicable;

4. This Order represents a full and final reconciliation of all of Experian's claims against the Debtor, with the exception of post-petition interest on Experian's pre-petition general unsecured claim at the rate set forth in the Order Confirming Debtor's Amended Plan of Liquidation [D.E. #1011], to the extent such interest is paid.

5. Except as set forth in this order and the Agreed Order on Debtor's Motion to Reject Executory Contracts [Docket No. 693], Experian shall have no other or additional claims against the Debtor's estate.

6. The Court shall retain jurisdiction to construe and enforce this Order.

###

**SUBMITTED BY:**

Joseph D. Frank (IL No. 6216085)
Reed Heiligman (IL No. 6294312)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:     (312) 276-1400
Facsimile:     (312) 276-0035
jfrank@fgllp.com
rheiligman@fgllp.com

**Copies furnished to:**

Robert C. Furr
Alvin S. Goldstein
FURR AND COHEN, P.A.
Attorney for Debtor
2255 Glades Road, #337W
Boca Raton, Florida  33431

# Mailing Information for Case 13-20853-PGH

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Barry S Balmuth     balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com
- David E Bane     dbane@hunton.com, aflynn@hunton.com
- Alan R Barbee     ecf@marcumllp.com
- Paul J. Battista     pbattista@gjb-law.com, gjbecf@gjb-law.com
- Alexandra D Blye     ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- James M Brako     LegalServices@pbctax.com, JBrako@pbctax.com
- Nancy B Colman     ncolman@baritzcolman.com, mizzo@baritzcolman.com
- Catherine E Douglas     catherine.douglas@akerman.com, jeanette.martinez@akerman.com
- Brett A Elam     ecf@ombkc.com, brett@ombkc.com;zoraida@ombkc.com;drakeozmentlaw@gmail.com
- C Craig Eller     celler@broadandcassel.com
- John D Emmanuel     emmanuel@fowlerwhite.com, sstorno@fowlerwhite.com
- Darren D. Farfante     dfarfante@fowlerwhite.com, deborah.lester@fowlerwhite.com
- Keith W. Fendrick     keith.fendrick@hklaw.com, andrea.olson@hklaw.com
- Joseph D Frank     jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
- Robert C Furr     bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Brian K Gart     bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com
- Mariaelena Gayo-Guitian     mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
- Robert N Gilbert     rgilbert@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Daniel L. Gold     dgold@ecccounsel.com, bankruptcy@ecclegal.com,nsocorro@ecclegal.com
- Alvin S. Goldstein     mmitchell@furrcohen.com, atty_furrcohen@bluestylus.com

{EXPERIAN/058/00038507.DOCX/}

- Linda W Jackson    jackson@salazarjackson.com, aguilar@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarjackson.com
- Anthony Kang    akang@arnstein.com
- Philip J Landau    plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com
- Bernice C. Lee    blee@sfl-pa.com, vchapkin@sfl-pa.com
- Sharon L Levine    slevine@lowenstein.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com
- Jerry M Markowitz    jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,joyecf@mdrtlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com
- Adam D. Marshall    AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com
- Thomas M. Messana    tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com
- Todd C Meyers    tmeyers@kilpatricktownsend.com, rrahman@kilpatricktownsend.com;lcanty@kilpatricktownsend.com;mlangford@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com;prosenblatt@kilpatricktownsend.com
- Raymond V Miller    rmiller@gunster.com, vyon@gunster.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jason S Rigoli    jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com
- Mark S. Roher    mroher@conradscherer.com, markroher@gmail.com;vpupo@conradscherer.com
- Luis Salazar    salazar@salazarjackson.com, jackson@salazarjackson.com;honaker@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com
- David Samole    das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- Kevin G. Schneider    kschneider@ngelaw.com
- Esperanza Segarra    esegarra@hinshawlaw.com, clucas@hinshawlaw.com
- Paul Steven Singerman    singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com
- Steven J. Solomon    steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- Sabrina L Streusand    streusand@slollp.com, prentice@slollp.com
- TR Capital Management (TRoss)    tross@trcmllc.com
- Charles M Tatelbaum    ctatelbaum@hinshawlaw.com, csmith@hinshawlaw.com;carrese@hinshawlaw.com;gfarmer@hinshawlaw.com;lportuondo@hinshawlaw.com;esegarra@hinshawlaw.com;clucas@hinshawlaw.com
- John R Thomas    jthomas@smithhulsey.com, aadams@smithhulsey.com
- Scott A. Underwood    scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com
- Aaron A Wernick    awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com
- Henry S Wulf    hwulf@cfjblaw.com, kvickers@cfjblaw.com
- Stuart A Young    syoung@ybplaw.com
- Linda J Zhou    linda.zhou@fowlerwhite.com, sstorno@fowlerwhite.com

{EXPERIAN/058/00038507.DOCX/}