

**ORDERED in the Southern District of Florida on May 20, 2014.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No.  13-20853-PGH |
| TLFO, LLC, | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER GRANTING APPLICATIONS OF WELLS FARGO
BANK, N.A. FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**THIS MATTER** came before the Court for hearing on April 29, 2014 upon (i) the

Second Interim Application of Wells Fargo Bank, N.A. for Payment of Administrative Expense

Claim for the Period November 1, 2013 Through December 31, 2013 [ECF No. 709] (the

"Second Interim Application"); (ii) the Third and Final Application of Wells Fargo Bank, N.A.

for Payment of Administrative Expense Claim [ECF No. 880] (the "Final Application"); and

(iii) the Supplement to Third and Final Application of Wells Fargo Bank, N.A. for Payment of

Administrative Expense Claim dated April 28, 2014 [ECF No. 998] (the "Supplement"), and no

objections to the foregoing were raised.  The Court, having reviewed the Second Interim

1

Application, the Final Application, and the Supplement and being otherwise fully advised in the premises, does hereby

**ORDER**:

1.      The Second Interim Application, the Final Application, and the Supplement are **GRANTED**.

2.      Wells Fargo Bank, N.A. ("Wells Fargo") shall have a recognized and allowed post-petition administrative expense claim in the amount of $28,038.35, which is comprised of (i) $15,020.00 in attorneys' fees and $1,515.73 in costs for the interim period November 1, 2013 through December 31, 2013; (ii) $6,887.50 in attorneys' fees and $477.12 in costs for the interim period January 1, 2014 through April 7, 2014; and (iii) $4,138.00 in attorneys' fees and costs for the interim period April 8, 2014 through April 27, 2014.

3.      Furthermore, as requested pursuant to the Final Application and the Supplement, Wells Fargo shall have a recognized and allowed post-petition administrative expense claim of up to an additional $3,500.00 for its attorneys' fees and costs incurred from April 28, 2014 through and including the date of this Order, for a total recognized and allowed administrative expense claim of $31,538.35.

4.      Without further order of the Court, Wells Fargo is authorized to debit the TLO, LLC Collateral Account (as defined in the Final Application) up to the amount of $31,538.35 for the administrative expenses awarded pursuant to this Order, after which Wells Fargo shall release its lien on the TLO, LLC Collateral Account and immediately remit to TLFO, LLC via wire the outstanding balance contained in the TLO, LLC Collateral Account (less any wiring fees incurred by Wells Fargo in the process of remitting such funds).

5.      The Court reserves jurisdiction to enforce this Order.

Submitted by:

SMITH HULSEY & BUSEY
John R. Thomas, Esquire
Florida Bar No. 77107
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Telephone: (904) 359-7700
Facsimile: (904) 359-7782
jthomas@smithhulsey.com
Attorneys for Wells Fargo Bank, N.A.

ATTORNEY THOMAS IS DIRECTED TO SERVE A COPY OF THIS ORDER UPON ALL
INTERESTED PARTIES AND TO FILE A CERTIFICATE OF SERVICE REFLECTING
SUCH SERVICE

868528