

**ORDERED in the Southern District of Florida on July 30, 2014.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case No.  13-20853-PGH |
| | Chapter 11 |
| TLFO, LLC, | |
| Debtor. | |
| _____/ | |

### ORDER GRANTING DEBTOR'S MOTION TO COMPROMISE CONTROVERSY AND APPROVE SETTLEMENT WITH PRUCO LIFE INSURANCE COMPANY [DE#1126]

THIS MATTER came before the Court on **July 29, 2014** at **1:30 p.m.** in West Palm Beach, Florida, upon, the *Debtor's Motion to Compromise Controversy and Approve Settlement with Pruco Life Insurance Company* [DE#1126] (the "Motion"), and the Court having reviewed the Motion, the terms and conditions of the confidential settlement agreement, having heard the argument of counsel, noting no objection being filed, and being otherwise fully advised, thereupon

**IT IS HEREBY FOUND AND DETERMINED THAT:**

1.      The Court finds that the Motion and the hearing were properly served by the

Debtor upon all creditors, interested parties, and counsel for the United States Trustee by U.S. Mail or Notice of Electronic Filing, pursuant to the applicable Federal Rules of Bankruptcy Procedure and Local Rules of the United states Bankruptcy Court for the Southern District of Florida.

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

2.  The Motion is **GRANTED**, as more fully set forth herein.

3.  The Debtor is authorized to enter into the Confidential Settlement Agreement with Pruco Life Insurance Company ("Pruco") regarding the key man life insurance policy number L8725267-A on Hank Asher's life as follows:

    a.  Pruco shall pay to the Debtor the sum of $3,000,000.00 within twenty-one (21) business days of the filing of a joint stipulation of dismissal with prejudice in the lawsuit currently pending in the United States District Court for the Southern District of Florida, Case No. 13-80674-CIV-RYSKAMP/HOPKINS.

    b.  Pruco and the Debtor shall exchange releases.

    c.  Pruco and the Debtor shall each pay their respective fees and costs.

    d.  Pruco and the Debtor shall keep the terms and conditions of the settlement confidential.

4.  The Court retains jurisdiction of this matter for the purpose of enforcing the terms of this order.

###

Submitted by:

Alvin S. Goldstein, Esquire
Furr and Cohen, P.A.
*Attorneys for Debtor*
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, FL 33431
(561)395-0500
(561)338-7532 fax
E-mail: agoldstein@furrcohen.com

*Attorney Alvin S. Goldstein is directed to serve a copy of this Order on all interested parties and file a Certificate of Service with the Court.*