UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                                          Case No.  13-20853-PGH
                                                                                         Chapter 11
TLFO, LLC,

     Debtor.
_____/

**DEBTOR'S MOTION TO AUTHORIZE
SECOND INTERIM DISTRIBUTIONS UNDER THE
DEBTOR'S CONFIRMED AMENDED PLAN OF LIQUIDATION**

TLFO, LLC, the post-confirmation debtor herein (the **"Debtor"** or **"TLFO"**), by and through undersigned counsel, hereby files this *Motion to Authorize Second Interim Distributions Under the Debtor's Confirmed Amended Plan of Liquidation* (the "**Motion**") and states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of the Debtor's Chapter 11 case in this district and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

*I. The Debtor and The Plan*

2. On May 9, 2013 (the "**Petition Date**"), the Debtor filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). Since that time and through confirmation of the Plan (as defined below), the Debtor operated as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy

- 1 -

Code. From and after confirmation of the Plan, the Debtor has operated under the terms of the Plan.

3. On March 7, 2013, the Debtor filed its Amended Plan of Liquidation (D.E. #781)(the "Plan"). The Plan was confirmed by this Court on April 30, 2014 pursuant to that certain Order Confirming Debtor's Amended Plan of Liquidation [D.E. #1011] (the "Confirmation Order").

4. Pursuant to the Plan, Robert C. Furr was appointed the Plan Disbursing Agent for the Debtor, with the authority, among other things, to propose and make Distributions (as defined in the Plan)[1] to holders of Allowed Claims and Allowed Interests thereunder.

5. Under the terms of the Plan, the Plan Disbursing Agent is tasked with making Distributions to holders of Allowed Claims and Equity Interests; provided, however, that no dividend may be distributed to any class unless and until all Allowed Claims or Interests superior to each class have been paid in full, reserved or otherwise resolved and or accounted for in the Distribution at issue. *See*, Plan Art. IV.

6. The Plan Disbursing Agent has been authorized to distribute, in aggregate $45,180.275.90 to Tech Inc. and non-disputed Class 3 Allowed Unsecured Creditors, in accordance with this Court's *Order Granting Joint Motion of the Debtor and the Oversight Committee for Authority to Make Interim Distributions Under the Debtor's Confirmed Amended Plan of Liquidation* [ECF No. 1149] (the "First Interim Distribution Order"). The approved distribution to non-disputed Class 3 Allowed Unsecured Creditors represents 80% of such allowed claims. After making the approved distribution in accordance with the First Interim Distribution Order, the Debtor will have approximately $81.5 million on hand and anticipates

---

[1] Capitalized terms not defined in this Motion shall have the meanings ascribed to them in the Plan.

anadditional revenue of at least$3 million from the collection of accounts receivable and proceeds from an expected settlement.

7. As set forth in more detail below, by this Motion, the Debtor and the Plan Disbursing Agent request that this Court approve a Distribution to the holders of non-disputed Allowed Claims and Class 5 Equity Interests on the terms proposed herein, which terms protect the estate and all parties in interest by reserving sufficient funds to address and resolve all Allowed Administrative Claims, all Allowed Post-Confirmation Administrative Claims, and all Allowed Priority Claims.

## II. *The Secured Claim of Technology Investors, Inc., the Related Adversary Proceedings and the Settlement.*

8. Technology Investors, Inc. ("Tech Inc.") filed Proof of Claim No. 35 for its secured claim in the amount of $89,110,685.69 (the "Secured Claim"). Tech Inc. also filed Proof of Claim No. 36 to preserve any unsecured claim it may have as a result of it potentially being an undersecured creditor (the "Unsecured Claim") (the Secured Claim and the Unsecured Claim are hereinafter referred to as the "Tech Inc. Claims"). In addition, Tech Inc. holds a Class A Equity Interest[2] in the Debtor in an amount not less than 47.87%.

9. Prior to confirmation of the Plan, two constituencies of equity interest holders in the Debtor instituted two separate adversary proceedings against Tech Inc. seeking to recharacterize the Tech Inc. Claims to equity in the Debtor, which adversary proceedings are styled: *Bernstein, et al. v. Technology Investors, Inc.*, Adversary Proceeding No. 14-01149-PGH (the "Bernstein Adversary") and *Glocer, et al., v. Technology Investors, Inc.*, Adversary Proceeding No. 13-01943-PGH (the "Glocer Adversary", collectively with the Bernstein Adversary hereinafter referred to as the "Adversary Proceedings").

