

**ORDERED in the Southern District of Florida on December 16, 2014.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                      Case No.  13-20853-PGH
                                                            Chapter 11
TLFO, LLC,

            Debtor.
_____/

### ORDER APPROVING FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BRENTON N. VER PLOEG, ESQ. AND VER PLOEG & LUMPKIN, P.A. AS SPECIAL INSURANCE COUNSEL FOR TLO, LLC

THIS CAUSE came before the Court on December 16, 2014, at 9:30 a.m. in West Palm Beach, Florida (the "Hearing"), upon the Final Fee Application submitted by Brenton N. Ver Ploeg, Esq. and Ver Ploeg & Lumpkin, P.A. as Special Insurance Counsel for TLO, LLC [ECF #1238] (the "V&L" Application"), wherein V&L sought compensation of fees in the amount of $322,794.50 and reimbursement of expenses in the amount of $19,685.10 for the period November 1, 2013 through and including November 12, 2014, for a total fee and expense award

- 2 -

request of $342,479.60.

The Court, having considered the V&L Fee Application having taken into consideration 11 U.S.C. §§329, 330 and 331 and each of the factors that govern reasonableness as set forth in the requirements of F.R.B.P. 2016, finding that notice of the hearing on the Application was adequate, and that no objections were filed on the docket or raised at the Hearing, and in light of the principles stated in <u>Hensley v. Eckerhart</u>, 461 U.S. 424, 433 (1983); <u>Blum v. Stenson</u>, 465 U.S. 886, 897 (1984); <u>Pennsylvania v. Delaware Valley Citizens' Council for Clean Air</u>, 478 U.S. 546 (1986); and <u>Norman v. Housing Authority of Montgomery</u>, 836 F.2d 1292, 1299 (11th Cir. 1988) and having heard the presentation of counsel, it is

ORDERED as follows:

1. The V&L Fee Application is approved as set forth herein.

2. V&L is awarded compensation in the amount of $322,794.50 (representing 100% of the fees requested) and reimbursement of costs in the amount of $19,685.10 (representing 100% of expenses), for a total award in the amount of $342,479.60, of which the applicant was previously paid $150,872.15 for fees and $11,090.13 for costs, leaving a remaining amount outstanding of $171,922.35 for fees and $8,594.97 for costs. Payment shall be made forthwith.

3. In making the foregoing awards, the Court has evaluated the factors set forth in <u>Matter of First Colonial Corp.</u>, 544 F.2d 1291 (5th Cir. 1977) and <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F. 2d 714 (5th Cir. 1974), and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by retained professionals.

###

<u>Submitted by</u>:

Alvin S. Goldstein, Esquire
Furr and Cohen, P.A.
*Attorney for Chapter 11 Debtor*
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, FL 33431
(561)395-0500
(561)338-7532 fax
E-mail: agoldstein@furrcohen.com

Upon receipt of a signed copy of this order, Alvin S. Goldstein shall serve a copy of the order on all required parties and file a certificate of service with the Court.