UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

TLFO, LLC,

    Debtor.
_____/

Case No.  13-20853-PGH
Chapter 11

**CERTIFICATE OF SERVICE OF NOTICE OF EVIDENTIARY HEARING
[ECF NO. 1275] AND DEBTOR'S MOTION FOR SUMMARY JUDGMENT AS TO
PROOF OF INTEREST NO. 38 FILED BY GARY J. SCHULTHEIS, OR IN THE
ALTERNATIVE, TO PERMIT DISTRIBUTIONS NOTWITHSTANDING PENDING
<u>PROOF OF EQUITY INTEREST [ECF No. 1274]</u>**

**I HEREBY CERTIFY** that a copy of the *Notice of Evidentiary Hearing* [ECF No. 1275] and *Debtor's Motion for Summary Judgment as to Proof of Interest No. 38 filed by Gary J. Schultheis, or in the Alternative, to Permit Distributions Notwithstanding Pending Proof of Equity Interest* [ECF No. 1274] were served via E-mail on the Debtor, Notice of Electronic Filing where indicated, or via U.S Mail where indicated, on the 5th day of January 2015, on the parties listed below.

Dated:  January 5, 2015

    Respectfully submitted,

    FURR AND COHEN, P.A.
    *Attorneys for Debtor*
    2255 Glades Road, Suite 337W
    Boca Raton, FL 33431
    (561) 395-0500/(561)338-7532 fax

    By */s/ Alvin S. Goldstein*
        Alvin S. Goldstein
        Florida Bar No. 993621
        E-mail: agoldstein@furrcohen.com

**SERVED VIA E-MAIL: (1/5/15):**
**(Notice of Evidentiary Hearing and Motion for Summary Judgment)**

- TLFO, LLC, Debtor


**SERVED VIA ECF NOTICE: (12/29/14 and 12/31/14)**
**(Notice of Evidentiary Hearing and Motion for Summary Judgment)**

- Vincent F Alexander vfa@kttlaw.com, lf@kttlaw.com
- Philip D. Anker philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com
- Barry S Balmuth balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com
- David E Bane dbane@hunton.com, aflynn@hunton.com
- Alan R Barbee ecf@marcumllp.com
- Paul J. Battista pbattista@gjb-law.com, gjbecf@gjb-law.com
- Alexandra D Blye ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Robbie T Boone rboone@bergersingerman.com
- James M Brako jbrako@pbcgov.org, legalservices@pbctax.com
- Catherine E Douglas catherine.douglas@akerman.com, jeanette.martinez@akerman.com
- Brett A Elam belam@brettelamlaw.com, info@brettelamlaw.com;deanna@brettelamlaw.com;brettelamlaw@gmail.com;elise@adamfarberlaw.com;josi@adamfarberlaw.com
- C Craig Eller celler@broadandcassel.com
- John D Emmanuel emmanuel@fowlerwhite.com, sstorno@fowlerwhite.com
- Darren D. Farfante darren.farfante@bipc.com, Denise.Strand@bipc.com
- Keith W. Fendrick keith.fendrick@hklaw.com, andrea.olson@hklaw.com
- Eric B Fisher , nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com
- Joseph D Frank jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
- Robert C Furr bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Brian K Gart bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Mariaelena Gayo-Guitian mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
- Robert N Gilbert rgilbert@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Daniel L. Gold dgold@ecccounsel.com, bankruptcy@ecclegal.com,nsocorro@ecclegal.com
- Alvin S. Goldstein rstanley@furrcohen.com, atty_furrcohen@bluestylus.com
- Linda W Jackson jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com
- Anthony Kang akang@arnstein.com
- Philip J Landau plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com;vchapkinsflpa@gmail.com
- Bernice C. Lee blee@sfl-pa.com, vchapkin@sfl-pa.com

**SERVED VIA U.S. MAIL: (1/5/15)**
**(Notice of Evidentiary Hearing and Motion for Summary Judgment)**

Gary Schultheis
6030 Le Lac Rd
Boca Raton, FL  33496

**SERVED VIA U.S. MAIL: (1/5/15)**
**(Notice of Evidentiary Hearing)**


**ALL PARTIES ON THE ATTACHED LIST WHICH INCLUDES THE MANUAL NOTICE AND EQUITY INTEREST HOLDERS.**

## Manual Notice Parties

Marc M. Allon
7 World Trade Center
250 Greenwich St
New York, NY 10007

~~Katherine Bartnik~~
;

~~James F Carroll~~
~~633 S Federal Hwy, 8 Fl~~
~~Ft Lauderdale, FL 33301~~        **Duplicate**

R. Alexander Clark
620 8th Ave
New York, NY 10018

Dianne Coffino
620 8th Ave
New York, NY 10018

Robert L. Eisenbach
Cooley Godward Kronish LLP
101 California St 5 Fl
San Francisco, CA 94111-5800

~~Equifax Information Services, LLC~~
;

E Cole Fitzgerald III
515 N Flagler Dr #900
West Palm Beach, FL 33401

Matthew A Foreman
20 S Broad St
Brooksville, FL 34601

~~Internal Revenue Service~~
~~Centralized Insolvency Operations~~
~~POB 7346~~
~~Philadelphia, PA 19101-7346~~    **Duplicate**

Frank E. Jaumot
Ahearn Jasco & Company
190 SE 19th Avenue
Pompano Beach, FL 33060

Dennis L. Jenkins
60 State St
Boston, MA 02109

Mitchell A. Karlan
200 Park Avenue
New York, NY 10166

Andrew Keats
200 Park Avenue
New York, NY 10166

Jeremy C Kleinman
325 N LaSalle St #625
Chicago, IL 60654

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134

~~R Lumpkin~~
~~100 SE 2nd St, 30 Fl~~
~~Miami, FL 33131~~              **Duplicate**

