

**ORDERED in the Southern District of Florida on January 9, 2015.**

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 13-20853-PGH |
| TLFO, LLC | Chapter 11 |
| Debtor. | |
| _____/ | |

**AGREED ORDER GRANTING DEBTOR'S MOTION FOR SUMMARY JUDGMENT
AS TO PROOF OF INTEREST NO. 38 FILED BY GARY J. SCHULTHEIS**

THIS CAUSE came before the Court on Debtor's Motion for Summary Judgment as to Proof of Interest No. 38 Filed by Gary J. Schultheis, or in the Alternative, to Permit Distributions Notwithstanding Pending Proof of Equity Interest (the "Motion") [Doc. 1274], and the Court having reviewed the Motion, being advised of the parties agreement, and being otherwise duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED.  Proof of Interest No. 38, as amended, is hereby withdrawn by Gary J. Schultheis and removed in its entirety from the Claims register.  This is without prejudice to Mr. Schultheis to maintain the action currently pending in

the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida (Case No. 2013-CA-017610) against Tech Inc. (the "State Court Action"). Upon this Order becoming final, Robert Furr, as the Plan Disbursing Agent, is authorized to disburse funds in the amount of $778,534.73, previously held in a reserve account for the contested Proof of Interest No. 38, and make distributions pursuant to Fed. R. Bankr. P. 3021 to Technology Investors, Inc. Neither this Order, nor the receipt by Technology Investors, Inc. of distributions pursuant to this Order, shall be treated as an admission by any parties regarding the matters in dispute in the State Court Action.

###

Submitted by:
Scott A. Underwood, Esq.
Florida Bar No: 0730041
BUCHANAN INGERSOLL & ROONEY PC |
FOWLER WHITE BOGGS
P.O. Box 1438
Tampa, FL  33601
Tel: (813) 228-7411
Fax: (813) 229-8313
Email: scott.underwood@bipc.com
Attorneys for Creditor Technology Investors, Inc.

Upon receipt of a signed copy of this Order, Attorney Scott A. Underwood, Esq. shall serve a copy of the Order on all required parties and file with the Court a certificate of service thereof.