UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                                          Case No.  13-20853-PGH

TLFO, LLC,                                                                                Chapter 11

     Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the Court's Agreed Order Granting Debtor's Motion for Summary Judgment as to Proof of Interest No. 38 Filed by Gary J. Schultheis (Doc. No. 1280) (the "Order"), has been furnished to those parties registered to receive service via CM/ECF on January 12, 2015.

Dated: January 12, 2015.

    Respectfully Submitted,

    /s/ Soctt A. Underwood
    Scott A. Underwood
    Florida Bar No. 0730041
    Darren D. Farfante
    Florida Bar No. 0097802
    Linda J. Zhou
    Florida Bar No. 0093160
    BUCHANAN INGERSOLL & ROONEY PC |
    FOWLER WHITE BOGGS
    P.O. Box 1438
    Tampa, FL  33601
    (813) 228-7411
    Fax No: (813) 229-8313
    Email:  scott.underwood@bipc.com
            darren.farfante@bipc.com
            linda.zhou@bipc.com
    Attorneys for Technology Investors, Inc.