UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                    Case No. 13-20853 (PGH)

                                                          Chapter 11

TLFO, LLC,

    Reorganized Debtor.
_____/

DECLARATION OF PHILIP D. ANKER IN
SUPPORT OF MOTION TO ENFORCE THE SALE ORDER AND TO HOLD
THE BEST ONE, INC., IN CONTEMPT FOR VIOLATING THE SALE ORDER

I, Philip D. Anker, hereby declare as follows:

1. I am a partner of Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007, and counsel for TransUnion Risk and Alternative Data Solutions, Inc. ("TRADS"), in this matter. I submit this declaration in support of TRADS's Motion to Enforce the Sale Order and to Hold The Best One, Inc., in Contempt for Violating the Sale Order.

2. Attached hereto as Exhibit A is a true and accurate copy of a November 13, 2013, email from Ole Poulsen to Alvin Goldstein of Furr & Cohen, P.A., which was forwarded to me by Mr. Goldstein on October 27, 2014.

3. Attached hereto as Exhibit B is a true and accurate copy of the Confidentiality and Non-Disclosure Agreement executed by Michael Brauser on September 17, 2013.

4. Attached hereto as Exhibit C is a true and accurate copy of the Consulting Agreement dated February 27, 2013 by and between TLO, LLC and Derek A. Dubner, PLLC.

5. Attached hereto as Exhibit D is a true and accurate copy of the February 7, 2014, Contract for Services between Derek A. Dubner, PLLC, and TRADS.

6. Attached hereto as Exhibit E is a true and accurate copy of the Electronic Articles of Incorporation for The Best One, Inc., filed with the Florida Department of State on September 22, 2014.

7. Attached hereto as Exhibit F is a true and accurate copy of the Articles of Amendment of Articles of Incorporation of The Best One, Inc., filed with the Florida Department of State on October 7, 2014.

8. Attached hereto as Exhibit G is a true and accurate copy of a December 15, 2014, press release titled "Tiger Media Announces Agreement to Acquire Interactive Data, LLC; Publicly traded Media Company to enter U.S. data fusion market through strategic acquisition."

9. Attached hereto as Exhibit H is a true and accurate copy of the Articles of Amendment to Articles of Incorporation of The Best One, Inc., filed with the Florida Department of State on October 3, 2014.

10. Attached hereto as Exhibit I is a true and accurate copy of the October 9, 2014, Letter from John W. Blenke, the Executive Vice President, Corporate General Counsel, and Corporate Secretary of TransUnion Corporation to James Reilly, regarding "Interactive Data, LLC."

11. Attached hereto as Exhibit J is a true and accurate copy of the October 9, 2014, Letter from Mr. Blenke of TransUnion Corporation to Daniel MacLachlan, regarding "Noncompetition and Nonsolicitation Agreement."

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on January 13, 2015, in New York, New York.

_____
Philip D. Anker

2