CGFD71 (6/25/14)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** TLFO, LLC

**Case Number:** 13–20853–PGH
**Chapter:** 11
**County of Residence or Place of Business:** West Palm Beach

# SUPPLEMENTAL TRANSMITTAL OF RECORD TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal filed on
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☑ Related District Court Case Number: 9:14–cv–81036–JIC
  (Assigned to Motion filed pursuant to USDC Local Rule 87.4 c or d, or Local Rule 87.2)
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):
   - ☐ Contested   ☐ Uncontested
- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

## The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** Gary Myhre
**Attorney:** Pro Se
6008 LeLac Rd
Boca Raton, FL 33496

**Attorney:**

**Appellee/Respondent:** TLFO, LLC
**Attorney:** Robert C. Furr, Esq.
2255 Glades Rd. #337W
Boca Raton, FL 33431

**Attorney:** Alvin S. Goldstein, Esq.
2255 Glades Rd. #337W
Boca Raton, FL 33431

**Title and Date of Order Appealed**, if applicable:

**Entered on Docket Date:**    **Docket Number:**

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☐ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☑ Other: Supplemental Documents 610, 781, 1011, 1149, and 1192, Ordered by de #34 of District Court Case 14–cv–81036–JIC

**Dated:** 1/14/15

**CLERK OF COURT**
By: Dawn Leonard
Deputy Clerk   (561) 514–4100