**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                    CHAPTER 11

TLFO, LLC,                                           Case No. 13-20853-PGH

     Debtor.
_____/

### CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a copy of the *Order Granting First and Final Post-Confirmation Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for Paul J. Battista, Esq. and the Law Firm of Genovese Joblove & Battista, P.A. as Counsel for the Oversight Committee* [ECF No. 1287] was served via CM/ECF Notification and or U.S. Mail to all parties on the attached service list on the 15th day of January, 2015.

**Dated:  January 15, 2015.**

                  **GENOVESE JOBLOVE & BATTISTA, P.A.**
                  *Attorneys for the Oversight Committee*
                  100 Southeast Second Street
                  Suite 4400
                  Miami, Florida 33131
                  Telephone: (305) 349-2300
                  Telecopier: (305) 349-2310

                  By: /s/  Paul J. Battista
                  Paul J. Battista, Esq.
                  Florida Bar No. 884162
                  pbattista@gjb-law.com
                  Mariaelena Gayo-Guitian, Esq.
                  Florida Bar No. 0813818

### SERVICE LIST

**Served Via CM/ECF Notification**

Vincent F Alexander on behalf of Creditor Hunter Creek LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor JHBTLO, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Barbara Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Brian Bachman
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Gene Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Jay H Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Peter Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Hunter Creek, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff JHBTLO, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Barbara Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Brian Bachman
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Gene Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Jay Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Peter Ripp
vfa@kttlaw.com, lf@kttlaw.com

Philip D. Anker on behalf of Creditor TransUnion LLC
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Philip D. Anker on behalf of Interested Party TransUnion Holding Company, Inc.
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Barry S Balmuth, Esq on behalf of Creditor Greencook Management LLC
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Creditor Mary N. Price
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Creditor William H Price
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Interested Party Linebarger Groggan Blair & Sampson, LLP
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

David E Bane, Esq on behalf of Creditor CoreLogic, Inc.
dbane@hunton.com, aflynn@hunton.com

David E Bane, Esq on behalf of Creditor Teletrack LLC
dbane@hunton.com, aflynn@hunton.com

Alan R Barbee
ecf@marcumllp.com

Paul J. Battista, Esq on behalf of Creditor Committee Creditor Committee
pbattista@gjb-law.com, gjbecf@gjb-law.com

Alexandra D Blye on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net

James M Brako on behalf of Creditor Palm Beach County Tax Collector
LegalServices@pbctax.com

Nancy B Colman on behalf of Creditor MDG Advertising, Inc
ncolman@baritzcolman.com, mizzo@baritzcolman.com

Catherine E Douglas on behalf of Special Counsel David Ristaino
catherine.douglas@akerman.com, jeanette.martinez@akerman.com

Brett A Elam, Esq. on behalf of Interested Party e-Merges.com, Inc.
belam@brettelamlaw.com, info@brettelamlaw.com;deanna@brettelamlaw.com

C Craig Eller, Esq on behalf of Plaintiff BJ4M&M, LLC
celler@broadandcassel.com

C Craig Eller, Esq on behalf of Stockholder BJ4M&M, LLC
celler@broadandcassel.com

John D Emmanuel, Esq on behalf of Creditor Technology Investors, Inc.
emmanuel@fowlerwhite.com, sstorno@fowlerwhite.com

Darren D. Farfante, Esq on behalf of Creditor Technology Investors, Inc.
dfarfante@fowlerwhite.com, Denise.Strand@bipc.com

Keith W. Fendrick on behalf of Creditor Dell Financial Services, LLC
keith.fendrick@hklaw.com, andrea.olson@hklaw.com

Eric B Fisher on behalf of Interested Party Jules B. Kroll
, nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com

Eric B Fisher on behalf of Interested Party Thomas H. Glocer
, nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com

Joseph D Frank on behalf of Creditor Experian Information Solutions, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com

Robert C Furr, Esq on behalf of Debtor TLFO, LLC
bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com

Brian K Gart, Esq. on behalf of Interested Party TransUnion Holding Company, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Mariaelena Gayo-Guitian on behalf of Creditor Committee Creditor Committee
mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Robert N Gilbert, Esq. on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
rgilbert@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net

Daniel L. Gold, Esq. on behalf of Interested Party LexisNexis Risk Solutions FL, Inc.
dgold@ecccounsel.com, bankruptcy@ecclegal.com,nsocorro@ecclegal.com

