UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                      Case No.  13-20853 (PGH)
                                                            Chapter 11
TLFO, LLC,

      Reorganized Debtor.
_____/

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that true and correct copies of the (i) *Motion to Enforce the Sale Order and to Hold The Best One, Inc. in Contempt for Violating the Sale Order* [ECF No. 1282] (the "Motion") and (ii) *Declaration of Philip D. Anker in Support of Motion to Enforce the Sale Order and to Hold The Best One, Inc. in Contempt for Violating the Sale Order* [ECF No. 1283] (the "Declaration") were served electronically through the Court's CM/ECF system on the 13th day of January 2015, upon all parties on the attached CM/ECF Service List.

     **I FURTHER CERTIFY** that true and correct copies of the Motion and Declaration were served on the 20th day of January 2015 by first class, U.S. Mail upon all creditors and interested parties identified on the attached Court Matrix, to the extent that such parties were not already served electronically through the Court's CM/ECF system on January 13, 2015, as set forth above.

                                                BERGER SINGERMAN LLP
                                                *Attorneys for TransUnion Risk and Alternative Data Solutions, Inc.*
                                                350 E. Las Olas Boulevard, Suite 1000
                                                Fort Lauderdale, FL 33301
                                                Telephone:  (954) 525-9900
                                                Facsimile:  (954) 523-2872

                                 By:   */s/  Brian K. Gart*
                                       Brian K. Gart, Esq.
                                       Florida Bar No. 381152
                                       bgart@bergersingerman.com

**CM/ECF SERVICE LIST**

- Vincent F Alexander    vfa@kttlaw.com, lf@kttlaw.com
- Philip D. Anker    philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com
- Barry S Balmuth    balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com
- David E Bane    dbane@hunton.com, aflynn@hunton.com
- Alan R Barbee    ecf@marcumllp.com
- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com
- Alexandra D Blye    ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Robbie T Boone    rboone@bergersingerman.com
- James M Brako    jbrako@pbcgov.org, legalservices@pbctax.com
- Catherine E Douglas    catherine.douglas@akerman.com, jeanette.martinez@akerman.com
- Brett A Elam    belam@brettelamlaw.com, info@brettelamlaw.com;deanna@brettelamlaw.com;brettelamlaw@gmail.com;elise@adamfarberlaw.com;josi@adamfarberlaw.com
- C Craig Eller    celler@broadandcassel.com
- John D Emmanuel    emmanuel@fowlerwhite.com, sstorno@fowlerwhite.com
- Darren D. Farfante    darren.farfante@bipc.com, Denise.Strand@bipc.com
- Keith W. Fendrick    keith.fendrick@hklaw.com, andrea.olson@hklaw.com
- Eric B Fisher    , nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com
- Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Brian K Gart    bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Mariaelena Gayo-Guitian    mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
- Robert N Gilbert    rgilbert@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Daniel L. Gold    dgold@ecccounsel.com, bankruptcy@ecclegal.com,nsocorro@ecclegal.com
- Alvin S. Goldstein    rstanley@furrcohen.com, atty_furrcohen@bluestylus.com
- Linda W Jackson    jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com
- Anthony Kang    akang@arnstein.com
- Philip J Landau    plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com;scusak@sfl-pa.com;dwoodall@sfl-pa.com
- Bernice C. Lee    blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;lcardenas@sfl-pa.com
- Sharon L Levine    slevine@lowenstein.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com

