

**ORDERED in the Southern District of Florida on January 16, 2015.**

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TLFO, LLC, | Case No. 13-20853-PGH |
| Debtor. | |
| _____/ | |

ORDER GRANTING FIRST AND FINAL POST-CONFIRMATION FEE
APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THOMAS SANTORO AND THE
FINANCIAL ADVISORY FIRM OF GLASSRATNER ADVISORY & CAPITAL
GROUP, LLC AS FINANCIAL ADVISOR FOR THE OVERSIGHT COMMITTEE

**THIS MATTER** came before the Court on **January 13, 2015 at 10:00 a.m.** on the *First and Final Post-Confirmation Fee Application for Payment of Compensation and Reimbursement of Expenses for Thomas Santoro and the Financial Advisory & Capital Group, LLC as Financial Advisor for the Oversight Committee* (the "GR Application")[ECF No. 1257]. In the GR

Application, GR seeks final compensation in the amount of $6,460.00 for hourly fees and reimbursement of expenses in the amount of $0.00 for the period of April 29, 2014 through November 30, 2014.  The Court, having reviewed the GR Application, having heard arguments of counsel, having reviewed the pleadings in this case and being otherwise duly advised in the premises, it is hereby,

**ORDERED,** as follows:

1. GlassRatner Advisory & Capital Group, LLC is awarded:  (a) final fees in the amount of $6,460.00, which represents 100% of the hourly fees requested in the GR Application; and, (b) costs in the amount of $0.00, for a total final fee award in the amount of **$6,460.00.**

2. For this period, GR has been paid $4,534.53; therefore the Liquidating Trustee is directed to pay GR in the amount of **$1,925.47.**

3. In making the foregoing award, the Court has evaluated the factors set forth in *In re First Colonial Corp.,* 544 F.2d 1291 (5th Cir. 1977); and *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974) and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by the various applicants.

4. The amounts awarded herein shall be on an final basis and shall be paid forthwith.

###

**Submitted by:**

Paul J. Battista, Esq.
Genovese Joblove & Battista, P.A.
Counsel to the Oversight Committee
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Phone:  (305) 349-2300
Fax:  (305) 349-2310
Email:  pbattsista@gjb-law.com

Copy to:  Paul J. Battista, Esq.
(Mr. Battista is directed to serve a conformed copy of this Order on all parties in interest).