**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:                                              Case No.  13-20853 (PGH)
                                                    Chapter 11
TLFO, LLC,

      Reorganized Debtor.
_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that true and correct copies of the (i) *Motion to Enforce the Sale Order and to Hold The Best One, Inc. in Contempt for Violating the Sale Order* [ECF No. 1282] (the "Motion"); (ii) *Declaration of Philip D. Anker in Support of Motion to Enforce the Sale Order and to Hold The Best One, Inc. in Contempt for Violating the Sale Order* [ECF No. 1283] (the "Declaration"); and (iii) *Notice of Hearing* [ECF No. 1289] were served via electronic transmission and first class, U.S. Mail on the 20th day of January 2015, upon all parties listed below.

      BERGER SINGERMAN LLP
      *Attorneys for TransUnion Risk and Alternative Data Solutions, Inc.*
      350 E. Las Olas Boulevard, Suite 1000
      Fort Lauderdale, FL 33301
      Telephone:  (954) 525-9900
      Facsimile:  (954) 523-2872

      By:   /s/ Brian K. Gart
           Brian K. Gart, Esq.
           Florida Bar No. 381152
           bgart@bergersingerman.com

Dennis Richard, Esq.
Richard and Richard, P.A.
*Counsel for The Best One, Inc.*
825 Brickell Bay Drive
Suite 1748
Miami, FL 33131
dennis@richardandrichard.com

6146198-1