**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE: CHAPTER 11

TLFO, LLC, Case No. 13-20853-PGH

    **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the *Order Granting First and Final Post-Confirmation Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for Thomas Santoro and the Financial Advisory Firm of GlassRatner Advisory & Capital Group, LLC as Financial Advisor for the Oversight Committee* [ECF No. 1292] was served via CM/ECF Notification and or U.S. Mail to all parties on the attached service list on the 20th day of January, 2015.

**Dated: January 20, 2015.**

        **GENOVESE JOBLOVE & BATTISTA, P.A.**
        *Attorneys for the Oversight Committee*
        100 Southeast Second Street
        Suite 4400
        Miami, Florida 33131
        Telephone: (305) 349-2300
        Telecopier: (305) 349-2310

        By: /s/ *Paul J. Battista*
        Paul J. Battista, Esq.
        Florida Bar No. 884162
        pbattista@gjb-law.com
        Mariaelena Gayo-Guitian, Esq.
        Florida Bar No. 0813818

## SERVICE LIST

**Served Via CM/ECF Notification**

Vincent F Alexander on behalf of Creditor Hunter Creek LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor JHBTLO, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Barbara Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Brian Bachman
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Gene Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Jay H Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Peter Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Hunter Creek, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff JHBTLO, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Barbara Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Brian Bachman
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Gene Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Jay Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Peter Ripp
vfa@kttlaw.com, lf@kttlaw.com

Philip D. Anker on behalf of Creditor TransUnion LLC
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Philip D. Anker on behalf of Interested Party TransUnion Holding Company, Inc.
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Barry S Balmuth, Esq on behalf of Creditor Greencook Management LLC
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Creditor Mary N. Price
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Creditor William H Price
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Interested Party Linebarger Groggan Blair & Sampson, LLP
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

David E Bane, Esq on behalf of Creditor CoreLogic, Inc.
dbane@hunton.com, aflynn@hunton.com

David E Bane, Esq on behalf of Creditor Teletrack LLC
dbane@hunton.com, aflynn@hunton.com

Alan R Barbee
ecf@marcumllp.com

Paul J. Battista, Esq on behalf of Creditor Committee Creditor Committee
pbattista@gjb-law.com, gjbecf@gjb-law.com

Alexandra D Blye on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net

James M Brako on behalf of Creditor Palm Beach County Tax Collector
LegalServices@pbctax.com

Nancy B Colman on behalf of Creditor MDG Advertising, Inc
ncolman@baritzcolman.com, mizzo@baritzcolman.com

Catherine E Douglas on behalf of Special Counsel David Ristaino
catherine.douglas@akerman.com, jeanette.martinez@akerman.com

Brett A Elam, Esq. on behalf of Interested Party e-Merges.com, Inc.
belam@brettelamlaw.com, info@brettelamlaw.com;deanna@brettelamlaw.com

C Craig Eller, Esq on behalf of Plaintiff BJ4M&M, LLC
celler@broadandcassel.com

C Craig Eller, Esq on behalf of Stockholder BJ4M&M, LLC
celler@broadandcassel.com

John D Emmanuel, Esq on behalf of Creditor Technology Investors, Inc.
emmanuel@fowlerwhite.com, sstorno@fowlerwhite.com

Darren D. Farfante, Esq on behalf of Creditor Technology Investors, Inc.
dfarfante@fowlerwhite.com, Denise.Strand@bipc.com

Keith W. Fendrick on behalf of Creditor Dell Financial Services, LLC
keith.fendrick@hklaw.com, andrea.olson@hklaw.com

Eric B Fisher on behalf of Interested Party Jules B. Kroll
, nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com

Eric B Fisher on behalf of Interested Party Thomas H. Glocer
, nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com

Joseph D Frank on behalf of Creditor Experian Information Solutions, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com

Robert C Furr, Esq on behalf of Debtor TLFO, LLC
bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com

Brian K Gart, Esq. on behalf of Interested Party TransUnion Holding Company, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Mariaelena Gayo-Guitian on behalf of Creditor Committee Creditor Committee
mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Robert N Gilbert, Esq. on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
rgilbert@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net

Daniel L. Gold, Esq. on behalf of Interested Party LexisNexis Risk Solutions FL, Inc.
dgold@ecccounsel.com, bankruptcy@ecclegal.com,nsocorro@ecclegal.com

