UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                          Case No.  13-20853-PGH
                                                Chapter 11

TLFO, LLC,

        Debtor.

_____/

# LIQUIDATING PLAN DISBURSING AGENT'S
## POST-CONFIRMATION QUARTERLY OPERATING REPORT
### FOURTH QUARTER 2014

FOR THE PERIOD

**FROM:   OCTOBER 1, 2014, to  DECEMBER 31, 2014**

The above-named Debtor files its Amended Periodic Financial Report in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

*/s/Robert C. Furr*
FURR AND COHEN, P.A.
Liquidating Plan Disbursing Agent
2255 Glades Road
One Boca Place, Suite 337W
Boca Raton, FL 33431
(561) 395-0500/ (561)338-7532 fax
Robert C. Furr, Esq.
Florida Bar No. 210854
E-mail: agoldstein@furrcohen.com

Date:  1/27/2015

cc:    Heidi A. Feinman, Esquire, by Notice of Electronic Filing

H:\LIBRARY\BANKRUPTCY\TLO LLC 13-083\PLD\DIP Cover Sheet.doc

SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| FOR THE PERIOD BEGINNING: | October 1, 2014 |
|---|---|
| AND ENDING: | December 31, 2014 |

| NAME OF DEBTOR: | TLFO, LLC |
|---|---|
| CASE NUMBER: | 13-20853-PGH |

|  | CURRENT PERIOD | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| FUNDS AT BEGINNING OF PERIOD | $ | 15,400,132.24 | $ | 1,154,609.83 |
| RECEIPTS: | | | | |
| 1 . Cash Sales | | | $ | 6,670.87 |
| Minus: Cash Refunds | | | | |
| Net Cash Sales | | | | 6,670.87 |
| 2 . Accounts Receivable | | - | | 16,941,643.04 |
| 3 . Refunds and Adjustments | | - | | (154,392.66) |
| 4 . Other Receipts (see Detail Schedule) | | 50,844.56 | | 165,236,749.32 |
| TOTAL RECEIPTS | $ | 50,844.56 | $ | 182,030,670.57 |
| TOTAL CASH AVAILABLE FOR OPERATIONS | $ | 15,450,976.80 | $ | 183,185,280.40 |
| DISBURSEMENTS: | | | | |
| A . Advertising | $ | - | $ | 111,454.30 |
| B . Bank Charges | | 1,969.39 | | 241,067.28 |
| C . Contract Labor | | - | | - |
| D . Fixed Asset Payments (not inc. in "N") | | - | | - |
| E . Insurance | | - | | 1,064,497.89 |
| F . Inventory Payments (See Attach. 2) | | - | | - |
| G . Leases | | - | | 566,227.41 |
| H . Data Acquisition Costs | | - | | 9,631,384.13 |
| I . Office Expense | | - | | 301,411.11 |
| J . Payroll - Net (See Attachment 4) | | 418.00 | | 5,707,934.79 |
| K . Professional Fees (Accounting & Legal) | | 586,474.74 | | 10,650,402.91 |
| L . Rent | | - | | 1,583,564.11 |
| M . Repairs & Maintenance | | - | | 29,434.42 |
| N . Secured Creditor Payments (See Attach. 2) | | - | | 6,188,750.00 |
| O . Taxes Paid - Payroll (See Attachment 4C) | | - | | 2,106,075.86 |
| P . Taxes Paid - Sales & Use (See Attachment 4C) | | - | | - |
| Q . Taxes Paid - Other (See Attachment 5B) | | 168.58 | | 90,331.80 |
| R . Telephone | | - | | 113,027.68 |
| S . Travel & Entertainment | | - | | 246,461.35 |
| T . Utilities | | - | | 793,227.27 |
| U . Vehicle Expense | | - | | - |
| V . Other Operating Expenses (See MOR-3) | | 900,000.00 | | 1,486,332.64 |
| X . Other Non Operating Transfers (See MOR-3) | | 11,992,358.00 | | 140,133,206.16 |
| Y . U.S. Trustee Quarterly Fee | | 30,002.00 | | 102,950.00 |
| Z . Expense paid on behalf of Greencook/Merlin | | - | | 98,001.20 |
| | | | | - |
| TOTAL CASH DISBURSEMENTS | $ | 13,511,390.71 | $ | 181,245,694.31 |
| ENDING CASH BALANCE: | $ | 1,939,586.09 | $ | 1,939,586.09 |

**NOTE (1): See Attachment 8 for Record Keeping Overview and Cash Receipts & Disbursements**

I DECLARE UNDER PENALTY OF PERJURY THAT THIS STATEMENT AND THE ACCOMPANYING DOCUMENTS AND REPORTS ARE
TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. *

This 2 day of January , 2015 _____ (Signature)

