

**ORDERED in the Southern District of Florida on January 28, 2015.**

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:                                                                Case No. 13-20853-PGH

TLFO, LLC,                                                       Chapter 11

      Debtor.
_____/

### ORDER (I) ADDRESSING MOTION TO ENFORCE THE SALE ORDER AND TO HOLD THE BEST ONE, INC. IN CONTEMPT FOR VIOLATING THE SALE ORDER AND (II) CANCELLING HEARING

**THIS MATTER** came before the Court upon TransUnion Risk and Alternative Data Solutions, Inc.'s ("TRADS") *Motion to Enforce the Sale Order and to Hold The Best One, Inc., in Contempt for Violating the Sale Order* (the "Motion") (ECF No.

1

1282). The Motion contains substantially the same facts and allegations as those contained in the *First Amended Complaint for Declaratory Judgment* (ECF No. 21) in the pending adversary proceeding at Case No. 14-1793. The Court, being fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1. The Motion is hereby **CONSOLIDATED** with the pending adversary proceeding at Case No. 14-1793 for administrative purposes.

2. The hearing on the Motion scheduled for February 10, 2015, by the *Notice of Hearing* (ECF No. 1289) is **CANCELLED**.

###

Robert C. Furr, Esq.

Jason S. Rigoli, Esq.

Alvin S. Goldstein, Esq.

Mark S. Roher, Esq.

Aaron A. Wernick, Esq.

Paul J. Battista, Esq.

Mariaelena Gayo-Guitian, Esq.

Phillip Anker, Esq.

Douglas F. Curtis, Esq.

Marc M. Allon, Esq.

Brian K. Gart, Esq.

Brian K. Gart, Esq. is hereby directed to serve a copy of this Order on all interested parties and file a Certificate of Service thereof in accordance with Local Rules 2002-1(F), 5005-1(G)(2), and 9021-1(A).