**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:  Case No. 13-20853 (PGH)
  Chapter 11
TLFO, LLC,

    Reorganized Debtor.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the *Order (I) Addressing Motion to Enforce the Sale Order and to Hold The Best One, Inc. in Contempt for Violating the Sale Order and (II) Cancelling Hearing* [Doc 1297] was served on counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF on the 28th day of January, 2015 and by 1st Class U.S. Mail upon all parties on the attached service list as indicated on the 29th day of January, 2015.

    BERGER SINGERMAN LLP

    Attorneys for *TransUnion Risk and Alternative Data Solutions, Inc.*
    350 E. Las Olas Boulevard
    Suite 1000
    Fort Lauderdale, FL 33301
    Telephone: (954) 525-9900
    Facsimile: (954) 523-2872

    By: /s/ Brian K. Gart
        Brian K. Gart, Esq.
        Florida Bar No. 381152
        bgart@bergersingerman.com

6182842-1