## Service List

**13-20853-PGH Notice will be electronically mailed to:**

Vincent F Alexander vfa@kttlaw.com, lf@kttlaw.com

Philip D. Anker philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Barry S Balmuth, Esq. balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

David E Bane, Esq dbane@hunton.com, aflynn@hunton.com

Alan R Barbee ecf@marcumllp.com

Paul J. Battista, Esq pbattista@gjb-law.com, gjbecf@gjb-law.com

Alexandra D Blye ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net

Robbie T Boone rboone@bergersingerman.com

James M Brako jbrako@pbcgov.org, legalservices@pbctax.com

Catherine E Douglas  catherine.douglas@akerman.com;  jeanette.martinez@akerman.com

Brett A Elam, Esq.  belam@brettelamlaw.com, info@brettelamlaw.com; deanna@brettelamlaw.com; brettelamlaw@gmail.com; elise@adamfarberlaw.com; osi@adamfarberlaw.com

C Craig Eller, Esq celler@broadandcassel.com

John D Emmanuel, Esq emmanuel@fowlerwhite.com, sstorno@fowlerwhite.com

Darren D. Farfante, Esq darren.farfante@bipc.com, Denise.Strand@bipc.com

Keith W. Fendrick keith.fendrick@hklaw.com, andrea.olson@hklaw.com

Eric B Fisher nybankruptcydocketing@dicksteinshapiro.com; zuckere@dicksteinshapiro.com

Joseph D Frank jfrank@fgllp.com, ccarpenter@fgllp.com; rheiligman@fgllp.com; jkleinman@fgllp.com

Robert C Furr, Esq bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com

Brian K Gart, Esq. bgart@bergersingerman.com; clamb@bergersingerman.com; efile@bergersingerman.com; efile@ecf.inforuptcy.com

Mariaelena Gayo-Guitian mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Robert N Gilbert, Esq. rgilbert@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net

Daniel L. Gold, Esq. dan.gold@wilsonelser.com, miurel.martinez@wilsonelser.com;Jackie.Benitez@wilsonelser.com

Alvin S. Goldstein, Esq rstanley@furrcohen.com, atty_furrcohen@bluestylus.com

Linda W Jackson jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Anthony Kang, Esq. akang@arnstein.com

Philip J Landau plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com;scusack@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com

Bernice C. Lee blee@sfl-pa.com;  vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com

Sharon L Levine slevine@lowenstein.com

Corali Lopez-Castro, Esq clc@kttlaw.com, rcp@kttlaw.com

Etan Mark emark@bergersingerman.com, lyun@bergersingerman.com; sgranai@bergersingerman.com; rboone@bergersingerman.com

Jerry M Markowitz jmarkowitz@mrthlaw.com; rrubio@mrthlaw.com; mrthbkc@gmail.com; gruiz@mrthlaw.com; ycandia@mrthlaw.com

Adam D. Marshall, Esq. AMarshall@MarshallGrant.com, efile@marshallgrant.com; mg197ecfbox@gmail.com

Thomas M. Messana, Esq. tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com; tmessana@bellsouth.net; nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com; tzeichman@messana-law.com

Todd C Meyers tmeyers@kilpatricktownsend.com; rrahman@kilpatricktownsend.com; lcanty@kilpatricktownsend.com; mlangford@kilpatricktownsend.com; mwilliams@kilpatricktownsend.com; prosenblatt@kilpatricktownsend.com

Raymond V Miller, Esq rmiller@gunster.com, vyon@gunster.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Arthur H Rice, Esq arice.ecf@rprslaw.com

Jason S Rigoli, Esq. jrigoli@furrcohen.com, ndixon@furrcohen.com; atty_furrcohen@bluestylus.com

Luis Salazar, Esq. salazar@salazarjackson.com, jackson@salazarjackson.com; dagley@salazarjackson.com; aguilar@salazarjackson.com; Lee-Sin@SalazarJackson.com; pacetti@salazarjackson.com; cloyd@salazarjackson.com

