## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

In re:                                              Chapter 11

TLFO, LLC,                                          Case No. 13-20853-PGH

      Debtor.

_____/

## SUMMARY OF SUPPLEMENT OF FIRST AND FINAL POST-CONFIRMATION FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PAUL J. BATTISTA, ESQ. AND THE LAW FIRM OF GENOVESE, JOBLOVE & BATTISTA, P.A. AS COUNSEL FOR THE OVERSIGHT COMMITTEE

| | | |
|---|---|---|
| 1. | Name of Applicant: | *Paul J. Battista, Esq. and the Law Firm of Genovese, Joblove & Battista, P.A.* |
| 2. | Role of Applicant: | *Attorneys for the Oversight Committee* |
| 3. | Name of Certifying Professional: | *Paul J. Battista, Esq.* |
| 4. | Date case filed: | *May 9, 2013* |
| 5. | Date of application for employment: | *June 4, 2014 [D.E. #1066]* |
| 6. | Date of order approving employment: | *June 25, 2014 [D.E. #1111]* |
| 7. | If debtors' counsel, date of Disclosure of Compensation form: | *N/A* |
| 8. | Date of this application: | *January 30. 2015* |
| 9. | Dates of services covered: | *December 1, 2014 through January 28, 2015* |
| | **Fees...** | |
| 10. | Total fee requested for this period (from Exhibit 1)[1]: | $2,790.00 |
| 11. | Balance remaining in fee retainer account, not yet awarded: | $0.00 |
| 12. | Fees paid or advanced for this period, by other sources: | $0.00 |

---

1 Pursuant to the Confirmation Order, GJB has submitted certain monthly invoices to the Oversight Committee and has been paid 90% of the amount of fees requested and 100% of the amount of costs requested through November 30, 2014.

| 13. | **Net amount of fee requested for this period**: | **$2,790.00** |
|---|---|---|
| | Expenses... | |
| 14. | Total expense reimbursement requested for this period: | $2,239.98 |
| 15. | Balance remaining in expense retainer account, not yet received: | $0.00 |
| 16. | Expenses paid or advanced for this period, by other sources: | $0.00 |
| 17. | **Net amount of expense reimbursements requested for this period** | **$2,239.98** |
| 18. | If Final Fee Application, amounts of net awards requested in interim applications but not previously awarded (total from History of Fees and Expenses, following pages) | N/A |
| 19. | **Net award requested for this period** (#13 + #17) | **$5,029.98** |
| 20. | **Final Fee and Expense Award Requested (#18 + #19)** | **$5,029.98** |

<u>History of Fees and Expenses</u>

| 1. | Dates, sources, and amounts of retainers received: N/A | | |
|---|---|---|---|
| Date: N/A | Source: N/A | Amount: N/A | For fees and costs |
| 2. | Dates, sources, and amounts of third party payments received: N/A | | |
| Dates | Sources | Amounts | For fees or costs? |

3.    Prior fee and expense awards:

|  | **Prior Fee Awards** | **Prior Expense Awards** |
|---|---|---|
| **First & Final Post-Confirmation Application…**    [D.E. #1255] | | |
| Dates covered by First Application:    <u>Fees & Costs</u>: 4/29/14-11/30/14 | | |
| Amount of Fees requested: | $48,005.50 | |
| Amount of Expenses Requested: | | $3,325.80 |
| Amount of Fees Awarded (100%) | $48,005.50 | |
| Amount of Expenses Awarded (100%): | | $3,325.80 |

2

| | | | |
|---|---|---|---|
| Amount of Fee Retainer Authorized to Be Used: | | | |
| Amount of Expense Retainer Authorized to Be Used: | | | |
| Fee award, net of retainer: | | | |
| Expense award, net of retainer: | | | |
| Date of first award: | 1/15/15 | | |
| Amount of fees actually paid: | | $48,005.50 | |
| Amount of expense reimbursement actually paid: | | | $3,325.80 |
| Amount of fees requested but not awarded, that applicant wishes to defer to final fee application: | | $0.00 | |
| Amount of expenses requested but not awarded, that applicant wishes to defer to final fee application: | | | $0.00 |

## CERTIFICATION

1.      I have been designated by Genovese, Joblove & Battista, P.A., (the "Applicant") as the professional with responsibility in this case for compliance with the current Mandatory Guidelines on Fees and Disbursements for Professionals in the Southern District of Florida Bankruptcy Cases (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of costs (the "Application").

3.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Guidelines.

4.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically noted in this Certificate and described in the Application.

5.      Except to the extent that fees or disbursements are prohibited or restricted by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6.      In providing a reimbursable service or disbursement (other than time charged for paraprofessionals and professionals), the Applicant does not make a profit on that service or disbursement (except to the extent that any such profit is included within the permitted allowable amounts set forth in the Guidelines for photocopies and facsimile transmission).

7.      In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay (except to the extent that any such amortization is included within the

4

permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8.      In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, the Applicant is requesting reimbursement only for the amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9.      The debtors, the chairperson of each official committee (if any), the U.S. Trustee, and their respective counsels, will be mailed, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10.     The following are the variances with the provisions of the Guidelines, the date of the specific Court approval of such departure, and the justification for the departure:  None.

**Dated:  January 30, 2015.**

**GENOVESE JOBLOVE & BATTISTA, P.A.**
Attorneys for the Oversight Committee

By:   /s/ *Paul J. Battista*
            Paul J. Battista, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    Chapter 11

**TLFO, LLC,**                                        Case No. 13-20853-PGH

      **Debtor.**
_____/

**SUPPLEMENT OF FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
PAUL J. BATTISA, ESQ. AND THE LAW FIRM OF GENOVESE JOBLOVE &
BATTISTA, P.A. AS COUNSEL FOR THE OVERSIGHT COMMITTEE**

      Paul J. Battista, Esq. and the law firm of Genovese, Joblove & Battista, P.A. (collectively the "GJB Law Firm" or the "Applicant"), having been approved by this Court as attorneys for the Oversight Committee (the "Oversight Committee") of TLFO, LLC ("TLFO" or the "Debtor") and pursuant to the *Order (I) Approving Disclosure Statement; (II) Setting Hearing On Confirmation of Plan; (III) Setting Hearing on Fee Applications; (IV) Setting Various Deadlines; and (V) Describing Plan Proponent's Obligations* (the "Disclosure Order")[ECF No. 789] hereby submits this supplemental request for fees and expenses (the "Supplement") in addition to the First and Final Post-Confirmation Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for Paul J. Battista, Esq. and the Law Firm of Genovese Joblove & Battista, P.A. as Counsel for the Oversight Committee (the "Final Post-Confirmation Fee Application") [ECF No. 877], for professional services and expenses incurred for the period of December 1, 2014 through January 28, 2015.  In support of this Supplement, the Applicant states as follows:

1.      On May 1, 2014, the Court entered the *Order Confirming Debtor's Amended Plan of Liquidation* [ECF No. 1011] (the "Confirmation Order").[2]  The effective date of the Amended Plan occurred on May 16, 2014 (the "Effective Date").

