```
                              United States Bankruptcy Court
                              Southern District of Florida

In re:                                                              Case No. 13-20853-PGH
TLFO, LLC                                                           Chapter 11
      Debtor              CERTIFICATE OF NOTICE
District/off: 113C-9           User: adaml                  Page 1 of 7              Date Rcvd: Jan 28, 2015
                               Form ID: pdf004              Total Noticed: 76


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2015.
db             +TLFO, LLC,    4530 Conference Way South,    Boca Raton, FL 33431-4489
aty            +Aileen Ma,    200 Park Avenue,    New York, NY 10166-0005
aty            +Andrew Keats,    200 Park Avenue,    New York, NY 10166-0005
aty            +Dennis L. Jenkins,    60 State St,    Boston, MA 02109-1800
aty            +Dianne Coffino,    620 8th Ave,    New York, NY 10018-1618
aty            +E Cole Fitzgerald III, Esq.,    515 N Flagler Dr #900,    West Palm Beach, FL 33401-4325
aty            +Jeremy C Kleinman,    325 N LaSalle St #625,    Chicago, IL 60654-6465
aty            +Joshua P Weisser,    200 Park Avenue,    New York, NY 10166-0005
aty            +Justin F. Paget,    951 E Byrd St,    Riverfront Plaza, East Tower,    Richmond, VA 23219-4040
aty            +Kathrine A. McLendon,    425 Lexington Ave,    New York, NY 10017-3903
aty            +Kozyak Tropin & Throckmorton, P.A.,    2525 Ponce de Leon Blvd.,    9th Floor,
                 Miami, FL 33134-6039,    US
aty            +Marc M. Allon,    7 World Trade Center,    250 Greenwich St,    New York, NY 10007-2140
aty            +Mark S. Roher, Esq.,    633 S Federal Hwy #800,    Ft Lauderdale, FL 33301-3166
aty            +Matthew J Williams,    200 Park Avenue,    New York, NY 10166-0005
aty            +Mitchell A. Karlan,    200 Park Avenue,    New York, NY 10166-0005
aty            +Paul M Rosenblatt, Esq,    1100 Peachtree St #2800,    Atlanta, GA 30309-4528
aty            +R. Alexander Clark,    620 8th Ave,    New York, NY 10018-1618
aty            +Robert L. Eisenbach, III,    Cooley Godward Kronish LLP,    101 California St 5 Fl,
                 San Francisco, CA 94111-3580
aty            +Ronald L. Rowland,    307 International Cir #270,    Hunt Valley, MD 21030-1322
aty            +Steven A Mayans,    515 N Flagler Dr #900,    West Palm Beach, FL 33401-4325
aty            +Steven E. Siesser,    1251 Avenue of the Americas 17th Floor,    New York, NY 10020-1104
sp             +Akerman LLP,    350 East Las Olas Blvd.,    Suite 1600,    Fort Lauderdale, Fl 33301-4247
stkhld         +BJ4M&M, LLC,    c/o C. Craig Eller, Esquire,    Broad and Cassel,
                 One North Clematis Street, Suite 500,    West Palm Beach, FL 33401-5537
intp           +BRE/BOCA Corporate Center L.L.C.,    c/o Carlton Fields PA,    525 Okeechobee Blvd #1200,
                 West Palm Beach, FL 33401-6350
cr             +Barbara Ripp,    c/o Covington & Burling LLP,    620 Eighth Ave,    New York, NY 10018-1572
cr             +Brian Bachman,    c/o Covington & Burling LLP,    620 Eighth Ave,    New York, NY 10018-1572
cr             +Caroline Asher Yoost,    c/o Raymond V Miller, Esq,    600 Brickell Ave #3500,
                 Miami, FL 33131-3090
cr             +Caroline Asher Yoost, as Co-Trustee of the Carolin,    c/o Raymond V. Miller,
                 600 Brickell Ave #3500,    Miami, FL 33131-3090
cr             +Caroline Asher Yoost, as Co-Trustee of the Eliza D,    c/o Raymond V. Miller,
                 600 Brickell Ave #3500,    Miami, FL 33131-3090
cr             +CoreLogic, Inc.,    Hunton & Williams LLP,    c/o David Bane,    1111 Brickell Avenue,
                 Suite 2500,    Miami, FL 33131-3155
crcm           +Creditor Committee,    c/o Paul J Battista, Esq,    100 SE 2nd St,    Miami, FL 33131-2100
intp           +Dan MacLachlan,    c/o Salazar Jackson, LLP,    Two South Biscayne, Suite 3760,
                 Attn: Luis Salazar,    Miami, FL 33131-1815,    UNITED STATES
cr             +Data Acquisition Group, LLC,    c/o Luis Salazar,    Salazar Jackson, LLP,
                 2 South Biscayne Blvd,    Suite 3760,    Miami, Fl 33131-1815
sp             +David Ristaino,    350 E Las Olas Blvd #1600,    Ft Lauderdale, FL 33301-4247
cr             +Dell Financial Services, LLC,    c/o Streusand, Landon & Ozburn, LLP,
                 811 Barton Springs Rd #811,    Autsin, TX 78704-1166
intp           +Derek Dubner,    c/o Salazar Jackson, LLP,    Two South Biscayne, Suite 3760,
                 Miami, FL 33131-1815,    UNITED STATES
cr             +Eliza Desiree Asher,    c/o Raymond V Miller, Esq,    600 Brickell Ave #3500,
                 Miami, FL 33131-3090
cr             +Eliza Desiree Asher, as Co-Trustee of the Caroline,    c/o Raymond V. Miller,
                 600 Brickell Ave #3500,    Miami, FL 33131-3090
cr             +Eliza Desiree Asher, as Co-Trustee of the Eliza De,    c/o Raymond V. Miller Esq,
                 600 Brickell Ave #3500,    Miami, FL 33131-3090
cr             +Equifax Information Services, LLC,    Kilpatrick Townsend & Stockton LLP,
                 1100 Peachtree Street,    Suite 2800,    Atlanta, GA 30309-4530
acc            +Frank E. Jaumot,    Ahearn Jasco & Company,    190 SE 19th Avenue,    Pompano Beach, FL 33060-7549
cr             +GCA Savvian Advisors, LLC,    c/o Messana, P.A.,    401 East Las Olas Blvd.,    Suite 1400,
                 Fort Lauderdale, FL 33301-2218
cr             +Gary Myhre,    6008 LeLac Rd,    Boca Raton, FL 33496-2302
