UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                  Case No.  13-20853 (PGH)
                                                        Chapter 11
TLFO, LLC,

     Reorganized Debtor.
_____/

### SUPPLEMENTAL CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that true and correct copies of the (i) *Motion to Enforce the Sale Order and to Hold The Best One, Inc. in Contempt for Violating the Sale Order* [ECF No. 1282] (the "Motion"); (ii) *Declaration of Philip D. Anker in Support of Motion to Enforce the Sale Order and to Hold The Best One, Inc. in Contempt for Violating the Sale Order* [ECF No. 1283] (the "Declaration"); and (iii) *Notice of Hearing* [ECF No. 1289] were served via first class, U.S. Mail on the 9th day of February 2015 upon all parties listed below.

                                      BERGER SINGERMAN LLP
                                      *Attorneys for TransUnion Risk and Alternative Data Solutions, Inc.*
                                      350 E. Las Olas Boulevard, Suite 1000
                                      Fort Lauderdale, FL 33301
                                      Telephone:  (954) 525-9900
                                      Facsimile:  (954) 523-2872

                                      By:    /s/  Brian K. Gart
                                                Brian K. Gart, Esq.
                                                Florida Bar No. 381152
                                                bgart@bergersingerman.com

Mr. Derek Dubner
4056 NW 57th Street
Boca Raton, FL 33496-2732

6202896-1