

**ORDERED in the Southern District of Florida on February 23, 2015.**

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TLFO, LLC,** | **Case No. 13-20853-PGH** |
| Debtor. | |
| _____/ | |

### ORDER GRANTING SUPPLEMENT OF FIRST AND FINAL POST-CONFIRMATION FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PAUL J. BATTISTA, ESQ. AND THE LAW FIRM OF GENOVESE, JOBLOVE & BATTISTA, P.A. AS COUNSEL FOR THE <u>OVERSIGHT COMMITTEE</u>

**THIS MATTER** came before the Court on **February 20, 2015 at 9:30 a.m.** on the *Supplement of First and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses for Paul J. Battista, Esq. and the Law Firm of Genovese Joblove & Battista, P.A. as Counsel for the Oversight Committee* [ECF No. 1299] (the "Supplement"). In the Supplement, Genovese Joblove & Battista, P.A. ("GJB") seeks supplemental compensation in the

amount of $2,790.00 for hourly fees and reimbursement of expenses in the amount of $2,239.98 for the period of December 1, 2014 through January 28, 2015.

The Court, having reviewed the Supplement, having heard arguments of counsel, having reviewed the pleadings in this case and being otherwise duly advised in the premises, it is hereby,

**ORDERED,** as follows:

1. Genovese Joblove & Battista, P.A. is awarded: (a) supplemental fees in the amount of $2,790.00 which represents 100% of the hourly fees requested in the Supplement; (b) costs in the amount of $2,239.98 for a total amount of $5,029.98.

2. For this period, GJB has been paid $0.00; therefore the Liquidating Trustee is directed to pay GJB the sum of **$5,029.98.**

3. In making the foregoing award, the Court has evaluated the factors set forth in *In re First Colonial Corp.,* 544 F.2d 1291 (5th Cir. 1977); and *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974) and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by GJB in its capacity as counsel to the Oversight Committee.

4. The amounts awarded herein shall be on a final basis and shall be paid forthwith.

###

**Submitted by:**

Paul J. Battista, Esq.
*Counsel for the Oversight Committee*
Genovese Joblove & Battista, P.A.
100 S.E. Second Street
Suite 4400
Miami, FL 33131
Phone: 305-349-2300
pbattista@gjb-law.com

Copy to: Paul J. Battista, Esq.
(Mr. Battista is directed to serve a conformed copy of this Order on all parties in interest).