**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                          CHAPTER 11

**TLFO, LLC,**                                              **Case No. 13-20853-PGH**

     **Debtor.**
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the *Order Granting Supplement of First and Final*

*Post-Confirmation Fee Application for Allowance and Payment of Compensation and*

*Reimbursement of Expenses for Paul J. Battista, Esq. and the Law Firm of Genovese, Joblove &*

*Battista, P.A. as Counsel for the Oversight Committee* [ECF No. 1304] was served via CM/ECF

Notification and or U.S. Mail to all parties on the attached service list on the 24th day of

February, 2015.

**Dated: February 24, 2015.**

              **GENOVESE JOBLOVE & BATTISTA, P.A.**
              *Attorneys for the Oversight Committee*
              100 Southeast Second Street
              Suite 4400
              Miami, Florida 33131
              Telephone: (305) 349-2300
              Telecopier: (305) 349-2310

              By: /s/ *Paul J. Battista*
              Paul J. Battista, Esq.
              Florida Bar No. 884162
              pbattista@gjb-law.com
              Mariaelena Gayo-Guitian, Esq.
              Florida Bar No. 0813818

### SERVICE LIST

#### Served Via CM/ECF Notification

Vincent F Alexander on behalf of Creditor Hunter Creek LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor JHBTLO, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Barbara Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Brian Bachman
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Gene Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Jay H Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Peter Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Hunter Creek, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff JHBTLO, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Barbara Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Brian Bachman
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Gene Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Jay Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Peter Ripp
vfa@kttlaw.com, lf@kttlaw.com

Philip D. Anker on behalf of Creditor TransUnion LLC
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Philip D. Anker on behalf of Interested Party TransUnion Holding Company, Inc.
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Barry S Balmuth, Esq on behalf of Creditor Greencook Management LLC
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Creditor Mary N. Price
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Creditor William H Price
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Interested Party Linebarger Groggan Blair & Sampson, LLP
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

David E Bane, Esq on behalf of Creditor CoreLogic, Inc.
dbane@hunton.com, aflynn@hunton.com

David E Bane, Esq on behalf of Creditor Teletrack LLC
dbane@hunton.com, aflynn@hunton.com

Alan R Barbee
ecf@marcumllp.com

Paul J. Battista, Esq on behalf of Creditor Committee Creditor Committee
pbattista@gjb-law.com, gjbecf@gjb-law.com

Alexandra D Blye on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net

James M Brako on behalf of Creditor Palm Beach County Tax Collector
LegalServices@pbctax.com

Nancy B Colman on behalf of Creditor MDG Advertising, Inc
ncolman@baritzcolman.com, mizzo@baritzcolman.com

Catherine E Douglas on behalf of Special Counsel David Ristaino
catherine.douglas@akerman.com, jeanette.martinez@akerman.com

Brett A Elam, Esq. on behalf of Interested Party e-Merges.com, Inc.
belam@brettelamlaw.com, info@brettelamlaw.com;deanna@brettelamlaw.com

C Craig Eller, Esq on behalf of Plaintiff BJ4M&M, LLC
celler@broadandcassel.com

C Craig Eller, Esq on behalf of Stockholder BJ4M&M, LLC
celler@broadandcassel.com

John D Emmanuel, Esq on behalf of Creditor Technology Investors, Inc.
emmanuel@fowlerwhite.com, sstorno@fowlerwhite.com

Darren D. Farfante, Esq on behalf of Creditor Technology Investors, Inc.
dfarfante@fowlerwhite.com, Denise.Strand@bipc.com

Keith W. Fendrick on behalf of Creditor Dell Financial Services, LLC
keith.fendrick@hklaw.com, andrea.olson@hklaw.com

Eric B Fisher on behalf of Interested Party Jules B. Kroll
, nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com

Eric B Fisher on behalf of Interested Party Thomas H. Glocer
, nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com

Joseph D Frank on behalf of Creditor Experian Information Solutions, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com

