**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:

                                    Case No. 13-20853-PGH

TLFO, LLC,                              Chapter 11

_____Debtor._____/

## AGREED STIPULATION FOR SUBSTITUTION OF COUNSEL FOR CREDITOR, PALM BEACH COUNTY TAX COLLECTOR

COMES NOW the PALM BEACH COUNTY TAX COLLECTOR, by and through its undersigned counsel, hereby stipulates to a substitution of counsel in accordance with the following. It is hereby stipulated, by and between Orfelia M. Mayor, Esq. and James M. Brako, Esq. that Orfelia M. Mayor, Esq. shall be substituted as counsel of record for the Palm Beach County Tax Collector, and that James M. Brako, Esq. be relieved of all further responsibility in this case as of the date of this stipulation and that the parties shall forward all further pleadings and correspondence in this matter to Orfelia M. Mayor, Esq., Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, Florida 33402.

DATED this 25th day of February, 2015.

| | |
|---|---|
| Orfelia M. Mayor, Esq. | James M. Brako, Esq. |
| Palm Beach County Tax Collector Office | Palm Beach County Attorney's Office |
| P.O. Box 3715 | 301 North Olive Avenue, 6th Floor |
| West Palm Beach, Florida 33402 | West Palm Beach, Florida 33401 |
| Telephone: (561) 355-2141 | Telephone: (561) 355-4179 |
| Facsimile: (561) 355-1110 | Facsimile:   (561) 355-6461 |
| legalservices@pbctax.com | |
| | |
| By: _____ | By: _____ |
|      Orfelia M. Mayor, Esq. |      James M. Brako, Esq. |
|      Florida Bar No. 646751 |      Florida Bar No. 493211 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February  25   , 2015, a true and correct copy of the foregoing was served either electronically through the Court's CM/ECF Noticing Service or via U.S. Mail to the following:

James M. Brako, Esq.
Palm Beach County Attorney's Office
301 North Olive Avenue, 6th Floor
West Palm Beach, Florida 33401

And all other CM/ECF participants.

/s/ Orfelia M. Mayor
Orfelia M. Mayor, Esq.