

ORDERED in the Southern District of Florida on February 25, 2015.

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

TLFO, LLC,

        Debtor.        /

Case No. 13-20853-PGH
Chapter 11

## AGREED ORDER OF SUBSTITUTION OF COUNSEL FOR CREDITOR, PALM BEACH COUNTY TAX COLLECTOR

THIS CAUSE, having come before this Court on an *ex parte* basis upon the Agreed Stipulation for Substitution of Counsel for Creditor, Palm Beach County Tax Collector (ECF No. 1306) and the Court, having considered the Motion, does hereby

ORDER that the Motion is GRANTED. Orfelia M. Mayor, Esq. is substituted as counsel for the Palm Beach County Tax Collector, in this case, in the place of James M. Brako, Esq. James M. Brako, Esq. shall have no further responsibility in this action.

# # #

<u>Submitted by and Copies Furnished to</u>:
Orfelia M. Mayor, ESQ.
Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, Florida 33402

(Attorney Mayor is directed to serve copies of this order on all interested parties and file a certificate of service.)