**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                   Case No. 13-20853-PGH
                                                         Chapter 11

TLFO, LLC,


_____Debtor._____/


**CERTIFICATE OF SERVICE OF AGREED ORDER OF**
**SUBSTITUTION OF COUNSEL FOR CREDITOR,**
**PALM BEACH COUNTY TAX COLLECTOR (ECF #1307)**

I hereby certify that a true copy of the Agreed Order of Substitution of Counsel for Creditor, Palm Beach County Tax Collector (ECF #1307) dated February 25, 2015 was served as follows:

VIA ECF:
Vincent F Alexander on behalf of Creditor Hunter Creek LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor JHBTLO, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Barbara Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Brian Bachman
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Gene Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Jay H Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Creditor Peter Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Hunter Creek, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff JHBTLO, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Barbara Ripp
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Brian Bachman
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Gene Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Jay Bernstein
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Peter Ripp
vfa@kttlaw.com, lf@kttlaw.com

Philip D. Anker on behalf of Creditor TransUnion LLC
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Philip D. Anker on behalf of Interested Party TransUnion Holding Company, Inc.
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Philip D. Anker on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com

Barry S Balmuth, Esq on behalf of Creditor Greencook Management LLC
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Creditor Mary N. Price
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Creditor William H Price
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

Barry S Balmuth, Esq on behalf of Interested Party Linebarger Groggan Blair & Sampson, LLP
balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

David E Bane, Esq on behalf of Creditor CoreLogic, Inc.
dbane@hunton.com, aflynn@hunton.com

David E Bane, Esq on behalf of Creditor Teletrack LLC
dbane@hunton.com, aflynn@hunton.com

Alan R Barbee
ecf@marcumllp.com

Paul J. Battista, Esq on behalf of Creditor Committee Creditor Committee
pbattista@gjb-law.com, gjbecf@gjb-law.com

Paul J. Battista, Esq on behalf of Interested Party Oversight Committee
pbattista@gjb-law.com, gjbecf@gjb-law.com

Alexandra D Blye on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net;jmclark@cfjblaw.com

Robbie T Boone on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
rboone@bergersingerman.com

Catherine E Douglas on behalf of Special Counsel Akerman LLP
catherine.douglas@akerman.com, jeanette.martinez@akerman.com

Catherine E Douglas on behalf of Special Counsel David Ristaino
catherine.douglas@akerman.com, jeanette.martinez@akerman.com

Brett A Elam, Esq. on behalf of Interested Party e-Merges.com, Inc.
belam@brettelamlaw.com,
info@brettelamlaw.com;deanna@brettelamlaw.com;lynn@farberelamlaw.com;adamfarberlaw@gmail.com;brettelamlaw@gmail.com;elise@adamfarberlaw.com

C Craig Eller, Esq on behalf of Counter-Defendant BJ4M&M, LLC
celler@broadandcassel.com

C Craig Eller, Esq on behalf of Plaintiff BJ4M&M, LLC
celler@broadandcassel.com

C Craig Eller, Esq on behalf of Stockholder BJ4M&M, LLC
celler@broadandcassel.com

John D Emmanuel, Esq on behalf of Creditor Technology Investors, Inc.
emmanuel@fowlerwhite.com, sstorno@fowlerwhite.com

Darren D. Farfante, Esq on behalf of Creditor Technology Investors, Inc.
darren.farfante@bipc.com, Denise.Strand@bipc.com

Keith W. Fendrick on behalf of Creditor Dell Financial Services, LLC
keith.fendrick@hklaw.com, andrea.olson@hklaw.com

Eric B Fisher on behalf of Interested Party Jules B. Kroll
, nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com

Eric B Fisher on behalf of Interested Party Thomas H. Glocer
, nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com

Joseph D Frank on behalf of Creditor Experian Information Solutions, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com

Robert C Furr, Esq on behalf of Debtor TLFO, LLC
bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com

Brian K Gart, Esq. on behalf of Interested Party TransUnion Holding Company, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian K Gart, Esq. on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian K Gart, Esq. on behalf of Witness TransUnion Risk and Alternative Data Solutions, Inc.
bgart@bergersingerman.com,
clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Mariaelena Gayo-Guitian on behalf of Attorney Mariaelena Gayo-Guitian
mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Mariaelena Gayo-Guitian on behalf of Creditor Committee Creditor Committee
mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Mariaelena Gayo-Guitian on behalf of Interested Party Oversight Committee
mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

