

ORDERED in the Southern District of Florida on March 17, 2015.

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                             Case No. 13-20853-PGH
                                                   Chapter 11
TLFO, LLC,

    Debtor.
_____/

### AMENDED
### ORDER CONTINUING POST CONFIRMATION STATUS CONFERENCE

A post-confirmation status conference was held on December 16, 2014, at 9:30 a.m., in West Palm Beach, Florida, pursuant to the Order Confirming Debtor's Amended Plan of Liquidation [ECF 1011], dated May 1, 2014. It is hereby

ORDERED that the Court will conduct a continued post-confirmation status conference on **June 3, 2015 at 9:30 a.m.** at 1515 North Flagler Drive, Courtroom A, West Palm Beach, Florida.

###

- 1 -

***amended to reflect correct date of hearing***

Submitted by:

Alvin S. Goldstein, Esquire
Furr and Cohen, P.A.
*Attorneys for Debtor*
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
(561)395-0500/(561)338-7543 fax
E-mail: agoldstein@furrcohen.com

Attorney Goldstein is directed to serve a copy of this order on all parties and to file a certificate of service with the Court.