UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:
TLO, LLC,                                        CASE NO.  13-20853-PGH
                                                 CHAPTER 11

              Debtor          /

### CERTIFICATE OF SERVICE OF [ECF NO. 1310] AMENDED ORDER CONTINUING POST-CONFIRMATION STATUS CONFERENCE

I HEREBY CERTIFY that a true and correct copy of [ECF No. 1310] Amended Order Continuing Post Confirmation Status Conference, was served on the parties listed below, on the date and in the manner stated.

RESPECTFULLY SUBMITTED this 18th day of March, 2015.

                                        FURR AND COHEN, P.A.
                                        Attorney for Debtor
                                        2255 Glades Road, Suite 337W
                                        Boca Raton, FL 33431
                                        (561) 395-0500/(561)338-7532-fax

                                        By     /s/ *Robert C. Furr*
                                           ROBERT C. FURR, ESQ.
                                           Florida Bar No. 210854
                                            EMAIL rfurr@furrcohen.com

**SERVED BY U.S. MAIL: (3/18/15):**
the Debtor, the U.S. Trustee, all creditors and interested parties on the Official Court Matrix, served by BK Attorney Services as evidenced by the attached Certificate of Service.

**MANUAL NOTICE PARTIES: Served via U.S. Mail (3/18/15):**

    Marc M. Allon
    7 World Trade Center
    250 Greenwich St
    New York, NY 10007

    Katherine Bartnik
    No current address

    James F Carroll
    633 S Federal Hwy, 8 Fl
    Ft Lauderdale, FL 33301

R. Alexander Clark
620 8th Ave
New York, NY 10018

Dianne Coffino
620 8th Ave
New York, NY 10018

Douglas Curtis
250 Greenwich St
New York, NY 10007

Robert L. Eisenbach
Cooley Godward Kronish LLP
101 California St 5 Fl
San Francisco, CA 94111-5800

Equifax Information Services, LLC

E Cole Fitzgerald III
515 N Flagler Dr #900
West Palm Beach, FL 33401

Matthew A Foreman
20 S Broad St
Brooksville, FL 34601

Internal Revenue Service
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

Frank E. Jaumot
Ahearn Jasco & Company
190 SE 19th Avenue
Pompano Beach, FL 33060