---

[2] Tech Inc. also holds a Class B Equity Interest in an amount not less than 39.25%.

10. Tech Inc. and the plaintiffs in the Adversary Proceedings reached a settlement, resolving and reducing Tech Inc.'s Class 1 – Allowed Secured Claim of Technology Investors, Inc. to $66.5 million, inclusive of any claim for interest, costs, and attorneys' fees (the "Reduced Claim"), a Motion to Compromise and Approve the Settlement is pending before this Court (the "Settlement" or "Settlement Agreement").

**PROPOSED DISTRIBUTION**

### III.   *Class 1 – Technology Investors, Inc. Reduced Claim*

11. Under the Settlement Agreement currently pending approval before this Court, Technology Investors, Inc. will have a reduced claim of $66,500,000.00. Pursuant to the First Interim Distribution Order Tech Inc. received $35,000,000.00, which was applied to its Class 1 Claim.

12. The Debtor and Plan Disbursing Agent now propose to distribute $31,500,000.00, to Tech, Inc. in full satisfaction of the Reduced Claim.

### IV.   *Class 3 Allowed Unsecured Claims*

13. As a result of the Settlement, the Debtor and Plan Disbursing Agent can now pay all non-disputed Class 3 Allowed Unsecured Claims in full, with accrued interest.

14. The Debtor and Plan Disbursing Agent propose to pay all non-disputed Class 3 Allowed Unsecured Claims the remaining balance (20%) of their Allowed Claims, plus accrued interest through the dates of the first and second interim distributions, respectively.[3]

### V.   *Class 4 Allowed Greencook Claims*

15. As a result of the Settlement, the Debtor and Plan Disbursing Agent can now pay

---

[3] The Debtor and Plan Disbursing Agent have ascribed a zero ($0) value to Proof of Claim No. 31, filed by Gary Myhre, which has been stricken and disallowed in its entirety pursuant to this Court's *Order Sustaining Trustee's* (sic) *Objection to Claim No. 31* [ECF No. 973], even though an appeal is pending [ECF No. 1072] there is no stay in place.

all Class 4 Allowed Greencook Claims in full.

16. In accordance with the Plan, the Debtor and Plan Disbursing Agent propose to pay all Class 4 Claims in full, first applying all funds currently on hand in the Greencook estate – approximately $200,000.00 – with the remaining balance of the claims to be paid from the Debtor's funds on hand.

**VI.** *Class 5- Allowed Class A Equity Interests*

17. As a result of the Settlement, the Debtor and Plan Disbursing Agent can now make a substantial Distribution to Class 5 - Allowed Class A Equity Interests.

18. The Debtor, Plan Disbursing Agent and their respective professionals have determined that a distribution of $34,815,568.00 to Class 5 is feasible, while leaving sufficient funds in the estate for reserves for Disputed Claims/Equity Interests and continued administration.

19. The Plan Disbursing Agent and Debtor have determined that an aggregate second interim Distribution of approximately $69 million dollars can be made to Tech Inc., non-disputed Class 3 Allowed Claims, Class 4 Allowed Claims, and non-disputed, Class 5 Allowed Equity Interests at this time, which Distribution will eliminate the accrual of interest on the allowed Class 3 Allowed Unsecured Claims, while leaving sufficient reserves for the administration of the Debtor and all Disputed Claims/Equity Interests still pending.

20. Attached hereto as Exhibit "A" is a chart of the proposed distributions to be made by the Plan Disbursing Agent and amounts to be reserved for the remaining Disputed Claims in Class 3 and Class 4, upon approval of this Motion by this Court. Attached hereto as Exhibit "B" is a chart of the proposed distributions to be made by the Plan Disbursing Agent and amounts to be reserved for the remaining Disputed Equity Interests in Class 5. The amounts set forth on

Exhibits "A" and "B" are subject to adjustment based upon the actual dates that the first interim distribution and second interim distribution described herein are made.

21. To the extent that any provision of the Plan would preclude such a distribution with a claim objection pending, the Debtor requests that the Court appropriately modify the Plan to provide for the distribution described herein for the reasons set forth above.

22. The relief sought in this Motion is without prejudice to the Debtor, Plan Disbursing Agent and the Committee seeking authority to make additional Distributions as funds become available, including from any reserves being held by the Plan Disbursing Agent hereunder.