Aileen Ma
200 Park Avenue
New York, NY 10166

~~Ana Massetti~~
;

Steven A Mayans
515 N Flagler Dr #900
West Palm Beach, FL 33401

- 2 -

Kathrine A. McLendon
425 Lexington Ave
New York, NY 10017

~~Gary Myhre~~
~~6008 LeLac Rd~~
~~Boca Raton, FL 33496~~            **Duplicate**

Justin F. Paget
951 E Byrd St
Riverfront Plaza, East Tower
Richmond, VA 23219

~~Mark S. Roher~~
~~633 S Federal Hwy #800~~
~~Ft Lauderdale, FL 33301~~         **Duplicate**

Paul M Rosenblatt
1100 Peachtree St #2800
Atlanta, GA 30309

Ronald L. Rowland
307 International Cir #270
Hunt Valley, MD 21030

~~Thomas Santoro~~
~~1101 Brickell Ave #S-503~~
~~Miami, FL 33131~~                 **Duplicate**

~~Jim Schober~~
~~1611 Nueces St~~
~~Austin, TX 78701~~                **Duplicate**

Steven E. Siesser
1251 Avenue of the Americas 17th Floor
New York, NY 10020

~~Sonar Credit Partners II LLC~~
~~200 Business Pk Dr #201~~
~~Armonk, NY 10504~~                **Duplicate**

~~Technical Electric Systems Inc~~
~~87 S Hwy 17-92 Unit B~~
~~DeBary, FL 32713~~                **Duplicate**

~~Michael Turner~~
;

~~John Walsh~~
;

Joshua P Weisser
200 Park Avenue
New York, NY 10166

Matthew J Williams
200 Park Avenue
New York, NY 10166

~~Leroy Wilson~~

~~Walter Tomal Yoost~~

~~tw telecom inc~~
~~c/o Linda Boyle~~
~~10475 Park Meadows Dr #400~~
~~Littleton, CO 80124~~             **Duplicate**

## Equity Interest Holders

Ana Massetti
19887 Court of the Myrtles
Boca Raton, FL  33433

Asher Trust UAD 12-31-12
Attn:  Carly Yoost
4530 Conference Way S
Boca Raton, FL  33431

BJ4M&M  LLC
c/o Proskauer Attn: Sandi Rogacki
2255 Glades Road #421A
Boca Raton, FL  33431

Brian Bachman
67 Wheatley Road
Old Westbury, NY  11568-1208

Caminti-Asher Trust UAC 12-31-12
Attn:  Carly Yoost
4530 Conference Way S
Boca Raton, FL  33431

Caroline J. Asher Trust
Attn:  Debra Vogel
350 East Las Olas Blvd
Ft Lauderdale, FL  33301

Darville Trust UAD 12-31-12
Attn:  Carly Yoost
4530 Conference Way S
Boca Raton, FL  33431

Debra Mae Kershner
2570 Halle Parkway
Collierville, TN  38017

Gardner Trust UAD  12-31-12
Attn:  Carly Yoost
4530 Conference Way S
Boca Raton, FL  33431

Gary Schulthesis
6030 Le Lac Rd
Boca Raton, FL  33496

Gene M Bernstein
170 East End Ave #9A
New York, NY  10128

Hunter Creek LLC
c/o NIC Holding Corp
25 Melville Park Rd #210
Melville NY 11745

Hunter Creek LLC
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY  10018-1618

Jay H. Bernstein
c/o NIC Holding Corp
25 Melville Park Rd #210
Melville NY 11745

Jay H. Bernstein Esq.
Gene Bernstein, Esq.
Covington & Burling LLP
620 Eighth Ave
New York, NY  10018-1572

JHBTLO  LLC
c/o Godfrey Kahn
Attn Peter M Sommerhauser
780 N Water St
Milwaukee WI  53202

John Walsh
c/o PBSM (Attn Tiffany Miller)
16030 Ventura Blvd #380
Encino CA  91436

Judith W. Redden Trust
Attn:  Debra Vogel
350 East Las Olas Blvd
Ft Lauderdale, FL  33301

- 3 -

- 4 -

~~Jules Kroll~~
~~845 Third Avenue, 4th FL~~
~~New York, NY 10022~~        **Duplicate**

Katherine Bartnik
101 Plaza Real South #808
Boca Raton, FL  33432

Leroy Wilson
2100 NE 39 St #20
Pompano Beach, FL  33064

~~Ole Poulsen~~
~~18800 Bull Springs Road~~
~~Bend  OR  97701~~        **Duplicate**

Peter and Barbara Ripp
11 Cobb Island Dr
Greenwich, CT  06830

Seneca Mallar
201 Adam Perry Rd
Rocky Mount  VA  24151


Sharon Dawn Cass
9 Nottingham Rd
Bluffton  SC  29910-7737

Shawn Smith
2021 Las Positas Ct #101
Livermore  CA  94551

Susan Lyn Wheelon
50 Groveview ave
Bluffton, SC 29910

Technology Investors Inc
Attn:  Mike Kuzy
1948 NE 7 Terrace
Ft Lauderdale, FL  33305

The Eliza Desiree Asher Trust
Attn:  Debra Vogel
350 East Las Olas Blvd
Ft Lauderdale, FL  33301

~~Thomas Glocer~~
~~60 East 96 St  PHB~~
~~New York NY  10128~~        **Duplicate**

Walter Tomal Yoost
505 NW 1st Ave
Delray Beach, FL 33433

Wheelon Trust UAD 12-31-12
Attn:  Carly Yoost
4530 Conference Way S
Boca Raton, FL   33431