Alvin S. Goldstein, Esq on behalf of Debtor TLFO, LLC
mmitchell@furrcohen.com, atty_furrcohen@bluestylus.com

Alvin S. Goldstein, Esq on behalf of Defendant TLO, LLC
mmitchell@furrcohen.com, atty_furrcohen@bluestylus.com

Linda W Jackson on behalf of Plaintiff Jules B. Kroll
jackson@salazarjackson.com, aguilar@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarjackson.com

Linda W Jackson on behalf of Plaintiff Ole Poulsen
jackson@salazarjackson.com, aguilar@salazarjackson.com;lee-

sin@salazarjackson.com;pacetti@salazarjackson.com

Linda W Jackson on behalf of Plaintiff Thomas H. Glocer
jackson@salazarjackson.com, aguilar@salazarjackson.com;lee-
sin@salazarjackson.com;pacetti@salazarjackson.com

Anthony Kang, Esq. on behalf of Creditor Experian Information Solutions, Inc.
akang@arnstein.com

Philip J Landau on behalf of Creditor Tracers Information Specialists
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-
pa.com

Philip J Landau on behalf of Creditor Triax Data, Inc.
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-
pa.com

Philip J Landau on behalf of Creditor Nancy Kilburn
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-
pa.com

Philip J Landau on behalf of Creditor Terry Kilburn
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-
pa.com

Philip J Landau on behalf of Plaintiff Tracers Information Specialists Inc
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-
pa.com

Bernice C. Lee on behalf of Creditor Tracers Information Specialists
blee@sfl-pa.com, vchapkin@sfl-pa.com

Bernice C. Lee on behalf of Creditor Triax Data, Inc.
blee@sfl-pa.com, vchapkin@sfl-pa.com

Bernice C. Lee on behalf of Plaintiff Tracers Information Specialists Inc
blee@sfl-pa.com, vchapkin@sfl-pa.com

Sharon L Levine on behalf of Interested Party Warburg Pincus LLC
slevine@lowenstein.com

Sharon L Levine on behalf of Interested Party Andrew Prozes
slevine@lowenstein.com

Corali Lopez-Castro, Esq on behalf of Creditor Hunter Creek LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor JHBTLO, LLC

clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Barbara Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Brian Bachman
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Gene Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Jay H Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Peter Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Hunter Creek, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff JHBTLO, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Barbara Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Brian Bachman
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Gene Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Jay Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Peter Ripp
clc@kttlaw.com, rcp@kttlaw.com

Etan Mark on behalf of Creditor Technology Investors, Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Defendant Technology Investors Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Defendant Technology Investors, Inc.
emark@bergersingerman.com,

lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Jerry M Markowitz on behalf of Creditor Dun & Bradstreet
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Jerry M Markowitz on behalf of Mediator Jerry M. Markowitz
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Jerry M Markowitz on behalf of Mediator Jerry M. Markowitz
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Adam D. Marshall, Esq. on behalf of Creditor Technology Investors, Inc.
AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com

Adam D. Marshall, Esq. on behalf of Interested Party Technology Investors Inc.
AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com

Thomas M. Messana, Esq. on behalf of Creditor GCA Savvian Advisors, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-
law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-
law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Todd C Meyers on behalf of Creditor Equifax Information Services, LLC
tmeyers@kilpatricktownsend.com,
rrahman@kilpatricktownsend.com;lcanty@kilpatricktownsend.com;mlangford@kilpatricktowns
end.com;mwilliams@kilpatricktownsend.com;prosenblatt@kilpatricktownsend.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost, as Co-Trustee of the
Caroline J. Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost, as Co-Trustee of the Eliza
Desiree Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher, as Co-Trustee of the Caroline
J. Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher, as Co-Trustee of the Eliza
Desiree Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Judith W. Redden Trust
rmiller@gunster.com, vyon@gunster.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jason S Rigoli, Esq. on behalf of Debtor TLFO, LLC
jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com

Jason S Rigoli, Esq. on behalf of Interested Party TLO, LLC
jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com

Mark S. Roher on behalf of Debtor TLFO, LLC
mroher@conradscherer.com, markroher@gmail.com;vpupo@conradscherer.com

Mark S. Roher on behalf of Defendant TLO, LLC
mroher@conradscherer.com, markroher@gmail.com;vpupo@conradscherer.com