- Etan Mark    emark@bergersingerman.com, lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com
- Jerry M Markowitz    jmarkowitz@mrthlaw.com, rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com
- Adam D. Marshall    AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com
- Thomas M. Messana    tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com
- Todd C Meyers    tmeyers@kilpatricktownsend.com, rrahman@kilpatricktownsend.com;lcanty@kilpatricktownsend.com;mlangford@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com;prosenblatt@kilpatricktownsend.com
- Raymond V Miller    rmiller@gunster.com, vyon@gunster.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Arthur H Rice    arice.ecf@rprslaw.com
- Jason S Rigoli    jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com
- Luis Salazar    salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
- David Samole    das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- Kevin G. Schneider    kschneider@ngelaw.com
- Esperanza Segarra    esegarra@hinshawlaw.com, clucas@hinshawlaw.com
- Paul Steven Singerman    singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Steven B Smith    smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com
- Steven J. Solomon    steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- Sabrina L Streusand    streusand@slollp.com, prentice@slollp.com
- TR Capital Management (TRoss)    tross@trcmllc.com
- Charles M Tatelbaum    cmt@trippscott.com, lxc@trippscott.com
- John R Thomas    jthomas@smithhulsey.com, aadams@smithhulsey.com
- Scott A. Underwood    scott.underwood@bipc.com, denise.strand@bipc.com
- Aaron A Wernick    awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com
- Henry S Wulf    hwulf@cfjblaw.com, kdesroches@cfjblaw.com
- Stuart A Young    syoung@ybplaw.com
- Linda J Zhou    linda.zhou@bipc.com, sabrina.storno@bipc.com

**MAILING MATRIX**

```
Label Matrix for local noticing          Akerman LLP                              BJ4M&M, LLC
113C-9                                   350 East Las Olas Blvd.                  c/o C. Craig Eller, Esquire
Case 13-20853-PGH                        Suite 1600                               Broad and Cassel
Southern District of Florida             Fort Lauderdale, Fl 33301-4247           One North Clematis Street, Suite 500
West Palm Beach                                                                   West Palm Beach, FL 33401-5537
Tue Jan 20 10:32:06 EST 2015

BRE/BOCA Corporate Center L.L.C.         CoreLogic, Inc.                          Creditor Committee
c/o Carlton Fields PA                    Hunton & Williams LLP                    c/o Paul J Battista, Esq
525 Okeechobee Blvd #1200                c/o David Bane                           100 SE 2nd St
West Palm Beach, FL 33401-6350           1111 Brickell Avenue                     Miami, FL 33131-2100
                                         Suite 2500
                                         Miami, FL 33131-3155

Data Acquisition Group, LLC              Dell Financial Services, LLC             Equifax Information Services, LLC
c/o Luis Salazar                         c/o Streusand, Landon & Ozburn, LLP      Kilpatrick Townsend & Stockton LLP
Salazar Jackson, LLP                     811 Barton Springs Rd #811               1100 Peachtree Street
2 South Biscayne Blvd                    Autsin, TX 78704-1166                    Suite 2800
Suite 3760                                                                        Atlanta, GA 30309-4530
Miami, Fl 33131-1815

GCA Savvian Advisors, LLC                Greencook Management LLC                 Hunter Creek LLC
c/o Messana, P.A.                        26801 Hickory Blvd                       c/o Covington & Burling LLP
401 East Las Olas Blvd.                  Bonita Springs, FL 34134-8304            620 Eighth Ave
Suite 1400                                                                        New York, NY 10018-1618
Fort Lauderdale, FL 33301-2218

Infutor Data Solutions Corporation       Internal Revenue Service                 JHBTLO, LLC
c/o Stuart A Young, Esq                  Centralized Insolvency Operations        c/o Kozyak Tropin & Throckmorton, P.A.
1860 Forest Hill Blvd. #201              POB 7346                                 2525 Ponce de Leon Boulevard
West Palm Beach, FL 33406-6086           Philadelphia, PA 19101-7346              9th Floor
                                                                                  Miami, FL 33134-6039

Kozyak Tropin & Throckmorton, P.A.       Linebarger Groggan Blair & Sampson, LLP  Palm Beach County Tax Collector
2525 Ponce de Leon Blvd.                 c/o Jim Schober, Esq.                    c/o James M. Brako, General Counsel
9th Floor                                Barlett & Schober, P.C.                  P.O. Box 3715
Miami, FL 33134-6039                     1611 Nueces St.                          West Palm Beach, FL 33402-3715
                                         Austin, TX 78701-1105

Receivable Management Services           Sonar Credit Partners II LLC             TLFO, LLC
Authorized Agent for Dun & Bradstreet    200 Business Pk Dr #201                  4530 Conference Way South
c/o Ronald Rowland Esq                   Armonk, NY 10504-1751                    Boca Raton, FL 33431-4489
307 International Cir #270
Hunt Valley, MD 21030-1322

TR Capital Management (TRoss)            Technical Electric Systems Inc           Technology Investors, Inc.
336 Atlantic Ave # 302                   87 S Hwy 17-92 Unit B                    c/o Marshall Socarras Grant, P.L.
East Rockaway, NY 11518-1124             DeBary, FL 32713-3364                    197 South Federal Highway #300
                                                                                  Boca Raton, FL 33432-4946

Tracers Information Specialists          Triax Data, Inc.                         Wells Fargo Bank, N.A.
c/o Philip J. Landau, Esq.               c/o Shraiberg, Ferrara & Landau, P.A.    c/o John R. Thomas, Esq.
Shraiberg, Ferrara & Landau, P.A.        Philip J. Landau, Esq.                   Smith Hulsey & Busey
2385 NW Executive Center Drive, # 3      2385 NW Executive Center Drive, # 3      225 Water Street, Suite 1800
Boca Raton, FL 33431-8579                Boca Raton, FL 33431-8579                Jacksonville, FL 32202-4494

e-Merges.com, Inc.                       tw telecom inc                           Accutrend Data Corp
105 S. Narcissus Avenue                  c/o Linda Boyle                          7860 East Berry PL #200
Suite 802                                10475 Park Meadows Dr #400               Englewood, CO 80111-2303
West Palm Beach, FL 33401-5530           Littleton, CO 80124-5433
```