Alvin S. Goldstein, Esq on behalf of Debtor TLFO, LLC
mmitchell@furrcohen.com, atty_furrcohen@bluestylus.com

Alvin S. Goldstein, Esq on behalf of Defendant TLO, LLC
mmitchell@furrcohen.com, atty_furrcohen@bluestylus.com

Linda W Jackson on behalf of Plaintiff Jules B. Kroll
jackson@salazarjackson.com, aguilar@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarjackson.com

Linda W Jackson on behalf of Plaintiff Ole Poulsen
jackson@salazarjackson.com, aguilar@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarjackson.com

Linda W Jackson on behalf of Plaintiff Thomas H. Glocer
jackson@salazarjackson.com, aguilar@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarjackson.com

Anthony Kang, Esq. on behalf of Creditor Experian Information Solutions, Inc.
akang@arnstein.com

Philip J Landau on behalf of Creditor Tracers Information Specialists
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Philip J Landau on behalf of Creditor Triax Data, Inc.
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Philip J Landau on behalf of Creditor Nancy Kilburn
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Philip J Landau on behalf of Creditor Terry Kilburn
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Philip J Landau on behalf of Plaintiff Tracers Information Specialists Inc
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Bernice C. Lee on behalf of Creditor Tracers Information Specialists
blee@sfl-pa.com, vchapkin@sfl-pa.com

Bernice C. Lee on behalf of Creditor Triax Data, Inc.
blee@sfl-pa.com, vchapkin@sfl-pa.com

Bernice C. Lee on behalf of Plaintiff Tracers Information Specialists Inc
blee@sfl-pa.com, vchapkin@sfl-pa.com

Sharon L Levine on behalf of Interested Party Warburg Pincus LLC
slevine@lowenstein.com

Sharon L Levine on behalf of Interested Party Andrew Prozes
slevine@lowenstein.com

Corali Lopez-Castro, Esq on behalf of Creditor Hunter Creek LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor JHBTLO, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Barbara Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Brian Bachman
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Gene Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Jay H Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Peter Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Hunter Creek, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff JHBTLO, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Barbara Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Brian Bachman
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Gene Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Jay Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Peter Ripp
clc@kttlaw.com, rcp@kttlaw.com

Etan Mark on behalf of Creditor Technology Investors, Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Defendant Technology Investors Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Defendant Technology Investors, Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Jerry M Markowitz on behalf of Creditor Dun & Bradstreet
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Jerry M Markowitz on behalf of Mediator Jerry M. Markowitz
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Jerry M Markowitz on behalf of Mediator Jerry M. Markowitz
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Adam D. Marshall, Esq. on behalf of Creditor Technology Investors, Inc.
AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com

Adam D. Marshall, Esq. on behalf of Interested Party Technology Investors Inc.
AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com

Thomas M. Messana, Esq. on behalf of Creditor GCA Savvian Advisors, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Todd C Meyers on behalf of Creditor Equifax Information Services, LLC
tmeyers@kilpatricktownsend.com,
rrahman@kilpatricktownsend.com;lcanty@kilpatricktownsend.com;mlangford@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com;prosenblatt@kilpatricktownsend.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost, as Co-Trustee of the Caroline J. Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost, as Co-Trustee of the Eliza Desiree Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher, as Co-Trustee of the Caroline J. Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher, as Co-Trustee of the Eliza

7

Desiree Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Judith W. Redden Trust
rmiller@gunster.com, vyon@gunster.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jason S Rigoli, Esq. on behalf of Debtor TLFO, LLC
jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com

Jason S Rigoli, Esq. on behalf of Interested Party TLO, LLC
jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com

Mark S. Roher on behalf of Debtor TLFO, LLC
mroher@conradscherer.com, markroher@gmail.com;vpupo@conradscherer.com

Mark S. Roher on behalf of Defendant TLO, LLC
mroher@conradscherer.com, markroher@gmail.com;vpupo@conradscherer.com

Luis Salazar, Esq. on behalf of Creditor Applied Data Sciences
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Creditor Data Acquisition Group, LLC
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Dan MacLachlan
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Derek Dubner
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Jules B. Kroll
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