MOR-2

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (continued)
Detail of Other Receipts and Disbursements

| FOR THE PERIOD BEGINNING: | | October 1, 2014 |
|---|---|---|
| AND ENDING: | | December 31, 2014 |
| | | |
| NAME OF DEBTOR: | | TLFO, LLC |
| CASE NUMBER: | | 13-20853-PGH |

| | | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| **D.** | **Other Receipts** | | |
| | 1. | - | 153,911,475.46 |
| | 2. | - | 6,000,000.00 |
| | 3. Interest Earned (T-Bills) | - | 4,094.69 |
| | 4. Child Rescue Coalition Inc - Reimbursements | - | 128,728.30 |
| | 5. Akerman LLP - Sale Proceeds | - | 1,832,765.99 |
| | 6. Receivables | 3,740.00 | 73,513.67 |
| | 7. Other Receipts | 8,801.75 | 247,868.40 |
| | 8. Life Insurance Final Settlement (Ver Ploeg) | | 3,000,000.00 |
| | 9. Greencook Auction Proceeds | 25,931.00 | 25,931.00 |
| | 10. Other Refunds | 12,371.81 | 12,371.81 |
| | **Total Other Receipts** | **$50,844.56** | **$165,236,749.32** |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.). Please describe below:

| | Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| | | CURRENT PERIOD | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| **V.** | **Other Operating Expenses** | | |
| | 1. Payroll for Interactive Data (ID) | - | 174,824.47 |
| | 2. Expenses for Interactive Data (ID) | - | 1,652.00 |
| | 3. Difference from prior period | - | (3,280.56) |
| | 4. Security Deposit for Rent | - | 96,280.83 |
| | 5. Epiq Bankruptcy (Bankruptcy Advertising Costs) | - | 40,077.54 |
| | 6. CEO Administrative Salary (Caroline and Desiree) | 900,000.00 | 900,000.00 |
| | 7. | - | 0.00 |
| | 10 | - | 0.00 |
| | **Total Other Operating Expenses** | **$ 900,000.00** | **$ 1,209,554.28** |
| **X.** | **Non Operating Transfers** | | |
| | 1. Global Data Company | $ - | $ 450,000.00 |
| | 2. Furr and Cohen/Trust Account-see ATT 9 | - | 980,266.31 |
| | 3. Settlement of pre-DIP expenses | - | 328,326.29 |
| | 4. Office Moving Expenses-due from TransUnion | - | 3,997.21 |
| | 5. Fine Line Electric Inc | - | - |
| | 6. Pre-petition Cure Payments | - | - |
| | 7. Post Confirmation Distribution to Estate of Hank Asher | - | 35,000,000.00 |
| | 8. Post Confirmation Distribution to Class 3 Claimants | - | 12,742,866.72 |
| | 9. Post Confirmation Distribution to Class 4 Claimants | - | 654,037.88 |
| | 10. Post Confirmation Distribution to Class 5 Claimants | 8,592,358.00 | 74,244,772.77 |
| | 11. Settlement of GCA Savvian | 3,400,000.00 | 3,400,000.00 |
| | **Total Non Operating Transfers** | **$ 11,992,358.00** | **$ 127,804,267.18** |

NOTE (1): See Attachment 8 for Explanation of Bank Accounts and Activity

ATTACHMENT 1

ACCOUNTS RECEIVABLE AGING AND RECONCILIATION

| | |
|---|---|
| FOR THE PERIOD BEGINNING: | October 1, 2014 |
| AND ENDING: | December 31, 2014 |
| | |
| NAME OF DEBTOR: | TLFO, LLC |
| CASE NUMBER: | 13-20853-PGH |

ACCOUNTS RECEIVABLE AT PETITION DATE:                                              2,269,860.33

ACCOUNTS RECEIVABLE RECONCILIATION

| | |
|---|---|
| Beginning of Period Balance | - |
| | |
| Add: New Billings | - |
| Less: AR received* | - |
| Add: returns | - |
| Adjustment: Unearned Income | - |
| Bad debt write-off | - |
| Bal transferred from Greencook | - |
| Adj from prior period | |
| **TOTAL ENDING ACCOUNTS RECEIVABLE:** | - |

* For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

Prepaid customer balances are removed from A/R by adjusting entry at the end of the month.

AGING: (Show the total amount for each age group of accounts incurred since the receivership):

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91+ Days | Total |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |

* For any receivables in the "Over 90 days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, |
|---|---|---|

*A/R is being collected by the Buyer and the receivable will be reconciled and remitted 90 days after the Sale.
**NOTE (3): See Attachment 8 for Explanation of Accounts Receivable Activity**

ATTACHMENT 2

ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

| | |
|---|---|
| FOR PERIOD BEGINNING: | October 1, 2014 |
| AND ENDING: | December 31, 2014 |
| | |
| NAME OF DEBTOR: | TLFO, LLC |
| CASE NUMBER: | 13-20853-PGH |

In the space below, list all invoices or bills incurred and not paid by the Debtor since the filing of the Petition. Do not include amounts owed prior to the filing date.