David Samole, Esq das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

Kevin G. Schneider kschneider@ngelaw.com

Esperanza Segarra esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Paul Steven Singerman, Esq singerman@bergersingerman.com, mdiaz@bergersingerman.com; efile@bergersingerman.com; efile@ecf.inforuptcy.com

Steven B Smith smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Steven J. Solomon, Esq. steven.solomon@gray-robinson.com; lnegron@gray-robinson.com; lauren.rome@gray-robinson.com; Amador.Ruiz-Baliu@gray-robinson.com

Sabrina L Streusand streusand@slollp.com, prentice@slollp.com

TR Capital Management (TRoss) tross@trcmllc.com

Charles M Tatelbaum cmt@trippscott.com, lxc@trippscott.com

John R Thomas jthomas@smithhulsey.com, aadams@smithhulsey.com

Scott A. Underwood, Esq. scott.underwood@bipc.com, denise.strand@bipc.com

Aaron A Wernick awernick@furrcohen.com, cworkinger@furrcohen.com; atty_furrcohen@bluestylus.com

Henry S Wulf, Esq on behalf of Interested Party BRE/BOCA Corporate Center L.L.C. hwulf@cfjblaw.com, kdesroches@cfjblaw.com

Stuart A Young, Esq syoung@ybplaw.com

Linda J Zhou linda.zhou@bipc.com, sabrina.storno@bipc.com

**13-20853-PGH Notice will be served via 1st Class U.S. Mail:**

Marc M. Allon
7 World Trade Center
250 Greenwich St
New York, NY 10007

James F Carroll
633 S Federal Hwy, 8 Fl
Ft Lauderdale, FL 33301

R. Alexander Clark
620 8th Ave
New York, NY 10018

Dianne Coffino
620 8th Ave
New York, NY 10018

Robert L. Eisenbach, III
Cooley Godward Kronish LLP
101 California St 5 Fl
San Francisco, CA 94111-5800

E Cole Fitzgerald III, Esq.
515 N Flagler Dr #900
West Palm Beach, FL 33401

Matthew A Foreman
20 S Broad St
Brooksville, FL 34601

Internal Revenue Service
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

Frank E. Jaumot
Ahearn Jasco & Company
190 SE 19th Avenue
Pompano Beach, FL 33060

Dennis L. Jenkins
60 State St
Boston, MA 02109

Mitchell A. Karlan
200 Park Avenue
New York, NY 10166

Andrew Keats
200 Park Avenue
New York, NY 10166

Jeremy C Kleinman
325 N LaSalle St #625
Chicago, IL 60654

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134

R Lumpkin
100 SE 2nd St, 30 Fl
Miami, FL 33131

Aileen Ma
200 Park Avenue
New York, NY 10166

Steven A Mayans
515 N Flagler Dr #900
West Palm Beach, FL 33401

Kathrine A. McLendon
425 Lexington Ave
New York, NY 10017

Gary Myhre
6008 LeLac Rd
Boca Raton, FL 33496

Justin F. Paget
951 E Byrd St
Riverfront Plaza, East Tower
Richmond, VA 23219

Mark S. Roher, Esq.
633 S Federal Hwy #800
Ft Lauderdale, FL 33301

Paul M Rosenblatt, Esq
1100 Peachtree St #2800
Atlanta, GA 30309

Ronald L. Rowland
307 International Cir #270
Hunt Valley, MD 21030

Thomas Santoro
1101 Brickell Ave #S-503
Miami, FL 33131

Jim Schober
1611 Nueces St
Austin, TX 78701

Steven E. Siesser
1251 Avenue of the Americas
17th Floor
New York, NY 10020

Sonar Credit Partners II LLC
200 Business Pk Dr #201
Armonk, NY 10504

Technical Electric Systems Inc
87 S Hwy 17-92 Unit B
DeBary, FL 32713

Margaret Villella, Esq
100 SE 3 Ave #1400
Ft. Lauderdale, FL 33394

Joshua P Weisser
200 Park Avenue
New York, NY 10166

Matthew J Williams
200 Park Avenue
New York, NY 10166

tw telecom inc
c/o Linda Boyle
10475 Park Meadows Dr #400
Littleton, CO 80124


6180239-1