2.      By Order entered on June 25, 2014 [D.E. #1111], the Court authorized the retention of Genovese, Joblove & Battista, P.A. as counsel for the Oversight Committee.  The GJB Law Firm's compensation is conditioned on approval by this Court.

3.      On December 8, 2014, GJB filed its First and Final Post-Confirmation Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for Paul J. Battista, Esq. and the Law Firm of Genovese Joblove & Battista, P.A. as Counsel for the Oversight Committee [ECF No. 1255] for fees in the amount of $48,005.50 and expenses in the amount of $3,325.80.  On January 15, 2015, the Court entered the Order Granting the Final Post Confirmation Fee Application [ECF No. 1287].

4.      GJB seeks hereunder a supplemental award for services rendered during the period of December 1, 2014 through January 28, 2015 in the amount of <u>$2,790.00</u> for fees, and <u>$2,239.98</u> for reimbursement of expenses.

5.      GJB performed a variety of legal services necessary to the representation of the Oversight Committee in this Chapter 11 case.  The specific services are set forth in detail in the billing statements attached hereto as Exhibit 3.

6.       GJB also has spent time on miscellaneous matters which have arisen to date in the course of GJB's representation of the Oversight Committee.  Moreover, GJB has also constantly

---

2 On the Effective Date, the Liquidating TLFO Assets shall vest in, and be transferred to Liquidating TLFO and the Plan Disbursing Agent, Robert C. Furr, Esq of Furr and Cohen P.A., shall be appointed as and be deemed a representative of the Estate pursuant to and in accordance with the terms of the Amended Plan and Section 1123(b)(3)(B) of the

monitored all correspondence, pleadings and other court papers filed in these cases and has attended hearings affecting the estate.

7.      In support of the Supplement, the Application has attached the following exhibits, which detail the description of services rendered and expenses incurred during the Supplemental Application Period:

> *Exhibits "1-A" and "1-B" - Summary of Professional and Paraprofessional Time.*
>
> *Exhibit "2" - Summary of Requested Reimbursements of Expenses.*
>
> *Exhibit "3" - The Applicant's complete time records, in chronological order, by activity code, category, for the time period covered by this Application. The requested fees are itemized to the tenth of an hour.*

**WHEREFORE,** the Applicant respectfully requests the Court to enter an Order (i) awarding the Applicant a supplemental award for the period of December 1, 2014 through January 28, 2015 equal to $2,790.00 for fees and $2,239.98 in expenses for a total supplemental award in the amount of $5,029.98; (ii) authorizing and directing the payment of the amounts awarded herein, less amounts previously paid, and (iii) granting such other and further relief as the Court deems appropriate.

Respectfully submitted this 30th day of January, 2015.

Respectfully Submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
Attorneys for the Oversight Committee
4400 Miami Tower
100 Southeast Second Street
Miami, Florida 33131

---

Bankruptcy Code. *See, Confirmation Order*, ¶7.

Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By: /s/  *Paul J. Battista*, Esq.
     Paul J. Battista, Esq.
     Florida Bar No. 884162
     pbattista@gjb-law.com
     Mariaelena Gayo-Guitian, Esq.
     Florida Bar No. 0813818
     mguitian@gjb-law.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true copy of the foregoing Application was served to all registered users through the CM/ECF System and/or by U.S. Mail to all other parties on the attached service list on the <u>30</u>th day of January, 2015.

By: /s/ *Paul J. Battista*, Esq.
     Paul J. Battista, Esq.
     Florida Bar No. 884162

**SERVICE LIST**

Vincent F Alexander on behalf of Creditor Hunter Creek LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor JHBTLO, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Barbara Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Brian Bachman
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Gene Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Jay H Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Peter Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Hunter Creek, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff JHBTLO, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Barbara Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Brian Bachman
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Gene Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Jay Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Peter Ripp
vfa@kttlaw.com, lf@kttlaw.com

Philip D. Anker on behalf of Creditor TransUnion LLC
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Philip D. Anker on behalf of Interested Party TransUnion Holding Company, Inc.
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Barry S Balmuth, Esq on behalf of Creditor Greencook Management LLC
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Creditor Mary N. Price
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Creditor William H Price
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Interested Party Linebarger Groggan Blair & Sampson, LLP
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

David E Bane, Esq on behalf of Creditor CoreLogic, Inc.
dbane@hunton.com, aflynn@hunton.com

David E Bane, Esq on behalf of Creditor Teletrack LLC
dbane@hunton.com, aflynn@hunton.com

Alan R Barbee
ecf@marcumllp.com

Paul J. Battista, Esq on behalf of Creditor Committee Creditor Committee
pbattista@gjb-law.com, gjbecf@gjb-law.com

Paul J. Battista, Esq on behalf of Interested Party Oversight Committee
pbattista@gjb-law.com, gjbecf@gjb-law.com

Alexandra D Blye on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net

James M Brako on behalf of Creditor Palm Beach County Tax Collector
LegalServices@pbctax.com

Nancy B Colman on behalf of Creditor MDG Advertising, Inc
ncolman@baritzcolman.com, mizzo@baritzcolman.com

Catherine E Douglas on behalf of Special Counsel Akerman LLP
catherine.douglas@akerman.com, jeanette.martinez@akerman.com

Catherine E Douglas on behalf of Special Counsel David Ristaino
catherine.douglas@akerman.com, jeanette.martinez@akerman.com

Brett A Elam, Esq. on behalf of Interested Party e-Merges.com, Inc.
belam@brettelamlaw.com, info@brettelamlaw.com;deanna@brettelamlaw.com

C Craig Eller, Esq on behalf of Counter-Defendant BJ4M&M, LLC
celler@broadandcassel.com