cr             +Gene Bernstein,    c/o Covington & Burling LLP,    620 Eighth Ave,    New York, NY 10018-1572
cr             +Greencook Management LLC,    26801 Hickory Blvd,    Bonita Springs, FL 34134-8304
cr             +Hunter Creek LLC,    c/o Covington & Burling LLP,    620 Eighth Ave,    New York, NY 10018-1618
cr             +Infutor Data Solutions Corporation,    c/o Stuart A Young, Esq,    1860 Forest Hill Blvd. #201,
                 West Palm Beach, FL 33406-6086
cr             +JHBTLO, LLC,    c/o Kozyak Tropin & Throckmorton, P.A.,    2525 Ponce de Leon Boulevard,
                 9th Floor,    Miami, FL 33134-6039
sp             +James F Carroll,    633 S Federal Hwy, 8 Fl,    Ft Lauderdale, FL 33301-3164
cr             +Jay H Bernstein,    c/o Covington & Burling LLP,    620 Eighth Ave,    New York, NY 10018-1572
md              Jerry M. Markowitz,    9130 S Dadeland Blvd,    Two Datran Ctr #1800,    Miami, FL  33156-7849
sp             +Jim Schober,    1611 Nueces St,    Austin, TX 78701-1105
cr             +Judith W. Redden Trust,    c/o Raymond V. Miller, Esq.,    Gunster Yoakley & Stewart PA,
                 2 South Biscayne Blvd.,    Suite 3400,    Miami, FL 33131-1807
```

```
District/off: 113C-9          User: adaml                  Page 2 of 7                   Date Rcvd: Jan 28, 2015
                              Form ID: pdf004              Total Noticed: 76


intp           +Jules B. Kroll,    c/o Luis Salazar,    Salazar Jackson, LLP,    2 South Biscayne Blvd. Suite 3760,
                 Miami, FL 33131-1815,    UNITED STATES
intp           +Linebarger Groggan Blair & Sampson, LLP,     c/o Jim Schober, Esq.,    Barlett & Schober, P.C.,
                 1611 Nueces St.,    Austin, TX 78701-1105
cr             +Mary N. Price,    c/o Barry S Balmuth,    1601 Forum Pl #1101,    West Palm Beach, FL 33401-8104
sp             +Matthew A Foreman,    20 S Broad St,    Brooksville, FL 34601-2829
cr             +Nancy Kilburn,    c/o Philip J. Landau, Esq.,    Shraiberg, Ferrara & Landau, P.A.,
                 2385 NW Executive Center Drive, # 300,    Boca Raton, FL 33431-8530
intp           +Ole Poulsen,    Salazar Jackson, LLP,    2 South Biscayne Blvd. Suite 3760,
                 Miami, FL 33131-1815,    UNITED STATES
cr             +Peter Ripp,    c/o Covington & Burling LLP,     620 Eighth Ave,    New York, NY 10018-1572
sp             +R Lumpkin,    100 SE 2nd St, 30 Fl,    Miami, FL 33131-2194
cr             +Receivable Management Services,    Authorized Agent for Dun & Bradstreet,
                 c/o Ronald Rowland Esq,    307 International Cir #270,    Hunt Valley, MD 21030-1322
cr             +Shawn Smith,    c/o Esperanza Segana Esq,    2525 Ponce de Leon Blvd #400,
                 Coral Gables, FL 33134-6044
cr            #+Sonar Credit Partners II LLC,    200 Business Pk Dr #201,    Armonk, NY 10504-1751
cr             +Technical Electric Systems Inc,    87 S Hwy 17-92 Unit B,    DeBary, FL 32713-3364
cr             +Technology Investors, Inc.,    c/o Marshall Socarras Grant, P.L.,
                 197 South Federal Highway #300,    Boca Raton, FL 33432-4946
cr             +Terry Kilburn,    c/o Philip J. Landau, Esq.,    Shraiberg, Ferrara & Landau, P.A.,
                 2385 NW Executive Center Drive, # 300,    Boca Raton, FL 33431-8530
intp           +Thomas H. Glocer,    c/o Luis Salazar,    Salazar Jackson, LLP,
                 2 South Biscayne Blvd. Suite 3760,    Miami, FL 33131-1815,    UNITED STATES
fa             +Thomas Santoro,    1101 Brickell Ave #S-503,    Miami, FL 33131-3110
cr             +Tracers Information Specialists,    c/o Philip J. Landau, Esq.,
                 Shraiberg, Ferrara & Landau, P.A.,    2385 NW Executive Center Drive, # 300,
                 Boca Raton, FL 33431-8530
cr             +Triax Data, Inc.,    c/o Shraiberg, Ferrara & Landau, P.A.,    Philip J. Landau, Esq.,
                 2385 NW Executive Center Drive, # 300,    Boca Raton, FL 33431-8530
cr             +Wells Fargo Bank, N.A.,    c/o John R. Thomas, Esq.,    Smith Hulsey & Busey,
                 225 Water Street, Suite 1800,    Jacksonville, FL 32202-4494
intp            e-Merges.com, Inc.,    105 S. Narcissus Avenue,    Suite 802,    West Palm Beach, FL 33401-5530
cr             +tw telecom inc,    c/o Linda Boyle,    10475 Park Meadows Dr #400,    Littleton, CO 80124-5433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: cio.bncmail@irs.gov Jan 29 2015 00:03:22       Internal Revenue Service,
                 Centralized Insolvency Operations,    POB 7346,    Philadelphia, PA 19101-7346
cr             +E-mail/Text: legalservices@pbctax.com Jan 29 2015 00:03:39       Palm Beach County Tax Collector,
                 c/o James M. Brako, General Counsel,    P.O. Box 3715,    West Palm Beach, FL 33402-3715
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
stkhld          Ana Massetti
cr              Equifax Information Services, LLC
cr              Gary J. Schultheis,    c/o Esperanza Segarra, Esq.,    2525 Ponce de Leon Blvd, 4th floor,
                 Coral Gables
stkhld          John Walsh
stkhld          Katherine Bartnik
stkhld          Leroy Wilson
op              Michael Turner
stkhld          Walter Tomal Yoost
aty*           +CoreLogic, Inc.,    Hunton & Williams LLP,    c/o David Bane,    1111 Brickell Avenue,
                 Suite 2500,    Miami, FL 33131-3155
                                                                                               TOTALS: 8, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2015                                          Signature:  /s/Joseph Speetjens