Robert C Furr, Esq on behalf of Debtor TLFO, LLC
bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com

Brian K Gart, Esq. on behalf of Interested Party TransUnion Holding Company, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Mariaelena Gayo-Guitian on behalf of Creditor Committee Creditor Committee
mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Robert N Gilbert, Esq. on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
rgilbert@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net

Daniel L. Gold, Esq. on behalf of Interested Party LexisNexis Risk Solutions FL, Inc.
dgold@ecccounsel.com, bankruptcy@ecclegal.com,nsocorro@ecclegal.com

Alvin S. Goldstein, Esq on behalf of Debtor TLFO, LLC
mmitchell@furrcohen.com, atty_furrcohen@bluestylus.com

Alvin S. Goldstein, Esq on behalf of Defendant TLO, LLC
mmitchell@furrcohen.com, atty_furrcohen@bluestylus.com

Linda W Jackson on behalf of Plaintiff Jules B. Kroll
jackson@salazarjackson.com, aguilar@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarjackson.com

Linda W Jackson on behalf of Plaintiff Ole Poulsen
jackson@salazarjackson.com, aguilar@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarjackson.com

Linda W Jackson on behalf of Plaintiff Thomas H. Glocer
jackson@salazarjackson.com, aguilar@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarjackson.com

Anthony Kang, Esq. on behalf of Creditor Experian Information Solutions, Inc.
akang@arnstein.com

Philip J Landau on behalf of Creditor Tracers Information Specialists
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Philip J Landau on behalf of Creditor Triax Data, Inc.
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Philip J Landau on behalf of Creditor Nancy Kilburn
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Philip J Landau on behalf of Creditor Terry Kilburn
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Philip J Landau on behalf of Plaintiff Tracers Information Specialists Inc
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com

Bernice C. Lee on behalf of Creditor Tracers Information Specialists
blee@sfl-pa.com, vchapkin@sfl-pa.com

Bernice C. Lee on behalf of Creditor Triax Data, Inc.
blee@sfl-pa.com, vchapkin@sfl-pa.com

Bernice C. Lee on behalf of Plaintiff Tracers Information Specialists Inc
blee@sfl-pa.com, vchapkin@sfl-pa.com

Sharon L Levine on behalf of Interested Party Warburg Pincus LLC
slevine@lowenstein.com

Sharon L Levine on behalf of Interested Party Andrew Prozes
slevine@lowenstein.com

Corali Lopez-Castro, Esq on behalf of Creditor Hunter Creek LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor JHBTLO, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Barbara Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Brian Bachman
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Gene Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Jay H Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Peter Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Hunter Creek, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff JHBTLO, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Barbara Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Brian Bachman
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Gene Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Jay Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Peter Ripp
clc@kttlaw.com, rcp@kttlaw.com

Etan Mark on behalf of Creditor Technology Investors, Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Defendant Technology Investors Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Defendant Technology Investors, Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Jerry M Markowitz on behalf of Creditor Dun & Bradstreet
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Jerry M Markowitz on behalf of Mediator Jerry M. Markowitz
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Jerry M Markowitz on behalf of Mediator Jerry M. Markowitz
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Adam D. Marshall, Esq. on behalf of Creditor Technology Investors, Inc.
AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com

Adam D. Marshall, Esq. on behalf of Interested Party Technology Investors Inc.
AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com

Thomas M. Messana, Esq. on behalf of Creditor GCA Savvian Advisors, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-
law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-
law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Todd C Meyers on behalf of Creditor Equifax Information Services, LLC
tmeyers@kilpatricktownsend.com,
rrahman@kilpatricktownsend.com;lcanty@kilpatricktownsend.com;mlangford@kilpatricktowns
end.com;mwilliams@kilpatricktownsend.com;prosenblatt@kilpatricktownsend.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost, as Co-Trustee of the
Caroline J. Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost, as Co-Trustee of the Eliza
Desiree Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher, as Co-Trustee of the Caroline
J. Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher, as Co-Trustee of the Eliza