Robert N Gilbert, Esq. on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
rgilbert@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net;jmclark@cfjblaw.com

Daniel L. Gold, Esq. on behalf of Interested Party LexisNexis Risk Solutions FL, Inc.
dan.gold@wilsonelser.com, miurel.martinez@wilsonelser.com;Jackie.Benitez@wilsonelser.com

Alvin S. Goldstein, Esq on behalf of Debtor TLFO, LLC
rstanley@furrcohen.com, atty_furrcohen@bluestylus.com

Alvin S. Goldstein, Esq on behalf of Defendant TLFO, LLC
rstanley@furrcohen.com, atty_furrcohen@bluestylus.com

Alvin S. Goldstein, Esq on behalf of Interested Party TLFO, LLC
rstanley@furrcohen.com, atty_furrcohen@bluestylus.com

Linda W Jackson on behalf of Counter-Defendant Jules B. Kroll
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Counter-Defendant Ole Poulsen
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Counter-Defendant Thomas H. Glocer
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Interested Party Jules B. Kroll
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Interested Party Ole Poulsen
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Interested Party Thomas H. Glocer
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Plaintiff Jules B. Kroll
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Plaintiff Ole Poulsen
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Linda W Jackson on behalf of Plaintiff Thomas H. Glocer
jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com

Anthony Kang, Esq. on behalf of Creditor Experian Information Solutions, Inc.
akang@arnstein.com

Philip J Landau on behalf of Creditor Tracers Information Specialists
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;pdorsey@sfl-pa.com;scusack@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com

Philip J Landau on behalf of Creditor Triax Data, Inc.
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;pdorsey@sfl-pa.com;scusack@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com

Philip J Landau on behalf of Creditor Nancy Kilburn
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;pdorsey@sfl-pa.com;scusack@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com

Philip J Landau on behalf of Creditor Terry Kilburn
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;pdorsey@sfl-pa.com;scusack@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com

Philip J Landau on behalf of Plaintiff Tracers Information Specialists Inc
plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;pdorsey@sfl-pa.com;scusack@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com

Bernice C. Lee on behalf of Creditor Tracers Information Specialists
blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com

Bernice C. Lee on behalf of Creditor Triax Data, Inc.
blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com

Bernice C. Lee on behalf of Plaintiff Tracers Information Specialists Inc
blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com

Sharon L Levine on behalf of Interested Party Warburg Pincus LLC
slevine@lowenstein.com

Sharon L Levine on behalf of Interested Party Andrew Prozes
slevine@lowenstein.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant BJ4M&M, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant Hunter Creek, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant JHBTLO, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant Barbara Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant Brian Bachman
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant Gene Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant Jay Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Counter-Defendant Peter Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Hunter Creek LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor JHBTLO, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Barbara Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Brian Bachman
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Gene Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Jay H Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Peter Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Hunter Creek, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff JHBTLO, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Barbara Ripp
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Brian Bachman
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Gene Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Jay Bernstein
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Peter Ripp
clc@kttlaw.com, rcp@kttlaw.com

Etan Mark on behalf of Counter-Claimant Technology Investors Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Counter-Claimant Technology Investors, Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Creditor Technology Investors, Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Defendant Technology Investors Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Etan Mark on behalf of Defendant Technology Investors, Inc.
emark@bergersingerman.com,
lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com

Jerry M Markowitz on behalf of Creditor Dun & Bradstreet
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Jerry M Markowitz on behalf of Mediator Jerry M. Markowitz
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Jerry M Markowitz on behalf of Mediator Jerry M. Markowitz
jmarkowitz@mrthlaw.com,
rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com

Adam D. Marshall, Esq. on behalf of Creditor Technology Investors, Inc.
AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com

Adam D. Marshall, Esq. on behalf of Interested Party Technology Investors Inc.
AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com

Thomas M. Messana, Esq. on behalf of Creditor GCA Savvian Advisors, LLC
tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com