Dennis L. Jenkins
60 State St
Boston, MA 02109

Mitchell A. Karlan
200 Park Avenue
New York, NY 10166

Andrew Keats
200 Park Avenue
New York, NY 10166

Jeremy C Kleinman
325 N LaSalle St #625
Chicago, IL 60654

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134

R Lumpkin
100 SE 2nd St, 30 Fl
Miami, FL 33131

Aileen Ma
200 Park Avenue
New York, NY 10166

Ana Massetti
No current address,

Steven A Mayans, Esq.
515 N Flagler Dr #900
West Palm Beach, FL 33401

Kathrine A. McLendon
425 Lexington Ave
New York, NY 10017

Gary Myhre
6008 LeLac Rd
Boca Raton, FL 33496

Justin F. Paget
951 E Byrd St
Riverfront Plaza, East Tower
Richmond, VA 23219

Mark S. Roher
633 S Federal Hwy #800
Ft Lauderdale, FL 33301

Paul M Rosenblatt
1100 Peachtree St #2800
Atlanta, GA 30309

Ronald L. Rowland
307 International Cir #270
Hunt Valley, MD 21030

Thomas Santoro
1101 Brickell Ave #S-503
Miami, FL 33131

Jim Schober
1611 Nueces St
Austin, TX 78701

Steven E. Siesser
1251 Avenue of the Americas 17th Floor
New York, NY 10020

Sonar Credit Partners II LLC
200 Business Pk Dr #201
Armonk, NY 10504

Technical Electric Systems Inc
87 S Hwy 17-92 Unit B
DeBary, FL 32713

Michael Turner
No Current Address

Margaret Villella
100 SE 3 Ave #1400
Ft. Lauderdale, FL 33394

John Walsh
No current address

Joshua P Weisser
200 Park Avenue
New York, NY 10166

Matthew J Williams
200 Park Avenue
New York, NY 10166

Leroy Wilson
no current address,

Walter Tomal Yoost
, no current address

tw telecom inc
c/o Linda Boyle
10475 Park Meadows Dr #400
Littleton, CO 80124

**SERVED VIA ECF NOTICE: (3/17/15):**

- Vincent F Alexander vfa@kttlaw.com, lf@kttlaw.com
- Philip D. Anker philip.anker@wilmerhale.com, yolande.thompson@wilmerhale.com
- Barry S Balmuth balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com
- David E Bane dbane@hunton.com, aflynn@hunton.com
- Alan R Barbee ecf@marcumllp.com
- Paul J. Battista pbattista@gjb-law.com, gjbecf@gjb-law.com
- Alexandra D Blye ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Robbie T Boone rboone@bergersingerman.com
- Catherine E Douglas catherine.douglas@akerman.com, jeanette.martinez@akerman.com
- Brett A Elam belam@brettelamlaw.com, info@brettelamlaw.com;deanna@brettelamlaw.com;lynn@farberelamlaw.com;adamfarberlaw@gmail.com;brettelamlaw@gmail.com;elise@adamfarberlaw.com
- C Craig Eller celler@broadandcassel.com

- 4 -

- John D Emmanuel emmanuel@fowlerwhite.com, sstorno@fowlerwhite.com
- Darren D. Farfante darren.farfante@bipc.com, Denise.Strand@bipc.com
- Keith W. Fendrick keith.fendrick@hklaw.com, andrea.olson@hklaw.com
- Eric B Fisher , nybankruptcydocketing@dicksteinshapiro.com;zuckere@dicksteinshapiro.com
- Joseph D Frank jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
- Robert C Furr bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Brian K Gart bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Mariaelena Gayo-Guitian mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
- Robert N Gilbert rgilbert@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Daniel L. Gold dan.gold@wilsonelser.com, miurel.martinez@wilsonelser.com;Jackie.Benitez@wilsonelser.com
- Alvin S. Goldstein rstanley@furrcohen.com, atty_furrcohen@bluestylus.com
- Linda W Jackson jackson@salazarjackson.com, aguilar@salazarjackson.com;Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com;Salazar@SalazarJackson.com
- Anthony Kang akang@arnstein.com
- Philip J Landau plandau@sfl-pa.com, lrosetto@sfl-pa.com;blee@sfl-pa.com;pdorsey@sfl-pa.com;scusack@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
- Bernice C. Lee blee@sfl-pa.com, vchapkin@sfl-pa.com;dwoodall@sfl-pa.com;ddeluca@sfl-pa.com
- Sharon L Levine slevine@lowenstein.com
- Corali Lopez-Castro clc@kttlaw.com, rcp@kttlaw.com
- Etan Mark emark@bergersingerman.com, lyun@bergersingerman.com;sgranai@bergersingerman.com;rboone@bergersingerman.com
- Jerry M Markowitz jmarkowitz@mrthlaw.com, rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com
- Adam D. Marshall AMarshall@MarshallGrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com
- Orfelia M Mayor omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- Thomas M. Messana tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzeichman@messana-law.com
- Todd C Meyers tmeyers@kilpatricktownsend.com, rrahman@kilpatricktownsend.com;lcanty@kilpatricktownsend.com;mlangford@kilpatricktownsend.com;mwilliams@kilpatricktownsend.com;prosenblatt@kilpatricktownsend.com

- Raymond V Miller rmiller@gunster.com, vyon@gunster.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Arthur H Rice arice.ecf@rprslaw.com
- Jason S Rigoli jrigoli@furrcohen.com, ndixon@furrcohen.com;atty_furrcohen@bluestylus.com
- Luis Salazar salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com; Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
- David Samole das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- Lisa M Schiller lschiller.ecf@rprslaw.com
- Kevin G. Schneider kschneider@ngelaw.com
- Esperanza Segarra esegarra@hinshawlaw.com, clucas@hinshawlaw.com
- Paul Steven Singerman singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Steven B Smith smiths@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com
- Steven J. Solomon steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;lauren.rome@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com
- Sabrina L Streusand streusand@slollp.com, prentice@slollp.com
- TR Capital Management (TRoss) tross@trcmllc.com
- Charles M Tatelbaum cmt@trippscott.com, lxc@trippscott.com;jlr@trippscott.com;cvp@trippscott.com
- John R Thomas jthomas@smithhulsey.com, aadams@smithhulsey.com
- Scott A. Underwood scott.underwood@bipc.com, denise.strand@bipc.com
- Aaron A Wernick awernick@furrcohen.com, cworkinger@furrcohen.com;atty_furrcohen@bluestylus.com
- Henry S Wulf hwulf@cfjblaw.com, kdesroches@cfjblaw.com
- Stuart A Young syoung@ybplaw.com
- Linda J Zhou linda.zhou@bipc.com, sabrina.storno@bipc.com

H:\LIBRARY\BANKRUPTCY\TLO LLC 13-083\PLD\COS #1310  Amended Order Continuing Post Confirmation Status Conf.docx-BJN