## PROBATE CASE

23. Authority of the Plan Disbursing Agent to make the proposed second interim Distribution remains subject to a Final Order from this Court approving the Settlement and a Final Order by the court in *In re the Estate of Henry E. Asher*, Case No. 502013CP000440XXXXSB pending in the Probate Division of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida (the "Probate Case").

WHEREFORE, the Debtor and the Committee respectfully request that this Court enter an order, substantially in the form attached hereto as Exhibit "B": (i) granting this Motion, (ii) authorizing the Debtor to make an interim Distribution as described herein to Tech Inc. and to the holders of Allowed Unsecured Claims; and (iii) for such other and further relief as this Court deems just and equitable.

[Remainder of Page Intentionally Left Blank]

Dated: July 31, 2014				Respectfully submitted,

**FURR AND COHEN, P.A.**
*Attorneys for TLFO, LLC*
2255 Glades Rd., Suite 337 W
Boca Raton, Florida 33431
Phone: (561) 395-0500
Fax:  (561) 338-7532

By:  */s/Jason S. Rigoli*
       Robert C. Furr, Esq.
       Florida Bar No. 210854
       Email:  rfurr@furrcohen.com
       Alvin S. Goldstein, Esq.
       Florida Bar No. 993621
       E-mail:  agoldstein@furrcohen.com
       Jason S. Rigoli, Esq.
       Florida Bar No. 91990
       E-mail: jrigoli@furrcohen.com

**TLFO, LLC**
**Case No. 13-20853-PGH**

**Calculation of Second Interim Distribution to Class 3 and Class 4 Creditors**

| Class 3 Allowed/ Disputed Unsecured Creditors | Clm. No. | Allowed Amount of Claim (Note 1) Pending Objections to Claims 12,17, and 39 | Total Interest through August 1, 2014 (Note 6) | 80% Dividend Reserved as of August 1, 2014 | 80% Dividend paid on August 1, 2014 | 20% Remaining Balance with interest to August 1, 2014 to be Reserved | 20% Remaining Balance plus interest through August 1, 2014, to be Paid | Interest on 20% Remaining Balance to be paid from August 1, 2014 through September 15, 2014 | Amount of Second Interim Distribution as of September 15, 2014 | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| BDO USA, LLP | 16 | $ 32,871.11 | $ 42.80 | $ - | $26,296.89 | $ - | $ 6,617.02 | $0.90 | $ 6,617.92 | |
| CDW, LLC | 1 | 12,030.78 | 15.67 | - | 9,624.62 | - | 2,421.82 | 0.33 | 2,422.15 | |
| Corelogic Information Solutions, Inc. | 28 | - | - | - | - | - | - | - | - | 2 |
| CoreLogic Teletrack, Inc | 29 | - | - | - | - | - | - | - | - | 2 |
| Data Acquisition Group, LLC/Glocer | 12 | 39,962.33 | 52.04 | 9,960.41 | 22,009.46 | 2,490.10 | 5,554.40 | 0.75 | 5,555.15 | 3 |
| Data Acquisition Group, LLC/Kroll | 17 | 37,033.99 | 48.22 | 9,957.35 | 19,669.84 | 2,489.34 | 4,965.68 | 0.67 | 4,966.36 | 3 |
| Dell Marketing L.P. | 21 | 18,987.24 | 24.72 | - | 15,189.79 | - | 3,822.17 | 0.52 | 3,822.69 | |
| Experian Information Solutions Inc.(Amended Claim #27 / DE 1031) | 42 | 11,742,078.61 | 15,289.83 | - | 9,393,662.89 | - | 2,363,705.55 | 320.56 | 2,364,026.11 | |
| Sonar Credit Partners II, LLC (Factiva Inc.) | 7 | 50,000.00 | 65.11 | - | 40,000.00 | - | 10,065.11 | 1.36 | 10,066.47 | |
| Gary Myhre | 31 | - | - | - | - | - | - | - | - | 4 |
| GCA Savvian Advisors, LLC* | 39 | 12,320,000.00 | 16,042.36 | 9,868,833.89 | - | 2,467,208.47 | - | - | - | |
| Infutor Data Solutions, Inc.* | 30 | - | - | - | - | - | - | - | - | 5 |
| JAG 25 Enterprises, Inc. | S | 2,750.00 | 3.58 | - | 2,200.00 | - | 553.58 | 0.08 | 553.66 | |
| TRC Master Fund (MDG Adv.) | 11 | 13,710.00 | 17.85 | - | 10,968.00 | - | 2,759.85 | 0.37 | 2,760.23 | |
| Monster, Inc. | 37 | 10,666.68 | 13.89 | - | 8,533.34 | - | 2,147.23 | 0.29 | 2,147.52 | |
| Syncapes Corp. | S | 1,799.00 | 2.34 | - | 1,439.20 | - | 362.14 | 0.05 | 362.19 | |
| TRC Master Fund | 3 | 12,300.00 | 16.02 | - | 9,840.00 | - | 2,476.02 | 0.34 | 2,476.35 | |
| Tracers Information Specialists, Inc. [DE#590] | 26 | 600,000.00 | 781.28 | - | 480,000.00 | - | 120,781.28 | 16.38 | 120,797.66 | |
| Triax Data, Inc. | 15 | 175,000.00 | 227.87 | - | 140,000.00 | - | 35,227.87 | 4.78 | 35,232.65 | |
| West Payment Center (Corp) | S | 952.07 | 1.24 | - | 761.66 | - | 191.65 | 0.03 | 191.68 | |
| **TOTAL CLASS 3 - UNSECURED CLAIMS** | | $ 25,070,141.81 | $32,644.83 | $9,888,751.65 | $10,180,195.69 | $2,472,187.91 | $2,561,651.39 | $347.40 | $2,561,998.79 | |