Luis Salazar, Esq. on behalf of Creditor Applied Data Sciences
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Creditor Data Acquisition Group, LLC
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Dan MacLachlan
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Derek Dubner
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Jules B. Kroll
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Ole Poulsen

salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Thomas H. Glocer
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Jules B. Kroll
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Ole Poulsen
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Thomas H. Glocer
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com


David Samole, Esq on behalf of Plaintiff Hunter Creek, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff JHBTLO, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Barbara Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Brian Bachman
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Gene Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Jay Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Peter Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com


Kevin G. Schneider on behalf of Creditor Infutor Data Solutions Corporation
kschneider@ngelaw.com

Esperanza Segarra on behalf of Creditor Gary J. Schultheis
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Creditor Shawn Smith
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Plaintiff Gary Schultheis
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Plaintiff Shawn Smith
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Paul Steven Singerman, Esq on behalf of Creditor Technology Investors, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Defendant Technology Investors Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Defendant Technology Investors, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Interested Party TransUnion Holding Company, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Steven B Smith on behalf of Interested Party Jules B. Kroll
smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Steven B Smith on behalf of Interested Party Thomas H. Glocer
smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Steven J. Solomon, Esq. on behalf of Interested Party Warburg Pincus LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Interested Party Andrew Prozes
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Sabrina L Streusand on behalf of Creditor Dell Financial Services, LLC
streusand@slollp.com, prentice@slollp.com

TR Capital Management (TRoss)
tross@trcmllc.com

Charles M Tatelbaum on behalf of Creditor Gary J. Schultheis
cmt@trippscott.com, ksb@trippscott.com

Charles M Tatelbaum on behalf of Plaintiff Gary Schultheis
cmt@trippscott.com, ksb@trippscott.com

Charles M Tatelbaum on behalf of Plaintiff Shawn Smith
cmt@trippscott.com, ksb@trippscott.com

John R Thomas on behalf of Creditor Wells Fargo Bank, N.A.
jthomas@smithhulsey.com, aadams@smithhulsey.com

Scott A. Underwood, Esq. on behalf of Creditor Technology Investors, Inc.
scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com

Scott A. Underwood, Esq. on behalf of Defendant Technology Investors Inc.
scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com

Scott A. Underwood, Esq. on behalf of Defendant Technology Investors, Inc.
scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com

Aaron A Wernick on behalf of Debtor TLFO, LLC
awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com

Henry S Wulf, Esq on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
hwulf@cfjblaw.com, kdesroches@cfjblaw.com

Stuart A Young, Esq on behalf of Creditor Infutor Data Solutions Corporation
syoung@ybplaw.com

Linda J Zhou on behalf of Creditor Technology Investors, Inc.
linda.zhou@bipc.com, sabrina.storno@bipc.com

Label Matrix for local noticing
113C-9
Case 13-20853-PGH
Southern District of Florida
West Palm Beach
Thu Jan 15 15:17:26 EST 2015

Akerman LLP
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, Fl 33301-4247

B54MxM, LLC
c/o C. Craig Eller, Esquire
Broad and Cassel
One North Clematis Street, Suite 500
West Palm Beach, FL 33401-5537

BRE/BOCA Corporate Center L.L.C.
c/o Carlton Fields PA
525 Okeechobee Blvd #1200
West Palm Beach, FL 33401-6350

CoreLogic, Inc.
Hunton & Williams LLP
c/o David Bane
1111 Brickell Avenue
Suite 2500
Miami, FL 33131-3155

Creditor Committee
c/o Paul J Battista, Esq
100 SE 2nd St
Miami, FL 33131-2100

Data Acquisition Group, LLC
c/o Luis Salazar
Salazar Jackson, LLP
2 South Biscayne Blvd
Suite 3760
Miami, Fl 33131-1815

Dell Financial Services, LLC
c/o Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd #811
Autsin, TX 78704-1166

Equifax Information Services, LLC
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530

GCA Savvian Advisors, LLC
c/o Messana, P.A.
401 East Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301-2218

Greencook Management LLC
26801 Hickory Blvd
Bonita Springs, FL 34134-8304

Hunter Creek LLC
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1618

Infutor Data Solutions Corporation
c/o Stuart A Young, Esq
1860 Forest Hill Blvd. #201
West Palm Beach, FL 33406-6086