| | | |
|---|---|---|
| Accutrend Data Corp.<br>P.O. Box 6615<br>Greenwood Village, CO 80155-6615 | Apache Corporation<br>Attn: Andrew Friedberg<br>2000 Post Oak Blvd #100<br>Houston, TX 77056-4400 | BDO USA LLP<br>Attn: Laurence W Goldberg<br>4035 Premier Dr #333<br>High Point NC 27265-8312 |
| BDO USA, LLP<br>1601 Forum Place<br>#904 Centurion Plaza<br>West Palm Beach, FL 33401 | BRE Boca Corporate Center, LLC (Ptrship)<br>39174 Treasury Center<br>Chicago, IL 60694-9100 | BRE/Boca Corporate Center, LLC<br>Equity Office Management, LLC<br>Attn:  Brian Vaas<br>5000 T Rex Avenue, Suite 100<br>Boca Raton, FL 33431-4492 |
| Bob Davis<br>3941 S. Bristol St #D<br>Santa Ana, CA 92704-7496 | CDW, LLC<br>200 N Milwaukee Ave<br>Vernon Hills, IL 60061-1577<br>Attn: Vida Krug | Charles Simpson, B'cy Mgr<br>Dell Financial Svcs LLC<br>2300 Greenlawn Blvd, MS RR3-52<br>Round Rock TX 78682-0001 |
| Christopher Cavalier<br>Experian North America<br>475 Anton Blvd<br>Coasta Mesa CA 92626-7037 | Compact Information Systems Inc<br>7120  185th Ave NE<br>Redmond, WA 98052-0575 | Compass Marketing Solutions LLC<br>808 P Street #300<br>Lincoln, NE 68508-1383 |
| Cookie Schwartz Diaz<br>POB 221643<br>Newhall CA 91322-1643 | CoreLogic Information Solutions Inc<br>Corelogic Solutions I LC<br>40 Pacifica #900<br>Irvine, CA 92618-7487 | CoreLogic Teletrack, Inc.<br>P.O. Box 847075<br>Dallas, TX 75284-7075 |
| Corelogic Information Solutions, Inc.<br>P.O. Box 847239<br>Dallas, TX 75284-7239 | Corelogic Teletrack Inc<br>Teletrack LLC<br>5550-A Peachtree Pkyw #600<br>Norcross, GA 30092 | Corelogic Teletrack, Inc<br>f/ka/ First American Corelogic<br>PO Box 847075<br>Dallas, TX 75284-7075 |
| DTE Boca Raton, LLC (Corp.)<br>414 S. Main St., #600<br>Ann Arbor, MI 48104-2398 | Daniel Merchant<br>SMA Communications<br>6901 SW 18 St #E202<br>Boca Raton FL 33433-7037 | Data Acquisition Group, LLC<br>c/o Salazar Jackson, LLP<br>Two South Biscayne Boulevard<br>Suite 3760<br>Miami, Florida 33131-1815 |
| DataOne Software<br>150 Granby St<br>Norfolk, VA 23510-1604 | DataQuick<br>File 50261<br>Los Angeles, CA 90074-0261 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dell Financial Services<br>PO Box 99355<br>Chicago, IL 60693-9355 | Dell Financial Services (Lease Contr)<br>Payment Processing Center<br>P.O. Box 6549<br>Carol Stream, IL 60197-6549 | Dell Financial Services, LLC<br>c/o Streusand, Landon & Ozburn, LLP<br>811 Barton Springs Rd., Ste. 811<br>Austin, Texas 78704-1166 |
| Dell Marketing L.P. - 9389<br>C/O Dell USA L.P.<br>P.O. Box 534118<br>Atlanta, GA 30353-4118 | Dell Marketing, L.P.<br>c/o Sabrina Streusand<br>Streusand, Landon & Ozburn, LLP<br>811 Barton Springs Rd., Ste. 811<br>Austin, TX 78704-1166 | Department of Highway Safety<br>and Motor Vehicle<br>2900 Apalachee Pkwy<br>Tallahassee, FL 32399-0500 |