8

Luis Salazar, Esq. on behalf of Interested Party Ole Poulsen
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Thomas H. Glocer
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Jules B. Kroll
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Ole Poulsen
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Thomas H. Glocer
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com


David Samole, Esq on behalf of Plaintiff Hunter Creek, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff JHBTLO, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Barbara Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Brian Bachman
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Gene Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Jay Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Peter Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

Kevin G. Schneider on behalf of Creditor Infutor Data Solutions Corporation
kschneider@ngelaw.com

Esperanza Segarra on behalf of Creditor Gary J. Schultheis
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Creditor Shawn Smith
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Plaintiff Gary Schultheis
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Plaintiff Shawn Smith
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Paul Steven Singerman, Esq on behalf of Creditor Technology Investors, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Defendant Technology Investors Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Defendant Technology Investors, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Interested Party TransUnion Holding Company, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Steven B Smith on behalf of Interested Party Jules B. Kroll
smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Steven B Smith on behalf of Interested Party Thomas H. Glocer
smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Steven J. Solomon, Esq. on behalf of Interested Party Warburg Pincus LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Interested Party Andrew Prozes
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Sabrina L Streusand on behalf of Creditor Dell Financial Services, LLC
streusand@slollp.com, prentice@slollp.com

TR Capital Management (TRoss)
tross@trcmllc.com

Charles M Tatelbaum on behalf of Creditor Gary J. Schultheis
cmt@trippscott.com, ksb@trippscott.com

Charles M Tatelbaum on behalf of Plaintiff Gary Schultheis
cmt@trippscott.com, ksb@trippscott.com

Charles M Tatelbaum on behalf of Plaintiff Shawn Smith
cmt@trippscott.com, ksb@trippscott.com

John R Thomas on behalf of Creditor Wells Fargo Bank, N.A.
jthomas@smithhulsey.com, aadams@smithhulsey.com

Scott A. Underwood, Esq. on behalf of Creditor Technology Investors, Inc.
scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com

Scott A. Underwood, Esq. on behalf of Defendant Technology Investors Inc.
scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com

Scott A. Underwood, Esq. on behalf of Defendant Technology Investors, Inc.
scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com

Aaron A Wernick on behalf of Debtor TLFO, LLC
awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com

Henry S Wulf, Esq on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
hwulf@cfjblaw.com, kdesroches@cfjblaw.com

Stuart A Young, Esq on behalf of Creditor Infutor Data Solutions Corporation
syoung@ybplaw.com