| DATE INCURRED | DAYS OUTSTANDING | VENDOR | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 0.00 |

| | | |
|---|---|---|
| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | |
| Opening Balance at Beginning of Period: | 112,203.47 | |
| PLUS: New Indebtedness Incurred During the Period: | 13,423,306.48 | |
| LESS: Amount Paid on Prior Accounts Payable: | (13,499,386.71) | |
| Total Accounts Payable | 36,123.24 | 36,123.24 |

* To the Debtors knowledge, all payables have been settled as of September 30, 2014.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Asher Trusts | | - | | |

**Note (4): See Attachment 8 for Explanation of Accounts Payable Activity**

ATTACHMENT 3

INVENTORY AND FIXED ASSETS REPORT

FOR PERIOD BEGINNING:
AND ENDING:

October 1, 2014
December 31, 2014

NAME OF DEBTOR:
CASE NUMBER:

TLFO, LLC
13-20853-PGH

INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:

INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Period: | | |
| Inventory Purchased During Period: | | - |
| Inventory Used or Sold: | | - |
| Inventory on Hand at End of Period: | $ | - |

METHOD OF COSTING INVENTORY:                                                                     Cost

* For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:
(Includes Property, Plant, and Equipment)

BRIEF DESCRIPTION (First Report Only):

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value at Beginning of Period: | $0.00 |
| LESS: Depreciation Expense | 0.00 |
| PLUS: New Purchases | 0.00 |
| LESS: Sales | 0.00 |
| Ending Period Balance | $0.00 |

ATTACHMENT 4A

MONTHLY SUMMARY OF BANK ACTIVITY - ESCROW ACCOUNT

FOR THE PERIOD BEGINNING:                                             October 1, 2014
AND ENDING:                                                        December 31, 2014

NAME OF DEBTOR:                                                          TLFO, LLC
CASE NUMBER:                                                         13-20853-PGH

NAME OF BANK: Wells Fargo

ACCOUNT NAME: Escrow Account

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT: Sale Closing

| | |
|---|---|
| BEGINNING BALANCE | - |
| Total Deposits Made | - |
| Pre-Petition checks Cleared | |
| Checks/Wires Written | - |
| Total Bank Charges | - |
| Transfers In | |
| Transfers Out | - |
| Prior Period Adj | |
| Ledger Balance | - |
| | |
| Outstanding Checks | - |
| Outstanding Deposits | |
| Escrow Balance | - |

Disbursements

Check Number of First Check Written this Period:

Check Number of Last Check Written this Period:

Number of Checks Written this Period:                    0

Numbers of Voided Checks:

**NOTE (1): See Attachment 8 for Explanation of Bank Accounts and Activity**

ATTACHMENT 5A - Escrow for Sale

CHECK REGISTER - PAYABLES ACCOUNT

FOR THE PERIOD BEGINNING:                                                    10/1/2014
AND ENDING:                                                                  12/31/2014

NAME OF DEBTOR:                                                              TLFO, LLC
CASE NUMBER:                                                                 13-20853-PGH

NAME OF BANK:  Wells Fargo

ACCOUNT NAME:  Escrow Account

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:  Sale Closing

Account for All Check Numbers, Including Voided, Lost, Stopped Payment, etc.

| Date | Check Number | Payee | CF Codes | Amount |
|------|--------------|-------|----------|--------|

ATTACHMENT 4B

MONTHLY SUMMARY OF BANK ACTIVITY - Kansas Money Market

FOR THE PERIOD BEGINNING:                                                October 1, 2014
AND ENDING:                                                            December 31, 2014

NAME OF DEBTOR:                                                             TLFO, LLC
CASE NUMBER:                                                            13-20853-PGH

NAME OF BANK:  Bank of Kansas

ACCOUNT NAME:  Money Market

ACCOUNT NUMBER:  2483

PURPOSE OF ACCOUNT:  Checking Account

| | |
|---|---:|
| BEGINNING BALANCE | 14,801,469.35 |
| Total Deposits Made | 43,198.95 |
| Pre-Petition checks Cleared | |
| Checks/Wires Written | (13,510,078.46) |
| Total Interest Earned | - |
| Transfers In | 349,095.60 |
| Transfers Out | |
| Prior Period Adj | |
| Ledger Balance | 1,683,685.44 |
| Outstanding Checks | - |
| Outstanding Deposits | |
| Cash Sales Proceeds | |

| | Disbursements |
|---|---|
| Check Number of First Check Written this Period: | 1164 |
| Check Number of Last Check Written this Period: | 1236 |
| Number of Checks Written this Period: | 73 |
| Numbers of Voided Checks: | 0 |