C Craig Eller, Esq on behalf of Plaintiff BJ4M&M, LLC
celler@broadandcassel.com

C Craig Eller, Esq on behalf of Stockholder BJ4M&M, LLC
celler@broadandcassel.com

John D Emmanuel, Esq on behalf of Creditor Technology Investors, Inc.
emmanuel@fowlerwhite.com, sstorno@fowlerwhite.com

Darren D. Farfante, Esq on behalf of Creditor Technology Investors, Inc.
darren.farfante@bipc.com, Denise.Strand@bipc.com

Keith W. Fendrick on behalf of Creditor Dell Financial Services, LLC
keith.fendrick@hklaw.com, andrea.olson@hklaw.com

Eric B Fisher on behalf of Interested Party Jules B. Kroll
, nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com

Eric B Fisher on behalf of Interested Party Thomas H. Glocer
, nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com

Joseph D Frank on behalf of Creditor Experian Information Solutions, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com

Robert C Furr, Esq on behalf of Debtor TLFO, LLC
bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com

Brian K Gart, Esq. on behalf of Interested Party TransUnion Holding Company, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian K Gart, Esq. on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Mariaelena Gayo-Guitian on behalf of Attorney Mariaelena Gayo-Guitian
mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-
law.com;chopkins@gjb-law.com

Mariaelena Gayo-Guitian on behalf of Creditor Committee Creditor Committee
mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-
law.com;chopkins@gjb-law.com

Mariaelena Gayo-Guitian on behalf of Interested Party Oversight Committee
mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-
law.com;chopkins@gjb-law.com

Robert N Gilbert, Esq. on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
rgilbert@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net

Daniel L. Gold, Esq. on behalf of Interested Party LexisNexis Risk Solutions FL, Inc.
dgold@ecccounsel.com, bankruptcy@ecclegal.com,nsocorro@ecclegal.com

Alvin S. Goldstein, Esq on behalf of Debtor TLFO, LLC
rstanley@furrcohen.com, atty_furrcohen@bluestylus.com

Alvin S. Goldstein, Esq on behalf of Defendant TLFO, LLC
rstanley@furrcohen.com, atty_furrcohen@bluestylus.com

Linda W Jackson on behalf of Counter-Defendant Jules B. Kroll
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Counter-Defendant Ole Poulsen
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Counter-Defendant Thomas H. Glocer
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Interested Party Jules B. Kroll
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Interested Party Ole Poulsen
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Interested Party Thomas H. Glocer
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Plaintiff Jules B. Kroll
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Plaintiff Ole Poulsen
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Plaintiff Thomas H. Glocer
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Anthony Kang, Esq. on behalf of Creditor Experian Information Solutions, Inc.
akang@arnstein.com

Philip J Landau on behalf of Creditor Tracers Information Specialists
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Philip J Landau on behalf of Creditor Triax Data, Inc.
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Philip J Landau on behalf of Creditor Nancy Kilburn
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Philip J Landau on behalf of Creditor Terry Kilburn
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Philip J Landau on behalf of Plaintiff Tracers Information Specialists Inc
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Bernice C. Lee on behalf of Creditor Tracers Information Specialists
blee@sfl-pa.com, vchapkin@sfl-pa.com

Bernice C. Lee on behalf of Creditor Triax Data, Inc.
blee@sfl-pa.com, vchapkin@sfl-pa.com

Bernice C. Lee on behalf of Plaintiff Tracers Information Specialists Inc
blee@sfl-pa.com, vchapkin@sfl-pa.com

Sharon L Levine on behalf of Interested Party Warburg Pincus LLC
slevine@lowenstein.com

Sharon L Levine on behalf of Interested Party Andrew Prozes
slevine@lowenstein.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant BJ4M&M, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant Hunter Creek, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant JHBTLO, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant Barbara Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant Brian Bachman
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant Gene Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant Jay Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant Peter Ripp

clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Hunter Creek LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor JHBTLO, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Barbara Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Brian Bachman
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Gene Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Jay H Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Peter Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Hunter Creek, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff JHBTLO, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Barbara Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Brian Bachman
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Gene Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Jay Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Peter Ripp
clc@kttlaw.com, rcp@kttlaw.com

Etan Mark on behalf of Counter-Claimant Technology Investors Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Counter-Claimant Technology Investors, Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Creditor Technology Investors, Inc.

15

emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Defendant Technology Investors Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Defendant Technology Investors, Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Jerry M Markowitz on behalf of Creditor Dun & Bradstreet
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Jerry M Markowitz on behalf of Mediator Jerry M. Markowitz
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Jerry M Markowitz on behalf of Mediator Jerry M. Markowitz
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Adam D. Marshall, Esq. on behalf of Creditor Technology Investors, Inc.
AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com

Adam D. Marshall, Esq. on behalf of Interested Party Technology Investors Inc.
AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com

Thomas M. Messana, Esq. on behalf of Creditor GCA Savvian Advisors, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-
law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-
law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Todd C Meyers on behalf of Creditor Equifax Information Services, LLC
tmeyers@kilpatricktownsend.com,
rrahman@kilpatricktownsend.com;lcanty@kilpatricktownsend.com;mlangford@kilpatricktowns
end.com;mwilliams@kilpatricktownsend.com;prosenblatt@kilpatricktownsend.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost, as Co-Trustee of the
Caroline J. Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost, as Co-Trustee of the Eliza
Desiree Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher, as Co-Trustee of the Caroline
J. Asher Trust
rmiller@gunster.com, vyon@gunster.com

16

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher, as Co-Trustee of the Eliza Desiree Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Judith W. Redden Trust
rmiller@gunster.com, vyon@gunster.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jason S Rigoli, Esq. on behalf of Debtor TLFO, LLC
jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com

Jason S Rigoli, Esq. on behalf of Interested Party TLFO, LLC
jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com

Luis Salazar, Esq. on behalf of Counter-Defendant Jules B. Kroll
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Counter-Defendant Ole Poulsen
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Counter-Defendant Thomas H. Glocer
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Creditor Applied Data Sciences
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Creditor Data Acquisition Group, LLC
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Dan MacLachlan
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Derek Dubner
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-

Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Jules B. Kroll
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Ole Poulsen
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Thomas H. Glocer
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Jules B. Kroll
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Ole Poulsen
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Thomas H. Glocer
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