```
District/off: 113C-9           User: adaml                 Page 3 of 7                    Date Rcvd: Jan 28, 2015
                               Form ID: pdf004             Total Noticed: 76
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2015 at the address(es) listed below:
              Aaron A Wernick    on behalf of Debtor    TLFO, LLC awernick@furrcohen.com,
               cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com
              Adam D. Marshall, Esq.    on behalf of Creditor    Technology Investors, Inc.
               AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com
              Adam D. Marshall, Esq.    on behalf of Interested Party    Technology Investors Inc.
               AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com
              Alan R Barbee    ecf@marcumllp.com
              Alexandra D Blye    on behalf of Interested Party    BRE/BOCA Corporate Center L.L.C.
               ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
              Alvin S. Goldstein, Esq    on behalf of Defendant    TLFO, LLC rstanley@furrcohen.com,
               atty_furrcohen@bluestylus.com
              Alvin S. Goldstein, Esq    on behalf of Debtor    TLFO, LLC rstanley@furrcohen.com,
               atty_furrcohen@bluestylus.com
              Anthony Kang, Esq.    on behalf of Creditor    Experian Information Solutions, Inc.
               akang@arnstein.com
              Arthur H Rice, Esq    on behalf of Defendant Michael  Brauser arice.ecf@rprslaw.com
              Arthur H Rice, Esq    on behalf of Defendant    The Best One, Inc. arice.ecf@rprslaw.com
              Arthur H Rice, Esq    on behalf of Defendant    Interactive Data, LLC arice.ecf@rprslaw.com
              Arthur H Rice, Esq    on behalf of Defendant    Marlin Capital Partners I, LLC arice.ecf@rprslaw.com
              Barry S Balmuth, Esq    on behalf of Creditor    Greencook Management LLC balmuthlaw@alum.emory.edu,
               assistantbalmuthlaw@gmail.com
              Barry S Balmuth, Esq    on behalf of Creditor Mary N. Price balmuthlaw@alum.emory.edu,
               assistantbalmuthlaw@gmail.com
              Barry S Balmuth, Esq    on behalf of Interested Party    Linebarger Groggan Blair & Sampson, LLP
               balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com
              Barry S Balmuth, Esq    on behalf of Creditor William H Price balmuthlaw@alum.emory.edu,
               assistantbalmuthlaw@gmail.com
              Bernice C. Lee    on behalf of Plaintiff    Tracers Information Specialists Inc blee@sfl-pa.com,
               vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
              Bernice C. Lee    on behalf of Creditor    Tracers Information Specialists blee@sfl-pa.com,
               vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
              Bernice C. Lee    on behalf of Creditor    Triax Data, Inc. blee@sfl-pa.com,
               vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
              Brett A Elam, Esq.    on behalf of Interested Party    e-Merges.com, Inc. belam@brettelamlaw.com,
               info@brettelamlaw.com;deanna@brettelamlaw.com;brettelamlaw@gmail.com;elise@adamfarberlaw.com;josi
               @adamfarberlaw.com
              Brian K Gart, Esq.    on behalf of Interested Party    TransUnion Holding Company, Inc.
               bgart@bergersingerman.com,
               clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Brian K Gart, Esq.    on behalf of Witness    TransUnion Risk and Alternative Data Solutions, Inc.
               bgart@bergersingerman.com,
               clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Brian K Gart, Esq.    on behalf of Plaintiff    TransUnion Risk and Alternative Data Solutions,
               Inc. bgart@bergersingerman.com,
               clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
              C Craig Eller, Esq    on behalf of Plaintiff    BJ4M&M, LLC celler@broadandcassel.com
              C Craig Eller, Esq    on behalf of Counter-Defendant    BJ4M&M, LLC celler@broadandcassel.com
              C Craig Eller, Esq    on behalf of Stockholder    BJ4M&M, LLC celler@broadandcassel.com
              Catherine E Douglas    on behalf of Special Counsel    Akerman LLP catherine.douglas@akerman.com,
               jeanette.martinez@akerman.com
              Catherine E Douglas    on behalf of Special Counsel David  Ristaino catherine.douglas@akerman.com,
               jeanette.martinez@akerman.com
              Charles M Tatelbaum    on behalf of Creditor Gary J. Schultheis cmt@trippscott.com,
               lxc@trippscott.com
              Charles M Tatelbaum    on behalf of Plaintiff Gary  Schultheis cmt@trippscott.com,
               lxc@trippscott.com
              Charles M Tatelbaum    on behalf of Plaintiff Shawn  Smith cmt@trippscott.com, lxc@trippscott.com
              Corali Lopez-Castro, Esq    on behalf of Counter-Defendant Peter  Ripp clc@kttlaw.com,
               rcp@kttlaw.com
              Corali Lopez-Castro, Esq    on behalf of Plaintiff Jay  Bernstein clc@kttlaw.com, rcp@kttlaw.com
              Corali Lopez-Castro, Esq    on behalf of Counter-Defendant    BJ4M&M, LLC clc@kttlaw.com,
               rcp@kttlaw.com
              Corali Lopez-Castro, Esq    on behalf of Counter-Defendant Gene  Bernstein clc@kttlaw.com,
               rcp@kttlaw.com
              Corali Lopez-Castro, Esq    on behalf of Plaintiff Gene  Bernstein clc@kttlaw.com, rcp@kttlaw.com
              Corali Lopez-Castro, Esq    on behalf of Counter-Defendant    JHBTLO, LLC clc@kttlaw.com,
               rcp@kttlaw.com
              Corali Lopez-Castro, Esq    on behalf of Plaintiff Brian  Bachman clc@kttlaw.com, rcp@kttlaw.com
              Corali Lopez-Castro, Esq    on behalf of Plaintiff Peter  Ripp clc@kttlaw.com, rcp@kttlaw.com
              Corali Lopez-Castro, Esq    on behalf of Creditor Barbara  Ripp clc@kttlaw.com, rcp@kttlaw.com
              Corali Lopez-Castro, Esq    on behalf of Creditor Peter  Ripp clc@kttlaw.com, rcp@kttlaw.com
              Corali Lopez-Castro, Esq    on behalf of Counter-Defendant Jay  Bernstein clc@kttlaw.com,
               rcp@kttlaw.com
```