Desiree Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Judith W. Redden Trust
rmiller@gunster.com, vyon@gunster.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jason S Rigoli, Esq. on behalf of Debtor TLFO, LLC
jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com

Jason S Rigoli, Esq. on behalf of Interested Party TLO, LLC
jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com

Mark S. Roher on behalf of Debtor TLFO, LLC
mroher@conradscherer.com, markroher@gmail.com;vpupo@conradscherer.com

Mark S. Roher on behalf of Defendant TLO, LLC
mroher@conradscherer.com, markroher@gmail.com;vpupo@conradscherer.com

Luis Salazar, Esq. on behalf of Creditor Applied Data Sciences
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-
Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Creditor Data Acquisition Group, LLC
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-
Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Dan MacLachlan
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-
Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Derek Dubner
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-
Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Jules B. Kroll
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-
Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Ole Poulsen
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-
Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Thomas H. Glocer
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-
Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Jules B. Kroll
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-
Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Ole Poulsen
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-
Sin@SalazarJackson.com;pacetti@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Thomas H. Glocer
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-
Sin@SalazarJackson.com;pacetti@salazarjackson.com


David Samole, Esq on behalf of Plaintiff Hunter Creek, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff JHBTLO, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Barbara Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Brian Bachman
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Gene Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Jay Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Peter Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

Kevin G. Schneider on behalf of Creditor Infutor Data Solutions Corporation
kschneider@ngelaw.com

Esperanza Segarra on behalf of Creditor Gary J. Schultheis
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Creditor Shawn Smith
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Plaintiff Gary Schultheis
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Plaintiff Shawn Smith
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Paul Steven Singerman, Esq on behalf of Creditor Technology Investors, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Defendant Technology Investors Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Defendant Technology Investors, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Interested Party TransUnion Holding Company, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Steven B Smith on behalf of Interested Party Jules B. Kroll
smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Steven B Smith on behalf of Interested Party Thomas H. Glocer
smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Steven J. Solomon, Esq. on behalf of Interested Party Warburg Pincus LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Interested Party Andrew Prozes
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Sabrina L Streusand on behalf of Creditor Dell Financial Services, LLC
streusand@slollp.com, prentice@slollp.com

TR Capital Management (TRoss)
tross@trcmllc.com

Charles M Tatelbaum on behalf of Creditor Gary J. Schultheis
cmt@trippscott.com, ksb@trippscott.com

Charles M Tatelbaum on behalf of Plaintiff Gary Schultheis
cmt@trippscott.com, ksb@trippscott.com

Charles M Tatelbaum on behalf of Plaintiff Shawn Smith
cmt@trippscott.com, ksb@trippscott.com

John R Thomas on behalf of Creditor Wells Fargo Bank, N.A.
jthomas@smithhulsey.com, aadams@smithhulsey.com

Scott A. Underwood, Esq. on behalf of Creditor Technology Investors, Inc.
scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com

Scott A. Underwood, Esq. on behalf of Defendant Technology Investors Inc.
scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com

Scott A. Underwood, Esq. on behalf of Defendant Technology Investors, Inc.
scott.underwood@fowlerwhite.com, denise.strand@fowlerwhite.com

Aaron A Wernick on behalf of Debtor TLFO, LLC
awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com

Henry S Wulf, Esq on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
hwulf@cfjblaw.com, kdesroches@cfjblaw.com

Stuart A Young, Esq on behalf of Creditor Infutor Data Solutions Corporation
syoung@ybplaw.com

Linda J Zhou on behalf of Creditor Technology Investors, Inc.
linda.zhou@bipc.com, sabrina.storno@bipc.com

Label Matrix for local noticing
113C-9
Case 13-20853-PGH
Southern District of Florida
West Palm Beach
Tue Feb 24 14:59:08 EST 2015