Todd C Meyers on behalf of Creditor Equifax Information Services, LLC
tmeyers@kilpatricktownsend.com, rrahman@kilpatricktownsend.com;lcanty@kilpatricktownsend.com;mlangford@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com;prosenblatt@kilpatricktownsend.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost, as Co-Trustee of the Caroline J. Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Caroline Asher Yoost, as Co-Trustee of the Eliza Desiree Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher, as Co-Trustee of the Caroline J. Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher, as Co-Trustee of the Eliza Desiree Asher Trust
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Eliza Desiree Asher
rmiller@gunster.com, vyon@gunster.com

Raymond V Miller, Esq on behalf of Creditor Judith W. Redden Trust
rmiller@gunster.com, vyon@gunster.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Arthur H Rice, Esq on behalf of Defendant Interactive Data, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Marlin Capital Partners I, LLC
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant The Best One, Inc.
arice.ecf@rprslaw.com

Arthur H Rice, Esq on behalf of Defendant Michael Brauser
arice.ecf@rprslaw.com

Jason S Rigoli, Esq. on behalf of Debtor TLFO, LLC
jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com

Jason S Rigoli, Esq. on behalf of Interested Party TLFO, LLC
jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com

Luis Salazar, Esq. on behalf of Counter-Defendant Jules B. Kroll
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Counter-Defendant Ole Poulsen
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Counter-Defendant Thomas H. Glocer
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Creditor Applied Data Sciences
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Creditor Data Acquisition Group, LLC
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Dan MacLachlan
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Derek Dubner
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Jules B. Kroll
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Ole Poulsen
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Interested Party Thomas H. Glocer
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Jules B. Kroll
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Ole Poulsen
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

Luis Salazar, Esq. on behalf of Plaintiff Thomas H. Glocer
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com

David Samole, Esq on behalf of Counter-Defendant Hunter Creek, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Counter-Defendant JHBTLO, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Counter-Defendant Barbara Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Counter-Defendant Brian Bachman
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Counter-Defendant Gene Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Counter-Defendant Jay Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Counter-Defendant Peter Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Hunter Creek, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party JHBTLO, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Barbara Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Brian Bachman
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Gene Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Jay Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Peter Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff BJ4M&M, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Hunter Creek, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff JHBTLO, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Barbara Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Brian Bachman
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Gene Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Jay Bernstein
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Plaintiff Peter Ripp
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

Lisa M Schiller, Esq on behalf of Defendant The Best One, Inc.
lschiller.ecf@rprslaw.com

Kevin G. Schneider on behalf of Creditor Infutor Data Solutions Corporation
kschneider@ngelaw.com

Esperanza Segarra on behalf of Counter-Defendant Gary Schultheis
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Counter-Defendant Shawn Smith
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Creditor Gary J. Schultheis
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Creditor Shawn Smith
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Plaintiff Gary Schultheis
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Esperanza Segarra on behalf of Plaintiff Shawn Smith
esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Paul Steven Singerman, Esq on behalf of Creditor Technology Investors, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Defendant Technology Investors Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Defendant Technology Investors, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul Steven Singerman, Esq on behalf of Interested Party TransUnion Holding Company, Inc.
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Steven B Smith on behalf of Interested Party Jules B. Kroll
smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Steven B Smith on behalf of Interested Party Thomas H. Glocer
smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com

Steven J. Solomon, Esq. on behalf of Interested Party Warburg Pincus LLC
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Steven J. Solomon, Esq. on behalf of Interested Party Andrew Prozes
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

Sabrina L Streusand on behalf of Creditor Dell Financial Services, LLC
streusand@slollp.com, prentice@slollp.com

TR Capital Management (TRoss)
tross@trcmllc.com

Charles M Tatelbaum on behalf of Creditor Gary J. Schultheis
cmt@trippscott.com, lxc@trippscott.com

Charles M Tatelbaum on behalf of Plaintiff Gary Schultheis
cmt@trippscott.com, lxc@trippscott.com

Charles M Tatelbaum on behalf of Plaintiff Shawn Smith
cmt@trippscott.com, lxc@trippscott.com

John R Thomas on behalf of Creditor Wells Fargo Bank, N.A.
jthomas@smithhulsey.com, aadams@smithhulsey.com