Furr and Cohen P.A.
Alvin S. Goldstein Esq.
2255 Glades Road #337W
Boca Raton, FL  33431

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  TLFO LLC | CASE NO: 13-20853-PGH |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. #1310 |
| | Judge: Paul G. Hyman |
| | Hearing Location: |
| | Hearing Date: June 3 2015 |
| | Hearing Time: 9:30 |
| | Response Date: |

On 3/18/2015, I did cause a copy of the following documents, described below,

Amended Order Continuing Post-Confirmation Status Conference [DE#1310], #1310

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/18/2015

/s/ Alvin S. Goldstein Esq.
Alvin S. Goldstein Esq.  993621
Furr and Cohen P.A.
2255 Glades Road #337W
Boca Raton, FL  33431
561 395 0500
bnasralla@furrcohen.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: TLFO LLC | CASE NO: 13-20853-PGH |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. #1310 |
| | Judge: Paul G. Hyman |
| | Hearing Location: |
| | Hearing Date: June 3 2015 |
| | Hearing Time: 9:30 |
| | Response Date: |

On 3/18/2015, a copy of the following documents, described below,

Amended Order Continuing Post-Confirmation Status Conference [DE#1310], #1310

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/18/2015

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Furr and Cohen P.A.
Alvin S. Goldstein Esq.
2255 Glades Road #337W
Boca Raton, FL  33431

```
PARTIES DESIGNATED AS "EXCLUDE FROM SERVICE VIA FIRST CLASS MAIL" ARE NOT SERVED VIA U.S. MAIL (SEE EXHIBIT 1);
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113C-9<br>CASE 13-20853-PGH<br>SOUTHERN DISTRICT OF FLORIDA<br>WEST PALM BEACH<br>WED MAR 18 12-25-23 EDT 2015 | AKERMAN LLP<br>350 EAST LAS OLAS BLVD.<br>SUITE 1600<br>FORT LAUDERDALE FL 33301-4247 | BJ4M&M LLC<br>CO C. CRAIG ELLER ESQUIRE<br>BROAD AND CASSEL<br>ONE NORTH CLEMATIS STREET SUITE 500<br>WEST PALM BEACH FL 33401-5537 |
| BREBOCA CORPORATE CENTER L.L.C.<br>CO CARLTON FIELDS PA<br>525 OKEECHOBEE BLVD #1200<br>WEST PALM BEACH FL 33401-6350 | CORELOGIC INC.<br>HUNTON & WILLIAMS LLP<br>CO DAVID BANE<br>1111 BRICKELL AVENUE<br>SUITE 2500<br>MIAMI FL 33131-3155 | CREDITOR COMMITTEE<br>CO PAUL J BATTISTA ESQ<br>100 SE 2ND ST<br>MIAMI FL 33131-2100 |
| DATA ACQUISITION GROUP LLC<br>CO LUIS SALAZAR<br>SALAZAR JACKSON LLP<br>2 SOUTH BISCAYNE BLVD SUITE 3760<br>MIAMI FL 33131-1815 | DELL FINANCIAL SERVICES LLC<br>CO STREUSAND LANDON & OZBURN LLP<br>811 BARTON SPRINGS RD #811<br>AUTSIN TX 78704-1166 | EQUIFAX INFORMATION SERVICES LLC<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 PEACHTREE STREET<br>SUITE 2800<br>ATLANTA GA 30309-4530 |
| GCA SAVVIAN ADVISORS LLC<br>CO MESSANA P.A.<br>401 EAST LAS OLAS BLVD.<br>SUITE 1400<br>FORT LAUDERDALE FL 33301-2218 | GREENCOOK MANAGEMENT LLC<br>26801 HICKORY BLVD<br>BONITA SPRINGS FL 34134-8304 | HUNTER CREEK LLC<br>CO COVINGTON & BURLING LLP<br>620 EIGHTH AVE<br>NEW YORK NY 10018-1618 |
| INFUTOR DATA SOLUTIONS CORPORATION<br>CO STUART A YOUNG ESQ<br>1860 FOREST HILL BLVD. #201<br>WEST PALM BEACH FL 33406-6086 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>POB 7346<br>PHILADELPHIA PA 19101-7346 | JHBTLO LLC<br>CO KOZYAK TROPIN & THROCKMORTON P.A.<br>2525 PONCE DE LEON BOULEVARD<br>9TH FLOOR<br>MIAMI FL 33134-6039 |