# EXHIBIT "A"

## Calculation of Second Interim Distribution to Class 3 and Class 4 Creditors (continued)

| Class 4 Allowed Claims of Greencook | Claim No. | Dividend to be Paid/ Reserved | Total Interest through August 1, 2014 (Note 5) | 100% Dividend Reserved | No Dividend Paid | NA | NA | NA | Amount of Second Interim Distribution as of September 15, 2014 | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| Collection Advisor, LLC | 1 | $ 55,742.50 | $ - | $ 55,742.50 | $ - | | | | $ 55,742.50 | |
| Western Equipment Finance | 2 | 6,017.76 | - | 6,017.76 | - | | | | 6,017.76 | |
| Wells Fargo Financial Leasing, Inc. | 3 | 74,815.00 | - | 74,815.00 | - | | | | 74,815.00 | |
| Key Equipment Finance, Inc. | 4 | 101,434.90 | - | 101,434.90 | - | | | | 101,434.90 | |
| Creekridge Capital, LLC | 5 | 23,495.80 | - | 23,495.80 | - | | | | 23,495.80 | |
| LexisNexis Risk Solutions FL, Inc. (Accurint) | 6 | 155,452.15 | - | 155,452.15 | - | | | | 155,452.15 | |
| TransUnion, LLC | 7 | 37,500.00 | - | 37,500.00 | - | | | | 37,500.00 | |
| Flathead County Treasurer | 8 | 4,786.70 | - | 4,786.70 | - | | | | 4,786.70 | |
| PNC Equipment Finance, LLC | 9 | 64,538.89 | - | 64,538.89 | - | | | | 64,538.89 | |
| PNC Equipment Finance, LLC | 10 | 7,000.00 | - | 7,000.00 | - | | | | 7,000.00 | |
| US Bank, NA | 12 | 52,778.16 | - | 52,778.16 | - | | | | 52,778.16 | |
| Minnesota Dept. of Revenue | S | 122.97 | - | 122.97 | - | | | | 122.97 | |
| Minnesota Unemployment Insurance | S | 250.00 | - | 250.00 | - | | | | 250.00 | |
| ACA International | S | 5,120.50 | - | 5,120.50 | - | | | | 5,120.50 | |
| Anders Business Solutions | S | 226.00 | - | 226.00 | - | | | | 226.00 | |
| Axosoft, LLC | S | 932.50 | - | 932.50 | - | | | | 932.50 | |
| Bresnan Communications | S | 7,004.95 | - | 7,004.95 | - | | | | 7,004.95 | |
| Century 21 Powerhouse | S | 63.70 | - | 63.70 | - | | | | 63.70 | |
| Centurylink | S | 3,698.97 | - | 3,698.97 | - | | | | 3,698.97 | |
| Citrix Online, LLC | S | 902.98 | - | 902.98 | - | | | | 902.98 | |
| Clearfly Communications | S | 741.24 | - | 741.24 | - | | | | 741.24 | |
| Concur Technologies, Inc. | S | 62.22 | - | 62.22 | - | | | | 62.22 | |
| County of Contra Costa | S | 200.00 | - | 200.00 | - | | | | 200.00 | |
| Evergreen Disposal | S | 150.33 | - | 150.33 | - | | | | 150.33 | |
| Experian | S | 3,954.68 | - | 3,954.68 | - | | | | 3,954.68 | |
| Experian Data Corporation | S | 1,500.00 | - | 1,500.00 | - | | | | 1,500.00 | |
| Federal Express | S | 16.35 | - | 16.35 | - | | | | 16.35 | |
| Flathead Electric Coop., Inc. | S | 4,288.00 | - | 4,288.00 | - | | | | 4,288.00 | |
| Grizzly Security Armored Express, Inc. | S | 884.00 | - | 884.00 | - | | | | 884.00 | |
| DACA VI, LLC (LC Staffing) | S | 1,690.14 | - | 1,690.14 | - | | | | 1,690.14 | |
| Matt Kinsella | S | 63.35 | - | 63.35 | - | | | | 63.35 | |
| Microsoft Online | S | 496.00 | - | 496.00 | - | | | | 496.00 | |
| DACA VI, LLC (Montana Digital) | S | 5,905.00 | - | 5,905.00 | - | | | | 5,905.00 | |
| NACM Inland Northwest | S | 28.75 | - | 28.75 | - | | | | 28.75 | |
| Nighthawk Investigations | S | 10,664.03 | - | 10,664.03 | - | | | | 10,664.03 | |
| Northwestern Energy | S | 183.68 | - | 183.68 | - | | | | 183.68 | |
| Paychex | S | 68.40 | - | 68.40 | - | | | | 68.40 | |
| Reed Darrow | S | 234.00 | - | 234.00 | - | | | | 234.00 | |
| San Bernadino County Superior Court | S | 50.00 | - | 50.00 | - | | | | 50.00 | |
| Spirit Document Services, Inc. | S | 210.00 | - | 210.00 | - | | | | 210.00 | |
| United Parcel Service | S | 581.40 | - | 581.40 | - | | | | 581.40 | |
| Furr & Cohen - Adminstrative Claim (Note 7) | | 20,181.88 | - | 20,181.88 | - | | | | 20,181.88 | 7 |
| **Class 4 Allowed Claims of Greencook** | | $ 654,037.88 | $ - | $ 654,037.88 | $ - | $ - | $ - | $ - | $ 654,037.88 | |
| **Total Class 3 and Class 4 Creditors** | | $ 25,724,179.69 | $ 32,644.83 | $ 10,542,789.53 | $ 10,180,195.69 | $ 2,472,187.91 | $ 2,561,651.39 | $ 347.40 | $ 3,216,036.67 | |