Internal Revenue Service
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

JHBTLO, LLC
c/o Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Boulevard
9th Floor
Miami, FL 33134-6039

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134-6039

Linebarger Groggan Blair & Sampson, LLP
c/o Jim Schober, Esq.
Barlett & Schober, P.C.
1611 Nueces St.
Austin, TX 78701-1105

Palm Beach County Tax Collector
c/o James M. Brako, General Counsel
P.O. Box 3715
West Palm Beach, FL 33402-3715

Receivable Management Services
Authorized Agent for Dun & Bradstreet
c/o Ronald Rowland Esq
307 International Cir #270
Hunt Valley, MD 21030-1322

Sonar Credit Partners II LLC
200 Business Pk Dr #201
Armonk, NY 10504-1751

TLFO, LLC
4530 Conference Way South
Boca Raton, FL 33431-4489

TR Capital Management (TRoss)
336 Atlantic Ave # 302
East Rockaway, NY 11518-1124

Technical Electric Systems Inc
87 S Hwy 17-92 Unit B
DeBary, FL 32713-3364

Technology Investors, Inc.
c/o Marshall Socarras Grant, P.L.
197 South Federal Highway #300
Boca Raton, FL 33432-4946

Tracers Information Specialists
c/o Philip J. Landau, Esq.
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, # 3
Boca Raton, FL 33431-8579

Triax Data, Inc.
c/o Shraiberg, Ferrara & Landau, P.A.
Philip J. Landau, Esq.
2385 NW Executive Center Drive, # 3
Boca Raton, FL 33431-8579

Wells Fargo Bank, N.A.
c/o John R. Thomas, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202-4494

e-Merges.com, Inc.
105 S. Narcissus Avenue
Suite 802
West Palm Beach, FL 33401-5530

tw telecom inc
c/o Linda Boyle
10475 Park Meadows Dr #400
Littleton, CO 80124-5433

Accutrend Data Corp
7860 East Berry Pl #200
Englewood, CO 80111-2303

Accutrend Data Corp.
P.O. Box 6615
Greenwood Village, CO 80155-6615

Apache Corporation
Attn: Andrew Friedberg
2000 Post Oak Blvd #100
Houston, TX 77056-4400

BDO USA LLP
Attn: Laurence W Goldberg
4035 Premier Dr #333
High Point NC 27265-8312

BDO USA, LLP
1601 Forum Place
#904 Centurion Plaza
West Palm Beach, FL 33401

BRE Boca Corporate Center, LLC (Ptrship)
39174 Treasury Center
Chicago, IL 60694-9100

BRE/Boca Corporate Center, LLC
Equity Office Management, LLC
Attn:  Brian Vaas
5000 T Rex Avenue, Suite 100
Boca Raton, FL 33431-4492

Bob Davis
3941 S. Bristol St #D
Santa Ana, CA 92704-7496

CDW, LLC
200 N Milwaukee Ave
Vernon Hills, IL 60061-1577
Attn: Vida Krug

Charles Simpson, B'cy Mgr
Dell Financial Svcs LLC
2300 Greenlawn Blvd, MS RR3-52
Round Rock TX 78682-0001

Christopher Cavalier
Experian North America
475 Anton Blvd
Coasta Mesa CA 92626-7037

Compact Information Systems Inc
7120  185th Ave NE
Redmond, WA 98052-0575

Compass Marketing Solutions LLC
808 P Street #300
Lincoln, NE 68508-1383

Cookie Schwartz Diaz
POB 221643
Newhall CA 91322-1643

CoreLogic Information Solutions Inc
Corelogic Solutions I LC
40 Pacifica #900
Irvine, CA 92618-7487

CoreLogic Teletrack, Inc.
P.O. Box 847075
Dallas, TX 75284-7075

Corelogic Information Solutions, Inc.
P.O. Box 847239
Dallas, TX 75284-7239

Corelogic Teletrack Inc
Teletrack LLC
5550-A Peachtree Pkyw #600
Norcross, GA 30092

Corelogic Teletrack, Inc
f/ka/ First American Corelogic
PO Box 847075
Dallas, TX 75284-7075

DTE Boca Raton, LLC (Corp.)
414 S. Main St., #600
Ann Arbor, MI 48104-2398

Daniel Merchant
SMA Communications
6901 SW 18 St #E202
Boca Raton FL 33433-7037

Data Acquisition Group, LLC
c/o Salazar Jackson, LLP
Two South Biscayne Boulevard
Suite 3760
Miami, Florida 33131-1815