| | | |
|---|---|---|
| Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Dun & Bradstreet Inc.<br>P.O. Box 75434<br>Chicago, IL 60675-5434 | Dun & Bradstreet<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 |
| Dun and Bradstreet Inc<br>3 Sylvan Way<br>Attn Electronic Licensing<br>Parsippany, NJ 07054-3822 | Equifax Credit Mktg. Services (LLC/Corp)<br>P.O. Box 945510<br>Atlanta, GA 30394-5510 | Equifax Information Services<br>1550 Peachtree St<br>Atlanta, GA 30309-2468 |
| Equifax Information Services, LLC<br>c/o Paul M. Rosenblatt, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309-4530 | Experian - 2983<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian - 3664<br>P.O. Box 881971<br>Los Angeles, CA 90088-1971 |
| Experian - 3812<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian - 7485 (Inc.)<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian - 7690<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 |
| Experian - 9430<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian Information Solutions Inc<br>475 Anton Blvd<br>Costa Mesa, CA 92626-7037 | Experian Information Solutions, Inc.<br>c/o Joseph D. Frank<br>FrankGecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654-6465 |
| FACTIVA Inc, a Dow Jones Co<br>Attn: Credit Dept<br>POB 300<br>Princeton NJ 08543-0300 | Factiva Inc.<br>P.O. Box 300<br>Princeton, NJ 08543-0300 | (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 |
| GCA Savvian Advisors, LLC<br>c/o Robert L. Eisenbach III<br>Cooley LLP<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800 | Gary Myhre<br>6008 Lelac Rd<br>Boca Raton, FL 33496-2302 | Gary Schultheis, c/o E.Segarra, Hinshaw & Cu |
| Gary Steck<br>LSSiDATA<br>1 Sentry Pkwy #7000<br>Blue Bell PA 19422-2310 | Green Cook Management, LLC<br>c/o William H. Myers, Esquire<br>Porter Wright et. al.<br>9132 Strada Place<br>Bonita Springs, FL 34108-2942 | Infutor Data Solutions Corp<br>111 Zapata Lane<br>Minooka, IL 60447-9355 |
| Infutor Data Solutions Inc<br>c/o Kevin G Schneider<br>2 N LaSalle St #1700<br>Chicago IL 60602-4000 | Infutor Data Solutions, Inc.<br>15129 S. Route 59<br>Plainfield, IL 60544-2772 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| JAG 25 Enterprises<br>11031 Springfield Place<br>Hollywood, FL 33026-4855 | JAG 25 Enterprises, Inc.<br>11031 Springfield Place<br>Cooper City, FL 33026-4855 | Joseph D. Frank<br>FrankGecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654-6465 |