Linda J Zhou on behalf of Creditor Technology Investors, Inc.
linda.zhou@bipc.com, sabrina.storno@bipc.com

```
Label Matrix for local noticing        Akerman LLP                            BJ4M&M, LLC
113C-9                                 350 East Las Olas Blvd.                c/o C. Craig Eller, Esquire
Case 13-20853-PGH                      Suite 1600                             Broad and Cassel
Southern District of Florida           Fort Lauderdale, Fl 33301-4247         One North Clematis Street, Suite 500
West Palm Beach                                                               West Palm Beach, FL 33401-5537
Tue Jan 20 16:57:08 EST 2015

BRE/BOCA Corporate Center L.L.C.       CoreLogic, Inc.                        Creditor Committee
c/o Carlton Fields PA                  Hunton & Williams LLP                  c/o Paul J Battista, Esq
525 Okeechobee Blvd #1200              c/o David Bane                         100 SE 2nd St
West Palm Beach, FL 33401-6350         1111 Brickell Avenue                   Miami, FL 33131-2100
                                       Suite 2500
                                       Miami, FL 33131-3155

Data Acquisition Group, LLC            Dell Financial Services, LLC           Equifax Information Services, LLC
c/o Luis Salazar                       c/o Streusand, Landon & Ozburn, LLP    Kilpatrick Townsend & Stockton LLP
Salazar Jackson, LLP                   811 Barton Springs Rd #811             1100 Peachtree Street
2 South Biscayne Blvd                  Autsin, TX 78704-1166                  Suite 2800
Suite 3760                                                                    Atlanta, GA 30309-4530
Miami, Fl 33131-1815

GCA Savvian Advisors, LLC              Greencook Management LLC               Hunter Creek LLC
c/o Messana, P.A.                      26801 Hickory Blvd                     c/o Covington & Burling LLP
401 East Las Olas Blvd.                Bonita Springs, FL 34134-8304          620 Eighth Ave
Suite 1400                                                                    New York, NY 10018-1618
Fort Lauderdale, FL 33301-2218

Infutor Data Solutions Corporation     Internal Revenue Service               JHBTLO, LLC
c/o Stuart A Young, Esq                Centralized Insolvency Operations      c/o Kozyak Tropin & Throckmorton, P.A.
1860 Forest Hill Blvd. #201            POB 7346                               2525 Ponce de Leon Boulevard
West Palm Beach, FL 33406-6086         Philadelphia, PA 19101-7346            9th Floor
                                                                              Miami, FL 33134-6039

Kozyak Tropin & Throckmorton, P.A.     Linebarger Groggan Blair & Sampson, LLP   Palm Beach County Tax Collector
2525 Ponce de Leon Blvd.               c/o Jim Schober, Esq.                     c/o James M. Brako, General Counsel
9th Floor                              Barlett & Schober, P.C.                   P.O. Box 3715
Miami, FL 33134-6039                   1611 Nueces St.                           West Palm Beach, FL 33402-3715
                                       Austin, TX 78701-1105

Receivable Management Services         Sonar Credit Partners II LLC           TLFO, LLC
Authorized Agent for Dun & Bradstreet  200 Business Pk Dr #201                4530 Conference Way South
c/o Ronald Rowland Esq                 Armonk, NY 10504-1751                  Boca Raton, FL 33431-4489
307 International Cir #270
Hunt Valley, MD 21030-1322

TR Capital Management (TRoss)          Technical Electric Systems Inc         Technology Investors, Inc.
336 Atlantic Ave # 302                 87 S Hwy 17-92 Unit B                  c/o Marshall Socarras Grant, P.L.
East Rockaway, NY 11518-1124           DeBary, FL 32713-3364                  197 South Federal Highway #300
                                                                              Boca Raton, FL 33432-4946

Tracers Information Specialists        Triax Data, Inc.                       Wells Fargo Bank, N.A.
c/o Philip J. Landau, Esq.             c/o Shraiberg, Ferrara & Landau, P.A.  c/o John R. Thomas, Esq.
Shraiberg, Ferrara & Landau, P.A.      Philip J. Landau, Esq.                 Smith Hulsey & Busey
2385 NW Executive Center Drive, # 3    2385 NW Executive Center Drive, # 3    225 Water Street, Suite 1800
Boca Raton, FL 33431-8579              Boca Raton, FL 33431-8579              Jacksonville, FL 32202-4494

e-Merges.com, Inc.                     tw telecom inc                         Accutrend Data Corp
105 S. Narcissus Avenue                c/o Linda Boyle                        7860 East Berry PL #200
Suite 802                              10475 Park Meadows Dr #400             Englewood, CO 80111-2303
West Palm Beach, FL 33401-5530         Littleton, CO 80124-5433
```