**NOTE (1): See Attachment 8 for Explanation of Bank Accounts and Activity**

ATTACHMENT 5B - Kansas Money Market

CHECK REGISTER - Kansas Money Market

| FOR THE PERIOD BEGINNING: | 10/1/2014 |
|---|---|
| AND ENDING: | 12/31/2014 |

| NAME OF DEBTOR: | TLFO, LLC |
|---|---|
| CASE NUMBER: | 13-20853-PGH |

NAME OF BANK:  Bank of Kansas

ACCOUNT NAME:  Money Market

ACCOUNT NUMBER:  2483

PURPOSE OF ACCOUNT:  Checking Account

Account for All Check Numbers, Including Voided, Lost, Stopped Payment, etc.

| Date | Check Number | Payee | CF Codes | Amount |
|---|---|---|---|---|
| 10/2/2014 | 1164 | Derek A. Dubner, PLLC | K | 600.00 |
| 10/2/2014 | 1165 | Capsicum Group | K | 44,591.85 |
| 10/8/2014 | 1167 | Furr and Cohen, P.A. | K | 43,836.37 |
| 10/8/2014 | 1168 | Marcum, LLP | K | 37,863.45 |
| 11/6/2014 | 1169 | Capsicum Group | K | 15,115.00 |
| 10/16/2014 | 1170 | George Adams and Company Ins Agency | K | 14,177.00 |
| 10/16/2014 | 1171 | Genovese Joblove & Battista P.A. | K | 1,660.61 |
| 11/6/2014 | 1174 | Capsicum Group | K | 13,240.00 |
| 11/6/2014 | 1175 | Furr and Cohen, P.A. | K | 99,259.85 |
| 11/13/2014 | 1176 | Genovese Joblove & Battista P.A. | K | 720.15 |
| 11/13/2014 | 1177 | Marcum, LLP | K | 18,897.30 |
| 11/13/2014 | 1178 | Internal Revenue Service | Q | 1,245.72 |
| 11/13/2014 | 1179 | United States Trustee | Y | 30,000.00 |
| 12/3/2014 | 1180 | Eliza Desiree Asher | X | 450,000.00 |
| 12/3/2014 | 1181 | Caroline Asher Yoost | X | 450,000.00 |
| 12/3/2014 | 1182 | Furr and Cohen, P.A. | K | 81,695.40 |
| 12/10/2014 | 1183 | Capsicum Group | K | 12,040.00 |
| 12/17/2014 | 1184 | Genovese Joblove & Battista P.A. | K | 1,202.85 |
| 12/18/2014 | 1185 | Ver Ploeg & Lumpkin, P.A. | K | 180,517.32 |
| 12/23/2014 | 1186 | Marcum, LLP | K | 21,057.59 |
| 12/31/2014 | ACH | GCA Savvian Advisors, Inc. | K | 3,400,000.00 |
| 12/31/2014 | ADJDISTRIBU | Class 5 Distributions | X | 2,053,186.00 |
| 12/31/2014 | ADJDISTRIBU | Class 5 Distributions | X | 5,344,098.00 |
| 12/31/2014 | ADJDISTRIBU | Class 5 Distributions | X | 1,195,074.00 |
| | | | | 13,510,078.46 |

ATTACHMENT 4C

MONTHLY SUMMARY OF BANK ACTIVITY - LOCKBOX

| | |
|---|---|
| FOR THE PERIOD BEGINNING: | October 1, 2014 |
| AND ENDING: | December 31, 2014 |
| | |
| NAME OF DEBTOR: | TLFO, LLC |
| CASE NUMBER: | 13-20853-PGH |

NAME OF BANK: Wells Fargo

ACCOUNT NAME: TLO Receivables Account

ACCOUNT NUMBER: 5103

PURPOSE OF ACCOUNT: Lockbox for Receivables

| | |
|---|---|
| BEGINNING BALANCE | 169,972.35 |
| Total Deposits Made | - |
| Other Receipts | |
| DIP Financing Received | |
| Return Item Charge Backs | |
| Checks Written | |
| Total Bank Charges | - |
| Transfers In | |
| Transfers Out | (169,972.35) |
| Prior Period Adj | |
| Ledger Balance | - |
| | |
| Outstanding Checks/Charges | - |
| Outstanding Deposits | - |
| Bank Balance | - |

Disbursements

Check Number of First Check Written this Period:

Check Number of Last Check Written this Period:

Number of Checks Written this Period:                    0

Numbers of Voided Checks: (0)                    0

NOTE (1): See Attachment 8 for Record Keeping Overview and Cash Receipts & Disbursements

MOR-7

ATTACHMENT 5C

CHECK REGISTER

FOR THE PERIOD BEGINNING:                                                          October 1, 2014
AND ENDING:                                                                       December 31, 2014

NAME OF DEBTOR:                                                                          TLFO, LLC
CASE NUMBER:                                                                         13-20853-PGH

NAME OF BANK:  Wells Fargo

ACCOUNT NAME:  TLO Receivables Account

ACCOUNT NUMBER:  5103

PURPOSE OF ACCOUNT:  Lockbox for Receivables


Account for All Check Numbers, Including Voided, Lost, Stopped Payment, etc.