David Samole, Esq on behalf of Counter-Defendant Hunter Creek, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Counter-Defendant JHBTLO, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Counter-Defendant Barbara Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Counter-Defendant Brian Bachman
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Counter-Defendant Gene Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Counter-Defendant Jay Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Counter-Defendant Peter Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Hunter Creek, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party JHBTLO, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Barbara Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Brian Bachman
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Gene Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Jay Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Peter Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff BJ4M&M, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Hunter Creek, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff JHBTLO, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Barbara Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Brian Bachman
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Gene Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Jay Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Peter Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

Kevin G. Schneider on behalf of Creditor Infutor Data Solutions Corporation
kschneider@ngelaw.com

Esperanza Segarra on behalf of Counter-Defendant Gary Schultheis
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Counter-Defendant Shawn Smith
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Creditor Gary J. Schultheis
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Creditor Shawn Smith
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Plaintiff Gary Schultheis
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Plaintiff Shawn Smith
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Paul Steven Singerman, Esq on behalf of Creditor Technology Investors, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Defendant Technology Investors Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Defendant Technology Investors, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Interested Party TransUnion Holding Company, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Steven B Smith on behalf of Interested Party Jules B. Kroll
smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Steven B Smith on behalf of Interested Party Thomas H. Glocer
smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Steven J. Solomon, Esq. on behalf of Interested Party Warburg Pincus LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Interested Party Andrew Prozes
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com


Sabrina L Streusand on behalf of Creditor Dell Financial Services, LLC
streusand@slollp.com, prentice@slollp.com

TR Capital Management (TRoss)
tross@trcmllc.com

Charles M Tatelbaum on behalf of Creditor Gary J. Schultheis
cmt@trippscott.com, lxc@trippscott.com

Charles M Tatelbaum on behalf of Plaintiff Gary Schultheis
cmt@trippscott.com, lxc@trippscott.com

Charles M Tatelbaum on behalf of Plaintiff Shawn Smith
cmt@trippscott.com, lxc@trippscott.com

John R Thomas on behalf of Creditor Wells Fargo Bank, N.A.
jthomas@smithhulsey.com, aadams@smithhulsey.com

John R Thomas on behalf of Respondent Wells Fargo Bank, N.A.
jthomas@smithhulsey.com, aadams@smithhulsey.com

Scott A. Underwood, Esq. on behalf of Creditor Technology Investors, Inc.
scott.underwood@bipc.com, denise.strand@bipc.com

Scott A. Underwood, Esq. on behalf of Defendant Technology Investors Inc.
scott.underwood@bipc.com, denise.strand@bipc.com

Scott A. Underwood, Esq. on behalf of Defendant Technology Investors, Inc.
scott.underwood@bipc.com, denise.strand@bipc.com

Aaron A Wernick on behalf of Debtor TLFO, LLC
awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com

Henry S Wulf, Esq on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
hwulf@cfjblaw.com, kdesroches@cfjblaw.com

Stuart A Young, Esq on behalf of Creditor Infutor Data Solutions Corporation
syoung@ybplaw.com

Linda J Zhou on behalf of Creditor Technology Investors, Inc.
linda.zhou@bipc.com, sabrina.storno@bipc.com

Label Matrix for local noticing
113C-9
Case 13-20853-PGH
Southern District of Florida
West Palm Beach
Fri Jan 30 13:20:48 EST 2015

Akerman LLP
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, Fl 33301-4247

BE4MxM, LLC
c/o C. Craig Eller, Esquire
Broad and Cassel
One North Clematis Street, Suite 500
West Palm Beach, FL 33401-5537

BRE/BOCA Corporate Center L.L.C.
c/o Carlton Fields PA
525 Okeechobee Blvd #1200
West Palm Beach, FL 33401-6350

CoreLogic, Inc.
Hunton & Williams LLP
c/o David Bane
1111 Brickell Avenue
Suite 2500
Miami, FL 33131-3155

Creditor Committee
c/o Paul J Battista, Esq
100 SE 2nd St
Miami, FL 33131-2100

Data Acquisition Group, LLC
c/o Luis Salazar
Salazar Jackson, LLP
2 South Biscayne Blvd
Suite 3760
Miami, Fl 33131-1815

Dell Financial Services, LLC
c/o Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd #811
Autsin, TX 78704-1166

Equifax Information Services, LLC
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530

GCA Savvian Advisors, LLC
c/o Messana, P.A.
401 East Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301-2218

Greencook Management LLC
26801 Hickory Blvd
Bonita Springs, FL 34134-8304

Hunter Creek LLC
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1618

Infutor Data Solutions Corporation
c/o Stuart A Young, Esq
1860 Forest Hill Blvd. #201
West Palm Beach, FL 33406-6086

Internal Revenue Service
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

JHBTLO, LLC
c/o Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Boulevard
9th Floor
Miami, FL 33134-6039

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134-6039

Linebarger Groggan Blair & Sampson, LLP
c/o Jim Schober, Esq.
Barlett & Schober, P.C.
1611 Nueces St.
Austin, TX 78701-1105

Palm Beach County Tax Collector
c/o James M. Brako, General Counsel
P.O. Box 3715
West Palm Beach, FL 33402-3715

Receivable Management Services
Authorized Agent for Dun & Bradstreet
c/o Ronald Rowland Esq
307 International Cir #270
Hunt Valley, MD 21030-1322

Sonar Credit Partners II LLC
200 Business Pk Dr #201
Armonk, NY 10504-1751

TLFO, LLC
4530 Conference Way South
Boca Raton, FL 33431-4489

TR Capital Management (TRoss)
336 Atlantic Ave # 302
East Rockaway, NY 11518-1124

Technical Electric Systems Inc
87 S Hwy 17-92 Unit B
DeBary, FL 32713-3364

Technology Investors, Inc.
c/o Marshall Socarras Grant, P.L.
197 South Federal Highway #300
Boca Raton, FL 33432-4946

Tracers Information Specialists
c/o Philip J. Landau, Esq.
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, # 3
Boca Raton, FL 33431-8579

Triax Data, Inc.
c/o Shraiberg, Ferrara & Landau, P.A.
Philip J. Landau, Esq.
2385 NW Executive Center Drive, # 3
Boca Raton, FL 33431-8579

Wells Fargo Bank, N.A.
c/o John R. Thomas, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202-4494

e-Merges.com, Inc.
105 S. Narcissus Avenue
Suite 802
West Palm Beach, FL 33401-5530

tw telecom inc
c/o Linda Boyle
10475 Park Meadows Dr #400
Littleton, CO 80124-5433