```
District/off: 113C-9                  User: adaml                   Page 4 of 7                   Date Rcvd: Jan 28, 2015
                                      Form ID: pdf004               Total Noticed: 76
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Corali   Lopez-Castro, Esq    on behalf of Plaintiff    Hunter Creek, LLC clc@kttlaw.com,
               rcp@kttlaw.com
              Corali   Lopez-Castro, Esq    on behalf of Creditor    Hunter Creek LLC clc@kttlaw.com,
               rcp@kttlaw.com
              Corali   Lopez-Castro, Esq    on behalf of Creditor    JHBTLO, LLC clc@kttlaw.com,  rcp@kttlaw.com
              Corali   Lopez-Castro, Esq    on behalf of Creditor Brian   Bachman clc@kttlaw.com,  rcp@kttlaw.com
              Corali   Lopez-Castro, Esq    on behalf of Counter-Defendant Barbara   Ripp clc@kttlaw.com,
               rcp@kttlaw.com
              Corali   Lopez-Castro, Esq    on behalf of Counter-Defendant Brian   Bachman clc@kttlaw.com,
               rcp@kttlaw.com
              Corali   Lopez-Castro, Esq    on behalf of Counter-Defendant    Hunter Creek, LLC clc@kttlaw.com,
               rcp@kttlaw.com
              Corali   Lopez-Castro, Esq    on behalf of Creditor Jay H Bernstein clc@kttlaw.com,  rcp@kttlaw.com
              Corali   Lopez-Castro, Esq    on behalf of Plaintiff    JHBTLO, LLC clc@kttlaw.com,  rcp@kttlaw.com
              Corali   Lopez-Castro, Esq    on behalf of Plaintiff Barbara   Ripp clc@kttlaw.com,  rcp@kttlaw.com
              Corali   Lopez-Castro, Esq    on behalf of Creditor Gene   Bernstein clc@kttlaw.com,  rcp@kttlaw.com
              Daniel L. Gold, Esq.    on behalf of Interested Party    LexisNexis Risk Solutions FL, Inc.
               dan.gold@wilsonelser.com,  miurel.martinez@wilsonelser.com;Jackie.Benitez@wilsonelser.com
              Darren D. Farfante, Esq    on behalf of Creditor    Technology Investors, Inc.
               darren.farfante@bipc.com,  Denise.Strand@bipc.com
              David   Samole, Esq    on behalf of Interested Party    JHBTLO, LLC das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Counter-Defendant    Hunter Creek, LLC das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Interested Party Barbara   Ripp das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Plaintiff    Hunter Creek, LLC das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Plaintiff Barbara   Ripp das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Counter-Defendant Peter   Ripp das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Plaintiff Gene   Bernstein das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Plaintiff    JHBTLO, LLC das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Counter-Defendant Brian   Bachman das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Plaintiff Brian   Bachman das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Interested Party Peter   Ripp das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Counter-Defendant    JHBTLO, LLC das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Interested Party Gene   Bernstein das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Counter-Defendant Gene   Bernstein das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Interested Party Brian   Bachman das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Interested Party Jay   Bernstein das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Plaintiff    BJ4M&M, LLC das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Interested Party    Hunter Creek, LLC das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Counter-Defendant Jay   Bernstein das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Plaintiff Peter   Ripp das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Counter-Defendant Barbara   Ripp das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David   Samole, Esq    on behalf of Plaintiff Jay   Bernstein das@kttlaw.com,
               mc@kttlaw.com;ycc@kttlaw.com
              David E Bane, Esq    on behalf of Creditor    Teletrack LLC dbane@hunton.com,  aflynn@hunton.com
              David E Bane, Esq    on behalf of Creditor    CoreLogic, Inc. dbane@hunton.com,  aflynn@hunton.com
              Eric B Fisher    on behalf of Interested Party Jules B. Kroll ,
               nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com
              Eric B Fisher    on behalf of Interested Party Thomas H. Glocer ,
               nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com
              Esperanza   Segarra    on behalf of Plaintiff Gary   Schultheis esegarra@hinshawlaw.com,
               clucas@hinshawlaw.com
              Esperanza   Segarra    on behalf of Creditor Shawn   Smith esegarra@hinshawlaw.com,
               clucas@hinshawlaw.com
              Esperanza   Segarra    on behalf of Counter-Defendant Shawn   Smith esegarra@hinshawlaw.com,
               clucas@hinshawlaw.com
              Esperanza   Segarra    on behalf of Creditor Gary J. Schultheis esegarra@hinshawlaw.com,
               clucas@hinshawlaw.com

```
District/off: 113C-9                  User: adaml                   Page 5 of 7                   Date Rcvd: Jan 28, 2015
                                      Form ID: pdf004               Total Noticed: 76
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Esperanza  Segarra    on behalf of Plaintiff Shawn  Smith esegarra@hinshawlaw.com,
               clucas@hinshawlaw.com
              Esperanza  Segarra    on behalf of Counter-Defendant Gary  Schultheis esegarra@hinshawlaw.com,
               clucas@hinshawlaw.com
              Etan  Mark    on behalf of Defendant    Technology Investors, Inc. emark@bergersingerman.com,
               lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com
              Etan  Mark    on behalf of Counter-Claimant    Technology Investors Inc. emark@bergersingerman.com,
               lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com
              Etan  Mark    on behalf of Creditor    Technology Investors, Inc. emark@bergersingerman.com,
               lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com
              Etan  Mark    on behalf of Counter-Claimant    Technology Investors, Inc. emark@bergersingerman.com,
               lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com
              Etan  Mark    on behalf of Defendant    Technology Investors Inc. emark@bergersingerman.com,
               lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com
              Henry S Wulf, Esq    on behalf of Interested Party    BRE/BOCA Corporate Center L.L.C.
               hwulf@cfjblaw.com,  kdesroches@cfjblaw.com
              James M Brako    on behalf of Creditor    Palm Beach County Tax Collector jbrako@pbcgov.org,
               legalservices@pbctax.com
              Jason S Rigoli, Esq.    on behalf of Interested Party    TLFO, LLC jrigoli@furrcohen.com,
               ndixon@furrcohen.com;atty_furrcohen@bluestylus.com
              Jason S Rigoli, Esq.    on behalf of Debtor    TLFO, LLC jrigoli@furrcohen.com,
               ndixon@furrcohen.com;atty_furrcohen@bluestylus.com
              Jerry M Markowitz    on behalf of Creditor    Dun & Bradstreet jmarkowitz@mrthlaw.com,
               rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com
              Jerry M Markowitz    on behalf of Mediator Jerry M. Markowitz jmarkowitz@mrthlaw.com,
               rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com
              Jerry M Markowitz    on behalf of Mediator Jerry M.  Markowitz jmarkowitz@mrthlaw.com,
               rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com
              John D Emmanuel, Esq    on behalf of Creditor    Technology Investors, Inc.
               emmanuel@fowlerwhite.com,  sstorno@fowlerwhite.com
              John R Thomas    on behalf of Creditor    Wells Fargo Bank, N.A. jthomas@smithhulsey.com,
               aadams@smithhulsey.com
              John R Thomas    on behalf of Respondent    Wells Fargo Bank, N.A. jthomas@smithhulsey.com,
               aadams@smithhulsey.com
              Joseph D Frank    on behalf of Creditor    Experian Information Solutions, Inc. jfrank@fgllp.com,
               ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
              Keith W. Fendrick    on behalf of Creditor    Dell Financial Services, LLC keith.fendrick@hklaw.com,
               andrea.olson@hklaw.com
              Kevin G. Schneider    on behalf of Creditor    Infutor Data Solutions Corporation
               kschneider@ngelaw.com
              Linda J Zhou    on behalf of Creditor    Technology Investors, Inc. linda.zhou@bipc.com,
               sabrina.storno@bipc.com
              Linda W Jackson    on behalf of Interested Party Ole  Poulsen jackson@salazarjackson.com,
               aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjac
               kson.com;Salazar@SalazarJackson.com
              Linda W Jackson    on behalf of Plaintiff Jules B. Kroll jackson@salazarjackson.com,
               aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjac
               kson.com;Salazar@SalazarJackson.com
              Linda W Jackson    on behalf of Counter-Defendant Ole  Poulsen jackson@salazarjackson.com,
               aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjac
               kson.com;Salazar@SalazarJackson.com
              Linda W Jackson    on behalf of Plaintiff Thomas H. Glocer jackson@salazarjackson.com,
               aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjac
               kson.com;Salazar@SalazarJackson.com
              Linda W Jackson    on behalf of Counter-Defendant Thomas H. Glocer jackson@salazarjackson.com,
               aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjac
               kson.com;Salazar@SalazarJackson.com
              Linda W Jackson    on behalf of Interested Party Jules B. Kroll jackson@salazarjackson.com,
               aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjac
               kson.com;Salazar@SalazarJackson.com
              Linda W Jackson    on behalf of Plaintiff Ole  Poulsen jackson@salazarjackson.com,
               aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjac
               kson.com;Salazar@SalazarJackson.com
              Linda W Jackson    on behalf of Counter-Defendant Jules B. Kroll jackson@salazarjackson.com,
               aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjac
               kson.com;Salazar@SalazarJackson.com
              Linda W Jackson    on behalf of Interested Party Thomas H. Glocer jackson@salazarjackson.com,
               aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjac
               kson.com;Salazar@SalazarJackson.com
              Luis  Salazar, Esq.    on behalf of Interested Party Derek  Dubner salazar@salazarjackson.com,
               jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJa
               ckson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
              Luis  Salazar, Esq.    on behalf of Plaintiff Jules B. Kroll salazar@salazarjackson.com,
               jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJa
               ckson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
              Luis  Salazar, Esq.    on behalf of Interested Party Thomas H. Glocer salazar@salazarjackson.com,
               jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJa
               ckson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
```

```
District/off: 113C-9                    User: adaml                       Page 6 of 7                    Date Rcvd: Jan 28, 2015
                                        Form ID: pdf004                   Total Noticed: 76