Akerman LLP
350 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, Fl 33301-4247

3G4MxM, LLC
c/o C. Craig Eller, Esquire
Broad and Cassel
One North Clematis Street, Suite 500
West Palm Beach, FL 33401-5537

BRE/BOCA Corporate Center L.L.C.
c/o Carlton Fields PA
525 Okeechobee Blvd #1200
West Palm Beach, FL 33401-6350

CoreLogic, Inc.
Hunton & Williams LLP
c/o David Bane
1111 Brickell Avenue
Suite 2500
Miami, FL 33131-3155

Creditor Committee
c/o Paul J Battista, Esq
100 SE 2nd St
Miami, FL 33131-2100

Data Acquisition Group, LLC
c/o Luis Salazar
Salazar Jackson, LLP
2 South Biscayne Blvd
Suite 3760
Miami, Fl 33131-1815

Dell Financial Services, LLC
c/o Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd #811
Autsin, TX 78704-1166

Equifax Information Services, LLC
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530

GCA Savvian Advisors, LLC
c/o Messana, P.A.
401 East Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301-2218

Greencook Management LLC
26801 Hickory Blvd
Bonita Springs, FL 34134-8304

Hunter Creek LLC
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1618

Infutor Data Solutions Corporation
c/o Stuart A Young, Esq
1860 Forest Hill Blvd. #201
West Palm Beach, FL 33406-6086

Internal Revenue Service
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

JHBTLO, LLC
c/o Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Boulevard
9th Floor
Miami, FL 33134-6039

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134-6039

Linebarger Groggan Blair & Sampson, LLP
c/o Jim Schober, Esq.
Barlett & Schober, P.C.
1611 Nueces St.
Austin, TX 78701-1105

Palm Beach County Tax Collector
c/o James M. Brako, General Counsel
P.O. Box 3715
West Palm Beach, FL 33402-3715

Receivable Management Services
Authorized Agent for Dun & Bradstreet
c/o Ronald Rowland Esq
307 International Cir #270
Hunt Valley, MD 21030-1322

Sonar Credit Partners II LLC
200 Business Pk Dr #201
Armonk, NY 10504-1751

TLFO, LLC
4530 Conference Way South
Boca Raton, FL 33431-4489

TR Capital Management (TRoss)
336 Atlantic Ave # 302
East Rockaway, NY 11518-1124

Technical Electric Systems Inc
87 S Hwy 17-92 Unit B
DeBary, FL 32713-3364

Technology Investors, Inc.
c/o Marshall Socarras Grant, P.L.
197 South Federal Highway #300
Boca Raton, FL 33432-4946

Tracers Information Specialists
c/o Philip J. Landau, Esq.
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, # 3
Boca Raton, FL 33431-8579

Triax Data, Inc.
c/o Shraiberg, Ferrara & Landau, P.A.
Philip J. Landau, Esq.
2385 NW Executive Center Drive, # 3
Boca Raton, FL 33431-8579

Wells Fargo Bank, N.A.
c/o John R. Thomas, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202-4494

e-Merges.com, Inc.
105 S. Narcissus Avenue
Suite 802
West Palm Beach, FL 33401-5530

tw telecom inc
c/o Linda Boyle
10475 Park Meadows Dr #400
Littleton, CO 80124-5433

Accutrend Data Corp
7860 East Berry PL #200
Englewood, CO 80111-2303

Accutrend Data Corp.
P.O. Box 6615
Greenwood Village, CO 80155-6615

Apache Corporation
Attn: Andrew Friedberg
2000 Post Oak Blvd #100
Houston, TX 77056-4400

BDO USA LLP
Attn: Laurence W Goldberg
4035 Premier Dr #333
High Point NC 27265-8312

BDO USA, LLP
1601 Forum Place
#904 Centurion Plaza
West Palm Beach, FL 33401

BRE Boca Corporate Center, LLC (Ptrship)
39174 Treasury Center
Chicago, IL 60694-9100