John R Thomas on behalf of Respondent Wells Fargo Bank, N.A.
jthomas@smithhulsey.com, aadams@smithhulsey.com

Scott A. Underwood, Esq. on behalf of Creditor Technology Investors, Inc.
scott.underwood@bipc.com, denise.strand@bipc.com

Scott A. Underwood, Esq. on behalf of Defendant Technology Investors Inc.
scott.underwood@bipc.com, denise.strand@bipc.com


Scott A. Underwood, Esq. on behalf of Defendant Technology Investors, Inc.
scott.underwood@bipc.com, denise.strand@bipc.com

Aaron A Wernick on behalf of Debtor TLFO, LLC
awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com

Henry S Wulf, Esq on behalf of Interested Party BRE/BOCA Corporate Center L.L.C.
hwulf@cfjblaw.com, kdesroches@cfjblaw.com

Stuart A Young, Esq on behalf of Creditor Infutor Data Solutions Corporation
syoung@ybplaw.com

Linda J Zhou on behalf of Creditor Technology Investors, Inc.
linda.zhou@bipc.com, sabrina.storno@bipc.com

**13-20853-PGH Notice will not be electronically mailed to:**

Marc M. Allon on behalf of Interested Party TransUnion Holding Company, Inc.
7 World Trade Center
250 Greenwich St
New York, NY 10007

Marc M. Allon on behalf of Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.
7 World Trade Center
250 Greenwich St
New York, NY 10007

Katherine Bartnik
,

James F Carroll
633 S Federal Hwy, 8 Fl
Ft Lauderdale, FL 33301

R. Alexander Clark on behalf of Creditor Hunter Creek LLC
620 8th Ave
New York, NY 10018

R. Alexander Clark on behalf of Creditor Barbara Ripp
620 8th Ave
New York, NY 10018

R. Alexander Clark on behalf of Creditor Brian Bachman
620 8th Ave
New York, NY 10018

R. Alexander Clark on behalf of Creditor Gene Bernstein
620 8th Ave
New York, NY 10018

R. Alexander Clark on behalf of Creditor Jay H Bernstein
620 8th Ave
New York, NY 10018

R. Alexander Clark on behalf of Creditor Peter Ripp
620 8th Ave
New York, NY 10018

Dianne Coffino on behalf of Creditor Hunter Creek LLC
620 8th Ave
New York, NY 10018

Dianne Coffino on behalf of Creditor Barbara Ripp
620 8th Ave
New York, NY 10018

Dianne Coffino on behalf of Creditor Brian Bachman
620 8th Ave
New York, NY 10018

Dianne Coffino on behalf of Creditor Gene Bernstein
620 8th Ave
New York, NY 10018

Dianne Coffino on behalf of Creditor Jay H Bernstein
620 8th Ave
New York, NY 10018

Dianne Coffino on behalf of Creditor Peter Ripp
620 8th Ave
New York, NY 10018

Robert L. Eisenbach, III on behalf of Creditor GCA Savvian Advisors, LLC
Cooley Godward Kronish LLP
101 California St 5 Fl
San Francisco, CA 94111-5800

Equifax Information Services, LLC
,

E Cole Fitzgerald III, Esq. on behalf of Creditor Greencook Management LLC
515 N Flagler Dr #900
West Palm Beach, FL 33401

E Cole Fitzgerald III, Esq. on behalf of Creditor William H Price
515 N Flagler Dr #900
West Palm Beach, FL 33401

Matthew A Foreman
20 S Broad St
Brooksville, FL 34601

Internal Revenue Service
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

Frank E. Jaumot
Ahearn Jasco & Company
190 SE 19th Avenue
Pompano Beach, FL 33060

Dennis L. Jenkins on behalf of Interested Party TransUnion Holding Company, Inc.
60 State St
Boston, MA 02109

Mitchell A. Karlan on behalf of Creditor Applied Data Sciences
200 Park Avenue
New York, NY 10166

Mitchell A. Karlan on behalf of Interested Party Jules B. Kroll
200 Park Avenue
New York, NY 10166

Mitchell A. Karlan on behalf of Interested Party Thomas H. Glocer
200 Park Avenue
New York, NY 10166

Andrew Keats on behalf of Creditor Applied Data Sciences
200 Park Avenue
New York, NY 10166