| KOZYAK TROPIN & THROCKMORTON P.A.<br>2525 PONCE DE LEON BLVD.<br>9TH FLOOR<br>MIAMI FL 33134-6039 | LINEBARGER GROGGAN BLAIR & SAMPSON LLP<br>CO JIM SCHOBER ESQ.<br>BARLETT & SCHOBER P.C.<br>1611 NUECES ST.<br>AUSTIN TX 78701-1105 | PALM BEACH COUNTY TAX COLLECTOR<br>P.O. BOX 3715<br>WEST PALM BEACH FL 33402-3715 |
| | | *DEBTOR* |
| RECEIVABLE MANAGEMENT SERVICES<br>AUTHORIZED AGENT FOR DUN & BRADSTREET<br>CO RONALD ROWLAND ESQ<br>307 INTERNATIONAL CIR #270<br>HUNT VALLEY MD 21030-1322 | SONAR CREDIT PARTNERS II LLC<br>200 BUSINESS PK DR #201<br>ARMONK NY 10504-1751 | TLFO LLC<br>4530 CONFERENCE WAY SOUTH<br>BOCA RATON FL 33431-4489 |
| TR CAPITAL MANAGEMENT (TROSS)<br>336 ATLANTIC AVE # 302<br>EAST ROCKAWAY NY 11518-1124 | TECHNICAL ELECTRIC SYSTEMS INC<br>87 S HWY 17-92 UNIT B<br>DEBARY FL 32713-3364 | TECHNOLOGY INVESTORS INC.<br>CO MARSHALL SOCARRAS GRANT P.L.<br>197 SOUTH FEDERAL HIGHWAY #300<br>BOCA RATON FL 33432-4946 |
| TRACERS INFORMATION SPECIALISTS<br>CO PHILIP J. LANDAU ESQ.<br>SHRAIBERG FERRARA & LANDAU P.A.<br>2385 NW EXECUTIVE CENTER DRIVE # 3<br>BOCA RATON FL 33431-8579 | TRIAX DATA INC.<br>CO SHRAIBERG FERRARA & LANDAU P.A.<br>PHILIP J. LANDAU ESQ.<br>2385 NW EXECUTIVE CENTER DRIVE # 3<br>BOCA RATON FL 33431-8579 | WELLS FARGO BANK N.A.<br>CO JOHN R. THOMAS ESQ.<br>SMITH HULSEY & BUSEY<br>225 WATER STREET SUITE 1800<br>JACKSONVILLE FL 32202-4494 |

PARTIES DESIGNATED AS "EXCLUDE FROM SERVICE" HAVE NOT BEEN SERVED VIA USPS IN THIS MATTER.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| E-MERGES.COM INC.<br>105 S. NARCISSUS AVENUE<br>SUITE 802<br>WEST PALM BEACH FL 33401-5530 | TW TELECOM INC<br>CO LINDA BOYLE<br>10475 PARK MEADOWS DR #400<br>LITTLETON CO 80124-5433 | ACCUTREND DATA CORP<br>7860 EAST BERRY PL #200<br>ENGLEWOOD CO 80111-2303 |
| ACCUTREND DATA CORP.<br>P.O. BOX 6615<br>GREENWOOD VILLAGE CO 80155-6615 | APACHE CORPORATION<br>ATTN- ANDREW FRIEDBERG<br>2000 POST OAK BLVD #100<br>HOUSTON TX 77056-4400 | BDO USA LLP<br>ATTN- LAURENCE W GOLDBERG<br>4035 PREMIER DR #333<br>HIGH POINT NC 27265-8312 |
| BDO USA LLP<br>1601 FORUM PLACE<br>#904 CENTURION PLAZA<br>WEST PALM BEACH FL 33401 | BRE BOCA CORPORATE CENTER LLC<br>(PTRSHIP)<br>39174 TREASURY CENTER<br>CHICAGO IL 60694-9100 | BREBOCA CORPORATE CENTER LLC<br>EQUITY OFFICE MANAGEMENT LLC<br>ATTN- BRIAN VAAS<br>5000 T REX AVENUE SUITE 100<br>BOCA RATON FL 33431-4492 |
| BOB DAVIS<br>3941 S. BRISTOL ST #D<br>SANTA ANA CA 92704-7496 | CDW LLC<br>200 N MILWAUKEE AVE<br>VERNON HILLS IL 60061-1577 | CHARLES SIMPSON B□CY MGR<br>DELL FINANCIAL SVCS LLC<br>2300 GREENLAWN BLVD MS RR3-52<br>ROUND ROCK TX 78682-0001 |
| CHRISTOPHER CAVALIER<br>EXPERIAN NORTH AMERICA<br>475 ANTON BLVD<br>COASTA MESA CA 92626-7037 | COMPACT INFORMATION SYSTEMS INC<br>7120 185TH AVE NE<br>REDMOND WA 98052-0575 | COMPASS MARKETING SOLUTIONS LLC<br>808 P STREET #300<br>LINCOLN NE 68508-1383 |
| COOKIE SCHWARTZ DIAZ<br>POB 221643<br>NEWHALL CA 91322-1643 | CORELOGIC INFORMATION SOLUTIONS INC<br>CORELOGIC SOLUTIONS I LC<br>40 PACIFICA #900<br>IRVINE CA 92618-7487 | CORELOGIC TELETRACK INC.<br>P.O. BOX 847075<br>DALLAS TX 75284-7075 |