Note 1 - Allowed General Unsecured Creditors per DE 986 and subsequent orders
Note 2 - Corelogic Claims withdrawn per Agreed Order.
Note 3 - Claims 12 and 17 will only be paid on the reduced amount reflected in the claim objection DE 301.
Note 4 - Claim stricken per DE 973 and Gary Myhre has appealed the order striking his claim.
Note 5 - Claim stricken per DE 1003 entered 04/29/14.
Note 6 - Interest Rate per Fed. Reserve H.15 1-year constant maturity Treasury yield as of May 9, 2013 is .011%
Note 7 - Includes Furr & Cohen's adminstative claim of $20,181.88 of fees and costs incurred in connection with the Greencook bankruptcy.

**Distribution to Class 5 - Allowed Class A Equity Interest Holders pursuant to Second Interim Distribution and Proposed Settlement**

**TARGET A**

Anvil Analytics Valuation Summary As of September 30, 2012
Target A Equity Value                                                              $   36,884,000

| | Current Estimation Target A | |

| | | |
|---|---|---:|
| | TLO- Estimated Cash - July 17, 2014 | $ 125,755,984 |
| | Plus Reserve Account Collections expected | 1,000,000 |
| | Plus Insurance Settlement | 3,000,000 |
| | Less Tech Secured Claim (Per Settlement) | (66,500,000) |
| | Less Reserve for Tech Inc. Interest and Attorneys fees | - |
| | Less Reserve for GCA Savvian Interest 8/1/14 - 10/31/14 | (3,426) |
| | Less Chapter 11 Admin Claims | - |
| | Less Unsecured Claims Paid/ Reserved in Full **(Footnote #1)** | (25,757,172) |
| | Less Co- CEO Admin Claims | (1,200,000) |
| | Less Estimated Future Costs/ General Reserve | (1,500,000) |
| | Estimated Cash for Equity | $ 34,795,386 |