DataOne Software
150 Granby St
Norfolk, VA 23510-1604

DataQuick
File 50261
Los Angeles, CA 90074-0261

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dell Financial Services
PO Box 99355
Chicago, IL 60693-9355

Dell Financial Services (Lease Contr)
Payment Processing Center
P.O. Box 6549
Carol Stream, IL 60197-6549

Dell Financial Services, LLC
c/o Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Ste. 811
Austin, Texas 78704-1166

Dell Marketing L.P. - 9389
C/O Dell USA L.P.
P.O. Box 534118
Atlanta, GA 30353-4118

Dell Marketing, L.P.
c/o Sabrina Streusand
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Ste. 811
Austin, TX 78704-1166

Department of Highway Safety
and Motor Vehicle
2900 Apalachee Pkwy
Tallahassee, FL 32399-0500

Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Dun & Bradstreet Inc.
P.O. Box 75434
Chicago, IL 60675-5434

Dun & Bradstreet
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

Dun and Bradstreet Inc
3 Sylvan Way
Attn Electronic Licensing
Parsippany, NJ 07054-3822

Equifax Credit Mktg. Services (LLC/Corp)
P.O. Box 945510
Atlanta, GA 30394-5510

Equifax Information Services
1550 Peachtree St
Atlanta, GA 30309-2468

Equifax Information Services, LLC
c/o Paul M. Rosenblatt, Esq.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4530

Experian - 2983
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 3664
P.O. Box 881971
Los Angeles, CA 90088-1971

Experian - 3812
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 7485 (Inc.)
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 7690
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 9430
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian Information Solutions Inc
475 Anton Blvd
Costa Mesa, CA 92626-7037

Experian Information Solutions, Inc.
c/o Joseph D. Frank
FrankGecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654-6465

FACTIVA Inc, a Dow Jones Co
Attn: Credit Dept
POB 300
Princeton NJ 08543-0300

Factiva Inc.
P.O. Box 300
Princeton, NJ 08543-0300

(p)FEDERAL TRADE COMMISSION
ASSOCIATE DIRECTOR
DIVISION OF ENFORCEMENT
600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122
WASHINGTON DC 20580-0001

GCA Savvian Advisors, LLC
c/o Robert L. Eisenbach III
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

Gary Myhre
6008 Lelac Rd
Boca Raton, FL 33496-2302

Gary Schultheis, c/o E.Segarra, Hinshaw & Cu

Gary Steck
LSSiDATA
1 Sentry Pkwy #7000
Blue Bell PA 19422-2310

Green Cook Management, LLC
c/o William H. Myers, Esquire
Porter Wright et. al.
9132 Strada Place
Bonita Springs, FL 34108-2942

Infutor Data Solutions Corp
111 Zapata Lane
Minooka, IL 60447-9355

Infutor Data Solutions Inc
c/o Kevin G Schneider
2 N LaSalle St #1700
Chicago IL 60602-4000

Infutor Data Solutions, Inc.
15129 S. Route 59
Plainfield, IL 60544-2772

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

JAG 25 Enterprises
11031 Springfield Place
Hollywood, FL 33026-4855

JAG 25 Enterprises, Inc.
11031 Springfield Place
Cooper City, FL 33026-4855

Joseph D. Frank
FrankGecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654-6465

Jules Kroll
845 Third Ave, 4th Floor
New York, NY 10022-6647

Katherine Bartnik
c/o C Larmoyeux and B Bone
550 S Quadrille Blvd #200
West Palm Beach FL 33401-5855

LEAF
POB 644006
Cincinnati, OH 45264-4006


LSSi Data Corp
One Sentry Pkwy #6000
Blue Bell, PA 19422-2310

LSSiData Corp.
P.O. Box 730401
Dallas, TX 75373-0401

Leaf Capital
1720 A Crete St
Moberly, MO 65270-3681


Lssidata
Volt Delta Resources
1600 Stewart Ave #305
Westbury NY 11590-6611

Mary N. Price as PR of the Estate of W. H. P
c/o William H. Myers, Esquire
Porter Wright et. al.
9132 Strada Place
Bonita Springs, FL 34108-2942

Matthew A. Foreman Esq
Atty for Tracers Info
11031 Spring Hill Dr
Spring Hill, FL 34608-5049