| | | |
|---|---|---|
| Jules Kroll<br>845 Third Ave, 4th Floor<br>New York, NY 10022-6647 | Katherine Bartnik<br>c/o C Larmoyeux and B Bone<br>550 S Quadrille Blvd #200<br>West Palm Beach FL 33401-5855 | LEAF<br>POB 644006<br>Cincinnati, OH 45264-4006 |
| LSSi Data Corp<br>One Sentry Pkwy #6000<br>Blue Bell, PA 19422-2310 | LSSiData Corp.<br>P.O. Box 730401<br>Dallas, TX 75373-0401 | Leaf Capital<br>1720 A Crete St<br>Moberly, MO 65270-3681 |
| Lssidata<br>Volt Delta Resources<br>1600 Stewart Ave #305<br>Westbury NY 11590-6611 | Mary N. Price as PR of the Estate of W. H. P<br>c/o William H. Myers, Esquire<br>Porter Wright et. al.<br>9132 Strada Place<br>Bonita Springs, FL 34108-2942 | Matthew A. Foreman Esq<br>Atty for Tracers Info<br>11031 Spring Hill Dr<br>Spring Hill, FL 34608-5049 |
| Monster Worldwide Inc.<br>7800 West Brown Deer Road<br>Suite 200<br>Milwaukee, WI 53223-1915 | Monster, Inc.<br>P.O. Box 90364<br>Chicago, IL 60696-0364 | NominoData LLC<br>PO Box 3340<br>Incline Village, NV 89450-3340 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ole Poulsen<br>18800 Bull Springs Rd<br>Bend OR 97701-9487 | Palm Beach County Tax Collector<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 |
| SMA Communications, LLC<br>6901 S.W. 18th St. #E-202<br>Boca Raton, FL 33433-7037 | Scott Wagner<br>8668 Breezy Hill Dr<br>Boynton Beach, FL 33473-4899 | Sonar Credit Partners II LLC<br>80 Business Pk Dr #208<br>Armonk NY 10504-1701 |
| Steven D. Sass<br>Dun & Bradstreet<br>307 International Cir #270<br>Hunt Valley MD 21030-1322 | Sunera LLC<br>201 E. Kennedy Blvd.<br>Suite #415<br>Tampa, FL 33602-5823 | Syncapes Corp<br>PO Box 347870<br>Pittsburgh, PA 15251-4870 |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598-0633 | Technical Electric Systems Inc<br>87 S Highway 17-92, #B<br>Debary, FL 32713-3364 | Technical Electric Systems Inc<br>87-B S. US Highway 17-92<br>DeBary, FL 32713-3364 |
| Technology Investors Inc<br>c/o Mike Kuzy<br>1948 NE 7 Terr<br>Ft Lauderdale FL 33305-2207 | Technology Investors, Inc.<br>c/o Scott A. Underwood<br>Fowler White Boggs P.A.<br>P.O. Box 1438<br>Tampa, FL 33601-1438 | Terry Kilburn, Chief Op Officer<br>Tracers Information Spec Inc<br>15470 Flight Path Dr<br>Brooksville FL 34604-6823 |
| Thomas Glocer<br>60 East 96th Street, PHB<br>New York, NY 10128-0757 | Tracers Information Specialists, Inc.<br>15470 Flight Path Drive<br>Brooksville, FL 34604-6823 | TransUnion LLC<br>Attn: Accounts Receivable<br>555 W Adams St<br>Chicago IL 60661-3631 |