| | | |
|---|---|---|
| Accutrend Data Corp.<br>P.O. Box 6615<br>Greenwood Village, CO 80155-6615 | Apache Corporation<br>Attn: Andrew Friedberg<br>2000 Post Oak Blvd #100<br>Houston, TX 77056-4400 | BDO USA LLP<br>Attn: Laurence W Goldberg<br>4035 Premier Dr #333<br>High Point NC 27265-8312 |
| BDO USA, LLP<br>1601 Forum Place<br>#904 Centurion Plaza<br>West Palm Beach, FL 33401 | BRE Boca Corporate Center, LLC (Ptrship)<br>39174 Treasury Center<br>Chicago, IL 60694-9100 | BRE/Boca Corporate Center, LLC<br>Equity Office Management, LLC<br>Attn:  Brian Vaas<br>5000 T Rex Avenue, Suite 100<br>Boca Raton, FL 33431-4492 |
| Bob Davis<br>3941 S. Bristol St #D<br>Santa Ana, CA 92704-7496 | CDW, LLC<br>200 N Milwaukee Ave<br>Vernon Hills, IL 60061-1577<br>Attn: Vida Krug | Charles Simpson, B'cy Mgr<br>Dell Financial Svcs LLC<br>2300 Greenlawn Blvd, MS RR3-52<br>Round Rock TX 78682-0001 |
| Christopher Cavalier<br>Experian North America<br>475 Anton Blvd<br>Coasta Mesa CA 92626-7037 | Compact Information Systems Inc<br>7120   185th Ave NE<br>Redmond, WA 98052-0575 | Compass Marketing Solutions LLC<br>808 P Street #300<br>Lincoln, NE 68508-1383 |
| Cookie Schwartz Diaz<br>POB 221643<br>Newhall CA 91322-1643 | CoreLogic Information Solutions Inc<br>Corelogic Solutions I LC<br>40 Pacifica #900<br>Irvine, CA 92618-7487 | CoreLogic Teletrack, Inc.<br>P.O. Box 847075<br>Dallas, TX 75284-7075 |
| Corelogic Information Solutions, Inc.<br>P.O. Box 847239<br>Dallas, TX 75284-7239 | Corelogic Teletrack Inc<br>Teletrack LLC<br>5550-A Peachtree Pkyw #600<br>Norcross, GA 30092 | Corelogic Teletrack, Inc<br>f/ka/ First American Corelogic<br>PO Box 847075<br>Dallas, TX 75284-7075 |
| DTE Boca Raton, LLC (Corp.)<br>414 S. Main St., #600<br>Ann Arbor, MI 48104-2398 | Daniel Merchant<br>SMA Communications<br>6901 SW 18 St #E202<br>Boca Raton FL 33433-7037 | Data Acquisition Group, LLC<br>c/o Salazar Jackson, LLP<br>Two South Biscayne Boulevard<br>Suite 3760<br>Miami, Florida 33131-1815 |
| DataOne Software<br>150 Granby St<br>Norfolk, VA 23510-1604 | DataQuick<br>File 50261<br>Los Angeles, CA 90074-0261 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dell Financial Services<br>PO Box 99355<br>Chicago, IL 60693-9355 | Dell Financial Services (Lease Contr)<br>Payment Processing Center<br>P.O. Box 6549<br>Carol Stream, IL 60197-6549 | Dell Financial Services, LLC<br>c/o Streusand, Landon & Ozburn, LLP<br>811 Barton Springs Rd., Ste. 811<br>Austin, Texas 78704-1166 |
| Dell Marketing L.P. - 9389<br>C/O Dell USA L.P.<br>P.O. Box 534118<br>Atlanta, GA 30353-4118 | Dell Marketing, L.P.<br>c/o Sabrina Streusand<br>Streusand, Landon & Ozburn, LLP<br>811 Barton Springs Rd., Ste. 811<br>Austin, TX 78704-1166 | Department of Highway Safety<br>and Motor Vehicle<br>2900 Apalachee Pkwy<br>Tallahassee, FL 32399-0500 |

| | | |
|---|---|---|
| Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Dun & Bradstreet Inc.<br>P.O. Box 75434<br>Chicago, IL 60675-5434 | Dun & Bradstreet<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 |
| Dun and Bradstreet Inc<br>3 Sylvan Way<br>Attn Electronic Licensing<br>Parsippany, NJ 07054-3822 | Equifax Credit Mktg. Services (LLC/Corp)<br>P.O. Box 945510<br>Atlanta, GA 30394-5510 | Equifax Information Services<br>1550 Peachtree St<br>Atlanta, GA 30309-2468 |
| Equifax Information Services, LLC<br>c/o Paul M. Rosenblatt, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309-4530 | Experian - 2983<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian - 3664<br>P.O. Box 881971<br>Los Angeles, CA 90088-1971 |
| Experian - 3812<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian - 7485 (Inc.)<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian - 7690<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 |
| Experian - 9430<br>P.O. Box 886133<br>Los Angeles, CA 90088-6133 | Experian Information Solutions Inc<br>475 Anton Blvd<br>Costa Mesa, CA 92626-7037 | Experian Information Solutions, Inc.<br>c/o Joseph D. Frank<br>FrankGecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654-6465 |
| FACTIVA Inc, a Dow Jones Co<br>Attn: Credit Dept<br>POB 300<br>Princeton NJ 08543-0300 | Factiva Inc.<br>P.O. Box 300<br>Princeton, NJ 08543-0300 | (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 |
| GCA Savvian Advisors, LLC<br>c/o Robert L. Eisenbach III<br>Cooley LLP<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800 | Gary Myhre<br>6008 Lelac Rd<br>Boca Raton, FL 33496-2302 | Gary Schultheis, c/o E.Segarra, Hinshaw & Cu |
| Gary Steck<br>LSSiDATA<br>1 Sentry Pkwy #7000<br>Blue Bell PA 19422-2310 | Green Cook Management, LLC<br>c/o William H. Myers, Esquire<br>Porter Wright et. al.<br>9132 Strada Place<br>Bonita Springs, FL 34108-2942 | Infutor Data Solutions Corp<br>111 Zapata Lane<br>Minooka, IL 60447-9355 |
| Infutor Data Solutions Inc<br>c/o Kevin G Schneider<br>2 N LaSalle St #1700<br>Chicago IL 60602-4000 | Infutor Data Solutions, Inc.<br>15129 S. Route 59<br>Plainfield, IL 60544-2772 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| JAG 25 Enterprises<br>11031 Springfield Place<br>Hollywood, FL 33026-4855 | JAG 25 Enterprises, Inc.<br>11031 Springfield Place<br>Cooper City, FL 33026-4855 | Joseph D. Frank<br>FrankGecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654-6465 |