|  | Check |  |  |  |
|---|---|---|---|---|
| Date | Number | Payee | CF Codes | Amount |
|  |  |  |  | - |

ATTACHMENT 4D

MONTHLY SUMMARY OF BANK ACTIVITY - PAYABLES ACCOUNT

FOR THE PERIOD BEGINNING:                                         October 1, 2014
AND ENDING:                                                     December 31, 2014

NAME OF DEBTOR:                                                         TLFO, LLC
CASE NUMBER:                                                        13-20853-PGH

NAME OF BANK:  Wells Fargo

ACCOUNT NAME:  Payables Account

ACCOUNT NUMBER:  5116

PURPOSE OF ACCOUNT:   Accounts Payable

| | |
|---|---:|
| BEGINNING BALANCE | 36,123.24 |
| Total Deposits Made | - |
| Pre-Petition checks Cleared | |
| Checks/Wires Written | - |
| Total Bank Charges | |
| Transfers In | - |
| Transfers Out | (36,123.24) |
| Prior Period Adj | |
| Ledger Balance | 0.00 |
| | |
| Outstanding Checks | - |
| Outstanding Deposits | |
| Bank Balance | 0.00 |

Disbursements

Check Number of First Check Written this Period:

Check Number of Last Check Written this Period:

Number of Checks Written this Period:                                        0

Numbers of Voided Checks:

**NOTE (1): See Attachment 8 for Explanation of Bank Accounts and Activity**

MOR-9

ATTACHMENT 5D

CHECK REGISTER - PAYABLES ACCOUNT

| FOR THE PERIOD BEGINNING: | 10/1/2014 |
| AND ENDING: | 12/31/2014 |

| NAME OF DEBTOR: | TLFO, LLC |
| CASE NUMBER: | 13-20853-PGH |

NAME OF BANK: Wells Fargo

ACCOUNT NAME: Payables Account

ACCOUNT NUMBER: 5116

PURPOSE OF ACCOUNT: Accounts Payable

Account for All Check Numbers, Including Voided, Lost, Stopped Payment, etc.

| Date | Check Number | Payee | CF Codes | Amount |
| --- | --- | --- | --- | --- |
| | | | | - |

ATTACHMENT 4E

MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

| | |
|---|---|
| FOR THE PERIOD BEGINNING: | October 1, 2014 |
| AND ENDING: | December 31, 2014 |

| | |
|---|---|
| NAME OF DEBTOR: | TLFO, LLC |
| CASE NUMBER: | 13-20853-PGH |

NAME OF BANK: Wells Fargo

ACCOUNT NAME: Financing Account

ACCOUNT NUMBER: XXXX5307

PURPOSE OF ACCOUNT: Financing

| | |
|---|---:|
| BEGINNING BALANCE | 49,626.51 |
| Total Deposits Made | - |
| Pre-Petition checks Cleared | |
| Checks Written | (1,923.69) |
| Wires Written and ACH | - |
| Total Bank Charges | - |
| Transfers In | - |
| Transfers Out | (47,702.82) |
| | |
| Ledger Balance | - |
| | |
| Outstanding Checks | - |
| Outstanding Deposits | |
| Bank Balance | - |

| | Disbursements |
|---|---:|
| Check Number of First Check Written this Period: | - |
| Check Number of Last Check Written this Period: | - |
| Number of Checks Written this Period: | - |
| Numbers of Voided Checks: (0) | - |

NOTE (1): See Attachment 8 for Record Keeping Overview and Cash Receipts & Disbursements

ATTACHMENT 5E

CHECK REGISTER

FOR THE PERIOD BEGINNING:                                                      October 1, 2014
AND ENDING:                                                                  December 31, 2014

NAME OF DEBTOR:                                                                    TLFO, LLC
CASE NUMBER:                                                                   13-20853-PGH

NAME OF BANK:  Wells Fargo

ACCOUNT NAME:  Financing Account

ACCOUNT NUMBER:  XXXX5307

PURPOSE OF ACCOUNT:   Financing


Account for All Check Numbers, Including Voided, Lost, Stopped Payment, etc.

| Date | Check Number | Payee | CF Codes | Amount |
|------|--------------|-------|----------|--------|
|      |              |       |          |        |

ATTACHMENT 4F

MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

FOR THE PERIOD BEGINNING:                                    October 1, 2014
AND ENDING:                                                   December 31, 2014

NAME OF DEBTOR:                                          Greencook Services, LLC
CASE NUMBER:                                                    13-20846-PGH

NAME OF BANK:  Wells Fargo

ACCOUNT NAME:  Greencook Services LLC

ACCOUNT NUMBER:  XXXX5549

PURPOSE OF ACCOUNT:   Operating

*Please note the order was set on May 1st and the Bank Activity is through April 30, 2014.