Accutrend Data Corp
7860 East Berry PL #200
Englewood, CO 80111-2303

Accutrend Data Corp.
P.O. Box 6615
Greenwood Village, CO 80155-6615

Apache Corporation
Attn: Andrew Friedberg
2000 Post Oak Blvd #100
Houston, TX 77056-4400

BDO USA LLP
Attn: Laurence W Goldberg
4035 Premier Dr #333
High Point NC 27265-8312

BDO USA, LLP
1601 Forum Place
#904 Centurion Plaza
West Palm Beach, FL 33401

BRE Boca Corporate Center, LLC (Ptrship)
39174 Treasury Center
Chicago, IL 60694-9100

BRE/Boca Corporate Center, LLC
Equity Office Management, LLC
Attn:  Brian Vaas
5000 T Rex Avenue, Suite 100
Boca Raton, FL 33431-4492

Bob Davis
3941 S. Bristol St #D
Santa Ana, CA 92704-7496

CDW, LLC
200 N Milwaukee Ave
Vernon Hills, IL 60061-1577
Attn: Vida Krug

Charles Simpson, B'cy Mgr
Dell Financial Svcs LLC
2300 Greenlawn Blvd, MS RR3-52
Round Rock TX 78682-0001

Christopher Cavalier
Experian North America
475 Anton Blvd
Coasta Mesa CA 92626-7037

Compact Information Systems Inc
7120  185th Ave NE
Redmond, WA 98052-0575

Compass Marketing Solutions LLC
808 P Street #300
Lincoln, NE 68508-1383

Cookie Schwartz Diaz
POB 221643
Newhall CA 91322-1643

CoreLogic Information Solutions Inc
Corelogic Solutions I LC
40 Pacifica #900
Irvine, CA 92618-7487

CoreLogic Teletrack, Inc.
P.O. Box 847075
Dallas, TX 75284-7075

Corelogic Information Solutions, Inc.
P.O. Box 847239
Dallas, TX 75284-7239

Corelogic Teletrack Inc
Teletrack LLC
5550-A Peachtree Pkyw #600
Norcross, GA 30092

Corelogic Teletrack, Inc
f/ka/ First American Corelogic
PO Box 847075
Dallas, TX 75284-7075

DTE Boca Raton, LLC (Corp.)
414 S. Main St., #600
Ann Arbor, MI 48104-2398

Daniel Merchant
SMA Communications
6901 SW 18 St #E202
Boca Raton FL 33433-7037

Data Acquisition Group, LLC
c/o Salazar Jackson, LLP
Two South Biscayne Boulevard
Suite 3760
Miami, Florida 33131-1815

DataOne Software
150 Granby St
Norfolk, VA 23510-1604

DataQuick
File 50261
Los Angeles, CA 90074-0261

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dell Financial Services
PO Box 99355
Chicago, IL 60693-9355

Dell Financial Services (Lease Contr)
Payment Processing Center
P.O. Box 6549
Carol Stream, IL 60197-6549

Dell Financial Services, LLC
c/o Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Ste. 811
Austin, Texas 78704-1166

Dell Marketing L.P. - 9389
C/O Dell USA L.P.
P.O. Box 534118
Atlanta, GA 30353-4118

Dell Marketing, L.P.
c/o Sabrina Streusand
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Ste. 811
Austin, TX 78704-1166

Department of Highway Safety
and Motor Vehicle
2900 Apalachee Pkwy
Tallahassee, FL 32399-0500

Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Dun & Bradstreet Inc.
P.O. Box 75434
Chicago, IL 60675-5434

Dun & Bradstreet
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

Dun and Bradstreet Inc
3 Sylvan Way
Attn Electronic Licensing
Parsippany, NJ 07054-3822

Equifax Credit Mktg. Services (LLC/Corp)
P.O. Box 945510
Atlanta, GA 30394-5510

Equifax Information Services
1550 Peachtree St
Atlanta, GA 30309-2468

Equifax Information Services, LLC
c/o Paul M. Rosenblatt, Esq.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4530

Experian - 2983
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 3664
P.O. Box 881971
Los Angeles, CA 90088-1971

Experian - 3812
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 7485 (Inc.)
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 7690
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 9430
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian Information Solutions Inc
475 Anton Blvd
Costa Mesa, CA 92626-7037

Experian Information Solutions, Inc.
c/o Joseph D. Frank
FrankGecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654-6465

FACTIVA Inc, a Dow Jones Co
Attn: Credit Dept
POB 300
Princeton NJ 08543-0300

Factiva Inc.
P.O. Box 300
Princeton, NJ 08543-0300

(p)FEDERAL TRADE COMMISSION
ASSOCIATE DIRECTOR
DIVISION OF ENFORCEMENT
600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122
WASHINGTON DC 20580-0001

GCA Savvian Advisors, LLC
c/o Robert L. Eisenbach III
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800

Gary Myhre
6008 Lelac Rd
Boca Raton, FL 33496-2302

Gary Schultheis, c/o E.Segarra, Hinshaw & Cu

Gary Steck
LSSiDATA
1 Sentry Pkwy #7000
Blue Bell PA 19422-2310

Green Cook Management, LLC
c/o William H. Myers, Esquire
Porter Wright et. al.
9132 Strada Place
Bonita Springs, FL 34108-2942

Infutor Data Solutions Corp
111 Zapata Lane
Minooka, IL 60447-9355

Infutor Data Solutions Inc
c/o Kevin G Schneider
2 N LaSalle St #1700
Chicago IL 60602-4000

Infutor Data Solutions, Inc.
15129 S. Route 59
Plainfield, IL 60544-2772

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

JAG 25 Enterprises
11031 Springfield Place
Hollywood, FL 33026-4855

JAG 25 Enterprises, Inc.
11031 Springfield Place
Cooper City, FL 33026-4855

Joseph D. Frank
FrankGecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654-6465

Jules Kroll
845 Third Ave, 4th Floor
New York, NY 10022-6647

Katherine Bartnik
c/o C Larmoyeux and B Bone
550 S Quadrille Blvd #200
West Palm Beach FL 33401-5855