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Luis   Salazar, Esq.    on behalf of Plaintiff Thomas H. Glocer salazar@salazarjackson.com,
               jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJa
               ckson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
              Luis   Salazar, Esq.    on behalf of Plaintiff Ole  Poulsen salazar@salazarjackson.com,
               jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJa
               ckson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
              Luis   Salazar, Esq.    on behalf of Counter-Defendant Thomas H. Glocer salazar@salazarjackson.com,
               jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJa
               ckson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
              Luis   Salazar, Esq.    on behalf of Interested Party Dan  MacLachlan salazar@salazarjackson.com,
               jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJa
               ckson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
              Luis   Salazar, Esq.    on behalf of Counter-Defendant Ole  Poulsen salazar@salazarjackson.com,
               jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJa
               ckson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
              Luis   Salazar, Esq.    on behalf of Counter-Defendant Jules B. Kroll salazar@salazarjackson.com,
               jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJa
               ckson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
              Luis   Salazar, Esq.    on behalf of Interested Party Jules B. Kroll salazar@salazarjackson.com,
               jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJa
               ckson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
              Luis   Salazar, Esq.    on behalf of Creditor   Data Acquisition Group, LLC
               salazar@salazarjackson.com,
               jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJa
               ckson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
              Luis   Salazar, Esq.    on behalf of Creditor   Applied Data Sciences salazar@salazarjackson.com,
               jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJa
               ckson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
              Luis   Salazar, Esq.    on behalf of Interested Party Ole  Poulsen salazar@salazarjackson.com,
               jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJa
               ckson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
              Mariaelena  Gayo-Guitian    on behalf of Creditor Committee   Creditor Committee
               mguitian@gjb-law.com,
               gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
              Mariaelena  Gayo-Guitian    on behalf of Interested Party    Oversight Committee
               mguitian@gjb-law.com,
               gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
              Mariaelena  Gayo-Guitian    on behalf of Attorney Mariaelena  Gayo-Guitian mguitian@gjb-law.com,
               gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Paul J. Battista, Esq   on behalf of Interested Party    Oversight Committee pbattista@gjb-law.com,
               gjbecf@gjb-law.com
              Paul J. Battista, Esq   on behalf of Creditor Committee   Creditor Committee
               pbattista@gjb-law.com,   gjbecf@gjb-law.com
              Paul Steven Singerman, Esq    on behalf of Interested Party    TransUnion Holding Company, Inc.
               singerman@bergersingerman.com,
               mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Paul Steven Singerman, Esq    on behalf of Creditor   Technology Investors, Inc.
               singerman@bergersingerman.com,
               mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Paul Steven Singerman, Esq    on behalf of Defendant    Technology Investors, Inc.
               singerman@bergersingerman.com,
               mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Paul Steven Singerman, Esq    on behalf of Defendant    Technology Investors Inc.
               singerman@bergersingerman.com,
               mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
              Philip D. Anker    on behalf of Interested Party    TransUnion Holding Company, Inc.
               philip.anker@wilmerhale.com,   yolande.thompson@wilmerhale.com
              Philip D. Anker    on behalf of Plaintiff    TransUnion Risk and Alternative Data Solutions, Inc.
               philip.anker@wilmerhale.com,   yolande.thompson@wilmerhale.com
              Philip D. Anker    on behalf of Creditor    TransUnion LLC philip.anker@wilmerhale.com,
               yolande.thompson@wilmerhale.com
              Philip J Landau    on behalf of Creditor Terry  Kilburn plandau@sfl-pa.com,
               lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com;scusack@sfl-pa.com;dwo
               odall@sfl-pa.com;ddeluca@sfl-pa.com
              Philip J Landau    on behalf of Creditor    Tracers Information Specialists plandau@sfl-pa.com,
               lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com;scusack@sfl-pa.com;dwo
               odall@sfl-pa.com;ddeluca@sfl-pa.com
              Philip J Landau    on behalf of Creditor    Triax Data, Inc. plandau@sfl-pa.com,
               lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com;scusack@sfl-pa.com;dwo
               odall@sfl-pa.com;ddeluca@sfl-pa.com
              Philip J Landau    on behalf of Creditor Nancy  Kilburn plandau@sfl-pa.com,
               lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com;scusack@sfl-pa.com;dwo
               odall@sfl-pa.com;ddeluca@sfl-pa.com
              Philip J Landau    on behalf of Plaintiff    Tracers Information Specialists Inc plandau@sfl-pa.com,
               lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com;scusack@sfl-pa.com;dwo