BRE/Boca Corporate Center, LLC
Equity Office Management, LLC
Attn:  Brian Vaas
5000 T Rex Avenue, Suite 100
Boca Raton, FL 33431-4492

Bob Davis
3941 S. Bristol St #D
Santa Ana, CA 92704-7496

CDW, LLC
200 N Milwaukee Ave
Vernon Hills, IL 60061-1577
Attn: Vida Krug

Charles Simpson, B'cy Mgr
Dell Financial Svcs LLC
2300 Greenlawn Blvd, MS RR3-52
Round Rock TX 78682-0001

Christopher Cavalier
Experian North America
475 Anton Blvd
Coasta Mesa CA 92626-7037

Compact Information Systems Inc
7120  185th Ave NE
Redmond, WA 98052-0575

Compass Marketing Solutions LLC
808 P Street #300
Lincoln, NE 68508-1383

Cookie Schwartz Diaz
POB 221643
Newhall CA 91322-1643

CoreLogic Information Solutions Inc
Corelogic Solutions I LC
40 Pacifica #900
Irvine, CA 92618-7487

CoreLogic Teletrack, Inc.
P.O. Box 847075
Dallas, TX 75284-7075

Corelogic Information Solutions, Inc.
P.O. Box 847239
Dallas, TX 75284-7239

Corelogic Teletrack Inc
Teletrack LLC
5550-A Peachtree Pkyw #600
Norcross, GA 30092

Corelogic Teletrack, Inc
f/ka/ First American Corelogic
PO Box 847075
Dallas, TX 75284-7075

DTE Boca Raton, LLC (Corp.)
414 S. Main St., #600
Ann Arbor, MI 48104-2398

Daniel Merchant
SMA Communications
6901 SW 18 St #E202
Boca Raton FL 33433-7037

Data Acquisition Group, LLC
c/o Salazar Jackson, LLP
Two South Biscayne Boulevard
Suite 3760
Miami, Florida 33131-1815

DataOne Software
150 Granby St
Norfolk, VA 23510-1604

DataQuick
File 50261
Los Angeles, CA 90074-0261

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dell Financial Services
PO Box 99355
Chicago, IL 60693-9355

Dell Financial Services (Lease Contr)
Payment Processing Center
P.O. Box 6549
Carol Stream, IL 60197-6549

Dell Financial Services, LLC
c/o Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Ste. 811
Austin, Texas 78704-1166

Dell Marketing L.P. - 9389
C/O Dell USA L.P.
P.O. Box 534118
Atlanta, GA 30353-4118

Dell Marketing, L.P.
c/o Sabrina Streusand
Streusand, Landon & Ozburn, LLP
811 Barton Springs Rd., Ste. 811
Austin, TX 78704-1166

Department of Highway Safety
and Motor Vehicle
2900 Apalachee Pkwy
Tallahassee, FL 32399-0500

Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Dun & Bradstreet Inc.
P.O. Box 75434
Chicago, IL 60675-5434

Dun & Bradstreet
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

Dun and Bradstreet Inc
3 Sylvan Way
Attn Electronic Licensing
Parsippany, NJ 07054-3822

Equifax Credit Mktg. Services (LLC/Corp)
P.O. Box 945510
Atlanta, GA 30394-5510

Equifax Information Services
1550 Peachtree St
Atlanta, GA 30309-2468

Equifax Information Services, LLC
c/o Paul M. Rosenblatt, Esq.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4530

Experian - 2983
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 3664
P.O. Box 881971
Los Angeles, CA 90088-1971

Experian - 3812
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 7485 (Inc.)
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 7690
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian - 9430
P.O. Box 886133
Los Angeles, CA 90088-6133

Experian Information Solutions Inc
475 Anton Blvd
Costa Mesa, CA 92626-7037

Experian Information Solutions, Inc.
c/o Joseph D. Frank
FrankGecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654-6465