Andrew Keats on behalf of Interested Party Jules B. Kroll
200 Park Avenue
New York, NY 10166

Andrew Keats on behalf of Interested Party Thomas H. Glocer
200 Park Avenue
New York, NY 10166

Jeremy C Kleinman on behalf of Creditor Experian Information Solutions, Inc.
325 N LaSalle St #625
Chicago, IL 60654

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134

R Lumpkin
100 SE 2nd St, 30 Fl
Miami, FL 33131

Aileen Ma on behalf of Creditor Applied Data Sciences
200 Park Avenue
New York, NY 10166

Aileen Ma on behalf of Interested Party Jules B. Kroll
200 Park Avenue
New York, NY 10166


Aileen Ma on behalf of Interested Party Thomas H. Glocer
200 Park Avenue
New York, NY 10166

Ana Massetti
,

Steven A Mayans on behalf of Creditor Greencook Management LLC
515 N Flagler Dr #900
West Palm Beach, FL 33401

Steven A Mayans on behalf of Creditor William H Price
515 N Flagler Dr #900
West Palm Beach, FL 33401

Kathrine A. McLendon on behalf of Interested Party LexisNexis Risk Solutions FL, Inc.
425 Lexington Ave
New York, NY 10017

Gary Myhre
6008 LeLac Rd
Boca Raton, FL 33496

Justin F. Paget on behalf of Creditor CoreLogic, Inc.
951 E Byrd St
Riverfront Plaza, East Tower
Richmond, VA 23219

Mark S. Roher, Esq. on behalf of Debtor TLFO, LLC
633 S Federal Hwy #800
Ft Lauderdale, FL 33301

Mark S. Roher, Esq. on behalf of Defendant TLFO, LLC
633 S Federal Hwy #800
Ft Lauderdale, FL 33301

Paul M Rosenblatt, Esq on behalf of Creditor Equifax Information Services, LLC
1100 Peachtree St #2800
Atlanta, GA 30309

Ronald L. Rowland on behalf of Creditor Receivable Management Services
307 International Cir #270
Hunt Valley, MD 21030

Thomas Santoro
1101 Brickell Ave #S-503
Miami, FL 33131

Jim Schober
1611 Nueces St
Austin, TX 78701


Steven E. Siesser on behalf of Interested Party Warburg Pincus LLC
1251 Avenue of the Americas 17th Floor
New York, NY 10020

Steven E. Siesser on behalf of Interested Party Andrew Prozes
1251 Avenue of the Americas 17th Floor
New York, NY 10020

Sonar Credit Partners II LLC
200 Business Pk Dr #201
Armonk, NY 10504

Technical Electric Systems Inc
87 S Hwy 17-92 Unit B
DeBary, FL 32713

Michael Turner
,

Margaret Villella, Esq on behalf of Interested Party Michael J. Kuzy
100 SE 3 Ave #1400
Ft. Lauderdale, FL 33394

John Walsh
,

Joshua P Weisser on behalf of Creditor Applied Data Sciences
200 Park Avenue
New York, NY 10166

Joshua P Weisser on behalf of Interested Party Jules B. Kroll
200 Park Avenue
New York, NY 10166

Joshua P Weisser on behalf of Interested Party Thomas H. Glocer
200 Park Avenue
New York, NY 10166

Matthew J Williams on behalf of Creditor Applied Data Sciences
200 Park Avenue
New York, NY 10166

Matthew J Williams on behalf of Interested Party Jules B. Kroll
200 Park Avenue
New York, NY 10166

Matthew J Williams on behalf of Interested Party Thomas H. Glocer
200 Park Avenue
New York, NY 10166

Leroy Wilson
,


Walter Tomal Yoost


tw telecom inc
c/o Linda Boyle
10475 Park Meadows Dr #400
Littleton, CO 80124



I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2002-1(F).


/s/ Orfelia M. Mayor
Signature of Attorney for Serving Party

Orfelia M. Mayor, Esq.
Print Name

P.O. Box 3715, West Palm Beach, FL 33402
Address

(561) 355-2141
Telephone  Phone

646751
Fla. Bar No.

Dated: February 26, 2015

LF-46 (rev. 12/01/09)