| CORELOGIC INFORMATION SOLUTIONS INC.<br>P.O. BOX 847239<br>DALLAS TX 75284-7239 | CORELOGIC TELETRACK INC<br>TELETRACK LLC<br>5550-A PEACHTREE PKYW #600<br>NORCROSS GA 30092 | CORELOGIC TELETRACK INC<br>FKA FIRST AMERICAN CORELOGIC<br>PO BOX 847075<br>DALLAS TX 75284-7075 |
| DTE BOCA RATON LLC (CORP.)<br>414 S. MAIN ST. #600<br>ANN ARBOR MI 48104-2398 | DANIEL MERCHANT<br>SMA COMMUNICATIONS<br>6901 SW 18 ST #E202<br>BOCA RATON FL 33433-7037 | DATA ACQUISITION GROUP LLC<br>CO SALAZAR JACKSON LLP<br>TWO SOUTH BISCAYNE BOULEVARD<br>SUITE 3760<br>MIAMI FLORIDA 33131-1815 |
| DATAONE SOFTWARE<br>150 GRANBY ST<br>NORFOLK VA 23510-1604 | DATAQUICK<br>FILE 50261<br>LOS ANGELES CA 90074-0261 | DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |

PARTIES DESIGNATED AS "EXPEDITED NOTICE LIST" AND OTHERS VIA FIRST CLASS MAIL;
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DELL FINANCIAL SERVICES
PO BOX 99355
CHICAGO IL 60693-9355

DELL FINANCIAL SERVICES (LEASE CONTR)
PAYMENT PROCESSING CENTER
P.O. BOX 6549
CAROL STREAM IL 60197-6549

DELL FINANCIAL SERVICES LLC
CO STREUSAND LANDON & OZBURN LLP
811 BARTON SPRINGS RD. STE. 811
AUSTIN TEXAS 78704-1166

DELL MARKETING L.P. - 9389
CO DELL USA L.P.
P.O. BOX 534118
ATLANTA GA 30353-4118

DELL MARKETING L.P.
CO SABRINA STREUSAND
STREUSAND LANDON & OZBURN LLP
811 BARTON SPRINGS RD. STE. 811
AUSTIN TX 78704-1166

DEPARTMENT OF HIGHWAY SAFETY
AND MOTOR VEHICLE
2900 APALACHEE PKWY
TALLAHASSEE FL 32399-0500

DEPT. OF REVENUE
BANKRUPTCY SECTION
P.O. BOX 6668
TALLAHASSEE FL 32314-6668

DUN & BRADSTREET INC.
P.O. BOX 75434
CHICAGO IL 60675-5434

DUN & BRADSTREET
CO RMS BANKRUPTCY RECOVERY SERVICES
P.O. BOX 5126
TIMONIUM MARYLAND 21094-5126

DUN AND BRADSTREET INC
3 SYLVAN WAY
ATTN ELECTRONIC LICENSING
PARSIPPANY NJ 07054-3822

EQUIFAX CREDIT MKTG. SERVICES
(LLCCORP)
P.O. BOX 945510
ATLANTA GA 30394-5510

EQUIFAX INFORMATION SERVICES
1550 PEACHTREE ST
ATLANTA GA 30309-2468

EQUIFAX INFORMATION SERVICES LLC
CO PAUL M. ROSENBLATT ESQ.
KILPATRICK TOWNSEND & STOCKTON LLP
1100 PEACHTREE STREET NE SUITE 2800
ATLANTA GA 30309-4530

EXPERIAN - 2983
P.O. BOX 886133
LOS ANGELES CA 90088-6133

EXPERIAN - 3664
P.O. BOX 881971
LOS ANGELES CA 90088-1971

EXPERIAN - 3812
P.O. BOX 886133
LOS ANGELES CA 90088-6133

EXPERIAN - 7485 (INC.)
P.O. BOX 886133
LOS ANGELES CA 90088-6133

EXPERIAN - 7690
P.O. BOX 886133
LOS ANGELES CA 90088-6133

EXPERIAN - 9430
P.O. BOX 886133
LOS ANGELES CA 90088-6133

EXPERIAN INFORMATION SOLUTIONS INC
475 ANTON BLVD
COSTA MESA CA 92626-7037

EXPERIAN INFORMATION SOLUTIONS INC.
CO JOSEPH D. FRANK
FRANKGECKER LLP
325 NORTH LASALLE STREET
SUITE 625
CHICAGO IL 60654-6465

FACTIVA INC A DOW JONES CO
ATTN- CREDIT DEPT
POB 300
PRINCETON NJ 08543-0300

FACTIVA INC.
P.O. BOX 300
PRINCETON NJ 08543-0300

FEDERAL TRADE COMMISSION
ASSOCIATE DIRECTOR
DIVISION OF ENFORCEMENT
600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122
WASHINGTON DC 20580-0001

GCA SAVVIAN ADVISORS LLC
CO ROBERT L. EISENBACH III
COOLEY LLP
101 CALIFORNIA STREET 5TH FLOOR
SAN FRANCISCO CA 94111-5800

GARY MYHRE
6008 LELAC RD
BOCA RATON FL 33496-2302

*EXCLUDE*
~~GARY SCHULTHEIS CO E.SEGARRA HINSHAW & CU~~

PARTIES DESIGNATED AS "EXPEDITED WERE SERVED VIA FAX OR FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