| # | **Member** | | **Target A** | |
|---:|---|---:|---:|---:|
| 1 | Technology Investors, Inc. | 46.03% | $ | 16,016,697 |
| 1 | Technology Investors, Inc. **(Reserve per Footnote 2)** | 1.84% | | **639,985** |
| 3 | Ole Poulsen | 14.60% | | 5,079,045 |
| 2 | John Walsh | 7.30% | | 2,539,522 |
| 5 | Carly Asher Trust | 5.84% | | 2,032,105 |
| 4 | Desiree Asher Trust | 5.84% | | 2,032,105 |
| 6 | Judith Redden Trust | 2.92% | | 1,016,053 |
| 7 | Jay H. Bernstein | 4.38% | | 1,523,774 |
| 8 | BJ4M&M, LLC (Michael Patipa & Mickey Silverman) | 2.19% | | 761,887 |
| 9 | JHBTLO, LLC (Jay H. Baker) | 4.38% | | 1,523,774 |
| 10 | Brian Bachman | 0.22% | | 76,189 |
| 11 | Hunter Creek, LLC (Jay H. Bernstein and Gene M. Bernstein) | 0.66% | | 228,566 |
| 12 | Peter & Barbara Ripp - Joint Tenants | 0.11% | | 38,094 |
| 13 | Gene M. Bernstein | 0.22% | | 76,189 |
| 8 | BJ4M&M, LLC (Michael Patipa & Mickey Silverman) | 0.26% | | 91,426 |
| 14 | Jules Kroll | 0.00% | | - |
| 15 | Thomas Glocer | 0.00% | | - |
| 16 | Shawn Smith | 0.00% | | - |
| 17 | Gary Schultheis | 0.00% | | - |
| 26 | Katherine Bartnik | 0.48% | | 167,615 |
| 27 | Gardner Trust | 0.33% | | 114,283 |
| 28 | Wheelon Trust | 0.22% | | 76,189 |
| 29 | Asher Trust | 0.33% | | 114,283 |
| 30 | Darville Trust | 0.39% | | 137,140 |
| 31 | Caminiti/Asher Trust | 0.22% | | 76,189 |
| 32 | Walter Tomal Yoost | 0.44% | | 152,377 |
| 33 | Susan Lynn Wheelon | 0.22% | | 76,189 |
| 34 | Debra Mae Kershner | 0.22% | | 76,189 |
| 35 | Sharon Dawn Cass | 0.22% | | 76,189 |
| 36 | Seneca Maller | 0.11% | | 38,094 |
| 37 | Leroy Wilson | 0.02% | | 7,619 |
| 38 | Ana Massetti | 0.02% | | 7,619 |
| | | | $ | 34,795,386 |

**See Footnotes on Page 2**

Page 1 of 2                                                              EXHIBIT "B"

**Footnotes to Potential Distribution under Proposed Settlement:**

**1)  The claim of Gary Myhre was stricken per Court order (which order has been appealed) and the claim is reflected on the claims analysis and distribution analysis at zero ($0.00).**

2) Gary Schultheis ("Schultheis") has filed Proof of Claim No. 38, claiming an interest in 2,100,000 shares the ("Proof of Interest").  The Debtor has filed an Objection to the Proof of Claim [ECF No. 600] ("the Objection"), on the following basis: "This is not a proper claim against the Debtor.  It is a claim against Technology Investors Inc. and should be brought against Technology Investors Inc. in a separate Court.  Therefore, this Claim should be stricken in its entirety as a claim not against the Debtor" and remains pending.  Furthermore, the claim is the subject of an action brought in the Circuit Court in Palm Beach County, Florida, Case No. 2013CA017610 (AG).  The Debtor's Amended Plan of Liquidation [ECF No. 781], as confirmed and modified by the Order Confirming the Debtor's Amended Plan of Liquidation [ECF No. 1011], requires the Debtor to reserve for disputed equity interests, until such time as the dispute is resolved.  Accordingly, the chart contains a specific reserve from the Technology Investors, Inc. Class A Equity Interest for the Proof of Interest solely for demonstration and only to the extent the objection to the Proof of Interest is not resolved prior to any distribution to equity .