Monster Worldwide Inc.
7800 West Brown Deer Road
Suite 200
Milwaukee, WI 53223-1915

Monster, Inc.
P.O. Box 90364
Chicago, IL 60696-0364

NominoData LLC
PO Box 3340
Incline Village, NV 89450-3340


Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ole Poulsen
18800 Bull Springs Rd
Bend OR 97701-9487

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715


SMA Communications, LLC
6901 S.W. 18th St. #E-202
Boca Raton, FL 33433-7037

Scott Wagner
8668 Breezy Hill Dr
Boynton Beach, FL 33473-4899

Sonar Credit Partners II LLC
80 Business Pk Dr #208
Armonk NY 10504-1701


Steven D. Sass
Dun & Bradstreet
307 International Cir #270
Hunt Valley MD 21030-1322

Sunera LLC
201 E. Kennedy Blvd.
Suite #415
Tampa, FL 33602-5823

Syncapes Corp
PO Box 347870
Pittsburgh, PA 15251-4870


TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598-0633

Technical Electric Systems Inc
87 S Highway 17-92, #B
Debary, FL 32713-3364

Technical Electric Systems Inc
87-B S. US Highway 17-92
DeBary, FL 32713-3364


Technology Investors Inc
c/o Mike Kuzy
1948 NE 7 Terr
Ft Lauderdale FL 33305-2207

Technology Investors, Inc.
c/o Scott A. Underwood
Fowler White Boggs P.A.
P.O. Box 1438
Tampa, FL 33601-1438

Terry Kilburn, Chief Op Officer
Tracers Information Spec Inc
15470 Flight Path Dr
Brooksville FL 34604-6823


Thomas Glocer
60 East 96th Street, PHB
New York, NY 10128-0757

Tracers Information Specialists, Inc.
15470 Flight Path Drive
Brooksville, FL 34604-6823

TransUnion LLC
Attn: Accounts Receivable
555 W Adams St
Chicago IL 60661-3631

TransUnion, LLC
P.O. Box 99506
Chicago, IL 60693-9506

Triax Data, Inc.
c/o Philip J. Landau, Esq.
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, Suite 30
Boca Raton, Florida 33431-8579

Wells Fargo Bank, N.A.
c/o John R. Thomas, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202-4494

West Payment Center (Corp)
P.O. Box 6292
Carol Stream, IL 60197-6292

Aaron A Wernick
2255 Glades Rd # 337W
Boca Raton, FL 33431-7379

Alan R Barbee
Marcum LLP
525 Okeechobee Blvd # 750
West Palm Beach, FL 33401-6329

Alvin S. Goldstein Esq
2255 Glades Rd #337W
Boca Raton, FL 33431-7379

Barbara Ripp
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

Brian Bachman
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

Caroline Asher Yoost
c/o Raymond V Miller, Esq
600 Brickell Ave #3500
Miami, FL 33131-3090

Caroline Asher Yoost, as Co-Trustee of the C
c/o Raymond V. Miller
600 Brickell Ave #3500
Miami, FL 33131-3090

Caroline Asher Yoost, as Co-Trustee of the E
c/o Raymond V. Miller
600 Brickell Ave #3500
Miami, FL 33131-3090

Dan MacLachlan
c/o Salazar Jackson, LLP
Two South Biscayne, Suite 3760
Attn: Luis Salazar
Miami, FL 33131-1815

David Ristaino
350 E Las Olas Blvd #1600
Ft Lauderdale, FL 33301-4247

Derek Dubner
c/o Salazar Jackson, LLP
Two South Biscayne, Suite 3760
Miami, FL 33131-1815

Eliza Desiree Asher
c/o Raymond V Miller, Esq
600 Brickell Ave #3500
Miami, FL 33131-3090

Eliza Desiree Asher, as Co-Trustee of the Ca
c/o Raymond V. Miller
600 Brickell Ave #3500
Miami, FL 33131-3090

Eliza Desiree Asher, as Co-Trustee of the El
c/o Raymond V. Miller Esq
600 Brickell Ave #3500
Miami, FL 33131-3090

Frank E. Jaumot
Ahearn Jasco & Company
190 SE 19th Avenue
Pompano Beach, FL 33060-7549