| | | |
|---|---|---|
| TransUnion, LLC<br>P.O. Box 99506<br>Chicago, IL 60693-9506 | Triax Data, Inc.<br>c/o Philip J. Landau, Esq.<br>Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive, Suite 30<br>Boca Raton, Florida 33431-8579 | Wells Fargo Bank, N.A.<br>c/o John R. Thomas, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202-4494 |
| West Payment Center (Corp)<br>P.O. Box 6292<br>Carol Stream, IL 60197-6292 | Aaron A Wernick<br>2255 Glades Rd # 337W<br>Boca Raton, FL 33431-7379 | Alan R Barbee<br>Marcum LLP<br>525 Okeechobee Blvd # 750<br>West Palm Beach, FL 33401-6329 |
| Alvin S. Goldstein Esq<br>2255 Glades Rd #337W<br>Boca Raton, FL 33431-7379 | Barbara Ripp<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 | Brian Bachman<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 |
| Caroline Asher Yoost<br>c/o Raymond V Miller, Esq<br>600 Brickell Ave #3500<br>Miami, FL 33131-3090 | Caroline Asher Yoost, as Co-Trustee of the C<br>c/o Raymond V. Miller<br>600 Brickell Ave #3500<br>Miami, FL 33131-3090 | Caroline Asher Yoost, as Co-Trustee of the E<br>c/o Raymond V. Miller<br>600 Brickell Ave #3500<br>Miami, FL 33131-3090 |
| Dan MacLachlan<br>c/o Salazar Jackson, LLP<br>Two South Biscayne, Suite 3760<br>Attn: Luis Salazar<br>Miami, FL 33131-1815 | David Ristaino<br>350 E Las Olas Blvd #1600<br>Ft Lauderdale, FL 33301-4247 | Derek Dubner<br>c/o Salazar Jackson, LLP<br>Two South Biscayne, Suite 3760<br>Miami, FL 33131-1815 |
| Eliza Desiree Asher<br>c/o Raymond V Miller, Esq<br>600 Brickell Ave #3500<br>Miami, FL 33131-3090 | Eliza Desiree Asher, as Co-Trustee of the Ca<br>c/o Raymond V. Miller<br>600 Brickell Ave #3500<br>Miami, FL 33131-3090 | Eliza Desiree Asher, as Co-Trustee of the El<br>c/o Raymond V. Miller Esq<br>600 Brickell Ave #3500<br>Miami, FL 33131-3090 |
| Frank E. Jaumot<br>Ahearn Jasco & Company<br>190 SE 19th Avenue<br>Pompano Beach, FL 33060-7549 | Gene Bernstein<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 | James F Carroll<br>633 S Federal Hwy, 8 Fl<br>Ft Lauderdale, FL 33301-3164 |
| Jason S Rigoli Esq.<br>2255 Glades Rd # 337W<br>Boca Raton, FL 33431-7379 | Jay H Bernstein<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 | Jerry M. Markowitz<br>9130 S Dadeland Blvd<br>Two Datran Ctr #1800<br>Miami, FL 33156-7849 |
| Jim Schober<br>1611 Nueces St<br>Austin, TX 78701-1105 | Judith W. Redden Trust<br>c/o Raymond V. Miller, Esq.<br>Gunster Yoakley & Stewart PA<br>2 South Biscayne Blvd.<br>Suite 3400<br>Miami, FL 33131-1807 | Jules B. Kroll<br>c/o Luis Salazar<br>Salazar Jackson, LLP<br>2 South Biscayne Blvd. Suite 3760<br>Miami, FL 33131-1815 |
| Mark S. Roher Esq.<br>633 S Federal Hwy #800<br>Ft Lauderdale, FL 33301-3166 | Mary N. Price<br>c/o Barry S Balmuth<br>1601 Forum Pl #1101<br>West Palm Beach, FL 33401-8104 | Matthew A Foreman<br>20 S Broad St<br>Brooksville, FL 34601-2829 |