| | | |
|---|---|---|
| Jules Kroll<br>845 Third Ave, 4th Floor<br>New York, NY 10022-6647 | Katherine Bartnik<br>c/o C Larmoyeux and B Bone<br>550 S Quadrille Blvd #200<br>West Palm Beach FL 33401-5855 | LEAF<br>POB 644006<br>Cincinnati, OH 45264-4006 |
| LSSi Data Corp<br>One Sentry Pkwy #6000<br>Blue Bell, PA 19422-2310 | LSSiData Corp.<br>P.O. Box 730401<br>Dallas, TX 75373-0401 | Leaf Capital<br>1720 A Crete St<br>Moberly, MO 65270-3681 |
| Lssidata<br>Volt Delta Resources<br>1600 Stewart Ave #305<br>Westbury NY 11590-6611 | Mary N. Price as PR of the Estate of W. H. P<br>c/o William H. Myers, Esquire<br>Porter Wright et. al.<br>9132 Strada Place<br>Bonita Springs, FL 34108-2942 | Matthew A. Foreman Esq<br>Atty for Tracers Info<br>11031 Spring Hill Dr<br>Spring Hill, FL 34608-5049 |
| Monster Worldwide Inc.<br>7800 West Brown Deer Road<br>Suite 200<br>Milwaukee, WI 53223-1915 | Monster, Inc.<br>P.O. Box 90364<br>Chicago, IL 60696-0364 | NominoData LLC<br>PO Box 3340<br>Incline Village, NV 89450-3340 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ole Poulsen<br>18800 Bull Springs Rd<br>Bend OR 97701-9487 | Palm Beach County Tax Collector<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 |
| SMA Communications, LLC<br>6901 S.W. 18th St. #E-202<br>Boca Raton, FL 33433-7037 | Scott Wagner<br>8668 Breezy Hill Dr<br>Boynton Beach, FL 33473-4899 | Sonar Credit Partners II LLC<br>80 Business Pk Dr #208<br>Armonk NY 10504-1701 |
| Steven D. Sass<br>Dun & Bradstreet<br>307 International Cir #270<br>Hunt Valley MD 21030-1322 | Sunera LLC<br>201 E. Kennedy Blvd.<br>Suite #415<br>Tampa, FL 33602-5823 | Syncapes Corp<br>PO Box 347870<br>Pittsburgh, PA 15251-4870 |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598-0633 | Technical Electric Systems Inc<br>87 S Highway 17-92, #B<br>Debary, FL 32713-3364 | Technical Electric Systems Inc<br>87-B S. US Highway 17-92<br>DeBary, FL 32713-3364 |
| Technology Investors Inc<br>c/o Mike Kuzy<br>1948 NE 7 Terr<br>Ft Lauderdale FL 33305-2207 | Technology Investors, Inc.<br>c/o Scott A. Underwood<br>Fowler White Boggs P.A.<br>P.O. Box 1438<br>Tampa, FL 33601-1438 | Terry Kilburn, Chief Op Officer<br>Tracers Information Spec Inc<br>15470 Flight Path Dr<br>Brooksville FL 34604-6823 |
| Thomas Glocer<br>60 East 96th Street, PHB<br>New York, NY 10128-0757 | Tracers Information Specialists, Inc.<br>15470 Flight Path Drive<br>Brooksville, FL 34604-6823 | TransUnion LLC<br>Attn: Accounts Receivable<br>555 W Adams St<br>Chicago IL 60661-3631 |