| | | |
|---|---:|---:|
| BEGINNING BALANCE | $ | 247,100.90 |
| Total Checks Written | | (2.00) |
| Total Deposits Made | | 8,801.75 |
| Chargebacks | | - |
| Total Bank Charges | | - |
| Transfers In | | |
| Transfers Out | | |
| CLOSING BALANCE - Ledger | $ | 255,900.65 |
| add: Outstanding Checks | | 2.00 |
| CLOSING BALANCE - Bank | $ | 255,902.65 |

| | Disbursements |
|---|---:|
| Check Number of First Check Written this Period: | 1031 |
| Check Number of Last Check Written this Period: | 1031 |
| Number of Checks Written this Period: | 1 |
| Numbers of Voided Checks: | 0 |

NOTE (1): See Attachment 8 for Record Keeping Overview and Cash Receipts & Disbursements

MOR-7

ATTACHMENT 5F

CHECK REGISTER - OPERATING ACCOUNT

FOR THE PERIOD BEGINNING:                                          October 1, 2014
AND ENDING:                                                        December 31, 2014

NAME OF DEBTOR:                                              Greencook Services, LLC
CASE NUMBER:                                                           13-20846-PGH

NAME OF BANK:  Wells Fargo

ACCOUNT NAME:  Greencook Services LLC

ACCOUNT NUMBER:  XXXX5549

PURPOSE OF ACCOUNT:  Operating

*Please note the order was set on May 1st and the Bank Activity is through April 30, 2014.

Account for All Check Numbers, Including Voided, Lost, Stopped Payment, etc.

|  | Check | | | | |
|---|---|---|---|---|---|
| Date | Number | Payee | CF Codes | Amount | |
| 12/10/2014 | 1031 | United States Trustee | Y | | 2.00 |

ATTACHMENT 4G

MONTHLY SUMMARY OF BANK ACTIVITY

| | |
|---|---|
| FOR THE PERIOD BEGINNING: | October 1, 2014 |
| AND ENDING: | December 31, 2014 |
| | |
| NAME OF DEBTOR: | TLFO, LLC |
| CASE NUMBER: | 13-20853-PGH |

NAME OF BANK: Wells Fargo

ACCOUNT NAME: Merchant

ACCOUNT NUMBER: XXXX8454

PURPOSE OF ACCOUNT: ACH Receipts

| | |
|---|---|
| BEGINNING BALANCE | 74,142.06 |
| Total Deposits Made | - |
| ACH Returns | - |
| Checks Written | |
| Total Bank Charges | |
| Transfers In | |
| Transfers Out | (74,142.06) |
| **Ledger Balance** | - |
| | |
| Outstanding Checks | - |
| Outstanding Deposits | |
| **Bank Balance** | - |

| | Disbursements |
|---|---|
| Check Number of First Check Written this Period: | - |
| Check Number of Last Check Written this Period: | - |
| Number of Checks Written this Period: | - |
| Numbers of Voided Checks: (0) | - |

NOTE (1): See Attachment 8 for Record Keeping Overview and Cash Receipts & Disbursements

MOR-7

ATTACHMENT 5G

CHECK REGISTER

FOR THE PERIOD BEGINNING:
AND ENDING:

October 1, 2014
December 31, 2014

NAME OF DEBTOR:
CASE NUMBER:

TLFO, LLC
13-20853-PGH

NAME OF BANK:  Wells Fargo

ACCOUNT NAME:  Merchant

ACCOUNT NUMBER:   XXXX8454

PURPOSE OF ACCOUNT:   ACH Receipts

Account for All Check Numbers, Including Voided, Lost, Stopped Payment, etc.

| Date | Check Number | Payee | CF Codes | Amount |
|------|--------------|-------|----------|--------|

ATTACHMENT 4H

MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

FOR THE PERIOD BEGINNING:                                              October 1, 2014
AND ENDING:                                                           December 31, 2014

NAME OF DEBTOR:                                                           TLFO, LLC
CASE NUMBER:                                                           13-20853-PGH

NAME OF BANK:  Wells Fargo

ACCOUNT NAME:  Payroll Account

ACCOUNT NUMBER:  9512

PURPOSE OF ACCOUNT:  Payroll Transfers to Paychex

| | |
|---|---:|
| BEGINNING BALANCE | 21,697.83 |
| Total Deposits Made | - |
| ACH Returns | - |
| Checks Written | (418.00) |
| Total Bank Charges | (124.70) |
| Transfers In | |
| Transfers In from Collateral account | |
| Transfers Out | (21,155.13) |
| **Ledger Balance** | - |
| | |
| Outstanding Checks | - |
| Outstanding Deposits | |
| **Bank Balance** | - |

Disbursements

Check Number of First Check Written this Period:

Check Number of Last Check Written this Period:

Number of Checks Written this Period:                                      -

Numbers of Voided Checks: (0)                                             -

NOTE (1): See Attachment 8 for Record Keeping Overview and Cash Receipts & Disbursements