LEAF
POB 644006
Cincinnati, OH 45264-4006

LSSi Data Corp
One Sentry Pkwy #6000
Blue Bell, PA 19422-2310

LSSiData Corp.
P.O. Box 730401
Dallas, TX 75373-0401

Leaf Capital
1720 A Crete St
Moberly, MO 65270-3681

Lssidata
Volt Delta Resources
1600 Stewart Ave #305
Westbury NY 11590-6611

Mary N. Price as PR of the Estate of W. H. P
c/o William H. Myers, Esquire
Porter Wright et. al.
9132 Strada Place
Bonita Springs, FL 34108-2942

Matthew A. Foreman Esq
Atty for Tracers Info
11031 Spring Hill Dr
Spring Hill, FL 34608-5049

Monster Worldwide Inc.
7800 West Brown Deer Road
Suite 200
Milwaukee, WI 53223-1915

Monster, Inc.
P.O. Box 90364
Chicago, IL 60696-0364

NominoData LLC
PO Box 3340
Incline Village, NV 89450-3340

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ole Poulsen
18800 Bull Springs Rd
Bend OR 97701-9487

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715

SMA Communications, LLC
6901 S.W. 18th St. #E-202
Boca Raton, FL 33433-7037

Scott Wagner
8668 Breezy Hill Dr
Boynton Beach, FL 33473-4899

Sonar Credit Partners II LLC
80 Business Pk Dr #208
Armonk NY 10504-1701

Steven D. Sass
Dun & Bradstreet
307 International Cir #270
Hunt Valley MD 21030-1322

Sunera LLC
201 E. Kennedy Blvd.
Suite #415
Tampa, FL 33602-5823

Syncapes Corp
PO Box 347870
Pittsburgh, PA 15251-4870

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598-0633

Technical Electric Systems Inc
87 S Highway 17-92, #B
Debary, FL 32713-3364

Technical Electric Systems Inc
87-B S. US Highway 17-92
DeBary, FL 32713-3364

Technology Investors Inc
c/o Mike Kuzy
1948 NE 7 Terr
Ft Lauderdale FL 33305-2207

Technology Investors, Inc.
c/o Scott A. Underwood
Fowler White Boggs P.A.
P.O. Box 1438
Tampa, FL 33601-1438

Terry Kilburn, Chief Op Officer
Tracers Information Spec Inc
15470 Flight Path Dr
Brooksville FL 34604-6823

Thomas Glocer
60 East 96th Street, PHB
New York, NY 10128-0757

Tracers Information Specialists, Inc.
15470 Flight Path Drive
Brooksville, FL 34604-6823

TransUnion LLC
Attn: Accounts Receivable
555 W Adams St
Chicago IL 60661-3631

TransUnion, LLC
P.O. Box 99506
Chicago, IL 60693-9506

Triax Data, Inc.
c/o Philip J. Landau, Esq.
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, Suite 30
Boca Raton, Florida 33431-8579

Wells Fargo Bank, N.A.
c/o John R. Thomas, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202-4494

West Payment Center (Corp)
P.O. Box 6292
Carol Stream, IL 60197-6292

Aaron A Wernick
2255 Glades Rd # 337W
Boca Raton, FL 33431-7379

Alan R Barbee
Marcum LLP
525 Okeechobee Blvd # 750
West Palm Beach, FL 33401-6329

Alvin S. Goldstein Esq
2255 Glades Rd #337W
Boca Raton, FL 33431-7379

Barbara Ripp
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

Brian Bachman
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

Caroline Asher Yoost
c/o Raymond V Miller, Esq
600 Brickell Ave #3500
Miami, FL 33131-3090

Caroline Asher Yoost, as Co-Trustee of the C
c/o Raymond V. Miller
600 Brickell Ave #3500
Miami, FL 33131-3090

Caroline Asher Yoost, as Co-Trustee of the E
c/o Raymond V. Miller
600 Brickell Ave #3500
Miami, FL 33131-3090

Dan MacLachlan
c/o Salazar Jackson, LLP
Two South Biscayne, Suite 3760
Attn: Luis Salazar
Miami, FL 33131-1815

David Ristaino
350 E Las Olas Blvd #1600
Ft Lauderdale, FL 33301-4247

Derek Dubner
c/o Salazar Jackson, LLP
Two South Biscayne, Suite 3760
Miami, FL 33131-1815

Eliza Desiree Asher
c/o Raymond V Miller, Esq
600 Brickell Ave #3500
Miami, FL 33131-3090

Eliza Desiree Asher, as Co-Trustee of the Ca
c/o Raymond V. Miller
600 Brickell Ave #3500
Miami, FL 33131-3090

Eliza Desiree Asher, as Co-Trustee of the El
c/o Raymond V. Miller Esq
600 Brickell Ave #3500
Miami, FL 33131-3090

Frank E. Jaumot
Ahearn Jasco & Company
190 SE 19th Avenue
Pompano Beach, FL 33060-7549

Gene Bernstein
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

James F Carroll
633 S Federal Hwy, 8 Fl
Ft Lauderdale, FL 33301-3164

Jason S Rigoli Esq.
2255 Glades Rd # 337W
Boca Raton, FL 33431-7379

Jay H Bernstein
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

Jerry M. Markowitz
9130 S Dadeland Blvd
Two Datran Ctr #1800
Miami, FL 33156-7849

Jim Schober
1611 Nueces St
Austin, TX 78701-1105

Judith W. Redden Trust
c/o Raymond V. Miller, Esq.
Gunster Yoakley & Stewart PA
2 South Biscayne Blvd.
Suite 3400
Miami, FL 33131-1807

Jules B. Kroll
c/o Luis Salazar
Salazar Jackson, LLP
2 South Biscayne Blvd. Suite 3760
Miami, FL 33131-1815

Mark S. Roher Esq.
633 S Federal Hwy #800
Ft Lauderdale, FL 33301-3166

Mary N. Price
c/o Barry S Balmuth
1601 Forum Pl #1101
West Palm Beach, FL 33401-8104

Matthew A Foreman
20 S Broad St
Brooksville, FL 34601-2829

Nancy Kilburn
c/o Philip J. Landau, Esq.
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, # 3
Boca Raton, FL 33431-8579

Ole Poulsen
Salazar Jackson, LLP
2 South Biscayne Blvd. Suite 3760
Miami, FL 33131-1815

Peter Ripp
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

R Lumpkin
100 SE 2nd St, 30 Fl
Miami, FL 33131-2194

Robert C Furr Esq
2255 Glades Rd #337W
Boca Raton, FL 33431-7379

Shawn Smith
c/o Esperanza Segana Esq
2525 Ponce de Leon Blvd #400
Coral Gables, FL 33134-6044

Terry Kilburn
c/o Philip J. Landau, Esq.
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, # 3
Boca Raton, FL 33431-8579

Thomas Santoro
1101 Brickell Ave #S-503
Miami, FL 33131-3110

Thomas H. Glocer
c/o Luis Salazar
Salazar Jackson, LLP
2 South Biscayne Blvd. Suite 3760
Miami, FL 33131-1815

William H Price

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services
MAIL STOP PS2DF-23
One Dell Way
Round Rock, TX 78682

Federal Trade Commission
8600 Pennsylvania Ave NW
Washington, DC 20580

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Applied Data Sciences

(u)Dun & Bradstreet

(u)Equifax Information Services, LLC

(u)Experian Information Solutions, Inc.