               odall@sfl-pa.com;ddeluca@sfl-pa.com
```

```
District/off: 113C-9                  User: adaml                 Page 7 of 7                  Date Rcvd: Jan 28, 2015
                                      Form ID: pdf004             Total Noticed: 76


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Raymond V Miller, Esq    on behalf of Creditor Caroline  Asher Yoost rmiller@gunster.com,
               vyon@gunster.com
              Raymond V Miller, Esq    on behalf of Creditor Caroline  Asher Yoost, as Co-Trustee of the Eliza
               Desiree Asher Trust rmiller@gunster.com,  vyon@gunster.com
              Raymond V Miller, Esq    on behalf of Creditor Eliza Desiree  Asher, as Co-Trustee of the Eliza
               Desiree Asher Trust rmiller@gunster.com,  vyon@gunster.com
              Raymond V Miller, Esq    on behalf of Creditor Eliza Desiree Asher rmiller@gunster.com,
               vyon@gunster.com
              Raymond V Miller, Esq    on behalf of Creditor Eliza Desiree  Asher, as Co-Trustee of the Caroline
                J. Asher Trust rmiller@gunster.com,  vyon@gunster.com
              Raymond V Miller, Esq    on behalf of Creditor Judith W. Redden Trust rmiller@gunster.com,
               vyon@gunster.com
              Raymond V Miller, Esq    on behalf of Creditor Caroline  Asher Yoost, as Co-Trustee of the
               Caroline J. Asher Trust rmiller@gunster.com,  vyon@gunster.com
              Robbie T Boone    on behalf of Plaintiff    TransUnion Risk and Alternative Data Solutions, Inc.
               rboone@bergersingerman.com
              Robert C Furr, Esq   on behalf of Debtor    TLFO, LLC bnasralla@furrcohen.com,
               atty_furrcohen@bluestylus.com
              Robert N Gilbert, Esq.    on behalf of Interested Party    BRE/BOCA Corporate Center L.L.C.
               rgilbert@cfjblaw.com,  kdemar@cfjblaw.com;wpbecf@cfdom.net
              Sabrina L Streusand    on behalf of Creditor    Dell Financial Services, LLC streusand@slollp.com,
               prentice@slollp.com
              Scott A. Underwood, Esq.    on behalf of Defendant    Technology Investors Inc.
               scott.underwood@bipc.com,  denise.strand@bipc.com
              Scott A. Underwood, Esq.    on behalf of Creditor    Technology Investors, Inc.
               scott.underwood@bipc.com,  denise.strand@bipc.com
              Scott A. Underwood, Esq.    on behalf of Defendant    Technology Investors, Inc.
               scott.underwood@bipc.com,  denise.strand@bipc.com
              Sharon L Levine    on behalf of Interested Party    Warburg Pincus LLC slevine@lowenstein.com
              Sharon L Levine    on behalf of Interested Party Andrew  Prozes slevine@lowenstein.com
              Steven B Smith    on behalf of Interested Party Thomas H. Glocer smiths@dicksteinshapiro.com,
               nybankruptcydocketing@dicksteinshapiro.com
              Steven B Smith    on behalf of Interested Party Jules B. Kroll smiths@dicksteinshapiro.com,
               nybankruptcydocketing@dicksteinshapiro.com
              Steven J. Solomon, Esq.    on behalf of Interested Party Andrew  Prozes
               steven.solomon@gray-robinson.com,
               lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
              Steven J. Solomon, Esq.    on behalf of Interested Party    Warburg Pincus LLC
               steven.solomon@gray-robinson.com,
               lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
              Stuart A Young, Esq    on behalf of Creditor    Infutor Data Solutions Corporation syoung@ybplaw.com
              TR Capital Management (TRoss)    tross@trcmllc.com
              Thomas M. Messana, Esq.    on behalf of Creditor    GCA Savvian Advisors, LLC
               tmessana@messana-law.com,
               emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;n
               barrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com
              Todd C Meyers    on behalf of Creditor    Equifax Information Services, LLC
               tmeyers@kilpatricktownsend.com,
               rrahman@kilpatricktownsend.com;lcanty@kilpatricktownsend.com;mlangford@kilpatricktownsend.com;mwi
               lliams@kilpatricktownsend.com;prosenblatt@kilpatricktownsend.com
              Vincent F Alexander    on behalf of Creditor    JHBTLO, LLC vfa@kttlaw.com,  lf@kttlaw.com
              Vincent F Alexander    on behalf of Creditor Barbara  Ripp vfa@kttlaw.com,  lf@kttlaw.com
              Vincent F Alexander    on behalf of Creditor Jay H Bernstein vfa@kttlaw.com,  lf@kttlaw.com
              Vincent F Alexander    on behalf of Plaintiff Peter  Ripp vfa@kttlaw.com,  lf@kttlaw.com
              Vincent F Alexander    on behalf of Plaintiff Brian  Bachman vfa@kttlaw.com,  lf@kttlaw.com
              Vincent F Alexander    on behalf of Creditor    Hunter Creek LLC vfa@kttlaw.com,  lf@kttlaw.com
              Vincent F Alexander    on behalf of Plaintiff    JHBTLO, LLC vfa@kttlaw.com,  lf@kttlaw.com
              Vincent F Alexander    on behalf of Creditor Gene  Bernstein vfa@kttlaw.com,  lf@kttlaw.com
              Vincent F Alexander    on behalf of Plaintiff    Hunter Creek, LLC vfa@kttlaw.com,  lf@kttlaw.com
              Vincent F Alexander    on behalf of Plaintiff Gene  Bernstein vfa@kttlaw.com,  lf@kttlaw.com
              Vincent F Alexander    on behalf of Plaintiff Barbara  Ripp vfa@kttlaw.com,  lf@kttlaw.com
              Vincent F Alexander    on behalf of Creditor Brian  Bachman vfa@kttlaw.com,  lf@kttlaw.com
              Vincent F Alexander    on behalf of Creditor Peter  Ripp vfa@kttlaw.com,  lf@kttlaw.com
              Vincent F Alexander    on behalf of Plaintiff Jay  Bernstein vfa@kttlaw.com,  lf@kttlaw.com
                                                                                             TOTAL: 184
```