FACTIVA Inc, a Dow Jones Co
Attn: Credit Dept
POB 300
Princeton NJ 08543-0300

Factiva Inc.
P.O. Box 300
Princeton, NJ 08543-0300

(p)FEDERAL TRADE COMMISSION
ASSOCIATE DIRECTOR
DIVISION OF ENFORCEMENT
600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122
WASHINGTON DC 20580-0001

GCA Savvian Advisors, LLC
c/o Robert L. Eisenbach III
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800

Gary Myhre
6008 Lelac Rd
Boca Raton, FL 33496-2302

Gary Schultheis, c/o E.Segarra, Hinshaw & Cu

Gary Steck
LSSiDATA
1 Sentry Pkwy #7000
Blue Bell PA 19422-2310

Green Cook Management, LLC
c/o William H. Myers, Esquire
Porter Wright et. al.
9132 Strada Place
Bonita Springs, FL 34108-2942

Infutor Data Solutions Corp
111 Zapata Lane
Minooka, IL 60447-9355

Infutor Data Solutions Inc
c/o Kevin G Schneider
2 N LaSalle St #1700
Chicago IL 60602-4000

Infutor Data Solutions, Inc.
15129 S. Route 59
Plainfield, IL 60544-2772

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

JAG 25 Enterprises
11031 Springfield Place
Hollywood, FL 33026-4855

JAG 25 Enterprises, Inc.
11031 Springfield Place
Cooper City, FL 33026-4855

Joseph D. Frank
FrankGecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654-6465

Jules Kroll
845 Third Ave, 4th Floor
New York, NY 10022-6647

Katherine Bartnik
c/o C Larmoyeux and B Bone
550 S Quadrille Blvd #200
West Palm Beach FL 33401-5855

LEAF
POB 644006
Cincinnati, OH 45264-4006


LSSi Data Corp
One Sentry Pkwy #6000
Blue Bell, PA 19422-2310

LSSiData Corp.
P.O. Box 730401
Dallas, TX 75373-0401

Leaf Capital
1720 A Crete St
Moberly, MO 65270-3681


Lssidata
Volt Delta Resources
1600 Stewart Ave #305
Westbury NY 11590-6611

Mary N. Price as PR of the Estate of W. H. P
c/o William H. Myers, Esquire
Porter Wright et. al.
9132 Strada Place
Bonita Springs, FL 34108-2942

Matthew A. Foreman Esq
Atty for Tracers Info
11031 Spring Hill Dr
Spring Hill, FL 34608-5049


Monster Worldwide Inc.
7800 West Brown Deer Road
Suite 200
Milwaukee, WI 53223-1915

Monster, Inc.
P.O. Box 90364
Chicago, IL 60696-0364

NominoData LLC
PO Box 3340
Incline Village, NV 89450-3340


Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ole Poulsen
18800 Bull Springs Rd
Bend OR 97701-9487

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715


SMA Communications, LLC
6901 S.W. 18th St. #E-202
Boca Raton, FL 33433-7037

Scott Wagner
8668 Breezy Hill Dr
Boynton Beach, FL 33473-4899

Sonar Credit Partners II LLC
80 Business Pk Dr #208
Armonk NY 10504-1701


Steven D. Sass
Dun & Bradstreet
307 International Cir #270
Hunt Valley MD 21030-1322

Sunera LLC
201 E. Kennedy Blvd.
Suite #415
Tampa, FL 33602-5823

Syncapes Corp
PO Box 347870
Pittsburgh, PA 15251-4870


TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598-0633

Technical Electric Systems Inc
87 S Highway 17-92, #B
Debary, FL 32713-3364

Technical Electric Systems Inc
87-B S. US Highway 17-92
DeBary, FL 32713-3364


Technology Investors Inc
c/o Mike Kuzy
1948 NE 7 Terr
Ft Lauderdale FL 33305-2207