GARY STECK                          GREEN COOK MANAGEMENT LLC           INFUTOR DATA SOLUTIONS CORP
LSSIDATA                            CO WILLIAM H. MYERS ESQUIRE         111 ZAPATA LANE
1 SENTRY PKWY #7000                 PORTER WRIGHT ET. AL.               MINOOKA IL 60447-9355
BLUE BELL PA 19422-2310             9132 STRADA PLACE
                                    BONITA SPRINGS FL 34108-2942


INFUTOR DATA SOLUTIONS INC          INFUTOR DATA SOLUTIONS INC.         INTERNAL REVENUE SERVICE
CO KEVIN G SCHNEIDER                15129 S. ROUTE 59                   POB 7346
2 N LASALLE ST #1700                PLAINFIELD IL 60544-2772            PHILADELPHIA PA 19101-7346
CHICAGO IL 60602-4000


JAG 25 ENTERPRISES                  JAG 25 ENTERPRISES INC.             JOSEPH D. FRANK
11031 SPRINGFIELD PLACE             11031 SPRINGFIELD PLACE             FRANKGECKER LLP
HOLLYWOOD FL 33026-4855             COOPER CITY FL 33026-4855           325 NORTH LASALLE STREET
                                                                        SUITE 625
                                                                        CHICAGO IL 60654-6465


JULES KROLL                         KATHERINE BARTNIK                   LEAF
845 THIRD AVE 4TH FLOOR             CO C LARMOYEUX AND B BONE           POB 644006
NEW YORK NY 10022-6647              550 S QUADRILLE BLVD #200           CINCINNATI OH 45264-4006
                                    WEST PALM BEACH FL 33401-5855


LSSI DATA CORP                      LSSIDATA CORP.                      LEAF CAPITAL
ONE SENTRY PKWY #6000               P.O. BOX 730401                     1720 A CRETE ST
BLUE BELL PA 19422-2310             DALLAS TX 75373-0401                MOBERLY MO 65270-3681


LSSIDATA                            MARY N. PRICE AS PR OF THE ESTATE OF   MATTHEW A. FOREMAN ESQ
VOLT DELTA RESOURCES                W. H. P                                ATTY FOR TRACERS INFO
1600 STEWART AVE #305               CO WILLIAM H. MYERS ESQUIRE            11031 SPRING HILL DR
WESTBURY NY 11590-6611              PORTER WRIGHT ET. AL.                  SPRING HILL FL 34608-5049
                                    9132 STRADA PLACE
                                    BONITA SPRINGS FL 34108-2942


MONSTER WORLDWIDE INC.              MONSTER INC.                        NOMINODATA LLC
7800 WEST BROWN DEER ROAD           P.O. BOX 90364                      PO BOX 3340
SUITE 200                           CHICAGO IL 60696-0364               INCLINE VILLAGE NV 89450-3340
MILWAUKEE WI 53223-1915


OFFICE OF THE US TRUSTEE            OLE POULSEN                         SMA COMMUNICATIONS LLC
51 S.W. 1ST AVE.                    18800 BULL SPRINGS RD               6901 S.W. 18TH ST. #E-202
SUITE 1204                          BEND OR 97701-9487                  BOCA RATON FL 33433-7037
MIAMI FL 33130-1614


SCOTT WAGNER                        SONAR CREDIT PARTNERS II LLC        STEVEN D. SASS
8668 BREEZY HILL DR                 80 BUSINESS PK DR #208              DUN & BRADSTREET
BOYNTON BEACH FL 33473-4899         ARMONK NY 10504-1701                307 INTERNATIONAL CIR #270
                                                                        HUNT VALLEY MD 21030-1322
```