Gene Bernstein
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

James F Carroll
633 S Federal Hwy, 8 Fl
Ft Lauderdale, FL 33301-3164

Jason S Rigoli Esq.
2255 Glades Rd # 337W
Boca Raton, FL 33431-7379

Jay H Bernstein
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

Jerry M. Markowitz
9130 S Dadeland Blvd
Two Datran Ctr #1800
Miami, FL 33156-7849

Jim Schober
1611 Nueces St
Austin, TX 78701-1105

Judith W. Redden Trust
c/o Raymond V. Miller, Esq.
Gunster Yoakley & Stewart PA
2 South Biscayne Blvd.
Suite 3400
Miami, FL 33131-1807

Jules B. Kroll
c/o Luis Salazar
Salazar Jackson, LLP
2 South Biscayne Blvd. Suite 3760
Miami, FL 33131-1815

Mark S. Roher Esq.
633 S Federal Hwy #800
Ft Lauderdale, FL 33301-3166

Mary N. Price
c/o Barry S Balmuth
1601 Forum Pl #1101
West Palm Beach, FL 33401-8104

Matthew A Foreman
20 S Broad St
Brooksville, FL 34601-2829

Nancy Kilburn
c/o Philip J. Landau, Esq.
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, # 3
Boca Raton, FL 33431-8579

Ole Poulsen
Salazar Jackson, LLP
2 South Biscayne Blvd. Suite 3760
Miami, FL 33131-1815

Peter Ripp
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

R Lumpkin
100 SE 2nd St, 30 Fl
Miami, FL 33131-2194

Robert C Furr Esq
2255 Glades Rd #337W
Boca Raton, FL 33431-7379

Shawn Smith
c/o Esperanza Segana Esq
2525 Ponce de Leon Blvd #400
Coral Gables, FL 33134-6044

Terry Kilburn
c/o Philip J. Landau, Esq.
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, # 3
Boca Raton, FL 33431-8579

Thomas Santoro
1101 Brickell Ave #S-503
Miami, FL 33131-3110

Thomas H. Glocer
c/o Luis Salazar
Salazar Jackson, LLP
2 South Biscayne Blvd. Suite 3760
Miami, FL 33131-1815

William H Price

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services
MAIL STOP PS2DF-23
One Dell Way
Round Rock, TX 78682

Federal Trade Commission
8600 Pennsylvania Ave NW
Washington, DC 20580

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Applied Data Sciences

(u)Dun & Bradstreet

(u)Equifax Information Services, LLC

(u)Experian Information Solutions, Inc.

(u)LexisNexis Risk Solutions FL, Inc.

(u)Oversight Committee

(u)Teletrack LLC

(u)TransUnion Holding Company, Inc.

(u)TransUnion LLC

(u)Warburg Pincus LLC

(u)West Palm Beach

(d)Corelogic Information Solutions
CoreLogic Solutions, I LC
40 Pacifica #900
Irvine, CA 92618-7487

(d)Equifax Information Services LLC
1550 Peachtree St
Atlanta, GA 30309-2468

(u)Gary J. Schultheis c/o E. Segarra, Hinshaw

(u)Gary J. Schultheis, c/o Hinshaw & Culberts

(d)Greencook Management LLC
26801 Hickory Blvd
Bonita Springs, FL 34134-8304

(u)John O. Schaeffer
**DELETED PER DE#775**

(u)MDG Advertising Inc.
**Withdrawn per DE#1272**

(u)Paul Fichtman
**DELETED PER DE#775**

(d)SMA Communications, LLC
6901 S.W. 18th St. #E-202
Boca Raton, FL 33433-7037

(d)Technical Electric Systems, Inc.
87-B S. US Highway 17-92
DeBary, FL 32713-3364

(u)Various Members

(u)William H. Price
**DELETED PER DE#775**

(u)William Price
**DELETED PER DE#775**

(u)Ana Massetti

(u)Andrew Prozes

(d)Gary Myhre
6008 LeLac Rd
Boca Raton, FL 33496-2302

(u)Gary J. Schultheis
c/o Esperanza Segarra, Esq.
2525 Ponce de Leon Blvd, 4th floor
Coral Gables

(u)John Walsh

(u)Katherine Bartnik

(u)Leroy Wilson

(u)Mariaelena Gayo-Guitian

(u)Michael Turner

(u)Walter Tomal Yoost

End of Label Matrix
Mailable recipients   159
Bypassed recipients    34
Total                 193