| | | |
|---|---|---|
| Nancy Kilburn<br>c/o Philip J. Landau, Esq.<br>Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive, # 3<br>Boca Raton, FL 33431-8579 | Ole Poulsen<br>Salazar Jackson, LLP<br>2 South Biscayne Blvd. Suite 3760<br>Miami, FL 33131-1815 | Peter Ripp<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 |
| R Lumpkin<br>100 SE 2nd St, 30 Fl<br>Miami, FL 33131-2194 | Robert C Furr Esq<br>2255 Glades Rd #337W<br>Boca Raton, FL 33431-7379 | Shawn Smith<br>c/o Esperanza Segana Esq<br>2525 Ponce de Leon Blvd #400<br>Coral Gables, FL 33134-6044 |
| Terry Kilburn<br>c/o Philip J. Landau, Esq.<br>Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive, # 3<br>Boca Raton, FL 33431-8579 | Thomas Santoro<br>1101 Brickell Ave #S-503<br>Miami, FL 33131-3110 | Thomas H. Glocer<br>c/o Luis Salazar<br>Salazar Jackson, LLP<br>2 South Biscayne Blvd. Suite 3760<br>Miami, FL 33131-1815 |
| William H Price | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Dell Financial Services<br>MAIL STOP PS2DF-23<br>One Dell Way<br>Round Rock, TX 78682 | Federal Trade Commission<br>8600 Pennsylvania Ave NW<br>Washington, DC 20580 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Applied Data Sciences | (u)Dun & Bradstreet | (u)Equifax Information Services, LLC |
| (u)Experian Information Solutions, Inc. | (u)LexisNexis Risk Solutions FL, Inc. | (u)Oversight Committee |
| (u)Teletrack LLC | (u)TransUnion Holding Company, Inc. | (u)TransUnion LLC |

(u)Warburg Pincus LLC

(u)West Palm Beach

(d)Corelogic Information Solutions
CoreLogic Solutions, I LC
40 Pacifica #900
Irvine, CA 92618-7487

(d)Equifax Information Services LLC
1550 Peachtree St
Atlanta, GA 30309-2468

(u)Gary J. Schultheis c/o E. Segarra, Hinshaw

(u)Gary J. Schultheis, c/o Hinshaw & Culberts

(d)Greencook Management LLC
26801 Hickory Blvd
Bonita Springs, FL 34134-8304

(u)John O. Schaeffer
**DELETED PER DE#775**

(u)MDG Advertising Inc.
**Withdrawn per DE#1272**

(u)Paul Fichtman
**DELETED PER DE#775**

(d)SMA Communications, LLC
6901 S.W. 18th St. #E-202
Boca Raton, FL 33433-7037

(d)Technical Electric Systems, Inc.
87-B S. US Highway 17-92
DeBary, FL 32713-3364

(u)Various Members

(u)William H. Price
**DELETED PER DE#775**

(u)William Price
**DELETED PER DE#775**

(u)Ana Massetti

(u)Andrew Prozes

(d)Gary Myhre
6008 LeLac Rd
Boca Raton, FL 33496-2302

(u)Gary J. Schultheis
c/o Esperanza Segarra, Esq.
2525 Ponce de Leon Blvd, 4th floor
Coral Gables

(u)John Walsh

(u)Katherine Bartnik

(u)Leroy Wilson

(u)Mariaelena Gayo-Guitian

(u)Michael Turner

(u)Walter Tomal Yoost

End of Label Matrix
Mailable recipients   159
Bypassed recipients    34
Total                 193