| | | |
|---|---|---|
| TransUnion, LLC<br>P.O. Box 99506<br>Chicago, IL 60693-9506 | Triax Data, Inc.<br>c/o Philip J. Landau, Esq.<br>Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive, Suite 30<br>Boca Raton, Florida 33431-8579 | Wells Fargo Bank, N.A.<br>c/o John R. Thomas, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202-4494 |
| West Payment Center (Corp)<br>P.O. Box 6292<br>Carol Stream, IL 60197-6292 | Aaron A Wernick<br>2255 Glades Rd # 337W<br>Boca Raton, FL 33431-7379 | Alan R Barbee<br>Marcum LLP<br>525 Okeechobee Blvd # 750<br>West Palm Beach, FL 33401-6329 |
| Alvin S. Goldstein Esq<br>2255 Glades Rd #337W<br>Boca Raton, FL 33431-7379 | Barbara Ripp<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 | Brian Bachman<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 |
| Caroline Asher Yoost<br>c/o Raymond V Miller, Esq<br>600 Brickell Ave #3500<br>Miami, FL 33131-3090 | Caroline Asher Yoost, as Co-Trustee of the C<br>c/o Raymond V. Miller<br>600 Brickell Ave #3500<br>Miami, FL 33131-3090 | Caroline Asher Yoost, as Co-Trustee of the E<br>c/o Raymond V. Miller<br>600 Brickell Ave #3500<br>Miami, FL 33131-3090 |
| Dan MacLachlan<br>c/o Salazar Jackson, LLP<br>Two South Biscayne, Suite 3760<br>Attn: Luis Salazar<br>Miami, FL 33131-1815 | David Ristaino<br>350 E Las Olas Blvd #1600<br>Ft Lauderdale, FL 33301-4247 | Derek Dubner<br>c/o Salazar Jackson, LLP<br>Two South Biscayne, Suite 3760<br>Miami, FL 33131-1815 |
| Eliza Desiree Asher<br>c/o Raymond V Miller, Esq<br>600 Brickell Ave #3500<br>Miami, FL 33131-3090 | Eliza Desiree Asher, as Co-Trustee of the Ca<br>c/o Raymond V. Miller<br>600 Brickell Ave #3500<br>Miami, FL 33131-3090 | Eliza Desiree Asher, as Co-Trustee of the El<br>c/o Raymond V. Miller Esq<br>600 Brickell Ave #3500<br>Miami, FL 33131-3090 |
| Frank E. Jaumot<br>Ahearn Jasco & Company<br>190 SE 19th Avenue<br>Pompano Beach, FL 33060-7549 | Gene Bernstein<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 | James F Carroll<br>633 S Federal Hwy, 8 Fl<br>Ft Lauderdale, FL 33301-3164 |
| Jason S Rigoli Esq.<br>2255 Glades Rd # 337W<br>Boca Raton, FL 33431-7379 | Jay H Bernstein<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 | Jerry M. Markowitz<br>9130 S Dadeland Blvd<br>Two Datran Ctr #1800<br>Miami, FL 33156-7849 |
| Jim Schober<br>1611 Nueces St<br>Austin, TX 78701-1105 | Judith W. Redden Trust<br>c/o Raymond V. Miller, Esq.<br>Gunster Yoakley & Stewart PA<br>2 South Biscayne Blvd.<br>Suite 3400<br>Miami, FL 33131-1807 | Jules B. Kroll<br>c/o Luis Salazar<br>Salazar Jackson, LLP<br>2 South Biscayne Blvd. Suite 3760<br>Miami, FL 33131-1815 |
| Mark S. Roher Esq.<br>633 S Federal Hwy #800<br>Ft Lauderdale, FL 33301-3166 | Mary N. Price<br>c/o Barry S Balmuth<br>1601 Forum Pl #1101<br>West Palm Beach, FL 33401-8104 | Matthew A Foreman<br>20 S Broad St<br>Brooksville, FL 34601-2829 |