ATTACHMENT 5H

CHECK REGISTER - PAYROLL ACCOUNT

FOR THE PERIOD BEGINNING:                                                                    October 1, 2014
AND ENDING:                                                                                  December 31, 2014

NAME OF DEBTOR:                                                                                    TLFO, LLC
CASE NUMBER:                                                                                    13-20853-PGH

NAME OF BANK: Wells Fargo

ACCOUNT NAME:  Payroll Account

ACCOUNT NUMBER:  9512

PURPOSE OF ACCOUNT:  Payroll Transfers to Paychex

Account for All Check Numbers, Including Voided, Lost, Stopped Payment, etc.

|  | Check |  |  |  |
| Date | Number | Payee | CF Codes | Amount |
| 10/10/2014 | 2011739CL |  | J | 418.00 |
| 10/10/2014 | ACH | Wells Fargo (fka Wachovia Bank) | B | 124.70 |

|  |  |  |  | 542.70 |

MOR-12

ATTACHMENT 4I

MONTHLY SUMMARY OF BANK ACTIVITY - COLLATERAL ACCOUNT

FOR THE PERIOD BEGINNING:                                                    October 1, 2014
AND ENDING:                                                               December 31, 2014

NAME OF DEBTOR:                                                                  TLFO, LLC
CASE NUMBER:                                                                  13-20853-PGH

NAME OF BANK:  Wells Fargo

ACCOUNT NAME:  Collateral Account

ACCOUNT NUMBER:  XXXX5093

PURPOSE OF ACCOUNT:   Collateral for Credit Card Processing

*Please note the order was set on May 1st and the Bank Activity is through April 30, 2014.

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| Total Deposits Made | |
| Pre-Petition checks Cleared | |
| Checks Written | - |
| Total Bank Charges | - |
| Transfers In | |
| Transfers Out - to Kansas Money Market | - |
| Ledger Balance | 0.00 |
| Outstanding Checks | $0.00 |
| Outstanding Deposits | |
| Bank Balance | 0.00 |

| | Disbursements |
|---|---|
| Check Number of First Check Written this Period: | 0 |
| Check Number of Last Check Written this Period: | 0 |
| Number of Checks Written this Period: | 0 |
| Numbers of Voided Checks: (0) | 0 |

NOTE (1): See Attachment 8 for Record Keeping Overview and Cash Receipts & Disbursements

ATTACHMENT 5I

CHECK REGISTER

FOR THE PERIOD BEGINNING:                                                    October 1, 2014
AND ENDING:                                                                December 31, 2014

NAME OF DEBTOR:                                                                    TLFO, LLC
CASE NUMBER:                                                                  13-20853-PGH

NAME OF BANK: Wells Fargo

ACCOUNT NAME:  Collateral Account

ACCOUNT NUMBER:  XXXX5093

PURPOSE OF ACCOUNT:  Collateral for Credit Card Processing


Account for All Check Numbers, Including Voided, Lost, Stopped Payment, etc.

| Date | Check Number | Payee | CF Codes | Amount |
|------|--------------|-------|----------|--------|

ATTACHMENT 4J

INVESTMENT ACCOUNTS AND PETTY CASH REPORT

FOR THE PERIOD BEGINNING:                                                    October 1, 2014
AND ENDING:                                                                  December 31, 2014

NAME OF DEBTOR:                                                              TLFO, LLC
CASE NUMBER:                                                                 13-20853-PGH

## INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed seperately.
Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| TOTAL | | | | $0.00 (a) |

## PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Acct | Column 2<br>Maximum Amount of<br>Cash in Drawer/Account | Column 3<br>Amount of Petty Cash on<br>Hand At End of Month | | Column 4<br>Difference Between Column 2 and<br>Column 3 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total:                                  $                     -        (b)

For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts provide and explanation

TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)                    $                     -

ATTACHMENT 6

TAX REPORT

| | |
|---|---|
| FOR PERIOD BEGINNING: | October 1, 2014 |
| AND ENDING: | December 31, 2014 |
| NAME OF DEBTOR: | TLFO, LLC |
| CASE NUMBER: | 13-20853-PGH |

### TAXES PAID DURING THE PERIOD

Report all Post Petition Taxes Paid Directly or Deposited into the Tax Account.

| DATE | BANK | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | TOTAL | $0.00 |

### TAXES OWED AND DUE

Report all unpaid Post-Petition taxes including Federal and State withholding, FICA, State sales tax, property tax, unemployment tax and State Workmen's Compensation.