(u)LexisNexis Risk Solutions FL, Inc.

(u)Oversight Committee

(u)Teletrack LLC

(u)TransUnion Holding Company, Inc.

(u)TransUnion LLC

(u)Warburg Pincus LLC

(u)West Palm Beach

(d)Corelogic Information Solutions
CoreLogic Solutions, I LC
40 Pacifica #900
Irvine, CA 92618-7487

(d)Equifax Information Services LLC
1550 Peachtree St
Atlanta, GA 30309-2468

(u)Gary J. Schultheis c/o E. Segarra, Hinshaw

(u)Gary J. Schultheis, c/o Hinshaw & Culberts

(d)Greencook Management LLC
26801 Hickory Blvd
Bonita Springs, FL 34134-8304

(u)John O. Schaeffer
**DELETED PER DE#775**

(u)MDG Advertising Inc.
**Withdrawn per DE#1272**

(u)Paul Fichtman
**DELETED PER DE#775**

(d)SMA Communications, LLC
6901 S.W. 18th St. #E-202
Boca Raton, FL 33433-7037

(d)Technical Electric Systems, Inc.
87-B S. US Highway 17-92
DeBary, FL 32713-3364

(u)Various Members

(u)William H. Price
**DELETED PER DE#775**

(u)William Price
**DELETED PER DE#775**

(u)Ana Massetti

(u)Andrew Prozes

(d)Gary Myhre
6008 LeLac Rd
Boca Raton, FL 33496-2302

(u)Gary J. Schultheis
c/o Esperanza Segarra, Esq.
2525 Ponce de Leon Blvd, 4th floor
Coral Gables

(u)John Walsh

(u)Katherine Bartnik

(u)Leroy Wilson

(u)Mariaelena Gayo-Guitian

(u)Michael Turner

(u)Walter Tomal Yoost

End of Label Matrix
Mailable recipients   159
Bypassed recipients    34
Total                 193

## EXHIBIT "1-A"

**Summary of Professional and Paraprofessional Time Total per Individual for this Period Only**

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well.]

PROFESSIONALS:

| NAME | Year Licensed | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| P- Mariaelena Gayo-Guitian | 1989 | 2.30 | $450.00 | $1,035.00 |
| **SUBTOTALS:** | | **2.30** | | **$1,035.00** |

**P = Partner; O= Of Counsel;  A = Associate**
**\* Blended Rate**

PARAPROFESSIONALS:

| NAME (Title) | Year Experience | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| PL – Colleen B. Hopkins | 10 | 9.00 | $195.00 | $1,755.00 |
| **SUBTOTALS** | | **9.00** | | **$1,755.00** |

**PL = Paralegal; L = Law Clerk**

**TOTALS:**
Total Professional and Paraprofessional Hours:          11.30
Average Hourly Rate:                                   $     246.90
Total Professional and Paraprofessional Fees:          $   2,790.00

**EXHIBIT "1-B"**

**Summary of Professional And Paraprofessional Time By Activity Code Category**

**I.     10874-002/SMF ENERGY CORP/POST PETITION**

ACTIVITY CODE CATEGORY: Case Administration (005)

| NAME | RATE | HOURS | TOTAL FEES |
|------|------|-------|------------|
| Colleen M. Hopkins | $195.00 | 1.00 | $195.00 |
| **MATTER TOTAL** | | **1.00** | **$195.00** |

ACTIVITY CODE CATEGORY: Fee/Employment Applications (011)

| **NAME** | RATE | HOURS | TOTAL FEES |
|----------|------|-------|------------|
| Colleen M. Hopkins | $195.00 | 8.00 | $1,560.00 |
| Mariaelena Gayo-Guitian | $450.00 | 2.30 | $1,035.00 |
| **MATTER TOTAL** | | **10.30** | **$2,595.00** |

23

**EXHIBIT "2"**
Summary of Requested Reimbursement Of Expenses
for this Time Period Only

| | | |
|---|---|---|
| 1. | Filing Fees | $0.00 |
| 2. | Process Service Fees | $0.00 |
| 3. | Witness Fees | $0.00 |
| 4. | Court Reporter & Transcripts | $0.00 |
| 5. | Lien and Title Searches | $0.00 |
| 6. | Photocopies (in-house copies) | $1,821.60 |
| 7. | Photocopies (outside copies)- Certified Copies & TSI Copy Service | $0.00 |
| 8. | Postage | $362.88 |
| 9. | Overnight Delivery Charges | $0.00 |
| 10. | Outside Courier/Messenger Services | $0.00 |
| 11a. | Long Distance (a) Telephone Charges | $0.00 |
| 11b. | Long Distance (b) Conference Calls | $37.00 |
| 12. | Long Distance Fax Transmission @ $1.00/pg. | $0.00 |
| 13. | Computerized Research- PACER | $18.50 |
| 14. | Out of Southern District of Florida Travel<br>A.    Transportation & Airfare<br>B.    Lodging<br>C.    Meals | $0.00<br>$0.00<br>$0.00 |
| 15. | Other (Not specifically disallowed; must specify and justify)<br>Local Travel/Parking/Document Production/CD Burned | $0.00<br>$0.00 |
| **TOTAL "GROSS" AMOUNT OF REQUESTED DISBURSEMENTS** | | **$2,239.98** |

**EXHIBIT "3"**

### *Genovese Joblove & Battista, P.A.*

100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone (305) 349-2300      Facsimile (305) 349-2310
Employer ID# 65-0518134