ORDERED in the Southern District of Florida on January 28, 2015.

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:                                          Case No. 13-20853-PGH

TLFO, LLC,                                      Chapter 11

    Debtor.
_____/

### ORDER (I) ADDRESSING MOTION TO ENFORCE THE SALE ORDER AND TO HOLD THE BEST ONE, INC. IN CONTEMPT FOR VIOLATING THE SALE ORDER AND (II) CANCELLING HEARING

**THIS MATTER** came before the Court upon TransUnion Risk and Alternative Data Solutions, Inc.'s ("TRADS") *Motion to Enforce the Sale Order and to Hold The Best One, Inc., in Contempt for Violating the Sale Order* (the "Motion") (ECF No.

1

1282). The Motion contains substantially the same facts and allegations as those contained in the *First Amended Complaint for Declaratory Judgment* (ECF No. 21) in the pending adversary proceeding at Case No. 14-1793. The Court, being fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1. The Motion is hereby **CONSOLIDATED** with the pending adversary proceeding at Case No. 14-1793 for administrative purposes.

2. The hearing on the Motion scheduled for February 10, 2015, by the *Notice of Hearing* (ECF No. 1289) is **CANCELLED**.

###

Robert C. Furr, Esq.

Jason S. Rigoli, Esq.

Alvin S. Goldstein, Esq.

Mark S. Roher, Esq.

Aaron A. Wernick, Esq.

Paul J. Battista, Esq.

Mariaelena Gayo-Guitian, Esq.

Phillip Anker, Esq.

Douglas F. Curtis, Esq.

Marc M. Allon, Esq.

Brian K. Gart, Esq.


Brian K. Gart, Esq. is hereby directed to serve a copy of this Order on all interested parties and file a Certificate of Service thereof in accordance with Local Rules 2002-1(F), 5005-1(G)(2), and 9021-1(A).