Technology Investors, Inc.
c/o Scott A. Underwood
Fowler White Boggs P.A.
P.O. Box 1438
Tampa, FL 33601-1438

Terry Kilburn, Chief Op Officer
Tracers Information Spec Inc
15470 Flight Path Dr
Brooksville FL 34604-6823


Thomas Glocer
60 East 96th Street, PHB
New York, NY 10128-0757

Tracers Information Specialists, Inc.
15470 Flight Path Drive
Brooksville, FL 34604-6823

TransUnion LLC
Attn: Accounts Receivable
555 W Adams St
Chicago IL 60661-3631

TransUnion, LLC
P.O. Box 99506
Chicago, IL 60693-9506

Triax Data, Inc.
c/o Philip J. Landau, Esq.
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, Suite 30
Boca Raton, Florida 33431-8579

Wells Fargo Bank, N.A.
c/o John R. Thomas, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202-4494

West Payment Center (Corp)
P.O. Box 6292
Carol Stream, IL 60197-6292

Aaron A Wernick
2255 Glades Rd # 337W
Boca Raton, FL 33431-7379

Alan R Barbee
Marcum LLP
525 Okeechobee Blvd # 750
West Palm Beach, FL 33401-6329

Alvin S. Goldstein Esq
2255 Glades Rd #337W
Boca Raton, FL 33431-7379

Barbara Ripp
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

Brian Bachman
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

Caroline Asher Yoost
c/o Raymond V Miller, Esq
600 Brickell Ave #3500
Miami, FL 33131-3090

Caroline Asher Yoost, as Co-Trustee of the C
c/o Raymond V. Miller
600 Brickell Ave #3500
Miami, FL 33131-3090

Caroline Asher Yoost, as Co-Trustee of the E
c/o Raymond V. Miller
600 Brickell Ave #3500
Miami, FL 33131-3090

Dan MacLachlan
c/o Salazar Jackson, LLP
Two South Biscayne, Suite 3760
Attn: Luis Salazar
Miami, FL 33131-1815

David Ristaino
350 E Las Olas Blvd #1600
Ft Lauderdale, FL 33301-4247

Derek Dubner
c/o Salazar Jackson, LLP
Two South Biscayne, Suite 3760
Miami, FL 33131-1815

Eliza Desiree Asher
c/o Raymond V Miller, Esq
600 Brickell Ave #3500
Miami, FL 33131-3090

Eliza Desiree Asher, as Co-Trustee of the Ca
c/o Raymond V. Miller
600 Brickell Ave #3500
Miami, FL 33131-3090

Eliza Desiree Asher, as Co-Trustee of the El
c/o Raymond V. Miller Esq
600 Brickell Ave #3500
Miami, FL 33131-3090

Frank E. Jaumot
Ahearn Jasco & Company
190 SE 19th Avenue
Pompano Beach, FL 33060-7549

Gene Bernstein
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

James F Carroll
633 S Federal Hwy, 8 Fl
Ft Lauderdale, FL 33301-3164

Jason S Rigoli Esq.
2255 Glades Rd # 337W
Boca Raton, FL 33431-7379

Jay H Bernstein
c/o Covington & Burling LLP
620 Eighth Ave
New York, NY 10018-1572

Jerry M. Markowitz
9130 S Dadeland Blvd
Two Datran Ctr #1800
Miami, FL 33156-7849

Jim Schober
1611 Nueces St
Austin, TX 78701-1105

Judith W. Redden Trust
c/o Raymond V. Miller, Esq.
Gunster Yoakley & Stewart PA
2 South Biscayne Blvd.
Suite 3400
Miami, FL 33131-1807

Jules B. Kroll
c/o Luis Salazar
Salazar Jackson, LLP
2 South Biscayne Blvd. Suite 3760
Miami, FL 33131-1815