PARTIES DESIGNATED AS "EXPEDITED WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SUNERA LLC<br>201 E. KENNEDY BLVD.<br>SUITE #415<br>TAMPA FL 33602-5823 | SYNCAPES CORP<br>PO BOX 347870<br>PITTSBURGH PA 15251-4870 | TRC MASTER FUND LLC<br>ATTN- TERREL ROSS<br>PO BOX 633<br>WOODMERE NY 11598-0633 |
| TECHNICAL ELECTRIC SYSTEMS INC<br>87 S HIGHWAY 17-92 #B<br>DEBARY FL 32713-3364 | TECHNICAL ELECTRIC SYSTEMS INC<br>87-B S. US HIGHWAY 17-92<br>DEBARY FL 32713-3364 | TECHNOLOGY INVESTORS INC<br>CO MIKE KUZY<br>1948 NE 7 TERR<br>FT LAUDERDALE FL 33305-2207 |
| TECHNOLOGY INVESTORS INC.<br>CO SCOTT A. UNDERWOOD<br>FOWLER WHITE BOGGS P.A.<br>P.O. BOX 1438<br>TAMPA FL 33601-1438 | TERRY KILBURN CHIEF OP OFFICER<br>TRACERS INFORMATION SPEC INC<br>15470 FLIGHT PATH DR<br>BROOKSVILLE FL 34604-6823 | THOMAS GLOCER<br>60 EAST 96TH STREET PHB<br>NEW YORK NY 10128-0757 |
| TRACERS INFORMATION SPECIALISTS INC.<br>15470 FLIGHT PATH DRIVE<br>BROOKSVILLE FL 34604-6823 | TRANSUNION LLC<br>ATTN- ACCOUNTS RECEIVABLE<br>555 W ADAMS ST<br>CHICAGO IL 60661-3631 | TRANSUNION LLC<br>P.O. BOX 99506<br>CHICAGO IL 60693-9506 |
| TRIAX DATA INC.<br>CO PHILIP J. LANDAU ESQ.<br>SHRAIBERG FERRARA & LANDAU P.A.<br>2385 NW EXECUTIVE CENTER DRIVE SUITE 30<br>BOCA RATON FLORIDA 33431-8579 | WELLS FARGO BANK N.A.<br>CO JOHN R. THOMAS ESQ.<br>SMITH HULSEY & BUSEY<br>225 WATER STREET SUITE 1800<br>JACKSONVILLE FLORIDA 32202-4494 | WEST PAYMENT CENTER (CORP)<br>P.O. BOX 6292<br>CAROL STREAM IL 60197-6292 |
| AARON A WERNICK<br>2255 GLADES RD # 337W<br>BOCA RATON FL 33431-7379 | ALAN R BARBEE<br>MARCUM LLP<br>525 OKEECHOBEE BLVD # 750<br>WEST PALM BEACH FL 33401-6329 | ALVIN S. GOLDSTEIN ESQ<br>2255 GLADES RD #337W<br>BOCA RATON FL 33431-7379 |
| BARBARA RIPP<br>CO COVINGTON & BURLING LLP<br>620 EIGHTH AVE<br>NEW YORK NY 10018-1572 | BRIAN BACHMAN<br>CO COVINGTON & BURLING LLP<br>620 EIGHTH AVE<br>NEW YORK NY 10018-1572 | CAROLINE ASHER YOOST<br>CO RAYMOND V MILLER ESQ<br>600 BRICKELL AVE #3500<br>MIAMI FL 33131-3090 |
| CAROLINE ASHER YOOST AS CO-TRUSTEE OF THE C<br>CO RAYMOND V. MILLER<br>600 BRICKELL AVE #3500<br>MIAMI FL 33131-3090 | CAROLINE ASHER YOOST AS CO-TRUSTEE OF THE E<br>CO RAYMOND V. MILLER<br>600 BRICKELL AVE #3500<br>MIAMI FL 33131-3090 | DAN MACLACHLAN<br>CO SALAZAR JACKSON LLP<br>TWO SOUTH BISCAYNE SUITE 3760<br>ATTN- LUIS SALAZAR<br>MIAMI FL 33131-1815 |
| DAVID RISTAINO<br>350 E LAS OLAS BLVD #1600<br>FT LAUDERDALE FL 33301-4247 | DEREK DUBNER<br>CO SALAZAR JACKSON LLP<br>TWO SOUTH BISCAYNE SUITE 3760<br>MIAMI FL 33131-1815 | ELIZA DESIREE ASHER<br>CO RAYMOND V MILLER ESQ<br>600 BRICKELL AVE #3500<br>MIAMI FL 33131-3090 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ELIZA DESIREE ASHER AS CO-TRUSTEE OF      ELIZA DESIREE ASHER AS CO-TRUSTEE OF      FRANK E. JAUMOT
THE CA                                    THE EL                                    AHEARN JASCO & COMPANY
CO RAYMOND V. MILLER                      CO RAYMOND V. MILLER ESQ                  190 SE 19TH AVENUE
600 BRICKELL AVE #3500                    600 BRICKELL AVE #3500                    POMPANO BEACH FL 33060-7549
MIAMI FL 33131-3090                       MIAMI FL 33131-3090