| | | |
|---|---|---|
| Nancy Kilburn<br>c/o Philip J. Landau, Esq.<br>Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive, # 3<br>Boca Raton, FL 33431-8579 | Ole Poulsen<br>Salazar Jackson, LLP<br>2 South Biscayne Blvd. Suite 3760<br>Miami, FL 33131-1815 | Peter Ripp<br>c/o Covington & Burling LLP<br>620 Eighth Ave<br>New York, NY 10018-1572 |
| R Lumpkin<br>100 SE 2nd St, 30 Fl<br>Miami, FL 33131-2194 | Robert C Furr Esq<br>2255 Glades Rd #337W<br>Boca Raton, FL 33431-7379 | Shawn Smith<br>c/o Esperanza Segana Esq<br>2525 Ponce de Leon Blvd #400<br>Coral Gables, FL 33134-6044 |
| Terry Kilburn<br>c/o Philip J. Landau, Esq.<br>Shraiberg, Ferrara & Landau, P.A.<br>2385 NW Executive Center Drive, # 3<br>Boca Raton, FL 33431-8579 | Thomas Santoro<br>1101 Brickell Ave #S-503<br>Miami, FL 33131-3110 | Thomas H. Glocer<br>c/o Luis Salazar<br>Salazar Jackson, LLP<br>2 South Biscayne Blvd. Suite 3760<br>Miami, FL 33131-1815 |
| William H Price | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Dell Financial Services<br>MAIL STOP PS2DF-23<br>One Dell Way<br>Round Rock, TX 78682 | Federal Trade Commission<br>8600 Pennsylvania Ave NW<br>Washington, DC 20580 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Applied Data Sciences | (u)Dun & Bradstreet | (u)Equifax Information Services, LLC |
| (u)Experian Information Solutions, Inc. | (u)LexisNexis Risk Solutions FL, Inc. | (u)Oversight Committee |
| (u)Teletrack LLC | (u)TransUnion Holding Company, Inc. | (u)TransUnion LLC |

| | | |
|---|---|---|
| (u)Warburg Pincus LLC | (u)West Palm Beach | (d)CoreLogic Information Solutions<br>CoreLogic Solutions, I LC<br>40 Pacifica #900<br>Irvine, CA 92618-7487 |
| (d)Equifax Information Services LLC<br>1550 Peachtree St<br>Atlanta, GA 30309-2468 | (u)Gary J. Schultheis c/o E. Segarra, Hinshaw | (u)Gary J. Schultheis, c/o Hinshaw & Culberts |
| (d)Greencook Management LLC<br>26801 Hickory Blvd<br>Bonita Springs, FL 34134-8304 | (u)John O. Schaeffer<br>**DELETED PER DE#775** | (u)MDG Advertising Inc.<br>**Withdrawn per DE#1272** |
| (u)Paul Fichtman<br>**DELETED PER DE#775** | (d)SMA Communications, LLC<br>6901 S.W. 18th St. #E-202<br>Boca Raton, FL 33433-7037 | (d)Technical Electric Systems, Inc.<br>87-B S. US Highway 17-92<br>DeBary, FL 32713-3364 |
| (u)Various Members | (u)William H. Price<br>**DELETED PER DE#775** | (u)William Price<br>**DELETED PER DE#775** |
| (u)Ana Massetti | (u)Andrew Prozes | (d)Gary Myhre<br>6008 LeLac Rd<br>Boca Raton, FL 33496-2302 |
| (u)Gary J. Schultheis<br>c/o Esperanza Segarra, Esq.<br>2525 Ponce de Leon Blvd, 4th floor<br>Coral Gables | (u)John Walsh | (u)Katherine Bartnik |
| (u)Leroy Wilson | (u)Mariaelena Gayo-Guitian | (u)Michael Turner |
| (u)Walter Tomal Yoost | End of Label Matrix<br>Mailable recipients   159<br>Bypassed recipients    34<br>Total                 193 | |