Date last tax return filed:  .    Period:  .

| Name of Taxing Authority | Date Payment Due | Description | Amount |
|---|---|---|---|
| | | | $ - |

**NOTE (7): See Attachment 8 for further explanation of Taxes Paid, Due and Owed**

ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

FOR PERIOD BEGINNING:
AND ENDING:

October 1, 2014
December 31, 2014

NAME OF DEBTOR:
CASE NUMBER:

TLFO, LLC
13-20853-PGH

Report all compensation received during the month. Do not include reimbursement for expenses incurred for which you have receipts.

| Name of Officer or Owner | Title | Net Amount Paid |
|---|---|---|
| Caroline Yoost | Co-CEO | $450,000.00 |
| Desiree Asher | Co-CEO | $450,000.00 |

## PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of Employees at beginning of period | 0 | 0 |
| Number of Employees hired during the period | 0 | 0 |
| Number of Employees terminated during the period | 0 | 0 |
| Transferred from subsidiary - Greencook | 0 | 0 |
| Number of Employees at end of period | 0 | 0 |

MOR-15

ATTACHMENT 7 (Cont'd)

SUMMARY OF OFFICER OR OWNER COMPENSATION

FOR PERIOD BEGINNING:                                                                                              October 1, 2014
AND ENDING:                                                                                                        December 31, 2014

NAME OF DEBTOR:                                                                                                    TLFO, LLC
CASE NUMBER:                                                                                                       13-20853-PGH

CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.

| Carrier | Agent & Phone Number | Policy No. | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| American Zurich Insurance Co/American Guar & Liab Ins Co | Brown & Brown of Florida, Inc. P: 954-776-2222   F: 954-776-4446 | GLA591171700 | General Liability | 10/11/14 | |
| American Zurich Insurance Co/American Guar & Liab Ins Co | Brown & Brown of Florida, Inc. P: 954-776-2222   F: 954-776-4446 | GLA591171700 | Automobile Liability | 10/11/14 | |
| American Zurich Insurance Co/American Guar & Liab Ins Co | Brown & Brown of Florida, Inc. P: 954-776-2222   F: 954-776-4446 | UMB591203400 | Umbrella Liability | 10/11/14 | |
| Zurich American Insurance Co. | Brown & Brown of Florida, Inc. P: 954-776-2222   F: 954-776-4446 | CPP982856402 | Property Insurance | 10/11/14 | |
| St Paul Surplus Lines Ins Co | Brown & Brown of Florida, Inc. P: 954-776-2222   F: 954-776-4446 | ZPP15N15277 | Liability Insurance: Technology & Internet E & O | 02/13/14 | |

**NOTE (6): See Attachment 8 for Explanation of Insurance Coverage and Payments**

ATTACHMENT 8

EXPLANATORY NOTES AND ADDENDUMS

**DEBTOR FINANCIAL RECORD KEEPING OVERVIEW**

**Note (1): SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
The Debtor is a technology company selling information to qualified customers. On November 21, 2013 the assets of the Debtor were sold at auction for $154 million.  The Sale Order was signed on December 13, and the closing took place on December 16, 2013.  The Debtor reported final operations in December 2013.

Greencook Services operations have been incorporated into the Debtor's platform and sales are no longer kept separately.  The physical operations have been closed.  The remaining costs will be paid out of Greencook's collections of receivables owed and collected by Greencook.

**Note (3): ACCOUNTS RECEIVABLE AGING AND RECONCILIATION**
The Buyer is currently collecting accounts receivable through the sale date on behalf of the Debtor.  The APA calls for a reconciliation to be done in 90 days and the Buyer will remit to the Debtor the funds collected minus any payables that the Buyer has had to pay on behalf of the Debtor.

**Note (4): ACCOUNTS PAYABLE AGING AND RECONCILIATION**
Pre-petition accounts payable has been moved into a liabilities subject to compromise account and the payables reflected here are for post-petition goods and services only.  The buyer has taken responsibility for the payable of any contract assumed and assigned per the APA.

**Note (5): INVENTORY AND FIXED ASSET REPORT**
All fixed assets were sold to the buyer pursuant to the APA.

**Note (6): EXPLANATION OF OFFICER COMPENSATION AND CONFIRMATION OF INSURANCE**
As of May 9, Desiree Asher and Caroline Yoost Asher became Co-CEO's of the company.  They were paid $450,000 each for their CEO services per Court approval in December 2014.  Because the Debtor has no assets other than cash, is not pursuing any legal actions and is making final distributions under the Plan, the Debtor has no further need of insurance.

**Note (7): TAXES OWED, DUE AND PAID**
The Debtor utilizes Paychex for payroll.  Paychex draws the tax payments from the payroll bank account and is responsible for the filing and payment of all payroll taxes and tax returns.  The Debtor is not required to collect sales, use, or other trust fund taxes.  Post the sale to TransUnion the Child Rescue Coalition was formed.  Until those employees were transitioned to the new entity, payroll ran through the Debtor's Paychex account.  The CRC is now reimbursing the Debtor for all amounts expended on behalf of CRC.

**ADDITIONAL COMMENTS:**
The post-petition Debtor has no assets other than a fund of cash.  The post-petition Debtor and Disbursing Agent are working diligently to resolve all claims against the Debtor and make all distributions under the Plan.