OCUC TLO, LLC

January 26, 2015
Inv. # 80577
File # 11120-002


Re:  OCUC TLO, LLC (Ch. 11) / Representation of Oversight Committee


Statement for Services Rendered Through          Dec 31/14

| - - - Legal Fees - - - | | | | |
|---|---|---|---|---|

**005 / Case Administration**

| | | | | |
|---|---|---|---|---|
| 12/19/14 | CBH | Preparation of hearing notebook for 1/13/15 fee application hearings; finalize proposed orders. | 1.00hr $195.00/hr | $195.00 |
| **Total 005 / Case Administration** | | | **1.00** | **$195.00** |

**011 / Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| 12/01/14 | CBH | E-mail correspondence with T. Santoro regarding filing of post confirmation fee application; meeting with M. Guitian regarding disbursement order; review of order. | 0.50hr $195.00/hr | $97.50 |
| 12/04/14 | CBH | Receipt and review of fee application from Glass Ratner, edits to fee application; preparation of proposed order on Glass Ratner fee application; edits to GJB fee application to include November time; e-mail to accounting regarding same. | 0.80hr $195.00/hr | $156.00 |
| 12/05/14 | CBH | E-mail to accounting regarding invoices; meeting with C. Esser regarding preparation of November invoice; receipt and review of invoices; updates to fee application and order. | 1.00hr $195.00/hr | $195.00 |
| 12/08/14 | MGG | Review and finalize First and Final Application for Post Confirmation Compensation for Paul J. Battista Esq, Attorney-Credtr Comm, Period: 4/29/2014 to 11/30/2014, Fee: $48,005.50, Expenses: $3,325.80. | 0.30hr $450.00/hr | $135.00 |
| 12/08/14 | CBH | Final preparation, filing and service of first and final fee applications for GJB and Glass Ratner; schedule hearing; preparation and filing of certificate of service; calendar hearing dates. | 1.00hr $195.00/hr | $195.00 |

1

**Total 011 / Fee/Employment Applications**                                                    **3.60**      **$778.50**


        Total Legal Fees . . .                                         4.60        $973.50

**FEE SUMMARY:**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Mariaelena  Gayo-Guitian | 0.30 | $450.00 | $135.00 |
| Colleen B Hopkins | 4.30 | $195.00 | $838.50 |
| **Total Legal Fees . . .** | **4.60** | | **$973.50** |

**- -   Costs Advanced - - -**

  Postage                                                                        362.88
  Total Costs Advanced . . .                                            $2,086.53


**=====DISBURSEMENT SUMMARY =========================================================**

| S101 | Postage | 362.88 |
|---|---|---|
| S100 | Copying | 1,723.65 |

**Total Disbursements . . .**                                                      **$2,086.53**


        Total New Charges                            $3,060.03




TRUST BALANCE                    $0.00

2

### *Genovese Joblove & Battista, P.A.*

100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone (305) 349-2300    Facsimile (305) 349-2310
Employer ID# 65-0518134

OCUC TLO, LLC
,

January 29, 2015
Inv. # 80626
File # 11120-002

Re:  OCUC TLO, LLC (Ch. 11) / Representation of Oversight Committee

Statement for Services Rendered Through          Jan 28/15

| | | - - - Legal Fees - - - | | |
|---|---|---|---|---|

**011 / Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| 01/13/15 | CBH | Meeting with M. Guitian regarding fees owed to GJB and Glass Ratner pursuant to final fee application; review of report from accounting; updates to proposed orders. | 0.70hr $195.00/hr | $136.50 |
| 01/14/15 | CBH | Final preparation and upload order on final fee application for GJB; meeting with M. Guitian regarding same. | 0.30hr $195.00/hr | $58.50 |
| 01/15/15 | CBH | Receipt and review of order on GJB first and final post-confirmation fee application; preparation, filing and service of certificate of service; e-mail to T. Santoro regarding finalization of fee order for GlassRatner. | 0.40hr $195.00/hr | $78.00 |
| 01/16/15 | CBH | Final preparation and upload order on GlassRatner post-confirmation fee application. | 0.40hr $195.00/hr | $78.00 |
| 01/20/15 | CBH | Receipt and review of order on Glass Ratner fee application; prepare, file and serve certificate of service on order. | 0.40hr $195.00/hr | $78.00 |
| 01/28/15 | MGG | Office conference with C. Hopkins re: filing of Supplemental Fee Application (.30).  Review and revise draft Supplement (.70). Estimated preparation and attendance at hearing on Supplemental Final Fee Application (1.0). | 2.00hr $450.00/hr | $900.00 |
| 01/28/15 | CBH | Prepare, file and serve supplement to final fee application; preparation of exhibits to fee application; service of notice of hearing; meeting with P. Battista and M. Guitian regarding filing of supplement; meeting with accounting regarding same. | 2.50hr $195.00/hr | $487.50 |

| | | | | |
|---|---|---|---|---|
| **Total 011 / Fee/Employment Applications** | | | **6.70** | **$1,816.50** |

***OCUC TLO, LLC***
**11120-002**

File # 11120-002
Inv. # 80626

Total Legal Fees . . .         6.70     $1,816.50

**FEE SUMMARY:**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Mariaelena  Gayo-Guitian | 2.00 | $450.00 | $900.00 |
| Colleen B Hopkins | 4.70 | $195.00 | $916.50 |
| **Total Legal Fees . . .** | **6.70** | | **$1,816.50** |

**OCUC TLO, LLC**
**11120-002**

File # 11120-002
Inv. # 80626

| | | | |
|---|---|---|---|
| **- - Costs Advanced - - -** | | | |
| | Pacer - Online Research | | 18.50 |
| 01/19/2015 | Court Call (11120-002) American Express XXXX-XXXXX6-42059 | | 37.00 |
| | Total Costs Advanced . . . | | $153.45 |

*OCUC TLO, LLC*
**11120-002**

File # 11120-002
Inv. # 80626

**=====DISBURSEMENT SUMMARY =========================================================**

| | | |
|---|---|---:|
| S109 | Pacer - Online Research | 18.50 |
| S100 | Copying | 97.95 |
| H212 | Court Call | 37.00 |

**Total Disbursements . . .**                                    **$153.45**

Total New Charges     $1,969.95

Prior Open Balance     $17,786.56

Payments and/or Adjustments Received     $-14,726.53

**OUTSTANDING BALANCE**     **$5,029.98**

TRUST BALANCE      $0.00