Mark S. Roher Esq.
633 S Federal Hwy #800
Ft Lauderdale, FL 33301-3166

Mary N. Price
c/o Barry S Balmuth
1601 Forum Pl #1101
West Palm Beach, FL 33401-8104

Matthew A Foreman
20 S Broad St
Brooksville, FL 34601-2829

```
Nancy Kilburn                        Ole Poulsen                          Peter Ripp
c/o Philip J. Landau, Esq.           Salazar Jackson, LLP                 c/o Covington & Burling LLP
Shraiberg, Ferrara & Landau, P.A.    2 South Biscayne Blvd. Suite 3760    620 Eighth Ave
2385 NW Executive Center Drive, # 3  Miami, FL 33131-1815                 New York, NY 10018-1572
Boca Raton, FL 33431-8579


R Lumpkin                            Robert C Furr Esq                    Shawn Smith
100 SE 2nd St, 30 Fl                 2255 Glades Rd #337W                 c/o Esperanza Segana Esq
Miami, FL 33131-2194                 Boca Raton, FL 33431-7379            2525 Ponce de Leon Blvd #400
                                                                          Coral Gables, FL 33134-6044



Terry Kilburn                        Thomas Santoro                       Thomas H. Glocer
c/o Philip J. Landau, Esq.           1101 Brickell Ave #S-503             c/o Luis Salazar
Shraiberg, Ferrara & Landau, P.A.    Miami, FL 33131-3110                 Salazar Jackson, LLP
2385 NW Executive Center Drive, # 3                                       2 South Biscayne Blvd. Suite 3760
Boca Raton, FL 33431-8579                                                 Miami, FL 33131-1815


William H Price
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Dell Financial Services              Federal Trade Commission
MAIL STOP PS2DF-23                   8600 Pennsylvania Ave NW
One Dell Way                         Washington, DC 20580
Round Rock, TX 78682
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Applied Data Sciences             (u)Dun & Bradstreet                  (u)Equifax Information Services, LLC




(u)Experian Information Solutions, Inc.  (u)LexisNexis Risk Solutions FL, Inc.  (u)Oversight Committee




(u)Teletrack LLC                     (u)TransUnion Holding Company, Inc.  (u)TransUnion LLC
```

(u)Warburg Pincus LLC

(u)West Palm Beach

(d)Corelogic Information Solutions
CoreLogic Solutions, I LC
40 Pacifica #900
Irvine, CA 92618-7487


(d)Equifax Information Services LLC
1550 Peachtree St
Atlanta, GA 30309-2468

(u)Gary J. Schultheis c/o E. Segarra, Hinshaw

(u)Gary J. Schultheis, c/o Hinshaw & Culberts


(d)Greencook Management LLC
26801 Hickory Blvd
Bonita Springs, FL 34134-8304

(u)John O. Schaeffer
**DELETED PER DE#775**

(u)MDG Advertising Inc.
**Withdrawn per DE#1272**


(u)Paul Fichtman
**DELETED PER DE#775**

(d)SMA Communications, LLC
6901 S.W. 18th St. #E-202
Boca Raton, FL 33433-7037

(d)Technical Electric Systems, Inc.
87-B S. US Highway 17-92
DeBary, FL 32713-3364


(u)Various Members

(u)William H. Price
**DELETED PER DE#775**

(u)William Price
**DELETED PER DE#775**


(u)Ana Massetti

(u)Andrew Prozes

(d)Gary Myhre
6008 LeLac Rd
Boca Raton, FL 33496-2302


(u)Gary J. Schultheis
c/o Esperanza Segarra, Esq.
2525 Ponce de Leon Blvd, 4th floor
Coral Gables

(u)John Walsh

(u)Katherine Bartnik


(u)Leroy Wilson

(u)Mariaelena Gayo-Guitian

(u)Michael Turner


(u)Walter Tomal Yoost

End of Label Matrix
Mailable recipients   159
Bypassed recipients    34
Total                 193