GENE BERNSTEIN                            JAMES F CARROLL                           JASON S RIGOLI ESQ.
CO COVINGTON & BURLING LLP                633 S FEDERAL HWY 8 FL                    2255 GLADES RD # 337W
620 EIGHTH AVE                            FT LAUDERDALE FL 33301-3164               BOCA RATON FL 33431-7379
NEW YORK NY 10018-1572


JAY H BERNSTEIN                           JERRY M. MARKOWITZ                        JIM SCHOBER
CO COVINGTON & BURLING LLP                9130 S DADELAND BLVD                      1611 NUECES ST
620 EIGHTH AVE                            TWO DATRAN CTR #1800                      AUSTIN TX 78701-1105
NEW YORK NY 10018-1572                    MIAMI FL 33156-7849


JUDITH W. REDDEN TRUST                    JULES B. KROLL                            MARK S. ROHER ESQ.
CO RAYMOND V. MILLER ESQ.                 CO LUIS SALAZAR                           633 S FEDERAL HWY #800
GUNSTER YOAKLEY & STEWART PA              SALAZAR JACKSON LLP                       FT LAUDERDALE FL 33301-3166
2 SOUTH BISCAYNE BLVD.                    2 SOUTH BISCAYNE BLVD. SUITE 3760
SUITE 3400                                MIAMI FL 33131-1815
MIAMI FL 33131-1807


MARY N. PRICE                             MATTHEW A FOREMAN                         NANCY KILBURN
CO BARRY S BALMUTH                        20 S BROAD ST                             CO PHILIP J. LANDAU ESQ.
1601 FORUM PL #1101                       BROOKSVILLE FL 34601-2829                 SHRAIBERG FERRARA & LANDAU P.A.
WEST PALM BEACH FL 33401-8104                                                       2385 NW EXECUTIVE CENTER DRIVE # 3
                                                                                    BOCA RATON FL 33431-8579


OLE POULSEN                               PETER RIPP                                R LUMPKIN
SALAZAR JACKSON LLP                       CO COVINGTON & BURLING LLP                100 SE 2ND ST 30 FL
2 SOUTH BISCAYNE BLVD. SUITE 3760         620 EIGHTH AVE                            MIAMI FL 33131-2194
MIAMI FL 33131-1815                       NEW YORK NY 10018-1572


ROBERT C FURR ESQ                         SHAWN SMITH                               TERRY KILBURN
2255 GLADES RD #337W                      CO ESPERANZA SEGANA ESQ                   CO PHILIP J. LANDAU ESQ.
BOCA RATON FL 33431-7379                  2525 PONCE DE LEON BLVD #400              SHRAIBERG FERRARA & LANDAU P.A.
                                          CORAL GABLES FL 33134-6044                2385 NW EXECUTIVE CENTER DRIVE # 3
                                                                                    BOCA RATON FL 33431-8579

                                                                                    EXCLUDE
THOMAS SANTORO                            THOMAS H. GLOCER                          WILLIAM H PRICE
1101 BRICKELL AVE #S-503                  CO LUIS SALAZAR
MIAMI FL 33131-3110                       SALAZAR JACKSON LLP
                                          2 SOUTH BISCAYNE BLVD. SUITE 3760
                                          MIAMI FL 33131-1815
```